MIL-P-17639(SHIPS)
8 October 1953
SUPERSEDING
S47-2 (in part)*
1 August 1939

MILITARY SPECIFICATION

PUMPS, CENTRIFUGAL, MISCELLANEOUS SERVICE,

FOR USE ON NAVAL SHIPS

1. SCOPE

1.1 Scope. - This specification covers the requirements applicable to the design and construction of centrifugal pumps for miscellaneous services aboard Naval ships.

1.2 Classification. - Pumps shall be of the following classes as specified (see 6.1):

Class C-1 - Pumps with overhung impellers (other than Navy standard close-coupled).
Class C-2 - Pumps with impeller between bearings, split case.

2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
   GGG-P-781 - Pullers, Bushing, Bearing, Gear, Wheel Hub and Cylinder Sleeve, Installing and Removing.

MILITARY
   MIL-B-857 - Bolts, Nuts, Studs, and Tap Rivets (and Material for Same).
   MIL-S-890 - Steel; Forgings and Bars for Hulls, Engines, and Ordnance (Heat-Treated).
   MIL-B-892 - Bronze, Phosphor, Rolled or Drawn; Bars, Plates, Rods, Sheets, and Strips.
   MIL-N-894 - Nickel-Copper-Alloy; Wrought.
   MIL-S-901 - Shockproof Equipment, Class HI (High-Impact), Shipboard Application, Tests for.
   MIL-D-963 - Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).
   MIL-B-994 - Brass, Naval, Wrought.
   MIL-C-2174 - Controllers and Master Switches, Direct-Current (Naval Shipboard Use).
   MIL-C-2212 - Controllers and Master Switches, Alternating-Current (Naval Shipboard Use).
   MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.
   MIL-B-15071 - Books, Instruction, Preparation, Contents, and Approval.
   MIL-S-15083 - Steel; Castings.
   MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).
   MIL-E-15163 - Engines, Diesel, Commercial-Type.
   MIL-T-18243 - Tools, Nonsparking.
   MIL-B-16261 - Bronze, Bearing: Castings.
   MIL-B-16540 - Bronze, Phosphor: Castings.
   MIL-B-16541 - Bronze, Valve: Castings.

*See 6.3

DEFENDENT'S EXHIBIT
Buffalo Pumps
79

MIL-P-17639(SHIPS)

MILITARY (cont'd.)
MIL-M-16576 - Metal, Gun: Castings.
MIL-P-16789 - Preservation, Packaging, Packing, and Marking of Pumps, ~~Centrifugal, Close-Coupled, Navy Standard.~~ General
MIL-M-17059 - Motors, Alternating-Current, Fractional HP (Shipboard Use).
MIL-M-17060 - Motors, Alternating-Current, Integral HP (Shipboard Use).
MIL-M-17413 - Motor, Direct-Current, Integral HP (Shipboard Use).
MIL-N-17506 - Nickel-Copper-Aluminum Alloy, Wrought.
MIL-B-17511 - Brass, Naval: Castings.
MIL-T-17523 - Turbine Steam General Auxiliary (Naval Shipboard Use).
MIL-M-17556 - Motor, Direct-Current, Fractional HP (Shipboard Use).
MIL-N-20164 - Nickel-Copper-Alloy: Castings.

NAVY DEPARTMENT
General Specifications for Inspection of Material.
42B5 - Bearings, Ball.
42B10 - Bearings, Roller.
46M2 - Metal, Antifriction: Ingots and Castings.
46B15 - Bronze, Manganese, Wrought: Bars, Forgings, Plates, Rods, Shapes, Sheets, and Strips.

BUREAU OF SHIPS
General Specifications:
  Appendix 6 - Instructions for Painting.
General Specifications for Machinery:
  Section S1-3 - Bolts, Bolt-Studs, Stud-Bolts, Studs, Screws, and Nuts.
  Section S1-4 - Welding and Allied Processes.
  Section S47-6 - Pump Pressure Regulating Governors (Steam-Driven Pumps).
  Section S87-3 - Gages, Pressure and Vacuum.
  Section S87-4 - Thermometers.

DRAWINGS

BUREAU OF SHIPS
B-104 - Flanged Composition Pipe Fittings, 100 P.S.I. and Below 425° F.
B-105 - Flanged Composition Pipe Fittings, 101 to 200 P.S.I. Steam Service.
B-153 - Packings and Gaskets, Standard Application of.
B-176 - Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy, Tubing and Brazed Pipes, Pressures 100 Pounds and Below.
B-177 - Flanges, Composition, Silver Brazing, for Copper and Copper-Nickel-Alloy Tubing, 1/4 to 10 Inches, Inclusive, Pressures, Steam-Service, 101 to 200 Pounds Hydraulic and Pneumatic Services, 101 to 400 Pounds.
B-214 - Root Connections for Attaching Piping.
5000-S4800-3000 - Piping Schedule, Pipe Fittings, Valves, and Types of Joints Used in Piping Systems.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 <u>Other publications.</u> - The following publication, of the issue in effect on date of invitation for bids, unless otherwise stated, forms a part of this specification:

NATIONAL BUREAU OF STANDARDS PUBLICATION
Handbook H28 - Screw Thread Standards for Federal Services.

(Application for copies should be addressed to the Superintendent of Documents, Government Printing Office, Washington 25, D.C.)

3. REQUIREMENTS

3.1 Qualification. - Pumps furnished under this specification shall be of a product which has been tested and has passed the qualification tests specified in section 4 (see 6.2).

3.2 Materials. -

3.2.1 All material used in the construction of the pumps and associated equipment shall be of the quality best suited for the purpose intended, and shall be strictly in accordance with the material specifications.

3.2.2 The use of materials differing in properties from those specified for a given application will be considered when the contractor shows the necessity for such substitution, the material proposed is readily obtainable, and provided that the material is satisfactory to the bureau or agency concerned.

3.2.3 Where no specifications are specified herein for the material for certain parts, the material used shall be of a type and quality consistent with that specified for associated parts in the pump. The use or substitution of manufacturer's material shall be subject to approval by the bureau or agency concerned and shall be clearly indicated in a list submitted with the master drawings.

3.3 General design. -

3.3.1 The principle of reliability is paramount and no compromise of this principle shall be made with any other basic requirements of design. It is the intention of this specification to obtain pumps of such design that they will operate over a long period of years with a minimum of servicing. Where wear or erosion is unavoidable the parts subjected to such wear or erosion shall be of the best materials available for the purpose in order to reduce these detrimental effects to a minimum. The design and construction of all pumps shall be the most compact consistent with the following requirements:

- (a) Reliability
- (b) Accessibility for repair
- (c) Resistance to wear or corrosion
- (d) Economy
- (e) Satisfactory operation when inclined as follows:
    (1) Up to 5 degrees for submarines, from the normal horizontal position in the plane of axis (permanently inclined) for surface ships; and for submarines, .7 degrees for machinery for surface operation, 15 degrees for machinery for submerged operation.
    (2) Up to 15 degrees to either side (permanently inclined).
    (3) With the ship rolling up to 45 degrees from the vertical to either side.
    (4) With the ship pitching 10 degrees up and down from the normal horizontal plane.

Note. - Horizontal pumps are normally in a ship with the shaft in the fore and aft position.

3.3.2 Mounting. -

3.3.2.1 Pump units shall be horizontal or vertical mounted as specified (see 6.1).

3.3.2.2 Each horizontal flexible or rigid coupled pump and separable driving unit, complete with all appurtenances, shall be mounted on a common bedplate.

3.3.2.3 Bedplates shall be of cast steel, class CW of Specification MIL-S-15083, or of structural steel fabricated by welding.

MIL-P-17639(SHIPS)

3.3.2.4 Bedplates shall be sufficiently rigid to permit handling, shipment, and installation of the units onboard ship, without disturbing the alignment of the assembled units; and such that the normal distortion, weaving or vibration of the supporting structures onboard ships cannot cause misalignment between the pumps and driving units.

3.3.2.5 All bearing and seating surfaces of bedplates shall be finish machined.

3.3.2.6 Each component part of an assembled unit supported directly by a bedplate shall be doweled thereto to facilitate reassembly and maintenance of alignment.

3.3.2.7 In the event special bulkhead mounting is required, sideplates shall be furnished subject to all conditions specified for bedplates.

3.3.2.8 When motor driven pumps of the close-coupled type are specified, bedplates will not be required. Each pump shall be provided with a support for bolting to the foundation to augment the support from the motor frame.

3.3.2.9 Vertical pumps shall be base-mounted unless otherwise specified in the contract or order. The base shall have provisions for bolting to foundation.

3.3.2.10 Special attention shall be given the design of close-coupled type pumps to insure that leakage from the pump stuffing box glands cannot enter motor frames or bearing brackets.

3.3.3 Bearings.-

3.3.3.1 Types.-

3.3.3.1.1 Radial and thrust bearings may be of the sliding contact or rolling contact types.

3.3.3.1.2 The use of rolling contact bearings shall be subject to the speed limitations of Specifications 42B5 and 42B10 except where prior approval of the bureau or agency concerned has been granted.

3.3.3.1.3 Sliding contact radial bearings may be of the fixed or self-aligning type.

3.3.3.2 Installation.-

3.3.3.2.1 Bearings shall be installed in housings separate from and independent of the stuffing boxes and with adequate protection from gland leakage. Suitable means shall be provided to prevent escape of oil around the shaft. All baffles, wipers and related parts shall be readily renewable.

3.3.3.2.2 Bearing brackets shall be either cast integral with the casing, securely bolted to the casing on a machined shoulder, or held in alignment with the casing by at least two heavy dowels and securely bolted thereto. The use of bolts alone for securing brackets is prohibited.

3.3.3.2.3 Bearing housings shall be cast integral with the bracket or secured thereto in such a manner as to insure alignment.

3.3.3.2.4 Sliding contact radial bearing shells shall be split along the axis and so arranged as to permit renewal or refitting without removal of the pump rotor from the casing. They shall be neatly fitted in their seating to prevent axial play. Shells and their seatings shall be finish machined.

3.3.3.3 Radial bearings.-

3.3.3.3.1 Rolling contact bearings for radial load and their installation shall be in strict accordance with Specification 42B5 or 42B10, as applicable.

3.3.3.3.2 Water lubricated sliding contact bearings shall not be furnished for salt water service.

4

MIL-P-17639(SHIPS)

3.3.3.4 Thrust bearings. -

3.3.3.4.1 A suitable thrust bearing shall be installed on each pump for counteracting any unbalanced hydraulic or mechanical thrust in either direction. In this connection consideration shall be given to the fact that rolling, pitching or list of a ship at sea may introduce thrust loads even though the unit is in hydraulic balance.

3.3.3.4.2 Thrust bearings may be of the combined radial and thrust rolling contact type or pivoted segmental type.

3.3.3.4.3 Combined radial and thrust bearings shall preferably be type C, class b or c, single row, angular contact, duplex mounted, ball bearings in accordance with Specification 42B5; or type C or D, class a, b, or c roller bearings in accordance with Specification 42B10.

3.3.3.4.4 When pivoted segmental type thrust bearings are used, the design shall be such as to permit renewal or refitting of shoes without removal of shafts.

3.3.3.4.5 Thrust bearings for vertical, flexible coupled pumps shall be installed at the tops of the pumps.

3.3.4 Lubrication. -

3.3.4.1 The lubrication of ball bearings shall be in accordance with Specification 42B5.

3.3.4.2 Where forced feed lubrication is provided for turbine-driven pumps, the lubricating system shall be in accordance with Specification MIL-T-17523.

3.3.4.3 All thrust bearing housings, particularly for bearings of the pivoted segmental type, shall be so designed that the thrust bearings will be adequately lubricated immediately when the shaft starts to turn. This shall be accomplished by properly locating oil supply and drain pipes, and by adequate sealing of the bearing housings so that, regardless of the length of time the units are idle, an adequate supply of oil will remain in the bearing housings.

3.3.5 Pump pressure regulating governors. -

3.3.5.1 One pump pressure regulating governor in accordance with Section S47-6 of General Specifications for Machinery shall be furnished with each turbine-driven pump for fire, or fire and flushing service unless otherwise specified in contract or order.

3.3.5.2 The steam pressure drop through pump pressure regulating governors should be considered when rating turbine driven pumps.

3.3.6 Piping and valves. -

3.3.6.1 All valves, flanges and fittings for pipe connections shall conform to Drawing 5000-S4800-3000.

3.3.7 Pump units which are required to be self-priming shall be of a type approved by the bureau or agency concerned.

3.3.8 Turbines. -

3.3.8.1 All turbines for driving pumps shall be in accordance with Specification MIL-T-17523. Attention is directed particularly to the requirements regarding approved designs.

3.3.9 Diesel engines. -

3.3.9.1 All Diesel engines for driving pumps shall be in accordance with Specification MIL-E-15163.

5

MIL-P-17639(SHIPS)

3.3.10 <u>Gasoline engines.</u> -

3.3.10.1 All gasoline engines for driving pumps shall be as specified in the contract or order.

3.3.11 <u>Motors.</u> -

3.3.11.1 All motors for driving pumps shall be of the types and characteristics specified in the contract or order, and shall conform to Specifications MIL-M-17413 and MIL-M-17556 for direct current motors, or Specifications MIL-M-17059 and MIL-M-17060 for alternating current motors.

3.3.11.2 Motor rotors for use on dual turbine and motor driven pumps shall be designed and tested for a speed 25 percent in excess of rated turbine speed.

3.3.11.3 The horsepower rating of each motor shall be not less than the maximum brake horsepower of the driven pump under any condition from shut-off to free delivery. The actual motor rating shall be in accordance with Navy standard motor ratings. If the maximum brake horsepower of the pump is less than 2, and if there is a possibility of an unpredictably high frictional load due to improper adjustment of the gland or to some other cause, then the maximum brake horsepower shall be multiplied by a safety factor of $1.5 = \frac{(max. \ BHP)}{4}$ before selecting the next larger Navy standard rating.

3.3.12 <u>Controllers.</u> -

3.3.12.1 All motor controllers shall be of the characteristics specified (see 6.1) and shall conform to Specification MIL-C-2174 for direct current controllers or Specification MIL-C-2212 for alternating current controllers.

3.3.13 <u>Pressure and vacuum gages.</u> -

3.3.13.1 All pressure and vacuum gages furnished with the units shall be in accordance with Section S87-3 of General Specifications for Machinery.

3.3.14 <u>Thermometers.</u> -

3.3.14.1 All thermometers shall be in accordance with Section S87-4 of General Specifications for Machinery.

3.3.15 <u>Shockproofness.</u> -

3.3.15.1 The design of all complete pumping units shall be such that they are capable of passing the class HI (high-impact) shock test specified in Specification MIL-S-901.

3.3.15.2 Shockmounts are not to be used unless bureau or agency approval of the mount and its proposed application is given.

3.3.15.3 The determination of stresses resulting from the shock tests is accomplished by the application of the usual methods of analytical mechanics. The allowable stress in components due to shock shall be the yield strength (0.2 percent offset) of the material. Normal stresses in parts, such as the tensile stress in a bolt due to initial pull-up, shall not be added to the shock stresses. It is of paramount importance that the maximum accelerations possible under the shock tests be utilized in the design of holding down bolts, supporting feet or lugs, and main structural members of the equipment, and that no failure or permanent deformation occur as a result of shock. Components of an assembly mounted on a common rigid base need not be designed for higher accelerations than the values for which the whole assembly is designed unless the designer has reason to believe that higher accelerations will be experienced by the components.

MIL-P-17639(SHIPS)

3.3.15.4 Bolts designed to be stressed in shear shall be installed in holes with a minimum of clearance, as experience indicates that large clearances allow impacting and subsequent failure.

3.3.16 Casings. -

3.3.16.1 The casings of all flexible or rigid coupled pumps shall be divided into two parts so as to permit ready removal of the rotors and replacement of bearings and glands.

3.3.16.2 The casings of all close-coupled pumps shall be designed to permit ready replacement of wearing parts.

3.3.16.3 Sufficient clearance shall be provided around bolt heads and nuts to permit the use of ordinary tools.

3.3.16.4 Fitted bolts or heavy dowel pins shall be provided in class C-2 pumps to insure maintenance of alignment of casing halves in reassembly.

3.3.16.5 Forcing bolts shall be provided in class C-2 pumps for breaking joints.

3.3.16.6 All pumps shall be fitted with drain connections.

3.3.16.7 All pumps shall be fitted with vent connections and valves on the discharge casings of each stage.

3.3.16.8 All pumps shall be fitted with flanged connections, for suction and discharge pressure gauges, conforming to Drawing B-214.

3.3.17 Suction and discharge connections. -

3.3.17.1 Suction and discharge connections shall be flanged.

3.3.17.2 Suction and discharge connections shall in general be located on the bottom or fixed half of casings except on close-coupled pumps.

3.3.17.3 Suction and discharge connections shall be in accordance with Drawings B-176, B-177, B-104, and B-105, as applicable.

3.3.18 Impellers and shafts. -

3.3.18.1 Outside surfaces of impellers shall be smooth finished, and inside surfaces shall be file finished insofar as practical.

3.3.18.2 Impellers shall be keyed on the shaft and securely held against lateral movement by locked nuts or other means approved by the bureau or agency concerned.

3.3.18.3 Impellers shall be fitted with removable wearing rings except as otherwise specified (see 3.4.1.3) under detail requirements of the individual class of pump.

3.3.18.4 Shaft threading shall be counter to the direction of rotation except where both right hand and left hand units of the same design are involved; in which case, in order to reduce the number of shafts required for repair parts, the threading shall be right hand for all units and the threaded parts shall be locked in place.

3.3.18.5 Shafts shall be fitted with shaft sleeves in way of stuffing boxes, diaphragm bushings and water-lubricated bearings.

3.3.18.6 Shaft flingers shall be provided adjacent to stuffing boxes for all pumps.

MIL-P-17639(SHIPS)

3.3.18.7 The shafts of all pumps, except those driven by alternating current motors, shall be provided with means to permit the ready and direct use of portable tachometers.

3.3.19 Stuffing boxes and packing. -

3.3.19.1 Stuffing boxes shall be of adequate depth and design to reduce leakage to a minimum under all operating conditions.

3.3.19.2 Packing shall be in accordance with Drawing B-153. All packing shall be of a brand approved by the bureau or agency concerned.

3.3.19.3 All stuffing boxes shall be fitted with throat bushings.

3.3.19.4 The stuffing boxes of all pumps shall be fitted with water seal connections and lantern rings located between inner and outer sets of packing. Pumps shall be furnished complete with water seal pipes, fittings and valves as required. Special care shall be taken in the design to insure that compression of the inner packing will not allow the lantern rings to move sufficiently to cut off or restrict the sealing water supply. In any special design where a water lubricated bearing is approved by the bureau or agency concerned, consideration will be given to the use of a combination lantern ring, throat bushing and bearing, in which case the inner rings of packing may be omitted.

3.3.19.5 The design shall be such as to insure that leakage from the glands cannot reach the bearings or be thrown over bearing housings or driving units. This shall preferably be accomplished by using glands cored out internally and the shafts provided with flingers. Ample drip pockets, spray shields and drains shall be provided.

3.3.19.6 Gland and lantern rings shall be split in halves with the halves secured together in a manner to form solid rings for setting up.

3.3.19.7 All stuffing box glands shall be set up by nuts threaded on gland swing bolts, or on studs secured in the casings.

3.3.19.8 Sufficient space shall be provided between bearings and stuffing boxes to permit easy removal of packing, and inspection and overhaul of bearings.

3.3.19.9 All pumps for liquids having fumes which are toxic or explosive shall be provided with mechanical shaft seals unless otherwise specified in the contract or order.

3.3.20 Couplings. -

3.3.20.1 For horizontal or vertical 4-bearing units an all metal flexible coupling shall be installed between the pumps and driving units.

3.3.20.2 All flexible coupling hubs shall be keyed to the shafts and secured by lock nuts. For shafts one inch in diameter and larger the hubs shall be fitted on a taper with keys parallel to the tapers.

3.3.20.3 All rigid couplings shall have fitted bolts and the coupling flanges shall be marked at assembly to insure proper reassembly after overhaul of the units.

3.3.21 Fittings. -

3.3.21.1 The bottom of all pump casings shall be fitted with suitable connections to permit complete draining of the pumps.

3.3.21.2 The bottom of all drip pockets shall be pipe tapped for drain connections.

3.3.21.3 The tops of all pump casings shall be fitted with vent connections.

8

MIL-P-17639(SHIPS)

3.3.22 Threaded parts such as bolts, studs and nuts shall conform to Section S1-3 of the General Specifications for Machinery and Handbook H28.

3.3.23 Painting shall be in accordance with the applicable sections of Appendix 6 of General Specifications.

3.3.24 Welding shall be in accordance with Section S1-4 of General Specifications for Machinery.

3.3.25 Identification plates. -

3.3.25.1 Identification plates shall be furnished on each pump and shall be type A or B in accordance with Specification MIL-I-15024, except that identification plates of plastic or aluminum are not acceptable

3.3.25.2 Identification plates shall be secured to equipment with corrosion resistant metallic screws.

3.3.25.3 Pump identification plates shall contain data as follows:

(a) Manufacturer's name.
(b) Manufacturer's model or type and size.
(c) Service application.
(d) Manufacturer's serial number.
(e) Salient design characteristics:
   (1) Capacity in gallons per minute.
   (2) Total head in pounds per square inch.
   (3) Speed of shaft in revolutions per minute.
   (4) Brake horsepower.
   (5) Test pressure.
   (6) Special data vital to the unit:
      (a) Suction pressure.
      (b) Submergence.
      (c) Impeller diameter.
(f) Contract number (and item number for multiple unit orders).
(g) Bureau of Ships stock number.
(h) Section for inspector's stamp.

3.3.25.4 Each driving unit and each accessory unit shall have an identification plate in accordance with the applicable equipment specification.

3.4 Detail requirements. -

3.4.1 Class C-1 pumps. -

3.4.1.1 The preferred design for class C-1 pumps shall be of the single stage, single suction, volute type.

3.4.1.2 Class C-1 pumps shall have constantly rising head-capacity characteristic curves. Pump with capacities of 50 gallons per minute or more shall have head-capacity characteristic curves such that total head at shut-off is not less than 10 percent above total head at rated capacity.

3.4.1.3 Impeller wearing rings shall be fitted to pumps of this class requiring a driver rated at 10 HP or more.

3.4.1.4 Casing wearing rings shall be fitted in all pumps of this class.

3.4.1.5 Pump casing joints shall be made up using compressed asbestos sheet gaskets.

3.4.1.6 Class C-1 pumps driven by electric motors of 25 HP or less shall be of the close-coupled type unless otherwise specified in the contract or order.

3.4.1.7 Materials for class C-1 pumps shall be as specified in table I.

Table I - Materials for class C-1 pumps.

| Application | Material | Specification |
|---|---|---|
| Casings | Gun metal | MIL-M-16576 |
|  | Valve bronze | MIL-B-16541 |
| Casing bolts |  |  |
|   Salt water service | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
|  | Naval brass | MIL-B-994 |
|  | Manganese bronze | 46B15 |
| Fresh water service | Steel | MIL-B-857 |
| Impellers | Nickel-copper-alloy, cast | MIL-N-20164 |
|  | Gun metal | MIL-M-16576 |
| Under 100 foot head only | Valve bronze | MIL-B-16541 |
| Impeller and casing |  |  |
|   wearing rings | Nickel-copper-alloy | MIL-N-20164 or MIL-N-894 |
|  | Gun metal | MIL-M-16576 |
|  | Phosphor bronze, grade I | MIL-B-16540 |
|  | Bearing bronze, grade II, or grade III | MIL-B-16261 |
| Shafts |  |  |
|   Salt water service | Nickel-copper-aluminum alloy | MIL-N-17506 |
|  | Nickel-copper-alloy rolled, class a or b | MIL-N-894 |
| Fresh water service | Forged steel, class A or B | MIL-S-890 |
|  | Nickel-copper-alloy rolled, class a | MIL-N-894 |
| Shaft sleeves | Nickel-copper-aluminum alloy minimum hardness 265 Brinell | MIL-N-17506 |
| Bearing brackets and caps | Gun metal | MIL-M-16576 |
|  | Valve bronze | MIL-B-16541 |
| Bearing shells for oil |  |  |
|   lubricated sleeve bearings | Cast steel or gun metal, lined with antifriction metal, | MIL-M-16576 |
|  | grade 2 | 46M2 |
| Lantern rings, glands |  |  |
|   and throat bushings | Gun metal | MIL-M-16576 |
|  | Phosphor bronze, grade I | MIL-B-16540 |
|  | Valve bronze | MIL-B-16541 |
| Mounting brackets for |  |  |
|   close-coupled pumps | Gun metal, or valve | MIL-M-16576 |
|  | bronze | MIL-B-16541 |
| Impeller nuts | Gun metal | MIL-M-16576 |
|  | Nickel-copper-alloy | MIL-N-894 |
|  | Phosphor bronze | MIL-B-892 |

MIL-P-17639(SHIPS)

3.4.2 <u>Class C-2 pumps.</u> -

3.4.2.1 All pumps of this class shall be suitable for parallel operation and shall have constantly rising head-capacity characteristic curves. Each pump with a total head in excess of 100 p.s.i. shall have a characteristic curve such that at constant rated speed the total head at shut-off will be not less than 10 percent nor more than 20 percent above total head at rated capacity.

3.4.2.2 The preferred design for class C-2 pumps shall be single stage, double suction, volute type.

3.4.2.3 Materials for class C-2 pumps shall be in accordance with those for class C-1 pumps (see table I).

3.4.2.4 Each class C-2 pump with a total head of 100 p.s.i. or higher shall have a synthetic rubber O-ring seal between the casing wearing ring and the casing.

3.5 <u>Drawings.</u> -

3.5.1 Drawings shall be in accordance with type I of Specification MIL-D-963.

3.5.2 Outline drawings shall be furnished covering complete pump units including pump, driver, bedplate and attached accessories. Separate outline drawings shall be furnished for each contract or order and for each different pump unit on a contract or order.

3.5.3 Pump master drawings shall include sectional assembly, complete list of material and details of all parts. The sectional assembly and list of material with references to detail drawings should be on a single sheet; and details shall be on one or more additional sheets. Several details should be shown on each pump master drawing. Details of single pump parts on size A sheets, resulting in a multiplicity of drawing sheets, should be avoided.

3.5.4 Subassemblies furnished as repair parts in lieu of or in addition to individual repair parts shall be recorded on the related outline drawings by reference notes or as additional items on the "List of Material" of the sectional assembly drawing.

3.5.5 Drawings for drivers and associated equipment shall be in accordance with the specifications for those equipments.

3.5.6 The sectional assembly drawing shall show all assembly clearances.

3.5.7 Drawings submitted with bids are not required to be in master drawing format.

3.6 <u>Instruction books.</u> - Instruction books shall be in accordance with type C of Specification MIL-B-15071, unless otherwise specified in the contract or order. A separate instruction book shall be furnished for each different pump unit except in special cases when books covering more than one pump may be approved. Preliminary instruction books submitted for approval shall include all proposed sections complete.

11

MIL-P-17639(SHIPS)

3.7 <u>Repair parts and tools.</u> -

3.7.1. <u>Onboard.</u> - Onboard repair parts of the types and quantities shown in table II shall be furnished as required in the contract or order.

Table II - Onboard repair parts.

| Name of part | Quantity per set |
|---|---|
| Ball or roller bearings<br>Internal water lubricated bearings<br>Coupling bushings, pins and other wearing parts<br>Felt wiper rings or oil seals<br>Packing<br>Mechanical seals | 100 percent complete replacement for all installed units per vessel |
| Sleeve bearings<br>Pivoted segmental bearings<br>Oversize impeller wearing rings<br>Undersize casing wearing rings<br>Diaphragm bushings<br>Lubricating oil pumps complete with drive shafting and gears<br>Oil pump gears or rotors<br>Lantern rings<br>Stuffing box throat bushings | One to 4 units per vessel - 100 percent replacement for one pump<br>Over 4 units per vessel - 100 percent replacement for two pumps |
| Rotors, completely assembled, including shaft, impellers, standard size impeller and casing wearing rings, casing diaphragms and bushings, sleeves, keys, nuts, flinger, and complete coupling<br>Diffusion vanes | 100 percent replacement for one pump |

3.7.1.1 The pump rotor assembly for flexible coupled units shall be completely assembled ready for installation in the unit for which intended and shall include any nonrotating parts which can be installed only by removing some rotating part or parts of the pump rotor.

3.7.1.2 Pump rotor assemblies for motor driven close-coupled pumps shall be furnished disassembled.

3.7.1.2.1 The quantities of individual repair parts shall not be reduced because of duplication of parts furnished to make the rotor assembly except that standard casing wearing rings shall not be required.

3.7.1.3 Impeller and casing wearing rings, (see table II) shall be machined oversize and undersize as applicable by at least 0.015 inch in order to permit finish machining as required for replacement aboard ship.

3.7.1.4 <u>Tools.</u> -

3.7.1.4.1 A complete set of special tools required for the maintenance and repair of the pump units shall be included in each set of onboard repair parts.

12

MIL-P-17639(SHIPS)

3.7.1.4.2 The special tools shall include the following, as applicable:

    (a) Complete set of special wrenches of forged steel with hardened jaws.
    (b) One impeller pulling tool.
    (c) One set of babbitting mandrels with collars, complete for renewing white metal of all bearings.
    (d) One set of ball bearing pulling tools.
    (e) Any other special tools necessary for the proper maintenance of the units in service.
    (f) Tools for gasoline service pumps, or other pumps for handling explosive fluids, shall be non-sparking and in accordance with Specification MIL-T-16243.

3.7.1.4.3 Tools which are available in the Catalog of Naval Material, General Stores Section, such as common wrenches and standard pullers, will not be required. Standard complete or limited sets of pullers or parts of puller sets in accordance with Specification GGG-P-781 shall be identified as to type and use in notes on the outline or section assembly drawings. Special tools shall be detailed, and included in the list of material.

3.7.1.5 Each box containing onboard repair parts shall contain a list entitled "List of onboard repair parts and tools". The list shall be in a format suitable for use on outline drawings and in the instruction books. It shall not be less than nominal 8-1/2 by 11 inches in size.

3.7.1.5.1 The format of the list shall include a heading and columns of data for the items listed. The heading shall include titles and applicable entries as follows:

```
Reproduced from drawing number _____
Number of ships _____
Application _____
Contract number _____
Manufacturer _____
Quantities are for _____ units per ship
The columns shall include:
    Piece number _____
    Name of part _____
    Quantity _____
    Drawing number _____
    Standard Navy stock number _____
Additional columns may be used as applicable
```

3.7.1.5.2 The list shall be so treated as to be resistant to oil, water and fading.

3.7.2 Stock.- The selection, stock numbering and quantities of repair parts for stock shall be determined and processed in accordance with Specification MIL-R-15137.

3.7.2.1 The cognizant supply demand control point for repair parts for stock is Ships Parts Control Center, Mechanicsburg, Pennsylvania, unless otherwise specified in the contract or order.

3.8 Workmanship.- The equipment, including all parts and accessories, shall be manufactured and finished with first class workmanship in all respects.

4. SAMPLING, INSPECTION, AND TEST PROCEDURES

4.1 Qualification tests at a Government laboratory.- Qualification tests shall be conducted at the Engineering Experiment Station, Annapolis, Maryland. The head, capacity and other characteristics of units for qualification tests shall be as specified by the Bureau of Ships.

13

MIL-P-17639(SHIPS)

4.1.1 The qualification tests shall adequately demonstrate the ability of the pump to handle the specified capacities at the maximum specified temperature of the liquid and the minimum suction head or maximum suction lift or vacuum. Sufficient data shall be taken during the tests to prepare pump characteristic curves as required herein. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible. The following test curves shall be prepared:

    (a) Capacity versus total head.
    (b) Capacity versus pump efficiency.
    (c) Capacity versus brake horsepower.

4.1.2 <u>Endurance test.</u> - The pump shall be operated for 24 hours continuous at a capacity as near free delivery as possible and for 12 hours at a capacity as near shut-off as possible. Failure of any part of the pump during the endurance test shall be considered as failure of the pump to qualify. The pump shall complete the endurance test without excessive noise, vibration or wear of parts.

4.1.3 Consideration will be given to granting qualification as a result of service tests. To be granted qualification as the result of service tests the following requirements shall be met:

    (a) Two or more pumps of the general design and general operating characteristics shall have given satisfactory service onboard a Naval vessel for a period of at least two years and must still be in service on such vessel at the time qualification is requested.
    (b) When the design of a pump in service for which a manufacturer requests qualification does not meet current Naval requirements as regards head and capacity characteristics, the manufacturer shall be required to furnish satisfactory evidence that he has produced pumps of a design, head and capacity characteristics equal to those currently required for Naval service. The Bureau of Ships reserves the right to require additional qualification tests of any design of pump, which, in its opinion, has been changed sufficiently to require further demonstration of its suitability.
    (c) Any manufacturer whose product has been eligible to be placed on the qualified products list as a result of service test shall be required on his first contract or order after being granted qualification to submit a complete unit to the Engineering Experiment Station for a check test which will consist of the qualification tests. The awarding of qualification shall be contingent upon the unit passing the check test.

4.1.4 Separate qualification tests shall be required on vertical and on horizontal units under each class, except that qualification on vertical design may be extended to cover horizontal design also. Tests on more than one unit of each mounting and class normally will not be required.

4.2 <u>Shop tests.</u> -

4.2.1 Pump casings shall be tested hydrostatically to a pressure one and one-half times the maximum discharge pressure or total head, whichever is greater, but in no case to less than 50 pounds per square inch gage.

4.2.2 Pumps for submarine systems which are subjected to sea pressure shall withstand a hydrostatic test pressure equal to one and one-half times the designed submergence pressure of the vessel plus one and one-half times the total head of the pump.

4.2.3 Each pump, except those driven by alternating current motors, shall be tested in the shop of the manufacturer or contractor at 25 percent above designed maximum operating speed by a continuous nonstop run of at least 30 minutes. This test shall be conducted in the presence of the Government inspector, who shall check operation and smoothness of running. While running at this speed the pump

14

MIL-P-17639(SHIPS)

need not be loaded except as necessary to prevent injury. For four-bearing units and for geared units, these tests may be conducted with or without the driving units and gear units, provided the driving units and gear units have already been independently tested in the same manner. For continuous or rigid coupled shaft sets, these tests shall be made with the driving units connected in place. In the case of pumps driven by alternating current motors each unit shall be tested for smoothness of operation at full load and full speed.

4.3 Performance acceptance tests. -

4.3.1 It shall be the responsibility of the prime contractor to insure that tests required on assembled units are made.

4.3.2 Driving units shall be tested as required by the applicable equipment specifications.

4.3.3 One pump of each type and size on contract or order, as selected by the Government inspector, complete, including the turbine and reduction gear, if used, or the motor and controller, shall be given a test to determine the overall power or steam consumption of the unit under the specified or guaranteed conditions. This test may be conducted in the shop of the main contractor or subcontractor as arranged with the bureau or agency concerned. The Bureau of Ships may consider waiver of overall power or steam consumption tests on pumps if identical units with identical guarantees have been previously tested.

4.3.4 For turbine driven pumps, the functioning of the speed governors shall be carefully observed during these tests, and all adjustments that may be necessary to insure satisfactory operation at all normal operating speeds shall be made before the units are accepted. The governors shall function as specified in the turbine specifications. When pressure regulating governors are specified, the foregoing requirements shall apply to this equipment also, and compliance with the governor specifications shall be demonstrated.

4.3.4.1 Performance acceptance tests shall ordinarily be conducted at the same time as, and shall include the inclined operation tests as specified for the driving unit. For inclined operation tests the unit shall be run at maximum operating speed, but need not be fully loaded.

4.3.5 Performance acceptance tests shall adequately demonstrate the ability of the pump to handle its rated capacity of specified liquid at the maximum temperature and minimum suction head or maximum suction lift or vacuum, as applicable.

4.3.6 Sufficient data shall be taken during the tests to prepare pump characteristic curves as specified in 4.3.7. In all cases the test data shall be corrected to the specified operating conditions as to steam pressure and temperature, exhaust pressure, voltage, frequency, temperatures, specific gravity, suction head or lift, and vacuum, as set forth in the contract or order; such conditions shall be clearly shown on the data sheets. The data sheets shall state the actual finished diameter of the pump impellers installed on test. Test data and curves shall be complete over the entire range of capacities from shut-off to as near free delivery as possible.

4.3.7 The following test curves shall be supplied for constant speeds of approximately 90, 100 and 110 percent of designed speed:

   (a) Capacity versus total head.
   (b) Capacity versus pump efficiency.
   (c) Capacity versus brake horsepower.
   (d) Capacity versus steam consumption or electrical horsepower input.

Where pumps are driven by constant or multispeed alternating current motors, the curves shall be obtained for the rated speed conditions of the motor in lieu of those noted above.

15

MIL-P-17639(SHIPS)

4.3.8 The bureau or agency concerned may, when requested, authorize separate tests of the driving unit including reduction gear, if used, and driven unit, at the plants of the different manufacturers, and will accept overall power and steam consumption results and characteristic curves computed from the results therefrom. This should not be construed in any way to release the primary contractor from an operating run on one completely assembled unit from each contract. This operating test shall be run with the unit fully loaded and shall demonstrate all requirements of the specifications as to thrust, governing, balance, and lubrication, at maximum speed.

4.3.9 Complete test reports, including test data on both pumps and driving units, shall be assembled and distributed as follows:

(a) Three to the Bureau of Ships (to be forwarded via the cognizant inspector).
(b) One for primary district inspection office.
(c) One for branch inspection office (if any).
(d) Two to each supervisor of shipbuilding (one for supervisor's files, the other for the shipbuilder).
(e) One to the Commander of each ship building yard concerned, for Navy yard built ships, when specified in the contract or order.

4.3.10 One complete pumping unit of each type, design and size shall be subject to the high impact shock test specified in Specification MIL-S-901 as required by 3.3.15.

4.3.11 Equipment previously accepted will not be resubmitted for shock test except when evidence of low shock resistance develops in the units installed. The bureau or agency concerned will initiate action with the manufacturer for correction of deficiencies, and reserves the right to require shock tests at any time.

4.3.12 All pump units shall be shock tested with drivers unless otherwise approved by the bureau or agency concerned. Flexible coupled pumps shock tested with one driver will not be required to be shock tested again when supplied with a different driver. Prime movers are subject to shock tests in accordance with the applicable equipment specifications.

4.3.13 One pump of each manufacturer's type and each nominal size shall be subject to shock tests. Compliance with shock resistance requirements may be covered by test of a similar unit subject to bureau or agency concerned approval.

4.3.14 The pump unit shall be considered to have failed to pass the shock tests in the event of any of the following:

(a) Breakage of any parts, including mounting bolts.
(b) Appreciable distortion or dislocation of any part, such as shaft, mounting feet, bearings.
(c) A mechanical unbalance of more than two times the amplitude of unbalance measured prior to tests at rated speed, or more than that permitted by the specifications for the driver.

4.3.15 Shock tests will be conducted at the manufacturer's plant. Where a manufacturer is unable to conduct these tests at his own plant, he may arrange to have them conducted at a commercial laboratory, or Government laboratory suitably equipped to conduct tests. Where shock tests are conducted at a Government laboratory, copies of the applicable master drawings shall accompany the units.

4.3.16 Pump units which have been subjected to the high-impact shock test and have failed to conform to the requirements will not be acceptable.

16

MIL-P-17839(SHIPS)

4.3.17 Pump units which have been subjected to the high-impact shock test and have successfully passed this test shall be considered acceptable for such service as the bureau or agency concerned may authorize. Such equipment will be returned by the Government to the contractor for reconditioning as follows:

  (a). Minor deformations of mounting flanges shall be corrected.
  (b) Minor deformations affecting alignment shall be corrected.
  (c) All bearings shall be replaced.
  (d) Each part shall be carefully examined by the contractor and any part which he considers substandard shall be replaced.

Minor deformations shall be defined as those which do not cause unqualified rejection of the design under high-impact shock test but which are in excess of the design dimensional tolerances specified on the applicable pump drawings.

4.4 <u>Inspection of pump repair parts.</u> - The pump repair parts required by 3.7.1 shall be inspected to assure interchangeability with the similar parts in the assembled pumps. Ordinarily material analyses and physical test specimens will not be required but the Government inspector shall employ such procedures as will assure the delivery of parts made of the same materials and by the same processes as for the assembled pumps.

4.5 <u>Inspection procedures.</u> - For Naval purchases, the general inspection procedures shall be in accordance with General Specifications for Inspection of Material.

5. PREPARATION FOR DELIVERY

5.1 <u>Preservation, packaging, packing and marking.</u> - Pumps shall be prepared for delivery for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment in accordance with Specification MIL-P-16789 (see 6.1).

5.2 <u>Marking.</u> - Nomenclature used in the marking of interior packages and shipping containers shall be the exact nomenclature for the part or item that has been approved under the contract or order.

6. NOTES

6.1 <u>Ordering data.</u> - Procurement documents should specify the following:

  (a) Title, number, and date of this specification.
  (b) Class required (see 1.2).
  (c) Rated capacity.
  (d) Rated total head.
  (e) Horizontal or vertical installation (see 3.3.2.1).
  (f) Liquid handled.
  (g) Specific gravity of liquid handled.
  (h) Liquid temperature.
  (i) Suction head.
  (j) Type drive.
  (k) Electrical characteristics (for motor drive) as required by applicable motor and controller specifications.
  (*l*) Turbine characteristics (for turbine drive):
      (1) Type connection to driven unit.
      (2) Steam conditions (pressure and temperature) at the throttle (see the specification for pump pressure regulating governors regarding pressure drop through such governors), also the maximum designed boiler steam drum pressure of the installation for which the turbine is intended.
      (3) Exhaust conditions (pressure or vacuum) at turbine exhaust.

17

MIL-P-17639(SHIPS)

 (m) Internal combustion engine characteristics (for engine drive):
  (1) Type engine.
  (2) Starting equipment required.
  (3) Type of sea water pumps.
  (4) Whether overspeed governor should be furnished and type requested.
 (n) Whether shipment is for domestic shipment - immediate use; domestic shipment and storage; or for overseas shipment (see 5.1).
 (o) If repair parts boxes are required, specify type (metal or wood) (see 5.1).
 (p) That the following data is required with bids:
  (1) Sectional assembly drawing of pump.
  (2) A drawing of the unit showing overall dimensions.
  (3) Pump characteristic curves.
  (4) Pump efficiency at rated capacity.
  (5) Horsepower of driver.
  (6) RPM at rated capacity.
  (7) Weight of complete unit.
  (8) The manufacturer and descriptive data of the driven and associated accessories, such as controller.
 (q) The number of pumps per vessel on which quantity of onboard repair parts is to be based.

 6.2 In the procurement of products requiring qualification, the right is reserved to reject bids on products that have not been subjected to the required tests and found satisfactory for inclusion on the Military Qualified Products List. The attention of suppliers is called to this requirement, and manufacturers are urged to communicate with the Bureau of Ships, Navy Department, Washington 25, D.C., and arrange to have the products that they propose to offer to the Army, the Navy or the Air Force, tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. Information pertaining to qualification of products covered by this specification may be obtained from the Chief of the Bureau of Ships, Navy Department, Washington 25, D.C.

 6.3 This specification supersedes that part of Section S47-2 of the General Specifications for Machinery covering class C-1 and class C-2.

 Notice. - When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

Custodian:
 Navy - Bureau of Ships