6-15-66-1552

DE1052 Class/S47(2-2617-N) June 15, 1966

RECEIVED
JUN 17 1966
BUFFALO PUMPS,

From: Todd Shipyards Corp.
(Seattle Division)
By Gibbs & Cox, Inc.
21 West Street,
New York, N. Y. 10006

To: Supervisor of Shipbuilding, USN, New York
Federal Office Building
29th Street and 3rd Avenue
Brooklyn, New York 11232

Subject: DE1052 - Distiller Feed Pump - Preliminary Equipment Manual.

References:
(a) Letter from Todd Shipyards Corp. (Gibbs & Cox, Inc.) DE1052 Class/S47(2-2618-N) to Buffalo Pumps Inc. dated June 15, 1966. FILE 574

(b) Detail Specification for Building Ocean Escort DE1052 Class

Enclosure: Two copies of (A)

(A) Preliminary Equipment Manual for Distiller Feed Pump - Buffalo Pumps Inc.

1. In compliance with the requirement of the specifications it is requested that a NAVSHIP number be assigned to the equipment manual, Enclosure (A). By Reference (a) the Design Agent forwarded comments on the manual to the pump manufacturer.

2. Final approved manuals will be distributed in accordance with Paragraph 9020-5-C of Reference (b).

3. It is anticipated that the final manuals will be available for distribution approximately 60 days after final approval.

4. The Supervisor's response to the above is requested by July 8, 1966.

TODD SHIPYARDS CORPORATION
(SEATTLE DIVISION)
BY GIBBS & COX, INC.
W. C. BACHMAN

R P Fulton
R. P. FULTON
By direction

RH/jo
cc: Buffalo Pumps
Buffalo, N.Y.
Todd, Seattle
Todd, New York

Mailed Copy to A. Bloom 6/17 RWG

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

6-15-66-1549

DE1052 Class/S47(2-2618-N)

June 15, 1966

From: Todd Shipyards Corp.
(Seattle Division)
By Gibbs & Cox, Inc.
21 West Street
New York, N.Y. 10006

To: Buffalo Pumps, Inc.
North Tonawanda, New York

Subject: DE1052 - Distiller Feed Pump Purchase Specification No. DE1052-517-M4710 Todd Purchase Order DES 2033 Preliminary Equipment Manual

References:
(a) Letter from Buffalo Pumps, Inc. to Gibbs & Cox, Inc. (3-18-66-64) dated March 15, 1966

(b) Buffalo Pumps, Inc. Technical Manual for Distiller Feed Pump DE1052 Class Ships

1. The Design Agent has reviewed Reference (b) as per Reference (a) and considers it satisfactory subject to the following comments:

(a) Cover

(1) Change "Technical Manual" to "Equipment Manual".

(b) Title Page

(1) As noted in paragraph 1a1.

(c) Approval and Procurement Record Page

(1) Add "Page" after "Record".

(2) Delete "Basic" and add "For" after "Data".

(3) Comment 1a1 herein applies.

(4) Delete "Approved By" and insert "Approval Authority".

(5) Insert "Purchase" between "Or" and "Order".

Mailed copy to A. Bloom 6/17

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

1. (c) (Cont'd)

(6) Delete "Date" column.

(7) Replace "Vessels" with "Ships".

(8) Add "Quantity of Equipment" column between "Quantity of Manuals" and "Building Yard".

(9) Change "Quantity of Manuals" from "86" to "74".

(10) Delete all references to equipment used on ships built at Todd Shipyards Inc., San Pedro, California: i.e.; DE-1055, DE-1058, DE-1060, DE-1067, DE-1071, DE-1074 and DE-1076. Gibbs & Cox is the Approval Authority only for ships built at Todd Shipyards Inc., Seattle. Approval for equipment used on ships other than those built at Todd, Seattle, must be granted by the cognizant Naval authority.

(d) List of Effective Pages

(1) Delete "Effective Pages" upper left corner.

(2) Delete "Front Matter" upper right corner.

(e) Table of Contents

(1) Delete "Contents" upper left hand corner.

(2) Comment 1d2 herein applies.

(f) List of Illustrations

(1) Delete "List of Illustrations" in the upper left corner.

(2) Comment 1d2 herein applies.

1. (g) Page vii

(1) Delete "Frontispiece".

(h) Page 1-1-2

(1) Add "Prelubed" after "Ball"

(2) Change "length" from 2'-7-7/8" to 31-7/8"

(i) Page 1-3-1

(1) Delete item 3. "Lubrication of Motor" since the bearings are prelubricated and sealed and require no lubrication.

2. In addition to the above comments the manufacturer will be required to include an electrical section covering the motor. This section will be furnished by the motor manufacturer. The Table of Contents should include the motor section.

3. By separate correspondence, to the Supervisor, the Design Agent is requesting that a NAVSHIPS No. be assigned to this manual.

4. It is requested that the pump manufacturer resubmit the subject Equipment Manual, including the electrical section, for review by the Design Agent by July 5, 1966.

TODD SHIPYARDS CORPORATION
(SEATTLE DIVISION)
BY GIBBS & COX, INC.
W. C. BACHMAN

R P Fulton

R. P. FULTON
By direction

EI/al

cc: SupShip, N.Y.
Todd, Seattle
Todd, N.Y.

7-28-66-1587

DE1052 Class/S47(2-3376-N) July 28, 1966

From: Todd Shipyards Corp.
(Seattle Division)
By Gibbs & Cox, Inc.
21 West Street,
New York, N.Y. 10006

To: Buffalo Pumps,
North Tonawanda, N.Y. 14121

Subject: DE1052 Class - Distiller Feed Pump -
Purchase Specification DE1052-517-M4710
P.O. DES-2033 - Equipment Manual, Review of

References:
(a) Letter from Buffalo Pumps Inc. to Gibbs & Cox, Inc. dated June 30, 1966 (7-1-66-66).

(b) Buffalo Pumps Inc. Equipment Manual for Distiller Feed Pump for DE1052 Class Vessels.

1. Reference (b) forwarded by Reference (a) has been reviewed by the Design Agent and is considered satisfactory subject to the following comments:

(a) On the cover and title page delete "Bureau of Ships" and in its place insert:"Naval Ship Engineering Center, Washington, D.C."

(b) Page 1-1-1 under "Pump"
(1) After "Actual Shut off Head" insert actual data.

(2) Delete "structure borne noise Group C".

(c) Page 1-1-2 under "Overall dimensions of assembled unit" height should be "22-1/8".

(d) Page 1-1-4 - Paragraph 1-1-3 add "and Resilient Mounts" following "Mounting Subbase". In second sentence after "....foundation" add "to reduce sound transmission".

(e) Page 1-2-1 - In the first sentence under Piping delete "all" and substitute "Normally all rigid...." Before the fourth sentence add, "However since this pump is resiliently mounted, flexible hoses are to be installed to reduce sound transmission and will also prevent piping stresses on the pump."

Copy sent to A. Blaum [initials] 8/1/66

1. (Cont'd)

(f) Page 1-3-1, Paragraph 1-3-1

(1) Under "Warning" add the following "Never use water on electrical fires. Use $CO_2$." Also add "When servicing pump, disconnect from sources of electrical power and tag."

(2) After "Pump priming", add "Insure that pump is completely filled with liquid."

(g) Page 1-3-1 Paragraph 1-3-2 the step 2 after "primed" add "and vented. Then close vent valve."

(h) Page 1-3-2 Paragraph 1-3-5 under "Vibration", in the second paragraph delete "to acceptable limits" and specify these limits. Also identify the locations for taking readings.

(i) Page 1-4-1, Paragraph 1-4-2 in the first sentence under "Trouble Shooting" delete "Listed below are" and substitute "Table- - - lists" at end of sentence add "and remedies".

(j) Page 1-4-2 - Delete paragraph number 1 to 5 and substitute table in the form "Trouble, Probable Cause, Remedy" including:

(1) For "No Discharge", Probable Cause should include Pump not primed, Speed too low, Impeller completely plugged, Plugged suction line or strainer, Pump not running and Impeller locked. Also indicate corresponding remedies.

(2) For "Insufficient Discharge", Probable Cause should include Air leaks in suction or stuffing box, Speed too low, Clogged suction line screen or impeller, Mechanical defects: Wearing rings worn; Impeller damaged. Also indicate corresponding remedies.

(3) For Insufficient Discharge Pressure, Probable Cause should include Speed too Low, Air or gases in liquid, Wrong direction of rotation, Mechanical Defects: Wearing rings worn; Impeller damaged. Also indicate corresponding remedies. For Air or gases in liquid, remedy is "Check suction for leaks. Vent frequently."

DE1052 Class/S47(2-3376-N)

1. (j) (Cont'd)

(4) For "Loss of Suction," Probable Cause should include Air or gases in liquid, Defective Casing Gasket. Also indicate corresponding remedies.

(5) For "Excessive Power Consumption", Probable Cause should include Speed too high, Mechanical Defects: Shaft bent, Rotating element binds. Also indicate corresponding remedies.

(6) Add Trouble "Stuffing box overheats or excessive stuffing box leakage". Probable Cause should include Insufficient cooling water to stuffing box, Excessively worn packing, Lantern ring installed between wrong packing rings, Excessive pressure in stuffing box, Seal cage plugged. Also indicate corresponding remedies.

(7) Add Trouble "Noisy Installation or Excessive Vibration". Probable Cause should include Loose mounting bolts, Mechanical defects, Impeller or motor imbalanced, Air or gases in liquid, Foreign matter in pump, Misalignment. Also indicate corresponding remedies.

(k) Page 1-4-4 Following paragraph 2 under "Wearing Rings", add the following: "Resilient Mounts - make regular checks on resilient mounts. A normal service life of 5 years is expected unless damage or prior loss of effectiveness require earlier replacement. Resilient mounts should be replaced at such time when their performance is deemed ineffective or as specified by current BuShips instructions".

2. By separate correspondence to the Navy, the Design Agent has requested the assignment of a NAVSHIPS number.

3. The manual shall include an Electrical Section. This approved section will be forwarded by the motor manufacturer for insertion by the pump manufacturer.

DE1052 Class/S47(2-3376-N)

4. It is requested that the pump manufacturer's acceptance of the above comments be forwarded to the Design Agent by August 15, 1966. Resubmittal is not required.

TODD SHIPYARD CORPORATION
(SEATTLE DIVISION)
BY GIBBS & COX, INC.
W. C. BACHMAN

R P Fulton

R. P. Fulton
By direction

RH/jo

cc: SupShip, N.Y.
Todd, Seattle
Todd, New York

Copy to Art Bloom 3/15/68 RME

Tile 570

3-6-68-1596

DE1052 Class/S58(2-6207-N)

March 5, 1968

From: Todd Shipyards Corporation
(Seattle Division)
By Gibbs & Cox, Inc.
21 West Street
New York, New York 10006

To: Aqua-Chem, Inc.
225 North Grand Ave.
Waukesha, Wisconsin 53186
Attn: Mr. R. E. Nuttner

Subject: DE1052 Class - Distilling Plant - Distiller Distillate Pump & Distiller Sea Water Heater Drain Pump - Purchase Specification No. DE1052-517-M5800 - P.O. DES 2016 Preliminary Technical Manual - Approval of

References:

(a) Letter from Aqua-Chem, Inc. to Gibbs & Cox, Inc., dated 9 November 1966 (11-14-66-120)

(b) Preliminary Technical Manual for Distiller Distillate Pump & Distiller Sea Water Heater Drain Pump

(c) Preliminary Technical Manual for Aqua-Chem, Inc. 12,000 GPD Flash Type Distilling Plant (Model S500FL2H)

(d) Military Specification MIL-M-15071E(Ships)

1. Reference (b), forwarded via Reference (a), has been examined in conjunction with Reference (d) and the subject purchase order specifications. In this regard, Reference (b) is considered satisfactory for publication and distribution, subject to the manufacturer's compliance with the following comments:

(a) Cover Layout

(1) Delete "Bureau of Ships" and insert "Naval Ship Systems Command".

(2) Insert the appropriate NAVSHIPS Number, when available.

(b) Title Page

(1) Comments 1.a.1 and 1.a.2 apply herein.

1. (Cont'd)

(c) Approval and Procurement Record Page

(1) The appropriate NAVSHIPS Number should be added under the Approval Data and the Certification Data columns.

(2) The approval authority should be delineated as follows:

"Approved by Todd Shipyards Corp. (Seattle Division) (G&C) letter DE1052 Class/S58(2-6207-N), dated March 5, 1968

(d) Table of Contents & List of Illustrations

(1) It is noted that the manual does not contain the appropriate motor and controller inserts for each pump. Accordingly, the approved inserts should be added, when available. Additionally, the Table of Contents should be revised to indicate a separate chapter for each pump, motor and controller.

(2) Pursuant to comment 1.d.1, it is recommended that each chapter of the manual be divided by an appropriate separator.

(3) On Page 1-i, insert Section 7, entitled Motor and Controller, and add the appropriate page number.

(4) In line with comment 1.d.1, the motor and controller drawings should be included as illustrations. The appropriate page numbers should be indicated on Page 1-ii.

(e) Section 1 - General Data (Distiller Distillate Pump)

(1) On Page 1-1-1 add the phrase "At Rating" in conjunction with the 1.09 BHP.

(2) The Military Specification for the motor should be changed to MIL-M-17060B. Additionally, the Design Agent notes that this information is also in error on Figure No. 1-6-1.

1. (e) (Cont'd)

(3) It is noted that the weights for the subject equipment, shown on Page 1-1-2, are calculated weights. This information should be reflected therein.

(4) On Page 1-1-2, under Reference Drawings, the manual should list the appropriate number for reference..

(f) Section 1 - Detailed Description

(1) Under the paragraph on the casing, Page 1-1-3, make the following changes:

(a) Delete the word "Spigot" in the second sentence, and insert the word "Stepped".

(b) In the fourth sentence, identify the drain plug as Pc. No. (34), the vent cock as Pc. No. (26), and the flanged seal water connection as Pc. No. (41).

(2) Revise the last sentence of the paragraph on the motor bracket to read as follows:

"The motor bracket contains drain fittings which may be used to remove leakage from the stuffing box".

(g) Section 3 - Operating Instructions

(1) Inasmuch as the motor, utilized for this installation, is equipped with sealed bearings, any reference to motor lubrication is inappropriate. Therefore, Item 3 under Section 1-3-1 should be deleted.

(h) Section 4 - Maintenance

(1) The second sentence of Item 2 under Annual Maintenance Procedure, Page 1-4-1, should be revised as follows:

"When clearance has increased to double the initial value, the original clearance, as shown on Page 1-1-2, should be restored by replacing the affected parts".

1 (h) (Cont'd)

(2) The Trouble Shooting Table, on Pages 1-4-2 to 1-4-5, should be modified to accommodate the following:

(a) Under "Noisy Installation", delete the Cause and Remedy for "Specific Gravity of the Liquid Too High". Revise the remedy for "Speed Too High" to read as follows: "Check the Driver for High Speed, Refer to the Applicable Trouble Shooting Tables".

(b) Comment 1.h.2.a applies to the section on "Pump Overloads Driver".

(c) In addition to the present remedy for "Suction Lift Too High" under the topic "Pump Loses Prime After Starting", add the following remedy: "Check the Level in the Supply Tank".

(d) Comment 1.h.2.c applies to the cause of "Suction Lift Too High", under the topic of "Pump Discharge Pressure Low".

(e) Under the topic of "Low Capacity" revise the remedy, for "Speed Too Low", to read as follows: "Check Speed of Driver and Refer to the Applicable Trouble Shooting Tables".

(i) Section 1-4-5 - Reassembly (Page 1-4-2)

(1) The second sentence in Item 7 should be revised to read as follows: "Coat both sides of the gasket with a graphite-oil mixture."

(2) In Item 9, delete the word "Correct" and insert the word "Connect".

(3) Delete Item 11, and insert the following: "Start the Unit and Check for Leaks".

(j) Table of Contents (Distiller Sea Water Heater Drain Pump)

(1) Comments 1.d.1 to 1.d.4 inclusive apply to Pages 2-i and 2-ii.

1. (Cont'd)

(k) General Information Page 2-1-1- & 2-1-2

(1) Under General Data, delete the words "Close Coupled" and insert "Flexibly-Coupled".

(2) Delete "Buffalo Shop Orders - 550373-400" and insert "Class - D-1: Horizontal, Multi-Stage".

(3) Between the items of "Total Head, PSI" and "Specific Gravity", insert "Liquid Handled - Water".

(4) Delete "Rotation - CCW", or further qualify this item to indicate the location from which the rotation is viewed, i.e. CCW as viewed from the pump end, or CCW as viewed from the motor end.

(5) Comment 1.e.3 applies to the weight information on Page 2-1-2.

(6) Under General Data for the Motor, Page 2-1-2, add the following: "Military Specification MIL-M-17060B".

(7) Comment 1.e.4 applies to the reference drawing information on Page 2-1-2.

(l) Detailed Description - Pages 2-1-4 & 2-1-5

(1) In the second paragraph under the topic of "Casing", correct the spelling of the word "Labyrinth".

(2) Under the topic of "Bearings", after the last sentence, add the following: "Note: See Table 2.4.1".

(3) On Page 2-1-5, under the topic of Lubrication, add the following: "Note: See Table 2.4.1".

(m) Installation - Section 2

(1) On Page 2-2-3 revise Item 11 to read as follows:

"It it becomes necessary to realign the pump and motor, so that the original dowels between the pump or motor and the subbase are no longer in alignment, drill and ream new dowel holes and install new dowels. Be sure that all hold down bolts are drawn up tightly while drilling and reaming dowel holes".

1. (Cont'd)

(n) Trouble Shooting

(1) The Trouble Shooting Table, on Pages 2-4-2 to 2-4-5, should be modified to accommodate the following:

(a) Comment 1.h.2.a applies to the section on "Noisy Installation", and to the section on "Pump Overloads Driver".

(b) Comment 1.h.2.c applies to the cause of "Suction Lift Too High" under the trouble of "Pump Loses Prime after Starting" and the trouble of "Pump Discharge Pressure Low".

(c) Comment 1.h.2.e applies to the trouble of "Low Capacity".

(d) Under the trouble of "Stuffing Box Overheats", add the following cause and remedy: "Improper Installation of Seal Cage and Packing --- check to see that the Seal Cage and Packing are inserted in the proper sequence (See Fig. 2-6-2)".

(o) Adjustments and Tests - Page 2-4-6

(1) Revise the "Pressure Test" procedure to read as follows:

"After complete reassembly, start the unit. Carefully inspect the unit for leaks, and correct as required".

(p) Maintenance and Repair - Section 2-4-5

(1) On Page 2-4-9, under the topic of gaskets, delete the last sentence and insert the following:

"Coat both side of the gaskets with graphite and oil before replacing the gaskets".

(q) Rotor Installation - Page 2-4-10

(1) Under Item 5, on Page 2-4-11, delete the second sentence and insert the following:

"Reconnect the piping, if disconnected, and start the unit".

2. The subject manual should be revised in accordance with the foregoing. Upon receipt of a NAVSHIPS Number and compliance with the above, the manufacturer should effect publication and distribution in accordance with purchase order requirements.

3. By separate correspondence, the Design Agent is requesting a NAVSHIPS Number for the subject manual. The NAVSHIPS Number will be forwarded to the manufacturer as soon as it becomes available.

4. It should be noted that action on Reference (c) is the topic of separate correspondence. Notification of approval of Reference (c) and the appropriate changes required thereof, will be forwarded to the manufacturer as soon as it becomes available.

5. Acknowledgement of compliance with the above is requested by 29 March 1968.

TODD SHIPYARDS CORPORATION
(SEATTLE DIVISION)
BY GIBBS & COX, INC.
W. C. BACHMAN

R. P. FULTON
By direction

RLB/crc

cc: Todd, Seattle

Todd, New York

Buffalo Pumps
North Tonawanda, N.Y. 14121
Attn: Mr. R. Hardison