Roger B. Horne, Jr.
Rear Admiral, USN (Ret.)

**Professional Competence**
Design engineering, construction and operation of ships and ship systems. Shipyard operations including contract administration and major ship construction, overhaul and inspection. Industrial processes and inspection techniques related to shipyard and other major industrial work. Nuclear power plant design, construction, refueling, maintenance, and quality control. Development and interpretation of industrial specifications contract administration and financial management of large industrial projects.

**Background and Professional Honors**
B.S. (Naval Engineering), U.S. Naval Academy
M.S. (Mechanical Engineering), U.S. Naval Postgraduate School
M.B.A. (Executive), Golden Gate University
Shipyard Nuclear Shift Test Engineering School
Ship Construction School, Portsmouth Naval Shipyard
Dynamic Shock Analysis Course, Princeton
Navy Destroyer Engineering Course, Damage Control Course, and Fire Fighting Course
Qualified Naval Surface Ships and Submarines (Engineering Duty)
Recipient, Institute of Industrial Engineering Outstanding Achievement in Industrial
    Management Award
Recipient, Jack Flannigan award for Contributions to the Quality of Marine Machinery
    given by the Marine Machinery Association
Three Navy Legion of Merit awards and three Meritorious Service Awards for
    Engineering and Industrial Achievements
Patent for Timber Sterilization

**Professional Profile**
Principal Engineer and Head of the Marine and Aviation Practice Area.
    Exponent, Failure Analysis Associates, Inc.
Visiting Professor,
    Ship Construction, University of Michigan
Chief Engineer and Deputy Commander
    Naval Sea Systems Command for Ship Design and Engineering
Deputy Commander
    Naval Sea Systems Command for Facilities and Industrial Management
Commander,
    Puget Sound Naval Shipyard
Commander,
    Engineering Duty Officer's School
Production and Repair Officer,
    Mare Island Naval Shipyard
Nuclear Engineering Manager,
    Puget Sound Naval Shipyard
Nuclear Submarine Inspection Officer, Supervisor of Shipbuilding Office,
    Ingalls Shipbuilding
Chief Engineer
    USS OZBOURN DD 846
Past Member of the American Bureau of Shipping Technical Committee
Member, Society of Naval Engineers

Past Member Society of Naval Architects and Marine Engineers
Past member Society of Industrial Engineers
Past member American Bureau of Shipping