REPRODUCED AT THE NATIONAL ARCHIVES



**COPY**

Reproduced at the National Archives

PRELIMINARY DRAFT
DO NOT USE FOR PURCHASE

35B2(SHIPS)
15 February 1949

BUREAU OF SHIPS SPECIFICATION

BOOKS, INSTRUCTION

PREPARATION, CONTENTS, AND APPROVAL

1. CLASSIFICATION

1.1 Types.- Instruction books shall be furnished in the following types as specified (see 6.1):

Type A (see 3.3).
Type B (see 3.4).
Type C (see 3.5).
Type D (see 3.6).

2. APPLICABLE SPECIFICATIONS AND OTHER PUBLICATIONS

2.1 Specifications.- The following specifications, of the issue in effect on date of invitation for bids, form a part of this specification:

Joint Army-Navy Specifications
JAN-P-105 - Boxes; Wood, Cleated, Plywood.
JAN-P-106 - Boxes; Wood, Nailed.
JAN-B-107 - Boxes; Wood, Wire-Bound.
JAN-P-125 - Barrier-Materials, Waterproof, Flexible.
JAN-P-140 - Adhesives, Water-Resistant, Case-Liner.

Navy Department Specification
General Specifications for Inspection of Material.

(Copies of Joint Army-Navy specifications and Navy Department specifications may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington 25, D. C., except that activities of the Armed Forces should make application to the Supply Officer in Command, Naval Supply Center, Norfolk 11, Va. Both the title and identifying number or symbol should be stipulated when requesting copies.)

2.2 Other publications.- The following publications, of the issue in effect on date of invitation for bids, form a part of this specification:

Navy Administrative Office Publication
NAVEXOS P-29 - Security Measures for the Protection of Classified Printed Matter During Production.

(Copies of publication NAVEXOS P-29 may be obtained upon application to the Administrative Office, Navy Department, Washington 25, D. C.)

Bureau of Supplies and Accounts Publication
Navy Shipment Marking Handbook.

(Copies of the Navy Shipment Marking Handbook may be obtained upon application to the Bureau of Supplies and Accounts, Navy Department, Washington 25, D. C., except that activities of the Armed Forces should make application to the Supply Officer in Command, Naval Supply Center, Norfolk 11, Va.)

8-11680

35B2(SHIPS)

3. REQUIREMENTS

3.1 Material.- The minimum material requirements are as specified hereinafter. The best material commercially available for the purpose shall be used when a definite material is not specified. When the material specified is not available, substitutes may be used provided they are satisfactory to the bureau concerned.

3.2 Types A, B and C.-

3.2.1 Instructions books covering specific equipments.- Instruction books covering specific equipments shall be logically arranged, and contain the following information, preferably in one of the following arrangements (see figs. 1 to 10, inclusive except fig. 9):

3.2.1.1 First arrangement.-

(a) Title page (see fig. 2).
(b) Table of Contents, listing all chapters and primary and secondary subheadings with their corresponding page numbers.
(c) Serial Numbers of Equipments and, if required by the equipment contract or order, the Material Pattern Description (see 3.2.1.1.2).
(d) List of Illustrations and Plans, specifying titles, figure numbers and pages on which such illustrations appear.
(e) Chapter 1, Introduction.
(f) Chapter 2, Detailed Description.
(g) Chapter 3, Principles of Operations.
(h) Chapter 4, Operating Instructions.
(i) Chapter 5, Maintenance.
(j) Complete Parts List.
(k) Repair Parts and Special Tools List.
(ℓ) Plans.
(m) Appendix.

3.2.1.1.1 Chapter 1, Introduction.- This chapter shall include a general description of the equipment, i.e., tell briefly what it is, where it is used, and what it will do, also all information of a general character applicable to the complete equipment. The description shall include a complete list of the equipment with pertinent ratings.

3.2.1.1.2 Chapter 2, Detailed Description.- This chapter shall contain a complete description in pattern detail of the component assemblies and accessories which constitute the complete equipment. These shall be in conformance with the Material Description Patterns to be provided by the bureau concerned, and shall be included on a separate page immediately following the Table of Contents. Integrated with the physical description shall be a description of the mechanical and electrical operation of the component assemblies and accessories. Allowable clearances, temperatures, tolerances, weights, etc., shall be shown in tabular form.

3.2.1.1.3 Chapter 3, Principles of Operations.- This chapter shall contain a brief resume of the principles of operation, together with such illustrations, sketches and internal wiring diagrams as are considered necessary to the prompt comprehension of equipment of new design or application. (For example, if the instruction book covers or includes rotary amplifier - or other equipment of relatively new design - complete information covering their principles of operation should be given in this chapter.)

3.2.1.1.4  Chapter 4, Operating Instructions.- This chapter shall cover complete instructions for the operation of the equipment, including precautions and tests which should be made before initial starting after installation or after a major overhaul. These precautions and tests shall be clearly designated and shall preferably be the first information presented in this chapter. Where operations are to be performed in specified sequence, step-by-step procedure shall be used. Operations shall be numbered in the order in which they are to be performed. Operating data which is frequently referred to in operating the equipment shall be included in this chapter.

3.2.1.1.5  Chapter 5, Maintenance.- This chapter shall include all the necessary instructions for the proper care and maintenance of the equipment, i.e., logically arranged and complete instructions for inspecting, cleaning, lubricating, adjusting, disassembling, assembling, and repairing the equipment, and when, to perform each of these operations. Such expressions as "replace bent or worn parts when discovered" shall be avoided, if possible, and specific parts which may be come bent or worn shall be mentioned. The instruction on lubrication shall include information regarding lubrication recommended by the manufacturer, the type of lubricant to be used, together with specific time periods. This may be shown in tabular form. The number and types of lubricants required shall be held to a minimum. Lubricants shall be described by Navy specification numbers where applicable, and by commercial designations.

3.2.1.1.6  Complete Parts List.- A complete parts list, listing all procurable renewal parts by manufacturer's part numbers, shall be inserted in the instruction book immediately following Chapter 5. If, however, the complete parts list and/or the instruction book is of such thickness that the addition of the parts list would make the final book contain over 400 pages, then the parts list shall be contained in a separate volume with appropriate reference on each volume as to the content of the other volume. (See 3.2.1.1.10.)

3.2.1.1.7  Repair Parts and Special Tools List.- All instruction books covering equipments shall contain a listing of all parts and/or assemblies that are wearable and/or expendable during normal repair; also, a listing of special tools furnished under the equipment contract or order. The parts and special tools listed shall be identified by manufacturer's part numbers, drawings and piece numbers.

3.2.1.1.8  Plans.- Immediately following Chapter 5 (or the Repair Parts and Special Tools List) such plans as are required shall be included in the instruction book. In cases where reduced size reproductions of standard approved plans are used as illustrations in connection with the text, these plans may be inserted throughout the text near the places where referenced.

3.2.1.1.9  Appendix.- The appendix shall include such information as test data, contract guarantees, the number of the drawings containing the basic-plan list, and similar information.

3.2.1.1.10  Arrangement of parts lists.- Arrangement in list shall consist of the following:

(a) Title page. (Only if parts list is published as a separate book.)
(b) Table of contents. (Only if parts list is published as a separate book.)
(c) List of illustrations by figure and page number.
(d) Section 1, Introduction.
(e) Section 2, Complete Parts List.
(f) Section 3, Repair Parts and Special Tools.
(g) Section 4, Standard Hardware.
(h) Section 5, Numerical Index of part numbers.

35B2(SHIPS)

3.2.1.1.10.1  Section 1, Introduction.-  This section shall contain sufficient instructions to explain the following:

Any symbols used therein.
The general system of group assemblies in relation to the complete article.
All cross-index systems employed.
Titles or other markings intended to segregate different models.
Other information as may be required to facilitate rapid and accurate use of the Complete Parts List and Repair Parts and Special Tools List.

3.2.1.1.10.2  Section 2, Complete Parts Lists.-  Complete parts lists when furnished either as part of an instruction book or as a separate book shall contain the following information:

Figure number.  This shall denote the illustration number wherein the part has been shown.
Index number.  This shall denote the index number covering the complete main or sub-assembly as listed in the catalog.
Manufacturer's drawing number.
Manufacturer's part number.
Pieces required.
Unit of issue (i.e., each, pair, set, foot, etc.).
Description of components and of parts:  Descriptions of components covered will be in accordance with set patterns furnished by the bureau concerned upon request. Nomenclature of parts will consist of the generic article name followed by modifying description to indicate all characteristics differentiating one part from another, in a noun, adjective, location or description sequence.

In the case of purchased parts, the name and part number, if any, of the prime manufacturer shall be given, as well as the part number of the component manufacturer.

A group-assembly parts list shall divide the major assembly into the main and minor assemblies as they are built for final assembly.  The breakdown shall list every component part in its proper sequence of assembly with the exception of those parts not procurable separately as maintenance parts.  The subassembly details shall be arranged and properly indented to indicate the relationship to the subassembly.  In the parts list, service assemblies and subassemblies which are minimum repair or replacement items shall be assigned part numbers and the parts thereof shall be marked clearly "Not Serviced Separately".

3.2.1.1.10.3  Section 3, Repair Parts and Special Tools List.-  When the list of repair parts and special tools is incorporated in the same book with complete parts list, the repair parts list shall be arranged to show the quantity, description, index number, manufacturer's part number and unit of issue (i.e., each, pair, set, foot, etc.).

3.2.1.1.10.4  Section 4, Standard Hardware.-  Standard commercial hardware as shown on the illustrations may be listed separately and shall include all items procured from another (prime) manufacturer, the prime manufacturer's identification (part numbers), and Navy identification numbers (to be obtained from Ships Parts Control Center, Naval Supply Depot, Mechanicsburg, Pa.).

3.2.1.1.10.5  Section 5, Numerical Index of Part Numbers.-  All items listed in the parts section shall be arranged in a logical numerical sequence.  These shall be so arranged that column 1 will give the manufacturer's part number and column 2 will give the illustration index number or numbers in which the part appears.

B-11440

4

35B2(SHIPS)

3.2.1.1.10.6  Illustrations.- A view of each assembly and subassembly and their component parts shall be shown. Identification of illustrated parts with the listed parts shall be facilitated by the use of key or index numbers which will identify all the parts in the group assembly listing.

3.2.1.1.10.6.1 Illustrations of the exploded type are preferable. When the use of exploded views is not practical, simple cross-sectional views may be used. The cross-sectional drawings used for this purpose shall be approved plans or excerpts from approved plans, and shall show both the manufacturer's drawing number and the plan number of the bureau concerned. In case no applicable approved plan is available, cross-sectional views from manufacturer's drawings may be used.

3.2.1.1.10.6.2 A figure number and proper identifying caption shall appear with each illustration. In the case of subassemblies or sub-subassemblies, the caption shall also identify and give the index number of the complete assembly as it appears in the parts listing.

3.2.1.1.10.6.3 An index number with an arrow to the item, part, or tool to which it pertains shall be used in illustrations. In cases where an assembly is exploded into its component parts, one or more of which require further explosion, the primary explosion shall be referenced by the use of numerals only. The sub-assembly shall be referenced by the basic number of the part as it appears in the primary assembly but each exploded part shall have an alphabetical designation, suffixed to the number of the primary parts. The sequence of numerical and alphabetical designations shall correspond to the order of removal upon disassembly, wherever practicable.

3.2.1.1.10.7  Color.-  Under no circumstance shall color be used in repair parts or complete parts lists.

3.2.1.1.10.8  Nomenclature.- Index numbers and arrows shall be used on each illustration to identify procurable renewal parts only.

3.2.1.2  Second arrangement.-

    (a) Title page (see fig. 2).
    (b) Introduction, giving a brief general outline of the purpose of the manual with a brief discussion of its contents.
    (c) Table of contents, which shall be a general index by sections with corresponding page numbers.
    (d) Section 1, Description and Arrangement of Unit.
    (e) Section 2, Specifications. This section shall give general data, pump capacities, engine rating, recommended operating data, clearance tolerances, etc.
    (f) Section 3, Installation. This section shall give methods of installation, alignment, adjustments, precautions, etc.
    (g) Section 4, Operation. This section shall describe starting procedure, stopping procedure, idling, and normal operating routine.
    (h) Section 5, Inspection, Maintenance, and Adjustments. This section shall include general inspection and maintenance shhedules - no detailed procedures involving overhaul - but a general schedule as to when various operations should be performed.
    (i) Section 6, Cylinder Block.
    (j) Section 7, Cylinder Liners.
    (k) Section 8, Pistons.
    (l) Section 9, Cylinder Head.

NOTE: Sections 6 through 9 (as an example) represent parts of a Diesel engine. The arrangement and total number of sections shall be such as represent the break-down of the entire equipment into logical groups or areas. Each of these sections shall be further subdivided into description and function, adjustments, specifications (where applicable), and overhaul procedures. The order of presentation of these sections may be varied as required to best suit the particular equipment involved.

35B2(SHIPS)

> (m) Section 10 – Complete Parts List. The requirements of 3.2.1.1.6 and 3.2.1.1.10 shall apply.
> (n) Section 11 – Repair Parts and Special Tools List. The requirements of 3.2.1.1.7 shall apply.
> (o) Section 12 – Plans. The requirements of 3.2.1.1.8 shall apply.
> (p) Section 13 – Index. This section shall contain a detailed alphabetical index when considered necessary in order to allow quick and ready reference to portions of the book.

3.2.2 Instruction books covering systems.- Instruction books covering systems such as engineering piping systems shall follow the arrangements shown in 3.2.1 as closely as possible so far as they are applicable to books of this type. When an instruction book covers a system or an equipment composed of several distinct units (for example, a generating set consisting of a Diesel engine, a generator, a voltage regulator, and a controller), it may be desirable to arrange the book in chapters (or sections), each chapter (or section) covering one unit. If so, the chapters may be arranged by sections, each section corresponding in order and content to the chapters specified in 3.2.1.

3.2.3 Chapters and sections.- Chapters shall be numbered or lettered consecutively. The first page of each chapter shall be arranged as shown on figure 3. Where practicable, large books shall be broken down by chapters, and each chapter should be further broken down by sections, which shall be numbered or lettered consecutively within the chapter. Small books shall be broken down by sections, and the sections numbered or lettered consecutively throughout the book.

3.2.4 Page identification and numbering.-

3.2.4.1 At the top of each left-hand page, flush with the outside margin, shall appear a briefed title of the publication followed by the manufacturer's identification number, if used. At the top of each right-hand page, flush with the outside margin, shall appear the chapter or section number followed by its title. In some cases, it may be necessary to brief the title. These running heads are shown on figure 4.

3.2.4.2 With the exception of fold-over pages and as otherwise specified, pages of the instruction books shall be numbered consecutively in the bottom outside corner of each page, using Arabic numerals. The first page of chapter 1 or section 1 shall be page 1. All odd-numbered pages shall appear as right-hand pages. Fold-over pages shall be right-hand pages, and when they are used within the text they shall be assigned two page numbers, and the numbers shall be printed on the face of the sheet. Fold-over page arrangements are shown on figure 5.

3.2.4.3 In books arranged for a system or equipment composed of several distinct units (see 3.2.2) the pages may be consecutively numbered within each chapter (or section), the first page of each chapter (or section) being page 1. In this case, the page number shall also include the chapter number. The chapter number shall appear first.

3.2.5 Revision to incorporate changes.- The contractor shall be required to furnish new and/or revised pages covering all changes until the guarantee period expires. New pages shall be identified with the following legend placed beside the page number and toward the binding edge of the page; on the the first line, the word "New" followed by the publication identification number, and on the second line the month and year of issue. A similar procedure shall be followed for revised pages except the word "Revised" shall be substituted for the word "New".

8-11640

REPRODUCED AT THE NATIONAL ARCHIVES

35B2(SHIPS)

3.2.6  <u>Layout treatment.-</u>  The layout of instruction books shall be such as to conserve space without detracting from the usability or clarity of material presented.  Blank pages and spaces shall be avoided wherever possible. Textual material shall be printed on both sides of the page.  Illustrations serving no instructional function or to which no reference is made in the text shall not be used.  Partial page illustrations within the text are desirable.  Several small illustrations may be grouped to form a single page layout.  Wherever possible, illustrations shall be located so that reference can be made from applicable text without turning a page.  Fold-over pages, double, or triple pages will be permitted only for illustrations where this procedure is essential to insure legibility.  Fold-over pages shall be used primarily in the back of the book for the purpose of reproducing the plans.  Whenever it is desirable to include fold-over pages with the text in the front part of the book, such fold-over pages shall not be backed up with text or illustrations.

3.2.7  <u>Text.-</u>

3.2.7.1  <u>Presentation.-</u>  The principles and rules of grammar and punctuation shall be strictly observed.  All related data shall be grouped in a logical manner.  If the work requires a series of operations, each operation shall be treated in logical sequence.

3.2.7.2  <u>Tables and charts.-</u>  The use of tables and charts is desirable.  Such tables and charts shall not be elaborate or complicated, and sufficient explanation shall be given to make them easily understood.

3.2.7.3  <u>References to figures.-</u>  Where reference is made to figures, the reference shall be to the figure number.  The page number shall not be used except when the illustration is located more than three pages away from the reference.  When reference is made to items shown on figures by index numbers, figure number and index number shall be indicated as follows:  "Remove nut (7) and drive out bolt (8).  (See fig. 26.)"

3.2.7.4  <u>Numbers.-</u>  Numbers from one to nine, inclusive, appearing in the text for the purpose of stating quantities shall be spelled out.  All other numbers shall be shown as numerals except when they are used at the beginning of a sentence, in which case they shall be spelled out and followed by the numeral in parenthesis.

3.2.7.5  <u>References to materials.-</u>  All materials required for maintenance referred to in the instruction book, such as lubricants, sealing materials, abrasives, etc., shall be described by specification numbers where applicable.

3.2.8  <u>Illustrations.-</u>  Illustrations shall be well planned and executed.  They shall enable immediate and thorough comprehension of the subject.  Illustrations shall not be signed by an artist.

3.2.8.1  <u>Illustration identification.-</u>  Illustrations shall be identified by section (or chapter) number and figure number and a title.  Identifying figure numbers and titles shall be positioned immediately beneath the illustration.  Whenever reduced size reproductions of plans are used as illustrations, the plan number shall be shown as well as the figure number.

3.2.8.2  <u>Photographs.-</u>  Photographic illustrations shall be prepared with equipment capable of reproducing all details and shall show clearly the subject matter.  Good lighting, proper exposure, and sharp contrast between details of the view are required.  Photographs shall be uniformly retouched to define shapes, accentuate details, and establish correct tone value of sufficient contrast for photolithographic reproduction.

35B2(SHIPS)

3.2.8.3 Exploded views.- Exploded views are desirable for showing the component parts of a subject. Well retouched photographs in which sharp contrast is incorporated to insure distinct detailed separation of parts may also be used for this purpose. All parts shall be exploded on their functional axis.

3.2.8.4 Plans.- When plans are necessary to illustrate the description, operation, and maintenance of the equipment or system, they shall be reduced in size as shown on figure 5, and reproduced in black and white. Each plan shall be identified with the plan number of the manufacturer and the bureau concerned. Plans shall be bound into the instruction book as shown on figure 5. Plans shall normally be placed in the back of the manual but they may be inserted close to the references when practicable.

3.2.8.5 Drawings.- (See fig. 6.)

NOTE: This paragraph does not pertain to reduced-size reproductions of standard approved plans nor to portions of these plans which may be extracted and used as illustrations in a book.

3.2.8.5.1 The rendering of drawings (airbrushing or line rendering) shall be done with the highest possible contrast. Adjoining areas of an illustration having similar values are to be avoided. Edges of all silhouette half-tone illustrations should be sharply defined by retouching.

3.2.8.5.2 Exploded views and cutaway views should be drawn in perspective to appear as realistic as possible without distortion. Isometric views may be used for small parts or units which lend themselves to this method without showing noticeable distortion.

3.2.8.5.3 Except for diagrams, schematics, orthographic projections, reproductions of approved plans, etc., all line drawings shall be prepared with the use of shading mediums to clarify and model the form of the drawing. This rendering shall be kept as simple as possible. Fuzzy freehand line, rendering with fine lines, cross hatching, etc., shall be avoided. Solid black shall be used in dark areas to increase contrast and simplify the drawing. This applies to cutaway views, exploded views and cross-section views.

3.2.8.6 Indexing and referencing of illustrations.-

3.2.8.6.1 Significant features or components of illustrations shall be identified by brief applicable nomenclature with arrows. Index numbers may be used on illustrations with explanatory legend under the drawing or photo only when an extremely large amount of nomenclature is required.

3.2.8.6.2 In order to assure a clear definition of lines where they pass through light and dark areas, arrows (leaders) shall be drawn in black with one edge outlined in white. The arrowhead, however, shall be completely outlined in white. The thickness of arrows shall be uniform and no greater than necessary to indicate clearly the desired details.

3.2.8.6.3 Index references and letterings (nomenclature) shall be prepared with the aid of a mechanical device or with type-set characters affixed. They shall be planned to reproduce uniformly in a size not less than 10-point type. Where index numbers are used, each illustration shall be handled independently with index numbers assigned consecutively, starting with number 1.

3.2.9 Color.- Color shall be used functionally where necessary to show electric circuits, the flow of materials, schematic diagrams, operational diagrams, etc. Unessential color shall not be used. Backgrounds of color tints may be used to clarify outline drawings, but color for decoration will not be accepted.

8-11680

8

35B2(SHIPS)

3.2.10 Nomenclature.- Nomenclature shall be uniform throughout the instruction book.

3.2.11 Copyright.- Instruction books shall not be copyrighted. (The Navy reserves the right to reproduce or have reproduced in part or in their entirety all instruction books procured under this specification.)

3.2.12 Security classification.- Unless otherwise specified, instruction books shall be unclassified. If restricted, confidential or secret, notification of this classification shall appear on the front and back covers and each page of the book as shown on figures 1 to 10, inclusive. Confidential and secret instruction books shall be marked with consecutive serial numbers beginning with number 1. Classified instruction books shall be prepared in accordance with the requirements of the Navy Handbook Security Measures for the Protection of Classified Printed Matter During Production (NAVEXOS P-29). Particular care shall be exercised to insure the security of the classified matter during the preparation. Receipt cards shall be provided in all confidential and secret books. Each card shall contain the serial number of the book in which it is included.

3.2.13 Approval.- Prior to printing of instruction books, the complete text shall be submitted to the bureau concerned, via the Naval inspector, for approval. Manuscripts shall be submitted in duplicate. All copy which will finally appear on the cover, backbone, and printed page shall be included. The text shall include figure references to the illustrations.

3.2.14 Identification.- All books shall be identified by a Navy identification number of the form "NAVSHIPS 362-1023" (see figs. 1 and 2). This number will be assigned by the bureau concerned upon receipt of the copy submitted for bureau approval. In cases of emergency, this number may be obtained by a written request, containing complete descriptive data of the equipment. This number shall be imprinted on the upper left-hand corner of the cover and upper right-hand corner of the fly-leaf of all books prior to distribution.

3.2.15 Form.- Unless otherwise specified, the instruction books shall be supplied as complete, printed, and bound publications.

3.2.16 Printing.- Printing shall be done by either offset, lithograph or letterpress method, and shall be of equal quality to first-class commercial work. Copy may be type-set, varityped, or typewritten with a standard typewriter. In general, type-set copy is preferred with varityped copy as second choice. The style of composition to be used, however, shall be governed by the quantity of books to be produced, the relative costs of the several methods, the availability of material prepared for earlier books, etc. The contractor shall specify the method of composition to be used when manuscripts or sample copies are submitted for approval. The bureau concerned may request data from the contractor to substantiate the method of composition chosen if deemed desirable.

3.2.16.1 Text arrangement.- When the text is type-set or varityped, it shall be divided into two vertical columns (see figs. 4 and 7). Occasional deviation from this procedure is permissible where good judgment indicates a single wider column or other style of format. All right-hand margins on type-set or varityped books shall have lines flush at the right. When text is typewritten, text shall normally be prepared in single wide column, occupying approximately the same space as the two columns (see fig. 8). Right-hand margins shall not necessarily have lines flush at right, but care shall be taken to prepare a generally uniform margin. The size of the page shall be 8-1/2 by 11 inches, as shown on figure 1. Text shall be reproduced on both sides of pages.

9-11640

9

35B2(SHIPS)

3.2.16.2 Negatives, vandykes and press-proof copy.-

3.2.16.2.1 Negatives.- Negatives shall be furnished for all pages reproduced by the photo-offset process in conformance with the following:

3.2.16.2.1.1 General.- Negatives shall have been subject to correct exposure, proper development, and sufficient fixing and washing. Negatives shall have such a quality that metal plates can be printed therefrom using a normal exposure without dodging.

3.2.16.2.1.2 Material.- The sensitive coating shall be on a safety base, not more inflammable than newsprint paper. The film shall lie flat and have a good printing surface.

3.2.16.2.1.3 Placement of film.- When used in the camera, the film shall be supported in either a suction-back film holder, an adhesive-back holder, a film or plate holder, or between glass. If the latter support is used, it shall be free from dust particles or other foreign matter which might cause pinholes or scratches in the negative.

3.2.16.2.1.4 Half-tone negatives.- Half-tone negatives shall possess sufficient dot opacity and size in the shadows to withstand any tendency to "fill in" on the press plate and become a solid. The size of the opaque shadow dot on the negative, however, shall not be so large, as the result of the flash exposure, as to flatten the resulting print and produce a loss of detail. The negative shall be comprised of more than a simple screen grading with an average amount of detail. They shall possess the following characteristics:

(a) Opaque dots of correct size to represent the correct tones on the offset paper after passing through the press.
(b) Sufficient opacity to allow for proper press-plate preparations.
(c) Detail throughout tonal graduations, especially in the shadows.
(d) A shadow dot which will not allow filling in on the press plate.
(e) Highlights which will reproduce as halftone highlights on the offset paper, in proper balance with other tones of the reproduced image.
(f) Screening which shall be not less than 110 lines per inch and not more than 133 lines per inch.

3.2.16.2.1.5 Line negatives.- Line negatives shall be free from spots, scratches, pinholes and the like in the opaque coating so that subsequent printing on grained metal will not require any handiwork. Any ragged edges, filled-up shadows, and broken lines shall be repaired.

3.2.16.2.2 Vandykes.- A complete set of vandykes, plus required photographic negatives, shall be supplied for all final books prepared by the blueprint, ozalid, or other transparency method.

3.2.16.2.3 Press-proof copy.- The following shall be furnished for pages reproduced by the letterpress method:

(a) A glossy 8- by 10-inch original print of each photograph (and overlay).
(b) A clean, sharp press-proof copy of each page (preferably on coated stock) printed on one side only, and trimmed to approximately 8-1/2 by 11 inches.

3.2.16.3 Paper.- The paper for photolithographic reproduction shall be preferably 25 by 38-60/500-basis white wove; for letterpress 25 by 38-70/500 basis dull-finish enamel stock. All coated paper shall be of the waterproof variety.

35B2(SHIPS)

3.2.17  Covers.- Covers for types A, B and C books less than 1/2 inch thick (less cover) shall be of the bellows fold type and of a fabrikoid material.  Covers for books over 1/2 inch in thickness  shall be made of semiflexible board covered with a fabrikoid material.

3.2.17.1  Printing.-  The covers shall be imprinted in gold leaf with the information shown on figure 1.  Silver, aluminum, or white lettering may be used when satisfactory to the bureau concerned.

NOTE: The backbones of these books shall be imprinted with the NAVSHIPS number (see 3.2.14), title in brief, and manufacturer's identifying number (if used).

3.2.17.2  Binding.-  The binding shall be looseleaf using three 3/16-inch metal posts and screws, or other metallic fastener satisfactory to the bureau concerned, spaced on 4-1/4-inch centers. Covers for books 1/2 inch thick or more shall have a binding flange of corrosion-resisting metal covered with 700 quality fabrikoid.  On books containing less than 50 pages (25 sheets), split-type metallic fasteners with metallic washers may be used.  All metal parts shall be of corrosion-resisting material, or shall be treated to resist corrosion.

3.2.17.3  Overlap.-  Covers shall slightly overlap the top, bottom, and right-hand edges of the pages of the book by approximately 3/16 inch.  Outside corners of covers shall be slightly rounded.

3.3  Type A instruction books.-

3.3.1  Contents, general.-  In books covering equipment, photographs of the completely assembled equipment as well as of each subassembly shall be included.  Wherever photographs fail to provide an immediate and thorough comprehension of the subject, cross-sectional, exploded, isometric, or perspective drawings shall be used.  In books covering systems, schematic line drawings may be substituted for photographs of equipment and subassemblies.  Wherever step-by-step procedure is complicated or where the procedure is not immediately apparent from the description, each step shall be adequately illustrated.  Color shall be used where necessary to improve the clarity or effectiveness of illustrations and line diagrams.

NOTE: Type A books differ from type B books in that they contain a more elaborate description of the the system or assembly, including many photographs in color.  Type A books also differ from type B in the method of approval (see 3.3.2 and 3.4.2).  Type A books should be specified only in specific instances on new design of equipment where it is considered desirable to review and approve a preliminary outline of the book prior to the preparation of any art work or manuscript.

3.3.2  Method of approval.-  (See 3.2.13 for procedure to be followed.)

(1) Prepare a comprehensive outline including chapter, headings, primary subheadings and secondary subheadings, and a tentative list of illustrations, their subject and type.
(2) Submit a representative chapter.
(3) Submit a full-size dummy for the book after approval of (2) above.  This dummy shall include sketches of the illustrations in the size they will appear in the final printed publication.  The illustrations shall be shown in sufficient detail to determine the subject and its illustrative treatment, and the manuscript and art work shall be keyed to position in the dummy.  Page headings, titles and all subheadings shall be shown.  Typical examples of the art work shall be included.
(4) Submit manuscript in duplicate bound in a folder with a suitable loose-leaf fastening device.
(5) After approval of manuscript submit a final page proof.  This may be a complete blueprint proof or type-page proof with paste-in blue prints or black and white prints of the illustrations.

11

35B2(SHIPS)

### 3.4  Type B instruction books.-

3.4.1  Contents, general.-  In books covering equipment, photographs of the completely assembled equipment as well as of major subassemblies shall be included.  In books covering systems, schematic line drawings, or similar illustrations, may be substituted for photographs of equipment.  Cross-sectional, isometric, exploded, or perspective views of the complete equipment and/or its major assemblies shall be used wherever applicable and wherever such views are absolutely essential to prompt comprehension of the subject.  Wherever step-by-step procedures are complicated or where the procedure is not immediately apparent from the description, such steps shall be adequately illustrated.  Color shall be used principally in complicated diagrams and illustrations where it is essential to prompt comprehension of the way in which the subject operates.

3.4.2  Method of approval (see 3.2.13).-

(1)  Prepare a comprehensive outline of the instruction book, including chapter headings, primary subheadings, and secondary subheadings, and including a tentative list of the illustrations, their subject and type.
(2)  Submit the complete text and a comprehensive layout for a representative chapter.  In lieu of the comprehensive outline including references to the illustrations, the contractor may submit a previously prepared final instruction book covering the same kind of equipment.
(3)  Subsequent to this bureau approval, a complete text, a list of the illustrations identified with the text, also blueprints, photos or sketches of all illustrations using color as well as of cross-sectional, perspective, or isometric drawings, shall be prepared and submitted to the bureau concerned.

### 3.5  Type C instruction books.-

3.5.1  Contents, general.-  Where the instruction book covers a specific equipment at least one photograph of the completely assembled equipment shall be included.  Where the instruction book covers systems and similar things that cannot conveniently be photographed, a schematic line drawing shall be included.

3.5.2  Method of approval (see 3.2.13).-  If similar instruction books have been approved on other contracts, the contractor may submit a sample copy of the proposed book for approval in lieu of the typewritten manuscript.

### 3.6  Type D instruction books.-

3.6.1  Contents.-  Instruction books shall consist of manufacturer's standard inserts bound together as specified hereinafter.  The book shall contain a description of the equipment, operating, lubricating and maintenance instructions; a small-scale outline giving over-all and mounting dimensions, cross-section and assembly views in sufficient detail to indicate the parts and their numbers; bill of material or parts list, with reference to the part numbers; list of repair parts, list of tools, wiring diagram, winding data for any motors and control equipment, classification of any motor and control equipment, and any other information considered necessary for the proper maintenance and repair of the equipment.  Books shall be approximately 8-1/2 by 11 inches, and where drawings are included in the binding they shall not be folded perpendicular to the binding and not more than twice parallel to the binding.

3.6.2  Covers.-  The covers shall be of the bellows fold type, and shall be made of a good grade of pressed fiber having a smooth finish.  The covers shall be light gray, tan, light blue, or other color that will lend contrast to the lettering in black or blue.  The covers shall be lettered with a mechanical lettering device and black waterproof ink, in the approximate size letters and form indicated on figure 9.  Imprinting with type in equivalent size letters as shown in figure 9, in lieu of using a mechanical lettering device, will be satisfactory.

3.6.3  Method of approval.-  The procedure described in 3.2.13 shall be followed for approval of type D books.

35B2(SHIPS)

3.6.4 Identification.- Identification numbers shall be assigned as specified in 3.2.14 (see fig. 9).

3.7 Time of delivery.- Unless otherwise specified, instruction books shall be delivered with the first unit of equipment shipped. If final instruction books are not available at the time of delivery of the equipment, two copies of an adequate preliminary instruction book (see 3.9) shall be supplied to the Naval inspector for shipment with each unit. In all cases where preliminary books are supplied, they shall be replaced with final books within 60 days.

3.8 Quantity to be furnished.- Unless otherwise specified, the instruction books shall be furnished as follows:

One copy to the Naval inspector.
Two copies to the bureau concerned.
Two copies shall be packed with each equipment, unless otherwise specified.

3.8.1 Bulk copies for stock shall be furnished as follows:

| Number of equipments | Number of copies |
|---|---|
| 1 to 5 | 25 |
| 6 to 25 | 25 plus 2 per equipment |
| 26 to 950 | 50 plus 1 per equipment |
| Over 950 | 1000 |

3.8.2 Books furnished in accordance with 3.8.1 shall be shipped to:

Supply Officer in Command,
Ship Parts Control Center
Naval Supply Depot
Stock Control Department
Mechanicsburg, Pa.

3.9 Preliminary instruction books.-

3.9.1 General.- If it appears impossible to produce final instruction books by the time the first production equipment is ready for delivery, the contractor shall request authority of the bureau concerned to supply preliminary instruction books.

3.9.2 Method of approval.- The procedure described in 3.2.13 shall be followed for approval of preliminary instruction books.

3.9.3 Printing.- The text may be printed by any quick, economical method, such multigraph, mimeograph or similar method.

3.9.4 Contents.-

3.9.4.1 Text.- Unless otherwise specified, preliminary instruction books shall include the complete text as it is submitted to the bureau concerned for approval of final instruction books.

3.9.4.2 Illustrations.- Preliminary instruction books shall contain a complete list of the illustrations which will appear in the final book. If the final book is to include test data, or a table of weights, for example, and if any or all of the items are not available when the preliminary book is issued, then a foreword shall list all items which have been omitted and which will appear in the final book.

35B2(SHIPS)

3.9.5  Book identification.- Book identification number shall be stamped on all copies of preliminary instruction books prior to distribution (see 3.2.14).

3.9.6  Covers.-  Covers for preliminary books shall be at least 20 by 26-65/500-basis gray antique finish cover stock or similar material, bellows fold, with the title and other pertinent information on the cover. This information shall be identical with that which will appear on the final book except that the word "preliminary" shall appear directly in front of the identification number (see 3.2.14).

3.10  Workmanship.- The workmanship shall be of high quality comparable in text compilation, arrangement, and accuracy to high-grade, commercial instruction books and parts catalogs. Copy which has filled letters or is blurred will not be accepted. The workmanship shall be satisfactory to the bureau concerned.

4.  SAMPLING, INSPECTION AND TEST PROCEDURES

4.1  The methods of approval are given in section 3.

5.  PREPARATION FOR DELIVERY

5.1  Packaging.-

5.1.1  For domestic shipment.-   Commercial packaging will be acceptable.

5.1.2  For overseas shipment.-  Instruction books shall be individually packaged and sealed in waterproof envelopes or wrapped and sealed in waterproof paper, the material of which shall conform to the requirements for types C-1, E-1 or better of Specification JAN-P-125. The seams and closures of envelopes and wrappers shall be sealed with adhesive conforming to the requirements of Specification JAN-P-140. Care shall be exercised in the use of papers having a lamination of asphaltum to prevent a deleterious effect on the books.

5.2  Packing.-

5.2.1  For domestic shipment.- The subject commodity, packaged as described in 5.1.1, shall be packed in cleated plywood boxes, nailed wood boxes, or wirebound boxes conforming to the requirements of Specifications JAN-P-105, JAN-P-106 and JAN-B-107, respectively, or in suitable style corrugated or solid fiberboard boxes conforming to the following requirements:

| Maximum gross weight | Minimum average bursting strength | Maximum sum of inside dimensions |
|---|---|---|
| Pounds | Pounds | Inches |
| 40 | 200 | 60 |
| 65 | 275 | 75 |

Bottom flaps of fiberboard boxes shall be sealed by means of a suitable adhesive or metal-stitched. Top flaps shall be sealed, stitched, or taped, or closed by a combination of these methods. If taped, kraft gummed tape of not less than 2-1/2-inch width, 60-pound minimum basis weight or equal shall be used. Each shipping container shall be lined with a sealed waterproof bag made of material conforming to the requirements of Specification JAN-P-125. The seams and closure shall be sealed with adhesive conforming to the requirements of Specification JAN-P-140. The gross weight of boxes of wood construction shall not exceed approximately 150 pounds.

B-11680

35B2(SHIPS)

5.2.2  For overseas shipment.- The subject commodity, packaged as described in 5.1.2, shall be packed in cleated plywood boxes or nailed wood boxes, conforming to the requirements of Specifications JAN-P-105 and JAN-P-106, respectively.  The gross weight shall not exceed approximately 150 pounds.

5.3  Marking.- In addition to any special marking required by the contract or order, interior packages and shipping containers shall be marked in accordance with the requirements of the Navy Shipment Marking Handbook.

6.  NOTES

6.1  Ordering data.-  Invitations for bids and contracts or orders should specify the following:

> Title, number and date of this specification.
> Type of instruction book required (see 1.1).
> Security classification, if required (see 3.2.12).
> Any additional information to be included in the appendix (see 3.2.1.1.9).

6.2  For instruction books for electronic equipment under the cognizance of the Electronics Division of the Bureau of Ships, see Bureau of Ships Specification 16B16(RE).

6.3  If standard commercial instruction books are desired contracts or orders should so state, and no reference should be made to this specification.  Where a commercial instruction book must be modified, it is suggested that one of the types of books specified herein be ordered instead.

Notice.-  When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data, is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

15

FIGURE 1 - TYPICAL COVER - Types A, B and C Books.

BUREAU IDENTIFICATION AND NUMBER OF PUBLICATION appears in upper left-hand corner, set in 18pt. Stymie light caps with Stymie bold numerals.

SECURITY CLASSIFICATION (See 3.2.12) appears in upper right-hand corner, set in 18 pt. Stymie light caps.  (Security Classification in this case is "Restricted".)

TYPE OF BOOK set in 24 pt. Stymie extra bold upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt. Stymie extra bold caps.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER TO be set under Manufacturer's name as shown, in 18 pt. Stymie light, upper and lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON, D.C., to be set at bottom of page in 12 pt. Stymie light caps, letter spaced and separated as shown.

SECURITY CLASSIFICATION (See 3.2.12) appears in lower left-hand corner, set in 18 pt. Stymie light caps.  (Security Classification in this case is "Restricted".)

NOTE - If Stymie is not available, the following faces may be substituted in this order:  Beton, Girder, Futura and Kabel, Weights shown shall be maintained.

*16*



NAVSHIPS 000—0000                    RESTRICTED

INSTRUCTION BOOK

# 450-KW    A-C/D-C

# GENERATOR SET

# STEAM-TURBINE-DRIVEN

MANUFACTURER'S  NAME, AND

ADDRESS

**Contract  Nobs — 00000**

MANUFACTURER'S  BOOK  NUMBER

BUREAU  OF  SHIPS — NAVY  DEPARTMENT — WASHINGTON D.C.

RESTRICTED

*17*

FIGURE 2 – TYPICAL TITLE PAGE FOR TYPE A,
B, AND C BOOKS.

SECURITY CLASSIFICATION (See 3.2.12) appears
in upper left-hand corner, set in 18 pt.
Stymie light caps.  (Security classification
in this case is "Restricted".)

BUREAU IDENTIFICATION AND NUMBER OF PUBLI-
CATION appears in upper right corner, set
in 18 pt. Stymie light caps with Stymie
bold numerals.

TYPE OF BOOK set in 24 pt. Stymie extra
bold upper and lower case.

SPECIFIC TITLE OF BOOK set in 30 pt.
Stymie extra bold caps.

APPLICABLE VESSELS (when appropriate) to
be set under title of book, as shown, in
18 pt. Stymie light, upper and lower case.

MANUFACTURER'S NAME AND ADDRESS

MANUFACTURER'S CONTRACT NUMBER to be set
under Manufacturer's Name and address as
shown in 18 pt. Stymie light, upper and
lower case.

MANUFACTURER'S BOOK NUMBER OR IDENTIFICATION

DATE OF PUBLICATION to be included at the
lower right of page, taking the place of
"Washington, D.C."

SECURITY CLASSIFICATION (See 3.2.12) appears
in lower right-hand corner, set in 18 pt.
Stymie light caps with Stymie bold numerals.

8-11640

*18*



RESTRICTED                    NAVSHIPS 000-0000

INSTRUCTION   BOOK

450-KW   A-C/D-C

GENERATOR SET

STEAM-TURBINE-DRIVEN

CL-55    CLASS

MANUFACTURER'S NAME AND
ADDRESS

Contract NOBS-00000

MANUFACTURER'S BOOK NUMBER

BUREAU OF SHIPS-NAVY DEPARTMENT — JANUARY 1949
RESTRICTED

B-11660

*19*

FIGURE 3 - TYPICAL CONTENTS PAGE

CHAPTER TITLE to appear in upper
right-hand corner, set in 18 pt. Futura bold
caps.

CHAPTER AND NUMBER to be set in
30 pt. Stymie light, upper and lower case.

"DETAILED DESCRIPTION" to be set
in 14 pt. Stymie light caps.

"LIST OF SECTIONS" and "PAGE
No." to be set in 10 pt. Stymie light caps.

THE LISTING OF SECTIONS (num-
ber, name, and page) to be set in 14 pt.
Futura bold, upper and lower case.
All of the above materials is to be set as close
as possible in style to that shown with suffi-
cient leading and with the whole text block
centered between the rules.

FOLIO NUMBER to appear on trim edge
and bottom and to be set in 12 pt. Futura
bold.

CLASSIFICATION to appear on binding
side at the bottom and to be set in 12 pt.
Futura bold caps.

NOTE.- Girder or Beton light or medium may be
substituted for Stymie. Any other Sans Serif
type of same weight may be substituted for
Futura.

8-11680

REPRODUCED AT THE NATIONAL ARCHIVES

RESTRICTED
DETAILED DESCRIPTION

# Chapter 2

## DETAILED DESCRIPTION

LIST OF SECTIONS | PAGE NO.

1  Turbine . . . . . . . . . **22**

2  Speed Reducing Gear . . . . . **23**

3  Oil System . . . . . . . . **24**

4  A~C Generator . . . . . . **26**

5  D~C Generator . . . . . . **29**

6  Voltage Regulator Equipment . . . **32**

7  Air Circuit Breaker . . . . . . **40**

RESTRICTED

Name of book—Upper cc..er left-hand pages,
14 pt. Futura medium caps.

450 - KW A-C/D-C GENERATOR SET, STEAM-TURBINE-DRIVEN

# SECTION 1

18 pt. Stymie medium caps.

1 pica

## Description of Turbine

18 pt. Stymie medium upper and lower case.

(Give complete name plate data as part of the title of description of turbine,
reduction, etc.)

4 picas

The general arrangement of the set is shown in Fig. 4. The turbine and pinion shafts are rigidly connected and supported by three bearings, two in the reduction-gear casing and one at the exhaust end of the turbine.

**Primary Subheads—14 pt. Futura extra bold caps centered.** ROTOR

The bucket wheels, shaft, coupling flange, and balancing rings are all integral, being machined from a solid alloy steel forging. The pinion is bolted on one end of the turbine rotor and the emergency governor on the other. The rotor, complete with buckets, is balanced statically and dynamically at the factory.

1 pica

**Balancing Rings**
6 pt. space

The coupling flange of the rotor is tapped on its outer periphery for radial balancing plugs. See photograph below. At the exhaust end, the shaft carries another integrally forged balancing ring, tapped for axial balancing plugs.

DYNAMIC BALANCING. Adjustment of the rotor for dynamic balance is accomplished by the insertion at the proper points in these rings of balancing plugs of the correct weight. The plugs, when threaded into their holes, are drawn flush with the outer shoulder, and the outer thread of the hole is staked over. See Fig. 31, page 26, for generator balancing rings.

All of the holes are filled initially with one-half inch screw plugs to minimize windage loss, and the balancing plugs are substituted where necessary. These plugs provide an accessible means of balancing when rebucketing the rotor. During inspection periods it is advisable to inspect all plugs to see that they are tight.

**Buckets**

The buckets on all the wheels are of corrosion-resisting steel, and are attached by T-head dovetails. The buckets are spaced by skirts at the dovetail, machined as an integral part. The buckets are banded together in sections by steel shroud bands riveted onto the buckets.

## FIGURE 4. TYPICAL TEXT PAGE

A typical text page spread is shown here with type and spacing specifications noted. New sections may be started near the bottom of the page if the space allows a minimum of three lines of type in each column; tabulated matter may be run two columns or one column.

Fig. 4. Turbo-generator set as seen from turbine end, throttle-valve side

Classification—Inner bottom corner, 12 pt. RESTRICTED
Futura bold caps.

22

8-11640

RESTRICTED

Chapter Heading—Upper right-hand corner
of right-hand pages, 14
pt. Futura medium caps.

## DETAILED DESCRIPTION

1 pt. rule                                                                      1 pica

1 pica

A shroud band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

### NOZZLE PLATE

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and calked in the upper half of the high-pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

Secondary Subheads—14 pt. Futura extra
bold upper and lower
case, flush left.

### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the center line to allow for radial expansion.

SECOND-STAGE DIAPHRAGM. The lower half of the second-stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

2½ picas

# SECTION 2

# Description of Speed Reducing Gear

2 picas

The reducing gear is the single-reduction, single-helical type, and reduces the turbine speed of 10,059 r. p. m. to the generator speed of 1,200 r. p. m.

### PINION

The pinion is forged integral with the shaft. One end of the shaft is provided with a flange that bolts rigidly to the turbine shaft and through which one end of the turbine rotor is supported. The other end of the pinion shaft has an extension, on which is assembled the thrust bearing. The complete assembly is shown in Fig. 6.

### GEAR WHEEL

The gear wheel is a steel forging and is pressed and keyed on a forged steel shaft. One end of the gear shaft is solidly coupled to the generator shaft, and part of the weight of the generator rotor is carried by the gear bearing at that end. The turbine end of this shaft is extended to carry the spiral gear that drives the oil pump and the governor.

### GEAR CASING

The gear casing consists of two halves which are joined at the horizontal center line of the rotors. The bearing seats for supporting the gear and pinion bearings, the oil pump seating, and the supports for the high-pressure end of the turbine are fabricated integral with the lower half of the casing.

RESTRICTED



FIG. 5—*View of the pinion showing half of the solid*
*coupling, which is bolted to the turbine rotor*

6 pt. space



FIG. 6—*Reducing gear with upper half casing removed*
*showing the pinion and gear wheel assembled in their*
*operating positions*  Captions—Italic of text.

Folio—Outer bottom corner, 12 pt.

RESTRICTED

MODEL GSB–8 DIESEL ENGINE

FIGURE 5. TYPICAL GATEFOLD OR FOLD-IN PAGES

The following four pages illustrate correct style that may be followed in gatefold pages where oversize illustrations or blue-prints are to be used. Fold-over pages, double, or triple pages will be permitted only for illustrations where essential to insure legibility.

# ENGINE THROTTLE CONTROL

## DESCRIPTION

The engine throttle control system is made up of a series of linkages which, in direct connection with a hydraulic system, enable the operator to start and operate the engine at any required speed. (Fig. 3.) For complete understanding the following description is essential:

1. A mechanical linkage sets the limit to which fuel can be injected.
2. The engine throttle control sets the operating fuel pressure of the fuel pump.
3. A mechanical linkage from the control governor operates the control shaft which is coupled to the fuel injectors.
4. The hydraulic system, in conjunction with the linkage system, operates the control governor regulator shaft.
5. The throttle control operates the limit switch which controls the electrical circuit of the brake on the propeller shaft, just aft of the reduction gear.

The engine throttle control system is actuated by the movement of the throttle lever, or handle, of the hydraulic transmitter, which is located on the after side of the engine control box. (Fig. 1.) When the throttle lever is in the extreme out position, the hydraulic transmitter and receiver units are synchronized. (This function will be explained in detail later in this section.)

As the throttle handle is moved inward, beyond the synchronizing stage, it reaches the point where, for a few degrees of travel, it operates the air starting system (Section 20). When the air starting system is functioning, no fuel is admitted into the cylinders; however, at the instant when the throttle handle is moved farther inward and the air starting valve is released, fuel oil is

then injected into the cylinders, and the engine begins to operate under its own power. Continuing the inward movement of the throttle handle increases the amount of fuel oil which is injected into the cylinders, and thereby increases the speed and power of the engine (Section 4).

The serrated shaft of the transmitter is linked with the throttle shaft which, in turn, is directly linked with the throttle lever tube. The throttle shaft is supported in two bronze bearings which are bolted to pads on the cylinder block, just below the camshaft trough. (Fig. 3.) The throttle lever tube floats on the control shaft, and a lever attached to it is connected with the regulating adjusting lever of the fuel oil pump. A spring loaded piston and cylinder assembly is built into the regulating adjusting lever, and its function is to permit the throttle shaft to pass through the synchronizing and air starting stages without moving the fuel pump pressure regulating lever. This permits the regulating lever to be moved from its idling position to maximum engine load position. A pin lever, welded to the throttle lever tube, sets a position beyond which the control lever on the control shaft cannot advance. Therefore, the control lever cannot be advanced beyond the throttle setting, and no additional fuel oil will be injected into the cylinders until the throttle is advanced farther. The control lever rides on the pin lever of the throttle lever tube, unless the automatic function of the governor tends to hold it away from the pin lever.

The two fuel injectors are synchronized and are coupled by the intermediate control shaft. The after fuel injector is coupled to the control shaft, which is supported at the opposite end by a ball bearing in a bracket attached to the camshaft gear cover.

24

RESTRICTED
8-11060



Figure 3 - Engine Control System

RESTRICTED

25

STEERING GEAR DD69. CLASS

# STEERING GEAR
## DD692 Class

### LIST OF REPAIR PARTS AND SPECIAL TOOLS

| Item No. | No. Spares | Description | Mfrs. Service Part No. | Plate No. | Mfrs. DWG No. | Bureau Dwg. No. |
|---|---|---|---|---|---|---|
| 1 | 1 | Output Gear . . . . . . . . . . . . | 21778A | 6 | WW8019989 | 566059 |
| 2 | 1 | Motor Shaft Pinion . . . . . . . . . . | 21779A | 20 | " | " |
| 3 | 2 | Roller Bearing—Inboard Timken 558–552A . | | 10 | " | " |
| 4 | 2 | Roller Bearing—Outboard Timken 644–652 . | | 11 | " | " |
| 5 | 2 | Motor Shaft Bearing—SRB 315MF . . . . | | 12 | " | " |
| 6 | 4 | Oil Seal—60950 Victor Mfg Co. . . . . . | | 16 | " | " |
| 7 | 1 | Shim—See Note Below . . . . . . . . | T22 | 14 | " | " |
| 8 | 1 | Bearing Removal Tool . . . . . . . . . | X508 | 21 | " | " |

*Note:* The quantity of shims, item 7, will make a thickness of approximately 1/16".

B-11680



ART TREATMENT FOR EXPLODED VIEWS



Fig. 6



*Preferred art treatment for exploded views—line drawing with shading medium.
Preferred method of handling indexing by the use of part or item numbers is
also shown.*

*Alternate acceptable art treatment—line drawing, stick used to shape parts.
Alternate method of handling indexing by the use of numerals as shown may be
used if number of component parts warrants than in a.*

*Alternate acceptable art treatment—wash drawing technique (suitable for letter-
press or offset reproduction only). Preferred method of handling indexing is
shown.*

NOTE.—Where letterpress or offset reproduction is to be employed, well-retouched photographs, exploded as per
drawing shown above will also be acceptable.

B-11680

## FIGURES 7 AND 8

These figures show approved style to be
followed on manuals which are to be type-
written, varityped, or set with the elec-
tromatic typewriter.   All copy should be
prepared to allow for a 15- or 20-percent
reduction in size.

TITLE OP BOOK                                                                 MFR'S NUMBER



## PART I

## DESCRIPTION OF TURBINE AND GEAR

### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

### SECTION I

### DESCRIPTION OF TURBINE

The throttle valve is provided with both a hand-wheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### ROTOR AND BUCKETS

The turbine rotor (1), Fig. 2, consisting of shaft, bucket wheels, and coupling, is machined from a solid steel forging. The coupling flange of the rotor is tapped around its outer periphery for balancing plugs.

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The thrott        will be tripped closed automatically               emergency governor.

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### NOZZLE PLATE

The cast steel first-stage nozzle plate (3),

Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### NOZZLE DIAPHRAGMS

         nozzle diaphragms are made of steel        rrosion-resisting steel nozzle par-          the diagram five nozzle dia-          made of steel with welded corrosion-          ing steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

SECOND STAGE DIAPHRAGM. The lower half of the second stage diaphragm is further positioned by the centering dowel (7) in the bottom of the casing. Crush pins (4) around the periphery of the diaphragm assist in holding both halves securely in place.

LOCATION OF DIAPHRAGMS. The other four diaphragms, which are located in the exhaust casing are mounted as shown in Fig. 3b. The cast steel first-stage nozzle plate (3), Fig. 2 is bolted to and caulked in the upper half of the high pressure head.

The first stage is drained through a valve at the bottom of the casing.

#### TURBINE CASING

The turbine casing consists of a steel high-pressure head (4), Fig. 2, and a steel exhaust casing.

**CLASSIFICATION**

B-11640

MFR'S NUMBER                                                                TITLE OF BOOK

## PART 1

### DESCRIPTION OF TURBINE AND GEAR



Fig. 8

#### GENERAL ARRANGEMENT

The design of the turbine and arrangement of the main parts are shown in the assembly drawing, Fig. 2. The turbine, as well as the gear and generator, is mounted on a rigid steel base as indicated in the outline, Fig. 1. The exhaust end of the turbine is carried from the base on vertical supports which are rigid in a cross-axis direction but are flexible in an axial direction thereby allowing for axial expansion of the turbine casing under load conditions. The high-pressure end of the turbine is bolted rigidly to the gear casing.

#### SECTION 1

#### DESCRIPTION OF TURBINE

The throttle valve is provided with both a handwheel for manual control and an emergency tripping device. The throttle valve will be tripped closed automatically by an emergency governor.

#### Rotor and Buckets

The turbine rotor (1), Fig. 2, consisting of ~ ~ ~ els, and coupling, is machined from a solid steel forging. The coupli- ~ ~ ~ . is tapped around its outer periphery for balancing plugs.

The throttle valve is provide ~ ~ ~ el for manual control and an emergency tripping device. The throttle ~ ~ ~ closed automatically by an emergency governor.

THIS PAGE WAS TYPED USING STANDARD ELITE TYPE. REDUCED 10%

#### Buckets

The buckets of all six wheels are made of corrosion-resisting steel. They are secured to the periphery of each wheel by dovetails. The spacing of the buckets around the wheels is determined by skirts at the dovetails. The skirts form a part of the buckets.

A shroud-band of corrosion-resisting steel extends completely around the outer circumference of the buckets on each wheel. This band closes over the tops of the buckets and, by projecting slightly on each side of the buckets, aids in preventing steam leakage over the tops of the wheels.

The low-pressure end of the rotor carries an emergency governor assembly. The housing of the assembly is machined to receive a ratchet wrench for turning the rotor by hand. A wrench for this purpose is furnished with the units.

#### Nozzle Plate

The cast steel first-stage nozzle plate (3), Fig. 2, is bolted to and caulked in the upper half of the high pressure head. The nozzle plate contains a series of reamed nozzles opening into ports on the high-pressure side.

#### Nozzle Diaphragms

The five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions. All of the diagrams five nozzle diaphragms are made of steel with welded corrosion-resisting steel nozzle partitions.

#### Mounting

Because of the high steam temperature at the inlet end of the casing, the second-stage diaphragm is supported at the centerline to allow for radial expansion.

CLASSIFICATION

8-11640

FIGURE 9 – TYPICAL COVER – TYPE D BOOKS

BUREAU IDENTIFICATION AND NUMBER OF
PUBLICATION appears in upper left-hand
corner in letters 3/16 inch high.

SECURITY CLASSIFICATION, if applicable,
(See 3.2.12) appears in upper right-
hand corner in letters 3/16 inch.
(Security Classification in this case
is "Restricted").

TYPE OF BOOK in letters 1/4 inch high.

SPECIFIC TITLE OF BOOK in letters 3/8
inch high.

BUREAU STANDARD STOCK NUMBER (if assigned)
to be set under title of book in letters
3/16 inch high.

CONTRACT NUMBER in letters 3/16 inch high.

MANUFACTURER'S NAME AND ADDRESS in letters
1/8 inch high.

NAME OF BUREAU, NAVY DEPARTMENT, WASHINGTON
D.C. to be set at bottom of page in letters
1/8 inch high.

SECURITY CLASSIFICATION, if applicable,
(See 3.2.12) appears in lower right-hand
corner in letters 3/16 inch high.

8-11640



NAVSHIPS 000-0000          RESTRICTED

INSTRUCTION BOOK

DIESEL OIL BURNER

RAY TYPE AG 23, SIZE 0000

FOR 110V-60 CYCLE A.C.

BUSHIPS STK. NO. S65-B-2749-200

CONTRACT NOBS-00000

RAY OIL BURNER COMPANY
SAN FRANCISCO, CALIFORNIA

BUREAU OF SHIPS - NAVY DEPARTMENT - WASHINGTON, D.C.

RESTRICTED

B-11640

33