# THE

# HUMAN MACHINE

*Biological Science for the Armed Services*

*By*

CHARLES W. SHILLING

*Captain, Medical Corps, United States Navy*



A NAVAL INSTITUTE PUBLICATION

COPYRIGHT 1955

BY

UNITED STATES NAVAL INSTITUTE
ANNAPOLIS, MARYLAND

*Printed in the United States of America*

# FOREWORD

IT IS A CURIOUS FACT about man, particularly the military man, that his knowledge of the physical world that surrounds him is always so much more highly developed and systematized than his knowledge of self. Why man should be so concerned with his physical environment to the frequent exclusion of a logical interest in himself, I do not know, but I am not given to arguing with observable facts.

It was in a discussion of this idea with Captain Shilling that I suggested we need not look further than the Naval Academy Yard for an illustration of the point. We pride ourselves here at the Naval Academy on keeping abreast of developments in technical fields and on the techniques of teaching and learning. But in a basic subject like Hygiene we were depending on a textbook prepared before World War II. This new book, *The Human Machine*, is the result of that discussion.

Although this text was prepared to meet the specific needs of the Department of Hygiene at the United States Naval Academy, its value and usefulness to people of all the Services generally will be apparent.

C. TURNER JOY
*Vice Admiral, U. S. Navy*

v

# PREFACE

A LIMITED EDITION of this book was designed originally for the Hygiene Department of the United States Naval Academy as the basis for a course of instruction in biological science. The revised version in hand, however, was prepared to meet the needs of all nonmedical military personnel, and not merely the requirements of one particular group. The style of presentation has been kept informal, with a minimum of medical and technical terminology.

The text itself seeks to offer, in a simple and concise manner, information on the structure, function, and hygiene of the human body, in the belief that an understanding of man's physical being is essential to the process of self-assessment and personal adjustment in relation to the demands of military life. It should be pointed out, nevertheless, that if we are to recognize and interpret the complex patterns of human behavior in the military environment, there is need for a companion study on the human personality, since that material cannot be included in this text.

Considerable space has been allotted to the subject of group hygiene, preventive medicine, and sanitation. In a military organization, familiarity with these problems will help prepare the man in the Service for a higher degree of responsibility in his role as a leader. At all times, and under all conditions, health of the command remains of paramount importance.

In the complex functioning of our military organization, in peace and in war, the role of our medical personnel has increased steadily in scope. To traditional tasks, whole new areas of activity have been added—and ranking high among these, the study of the intricate, mutual relationships of man and machine. But still greater problems have risen to challenge us. Atomic, biological, and chemical warfare may present us with situations of as yet unexperienced environmental stress. If we, as military personnel, are to maintain a strong and resourceful posture in the face of these situations, our preparedness must be based upon firm knowledge and calm evaluation of their true nature.

CHARLES W. SHILLING
*Captain, Medical Corps, U. S. Navy*

## 4. ENVIRONMENTAL INJURY

The human machine has a remarkable ability to adjust to its environment; however, occasionally it is overwhelmed by some extreme environmental situation, and as a consequence disease, injury, or death may result. Exposure to extremes of temperature causes most of the difficulties encountered by Service personnel.

The direct effect of extreme *cold* is the freezing of a part or of the entire human body. That this can easily happen is attested to by records of death occurring every winter right here in our own country, and it does not get as cold here as it does in some other places. The lowest recorded temperature on earth is −95° F. reported in northern Siberia. There in the summer the heat goes to +90° F. So the human machine must adjust or protect itself against an annual range of almost 200°. The coldest temperature reported in North America was −79° F., observed at Fort Good Hope, 20 miles south of the Arctic Circle.

The indirect results of extreme cold are such conditions as frostbite, chilblain, and trench foot. Trench foot was an important cause of disability in both World Wars. In World War I there were 2,000 cases among American troops, and in World War II, during the invasion of Western Europe, there were 11,000 cases in the month of November of 1944. Immersion foot is a very common condition developing in almost everyone who spends time on a life raft with his feet in water.

Snow blindness and sunburn can both result from reflected light from the snow or ice.

It is apparent that to endure the extremes of cold, the human machine must be protected by heated buildings if it is to survive for any great length of time. It is possible to design clothing and protective masks, mittens, and shoes so that an individual can for hours withstand extremes of temperature that would otherwise freeze him within a few minutes. In general, clothing should be worn in several layers, rather than a single one, because air pockets are trapped between these layers. The outer garment should be windproof to prevent excessive heat loss from air movement. It should be water repellent, because wet clothing is a poor insulator. Loose-fitting garments are better than tight-fitting garments, because they entrap air and do not interfere with blood circulation. Leather mittens lined with knitted wool are effective protectors of the hand.

During the Korean campaign the Navy developed an excellent cold weather boot which effectively prevented freezing of the feet. It is interesting to note that this boot, because it had an entrapped air-layer cushion, was also effective against injury of the feet from exploding land mines.

The direct and indirect effects of *heat* are localized injuries familiar to us as burns or scalds, or the general systemic effects of heat cramps, heat exhaustion, or sunstroke. All of these conditions are of importance to the Navy, because, despite everything that can be done, in the engine-rooms of our ships temperatures frequently rise to a level which may cause heat cramps or heat exhaustion. Numerous cases of sunstroke have occurred among our Marines who in their marches were exposed to the extreme heat of the sun. One of the secondary effects of heat that disturbs Service personnel greatly is what we call "prickly heat" or "heat rash." This was particularly serious in submarines prior to the installation of air conditioning, and, because of the constant nerve-racking irritation, resulted in lack of efficiency.

The environmental injuries due to changes in *air pressure* are discussed in the chapters on Aviation Medicine and Underwater Activity. However, these two chapters do not mention one environmental condition which troubles a person who first climbs a high mountain. At the higher altitudes there is a lower atmospheric pressure, with resulting oxygen deficit, which leads to anoxemia, known as "mountain sickness." Fortunately, the individual is able to become acclimated within a matter of a day or two, and there are no permanent effects.

Although *poisonous gases* are discussed in detail in the chapter dealing with Chemical Warfare, yet it is well to point out here that there are many industrial gases that also may cause disease and death. Carbon monoxide, methane, hydrogen sulfide, and chlorine are examples of industrial gases.

There are many *poisonous liquids* and *solids* which disrupt the internal mechanisms of the human machine. Among the most common of these are wood alcohol, sleeping tablets such as barbiturates, various acids and alkalies, and, of course, arsenic—famous as a means of poisoning.

There are also *dusts* and *vapors* which cause injury and occasionally death. For example, dust

causes such diseases as silicosis, anthracosis, and other diseases due to the inhalation of such materials as asbestos dust, iron dust, tobacco dust, etc.

Beryllium poisoning has been a more or less recent industrial hazard and one that so far has baffled the medical profession. Beryllium at one time was used to coat the interior of all fluorescent lights. It is used by atomic energy workers at the present time, but it must be handled with great care, or injury and death will result.

No discussion of dust as a cause of injury would be complete without the mention of *smog*. Smog was forcibly brought to our attention by the catastrophe in the little Pennsylvania town of Donora and by the occurrence of a similar catastrophe on a much greater scale in London. The table below, recording registered deaths per million inhabitants in the administrative County of London, shows the severity of the 1952 situation compared to the cholera epidemic of 1866 and to the worst week of the 1918 flu epidemic.

| Week of: | Deaths | Normal for period and season | Excess over normal |
|---|---|---|---|
| Aug. 4, 1866 (cholera)..... | 876 | 450 | 426 |
| Dec. 20, 1873 (fog)........ | 713 | 470 | 243 |
| Nov. 9, 1918 (influenza).... | 1,085 | 300 | 785 |
| Dec. 13, 1952 (fog)........ | 745 | 300 | 445 |

You can see why it has been said that the atmosphere is the world's greatest sewer. In spite of this, no difficulty apparently results except under certain meteorologic conditions when there is an atmosphere inversion, with no movement of the air away from the earth's surface, for long periods of time. Under these conditions, organic waste, coupled with high humidity and fog, leads to serious contamination of the air. Normal air pollution is a problem on which industry alone is spending an estimated $120,000,000 a year for its control, and many cities have extensive campaigns to combat the problem. There are a number of people who feel that there is a direct relationship between the sharp rise in primary lung cancer and the rise in air pollution in all of our larger cities.

Lightning and man-made *electricity* are also the cause of disaster so far as the human machine is concerned. Closely allied to these are x-rays, radium, and the various by-products of splitting the atom,

such as gamma rays, and alpha and beta particles, and various radioactive isotopes. Much of this material will be covered in the section on Atomic Warfare.

This discussion of environmental injuries would not be complete without calling attention to the more violent attacks by nature in such manifestations as earthquakes, hurricanes, floods, and snowslides, which annually take a heavy toll on a worldwide basis.

## 5. NUTRITIONAL DISORDERS

The problem of nutrition has already been discussed in some detail in the section dealing with the human machine's equipment for energy production. However, it is here worthwhile to point out that at least two-thirds of the inhabitants of the world never have enough to eat and are therefore malnourished, with many facing starvation. The situation is getting worse all the time. Of the "Four Horsemen" of the Apocalypse, Famine should be the captain, for he weakens the body so that War, Greed, and Pestilence find a fertile field. It is hard for anyone in this country to realize it, but Herbert Hoover, following a recent survey, pointed out such marked food shortages in various parts of the globe that 800,000,000 persons are now faced with "the grimmest spectre of famine in all the history of the world."

Despite the fact that we live in a land of plenty, our food fads lead to a situation in which many people in this country become victims of malnutrition. Some of the diseases and nutritional disorders are such conditions as pernicious anemia, iron deficiency anemia, simple goiter, rickets, beriberi, pellagra, scurvy, and various other diseases resulting from lack of vitamins or proper nutrition.

Of all these, the one most important to the Navy is scurvy. In the early days of sailing ships, and prior to the discovery that ascorbic acid found in limes, lemons, and other citrus fruits prevented this ailment, the crew on a long voyage was sometimes so stricken that only a fraction of those who set out ever returned.

In this discussion of nutritional disorders we should not forget the fact that in this country there is more danger of becoming too fat due to overeating than there is in any other dietary or nutritional difficulty. Always remember, the best

*Chapter XX*

# MILITARY MEDICAL ORGANIZATION

FROM EVEN a cursory review of this text it will be evident that the medical component of the military organization has a heavy responsibility, and that if it is properly organized and functioning, it is in a position to contribute greatly to the success of any and all military operations. This chapter is designed to furnish a brief review of pertinent facts concerning medical organization.

In the Department of Defense, there is an Assistant Secretary of Defense for health and medical affairs. There is a Medical Department in each of the three Services, headed by a Surgeon General who is a Medical Officer, usually of the rank of Major General in the Army and in the Air Force, and a Rear Admiral in the Navy. These medical departments contain personnel trained in medical, dental, and collateral sciences and have the facilities and administrative structure necessary to provide efficient medical and dental services at all levels in the military structure of the three Services.

The mission of the Medical Department of the Navy can be stated very briefly as: promotion of physical fitness; prevention and control of diseases and injuries; and treatment and care of the sick and injured. Obviously, in order to fulfill this responsibility the Medical Department is actively concerned with all phases of life in the Navy and advises all components of the Navy on matters which may affect the health and well-being of naval personnel.

The central administrative organization for the Navy* Medical Department is the *Bureau of Medicine and Surgery,* which is headed by the Chief of the Bureau of Medicine and Surgery, a Rear Admiral, who is also the Navy Surgeon General; and

* Note: No attempt will be made to discuss the medical departmental organization for either the Army or the Air Force; however, it may be stated that it closely parallels their military organization and is quite similar to that in the Navy. For further information concerning the organization and function of the Medical Department of the Navy, see the *Manual of the Medical Department,* a copy of which is available in all medical activities.

a Deputy Chief of the Bureau, also of the rank of Rear Admiral. There are five assistant chiefs of the Bureau: one for personnel and professional operations; one for planning and logistics; one for aviation and operational medicine; one for research and military medical specialties; and one for dentistry. In addition, there are four divisions directly under the Deputy and Assistant Chief of the Bureau: the administrative division; the comptroller division; the medical statistics division; and the publication division. There is an Inspector of Naval Medical Activities and an Inspector of Naval Dental Activities. This is the administrative center for all of the medical activities of the Navy, but considerable authority is delegated to the field medical and dental representatives who serve on the staffs of the Fleet, Force, Naval Frontier, District, and River Commands.

Detailed information concerning operational components of the Medical Department is obviously not indicated in this discussion. However, every naval officer should at least be cognizant of the facilities of the Medical Department. These include numerous hospital and dental clinics located throughout the United States and at various overseas bases, operated under the command of a medical or dental officer; many dispensaries located in naval activities all over the United States which are operated under a Medical Officer-in-Charge; and hospital ships which are models of efficiency. In addition, there are sick bays manned by medical personnel in all of the units of our Fleet. All of the hospitals, dispensaries, and larger ships have dental officers as well as medical officers, and the dental service rendered even at sea is of the highest type obtainable anywhere.

There is a Medical School, a Dental School, and a Medical Research Institute located at the National Naval Medical Center, Bethesda, Maryland. There are also numerous other research units established in connection with operational activities throughout

the world. The functions and duties of the personnel of all of these activities are prescribed in great detail, but suffice it to say here that the Medical Department and all of its component parts are actively working with the operational forces of the Navy, in all areas of naval importance.

Medical Department personnel. All of the activities mentioned above are manned by Medical Department personnel who are organized into five separate corps composed of specialized personnel—Medical Corps, Dental Corps, Medical Service Corps, Nurse Corps, and Hospital Corps. In order that you may have some idea of the qualifications and background of the people you will be associated with in your naval career, we shall discuss very briefly certain facts concerning the personnel of these five corps.

*The Medical Corps* is composed of doctors of medicine who have graduated from an accredited medical school and have successfully completed an acceptable internship. These doctors come into the Navy in the rank of Lieutenant (junior grade). They are allowed three years constructive service credit for the four years of medical school and the one year internship which they have completed following the required four years of college.

Although it may be that some of the more junior doctors are not completely familiar with Navy tradition and custom, it can be safely assumed that with the training and experience as noted above they are well qualified to make medical decisions. The Navy has maintained a policy of sending its Medical Department personnel out for additional education, so that most of the doctors who head departments in our naval hospitals have had specialized training and are accredited by the American Medical Association in the specialties in which they are working. These specialists are just as capable in their field as are their brother specialists in civilian life.

*The Dental Corps* is composed of doctors of dental surgery who have graduated from accredited dental schools, many of whom have completed a year of dental internship. They, like the medical officers, enter the Navy as Lieutenants (junior grade) and are allowed three years constructive service. They also are given additional education and training, and a number are accredited by the American Dental Association in specialties of dentistry. Like the physicians of the Navy, they rank, professionally, with their brother practitioners in civil life.

*The Medical Service Corps* is composed of personnel trained in administration and supply, pharmacy, optometry, sciences allied to medicine, and any other such field as may be deemed necessary by the Secretary of the Navy. At the present time there are four main divisions of the Medical Service Corps: the Administrative and Supply, Pharmacy, Optometry, and the Medical Allied Sciences. As would be expected, these four divisions are staffed by: hospital corps personnel appointed as Ensigns in administration and supply; graduates of schools of pharmacy; individuals holding a baccalaureate degree in optometry; and scientists or research personnel who hold graduate degrees in such subjects as chemistry, physics, biology, physiology and so forth.

*The Nurse Corps*. The nurses of the Navy hold rank from Ensign through the rank of Captain and are all graduates of accredited schools of nursing, many of which now require a college degree in addition to the nursing training. Nurses serve most efficiently in all of our hospitals, in most of the dispensaries, and in our hospital ships and military sea transport ships, but not in other ships of the Navy.

*The Hospital Corps* of the Navy has a long and very enviable record of outstanding service. In 1814 there was a "loblolly boy" who assisted the surgeon. Later he became the surgeon's steward. The Hospital Corps as such was officially organized in 1898. One cannot praise too highly the work of this group. As a matter of fact, the commendation written by the Honorable James Forrestal when he was Secretary of the Navy should be read by "all hands" in its entirety. I quote here a few sentences: "You Corpsmen performed fox-hole surgery while shell fragments clipped your clothing, shattered the plasma bottles from which you poured new life into the wounded, and snipers' bullets were aimed at the brassards on your arms. On Iwo Jima, for example, the percentage of casualties among your Corps was greater than the proportion of losses among the Marines. Whatever their duty, wherever they were, the men and women of the Hospital Corps served the Navy and served humanity, with exemplary courage, sagacity and effort. Out of every 100 men of the United States Navy and Marine Corps who were wounded in World War II, 97 recovered. That is a record not equaled anywhere, anytime. Every individual who was thus saved from death, owes an everlasting debt to the Navy's Hospital Corps. No wonder men and women are proud

to wear the emblem of the Hospital Corps!"

In the interest of knowing the various specialties of the men with whom you will be working, the following is quoted from the *Manual of the Medical Department*,[2] Chapter 9, paragraph 3, Enlisted Rating and Warrant Structure:

"The Hospital Corps is composed of enlisted rates and ratings and warrant officers and commissioned warrant officers, divided into four groups which are classified by the Bureau of Naval Personnel as Hospital Corps, Group X, Medical; Hospital Corps, Group XI, Dental; Warrant Officers, Hospital Corps, and Commissioned Warrant Officers, Hospital Corps, 817; and Warrant Officers, Hospital Corps and Commissioned Warrant Officers, Hospital Corps, 818. The following are the Group X rates: hospital recruit, hospital apprentice; hospitalman; hospital corpsman, third class; hospital corpsman, second class; hospital corpsman, first class; and chief hospital corpsman. These rates lead to Warrant Officer, Hospital Corps, 817. The following are the Group XI rates: dental recruit, dental apprentice; dentalman; dental technician, third class; dental technician, second class; dental technician, first class; and chief dental technician. These rates lead to Warrant Officer, Hospital Corps, 818."

**Research.** As it is with other components of the Navy, research is an intimate part of the Medical Department activity, the importance of which cannot be overemphasized. Through research we assist in the development of new equipment, new and better methods of care and treatment of various diseases and injuries; help in the problem of adjustment of naval personnel to all of the new and strange environmental situations in which they are placed; and, in general, provide the knowledge necessary for the more efficient operation of the Navy.

Research under the cognizance of the Bureau of Medicine and Surgery is accomplished in a large medical research institute, in several research laboratories, fleet and shore-based units, and in various naval hospitals. The scope of this research is extremely broad and parallels the total activity of the Navy.

**The Line-Staff Corps Officer relationship.** In your future position as Division Officers, and particularly as Executive and Commanding Officers of Ships and Stations, it is imperative that you have a clear understanding of your relationship to your Staff Officers. It is also extremely important for a happy, well-operated, and efficiently functioning command that your relationship with your Staff Officers be a smooth and, if possible, amicable one.

It is well understood by all officers, both Line and Staff alike, that the function of Line command is solely the prerogative of the Line Officer. The duties of the Line Officer and of the Staff Corps Officer are all very carefully detailed by the Navy Department and by the various Bureaus so that no difficulty should arise due to any misunderstanding resulting from failure to *know* what should be done.

Most of the misunderstandings which all of us have seen from time to time in the Service are the result of clashing personalities or of the assumption of command prerogatives which are unwarranted. It is understood and fully appreciated that the Commanding Officer can issue orders to any officers within his command. However, he would be well advised to refrain from issuing orders in technical fields without the advice and concurrence of his specialists. The reason for having physicians, dentists, supply officers, paymasters, chaplains, and others, is for the specialist service which they can render to the Navy, and incidentally to the Commanding Officer in the operation of his ship; and there must be a compelling reason in order to justify overruling their judgment in a professional matter.

On the other hand, for the Staff Corps Officer to make any attempt to assume Line command functions, or even to presume to give advice in this area, is completely "out of line."

As prospective Commanding Officers, it is wise for you to remember that the prerogative of command does not necessarily mean that you have to have the answers to everything in your own head. No one in our present-day, complex Navy expects it. The Commanding Officer is not only a more efficient, but a bigger and better naval officer if he listens to professional advice in the areas in which he obviously cannot be competent.