PUGET SOUND NAVAL SHIPYARD
Bremerton, Washington

Marine Pipe Covering
and
Insulating

Shop 56

May 1961

PRODDEPTBREM P4800 (1)

Reviewed and
Approved 7-17-61

Colin W. Edwards
Master Mechanic
Shop 56
(Reviewing Official)

## MARINE PIPE COVERING AND INSULATING

"Marine Pipe Covering and Insulating" has been assembled through the research efforts of Shop 56 under the direction of the Master Mechanic.

Utilization of this technical trade manual in the field of pipe covering and insulating will improve the vocational and production skills of our present craftsman as well as to afford intangible benefits in training of new employees.

Chapters I through III will present an interesting introduction to our Navy's "magic fibers" which make possible unlimited operating temperatures and pressures in such critical piping as HIGH PRESSURE STEAM propulsion while affording maximum protection to our operating personnel.

Chapters IV through VI will introduce Pipe Covering and Insulating tools, machinery, and insulating material with their layout and installation.

Chapters VII through X will afford intangible technical data for reference or application.

It is with the profound interest and best wishes of our trade we present this manual.

COLIN W. EDWARDS
Master Mechanic
Shop 56
Puget Sound Naval Shipyard

*Thumbestos*

# PIPECOVERING AND INSULATION

## CONTENTS

Chapter

I.  Historical Glance "Magic Fibers"

II.  Introduction to Heat and Insulation

   Insulation
   Heat
   Heat Expansion
   Heat Transfer
   Heat Measurement

III.  Insulation Materials

   Reasons for Insulation
   Physical Properties of Insulation
   Basic Insulating Materials
   Primary Insulating Materials

IV.  Tools and General Safety Practices

   Mechanized Pipecovering
   Tools of the Trade
   General Safety and Health Practices
   Industrial Dusts

V.  Insulation and Lagging Materials

   Lagging Materials and Application
   Magnesia Insulation
   Fiberglas Insulation
   Cork Insulation
   Miscellaneous Materials

VI.  Portable Covers

   Nomenclature
   Measuring
   Insulation Layout and Sketch Tag Development

VII.  General BUSHIPS Specifications

VIII.  Technical Insulation Data

   Pipe Size Charts
   Insulation Charts

Chapter

IX.     Shipboard Compartmentation and Nomenclature

X.      Suggested Training Program

# CHAPTER I

## HISTORICAL GLANCE
## "MAGIC FIBERS"

People everywhere today are becoming acquainted with insulation materials whose protective qualities have been known but little expounded for 2,400 years.

One of these insulation materials is asbestos or "magic flax" which was used during cremations as "the funeral dress of kings."

The first magic cloths were formed from metamorphic rock into gleaming silky clothes for medieval court magicians to perform with because they would remain unscathed after direct blasts by the hottest fires.

Folklore tells of the great King Charlemagne startling his enemies envoys by throwing his banquet table cloth into a roaring fire and retrieving it whole and clean, needless to say that the envoys left with pledges of peace.

The first practical usage of asbestos was for lamp wicks for which it has proved satisfactory from early civilizations sacramental lamps unto the present day lanterns.

A strange old superstition during Marco Polo's time has it that magic flax was created from salamander skins, but Marco Polo and his adventurous spirit dissolved this by personal investigation to find that it was really made from "fibers not unlike wool which men dug from a mountain." We know these rocks today as igneous rocks, our asbestos producing minerals.

One other very old insulating material that is still in very high demand is cork. This buoyant unique cellular-like material has been used for fishing floats since the advent of the fisherman. Today the evergreen species of the commercial cork oak tree along the coasts of Spain, Portugal, and Northern Africa are still supplying cork bark for the world interests.

1

## CHAPTER II

### INTRODUCTION TO HEAT AND INSULATION

INSULATION

Marine insulation as performed in naval shipyards requires intimate knowledge and experience while working in confined spaces with a variety of insulating materials in the most exacting and precise manner. For examples see pages 106 and 108.

Without the proper insulation for heat retention, it would be impossible to operate the ship properly at its rated capacity. The higher the efficiency of the insulating material and the manner in which it is applied, the more power there will be delivered from minimum amount of fuel.

Temperature control being the prime objective of all insulation, it is necessary to remember that besides the efficiency of a ships propulsion and operating machinery, other important systems such as refrigeration and air conditioning require proper insulation for the comfort and convenience of personnel.

One of the main factors of marine insulation is that all material must be securely fastenend. It is subject to vibration, concussion from gun fire, abrasion, and extreme temperature variations. Nowhere is an insulation job subject to more adverse conditions than aboard a naval vessel.

HEAT

Heat is a form of kinetic energy that is produced by the vibrations and oscillations of the molecules that make up a substance.

We receive heat from a number of different sources. The most important include the following:

1. The Sun

   Directly or indirectly, nearly all our heat may be traced to solar radiation.



2. Chemical Action

   For our chief source of artificial heat we depend upon the combustion of wood, coal, oil, and gas.

2.

3. **Electrical energy**

   This heat is produced by
   the resistance of heating
   coils to the passage of
   electric current.

   

4. **Mechanical Energy**

   Friction changes mechanical
   energy into heat energy.
   Examples are lighting
   matches, rubbing two substances
   together, and pumping air into
   a tire.

5. **Nuclear Energy**

   Heat is formed from the
   reaction of an atomic pile.

   

## HEAT EXPANSION

   According to the kinetic theory of heat, when a substance is heated
its molecules are made to move faster. Because of their increased
motion, the molecules need more room to vibrate and therefore collide
with their neighbors many more times per second. These collisions force
the molecules to spread farther and farther apart, and thus the substance
expands.

   With a few exceptions, solids, liquids, and gasses expand when heated
and contract when cooled.

   It is very important to be aware of the expansion and contraction of
a substance. Due to variations in temperature, these forces are continually
at work, and provisions must be made to compensate for their changes.

   Steam piping systems must be given room to expand when they are
installed. By the use of flexible hangers, rollers, sleeves, expansion

joints, and bends, the pipe is allowed to expand without buckling or breaking. Steel bands over insulation have been known to break from expansion if installed too tight.

## HEAT TRANSFER

To make the best possible use of heat, we must learn not only how to send or transmit it from one place to another, but also how to control it, how to stop its movement from place to place, and to do so efficiently.

Heat travels by one or a combination of the following:

1. By conduction

Conduction is the flow of heat through matter unaccompanied by any obvious motion of the matter, as for example the passage of heat along an iron bar, one end of which is held in a fire. In other words, heat is propagated by warmer molecules in the material having the higher energy to the cooler materials having the lower energy.

2. By Radiation

Radiation is the passage of heat through space without the presence of matter, as for example the heat received from the sun in the form of heat waves.

3. By Convection

Convection is the transfer of heat by moving matter, as for example the heated air rising from a warm-air heating system. If air is heated, it becomes less dense and is pushed upward by the more dense surrounding cooler air, thus causing motion known as material convection.

In most heat insulating materials, if the pores of air spaces are small and not connected to each other, heat is transferred by radiation across the pore and by conduction of the gas in the pore. In this process, the transfer of heat through the whole mass may be considered as conduction if a large number of pores are uniformly distributed throughout the material. Most insulating materials are of this nature.

## HEAT MEASUREMENT

In order to determine how much heat is obtainable from a gallon of fuel oil or a ton of coal, or how much more effecient one type of boiler is than another we must know how to measure heat. Two units of heat measurement are commonly used - the calorie and the British thermal unit.

The calorie is the amount of heat needed to raise the temperature of one gram of water one-degree centigrade.

4

The British thermal unit or B.T.U. is the amount of heat needed to raise the temperature of one pound of water one-degree Fahrenheit. The B.T.U. is the most commonly used measurement.

The quantity of heat needed to raise the temperature of a substance in the amount of one-gram one-degree centigrade is called the specific heat of that substance.  It is the ratio of its heat capacity to that of water.

The efficiency of an insulating medium is determined by its ability to prevent heat loss.  The amount of B.T.U. able to penetrate and escape through the insulating medium is known as the thermal conductivity coefficient.  The conductivity is expressed in B.T.U.'s per square foot, per degree temperature difference between the surfaces, per inch thickness, per hour.  Conductivity is a rate of heat transfer and not a quantity.  The conductivity of a material is commonly referred to as "K" factor.  All standard insulation is rated by the "K" factor.

Additional information on heat loss computation, heat transfer, condensation computation, selection of proper insulating materials, and general specifications may be found on pages 77 thru 105  of the portion of the Bureau of Ships Technical Manual included.

5

CHAPTER III

INSULATION MATERIALS

## REASONS FOR INSULATION

Whenever there is a heat difference between items, there is a flow of heat from the hotter to the colder surface. Insulation is the medium used to control or retard this flow.

Application of insulation to piping and machinery is essential for the following reasons:

1. For reducing the cost of operation by lowering the quantity of heat necessary to maintain required operating temperatures and pressures.
2. To increase the efficiency of machinery.
3. To maintain accurate temperature control.
4. To insure the uniform heat distribution within equipment.
5. To prevent injury of personnel, due to burns from contact with hot parts of equipment.
6. To reduce the quantity of air necessary for ventilating and cooling requirements.
7. To prevent condensation on cold surfaces.
8. To maintain habitable conditions by means of temperature control.
9. To increase the cruising radius of ships by lowering their fuel consumption.

## PHYSICAL PROPERTIES OF INSULATION

Naval engineers and designers are primarily concerned with the efficiency and behavior of the insulation used. In order to meet their specifications, an acceptable insulation medium must conform as closely as possible to the following physical properties:

1. Low-heat conductivity.
2. Noncombustibility.
3. Lightweight.
4. Capability of easy molding and application.
5. Moisture repellent.
6. Noncorrosive, insoluble, and chemically inactive.
7. Composition, structure, and characteristics remain unchanged by temperatures at which it is to be used.
8. Once installed, should not cluster, become lumpy, disintegrate, or build up in masses from vibration.
9. Vermin proof.

## BASIC INSULATING MATERIALS

### Asbestos:

Asbestos is a fibrous variety of the mineral hornblende, which can be separated into flexible filaments of flax-like appearance and silky luster. It possesses the property of being incombustible and is principally used as a thermal and electrical insulation.

6

Hornblende is mined in rock form from open pit and underground mines. It is then sent to the mill where it is crushed, dried, and screened to remove the fibers from the ore. After being processed in the mill, the fibers are graded and put on the market as asbestos.

### Magnesia:

Magnesia is a light, white, insoluble powder which possesses a very low thermal conductivity. It is made by calcining dolomite (a variety of limestone) with coke, slaking with water, saturating with carbonic acid gas, and crystallizing out the magnesium carbonate. When mixed in the proper proportion of 85% magnesia and 15% asbestos, it is made into various forms of pipe and furnace insulation.

### Mineral Wool:

Mineral wool is made by mixing stone with molten slag from blast furnaces and blowing steam through the mixture. It usually consists of a mass of fine, pliant, vitreous fibers, which are incombustible and a nonconductor of heat.

### Rock Wool:

Rock wool is manufactured in the same manner as mineral wool, but is more uniform than mineral wool, with its physical qualities depending on the type of rock used. The most efficient rock wool is made from a high-silica limestone, and is used as an insulation for temperatures up to 1000°F. This material is marketed as loose wool, fine silky fibers, granulated pellets, and in the form of batts.

### Cork:

Cork is the thick spongy bark of a species of oak tree native to Spain and Portugal. It is of light cellular structure, with more than 50% of its volume consisting of air cells and when dry is light, porous, elastic, and easily compressed. Cork does not absorb moisture and has low thermal conductivity.

It is highly valued as an insulation for refrigeration and air conditioning equipment, and is sometimes used as an acoustic insulation.

Cork sheets and sectional pipe covering are made by subjecting granulated cork to pressure and applying heat, the natural gum in the cork being sufficient to act as a binder. A prime example of cork insulated system is shown on page 106.

### Glass:

Glass that is used in thermal insulation is generally in the form of thin fibers of special glass. This glass is forced through minute orifices while in the liquid state which forms it into fibers. The fibers are then made into fiber board glass, blankets, or batts. It can also be woven into yarn or fabrics.

The material is used as both a heat and cold insulating medium, although it has a tendency to become brittle under higher temperature.

7

## PRIMARY INSULATING MATERIALS

### Sodium Silicate (Solution):

This is an adhesive material and is sometimes used to hold amosite in place on valves and fittings and in the fabrication of high-temperature portable covers. It should not be used on glass material as this produces unfavorable chemical reaction.

Safety precautions should be used while handling this material as it can be injurious to the eyes on direct contact.

### Asbestos Cloth:

Asbestos cloth is a very strong and flexible material and is used as a final coat or lagging on piping, tanks, valves, fittings, and machinery installations. It is fireproof; and takes cements, pastes, adhesives, and paints readily.

This material is a firm woven fabric, consisting of various types of asbestos yarn in conjunction with different percentages of either cotton or glass yarn. It is generally furnished in 40-inch or 60-inch widths, which are marketed in rolls containing approximately 50 yards of the cloth.

The different type and weight classifications are as follows:

1.  Types and identification

     Type A – Blue Stripe – 80% asbestos, 20% cotton
     Type B – Red Stripe  – 90% asbestos, 10% cotton
     Type D – Green Stripe– 95% asbestos,  5% cotton

2.  Weights

     Type A – heavyweight  – 2.25 lbs. per square yard
           – lightweight  – 1.25 lbs. per square yard
     Type B – heavyweight only – 2.40 lbs. per square yard
     Type D – lightweight  – 1.25 lbs. per square yard

Type C has been omitted until now because it is composed of pure asbestos yarn, interwoven with Monel wire. It is used where very high temperatures are encountered, and where the asbestos cloth comes into direct contact with the bare metal, such as in main and auxiliary steam piping, flanges, fittings, and in machinery covers, pumps, turbines, and generators.

### Asbestos Yarn, Wire Inserted:

Wire-inserted asbestos yarn is a twisted and flexible yarn, and is used for all sewing on high temperature installations. It consists of two strands of Monel wire, covered with asbestos yarn. This material is strong, heat resisting, incombustible, durable, and noncorrosive.

### Amosite:

Amosite consists of a woven asbestos blanket, made of special long fiber asbestos staple, interlaced with stranded asbestos-covered Monel wire and asbestos yarns spaced about 3/4 inch apart. This material is

8

packaged in rolls containing approximately 250 square feet, one-inch thick and 60 inches wide.

For use in large quantities, amosite is pre-cut to specified sizes in the shop with electrical rotary cutting machines. The material can also be readily cut by the mechanic on the job. It is a highly efficient heat insulator, durable, easily applied, and withstands temperatures up to 900°F. The material is used on large piping, fittings, machinery units, large or irregular surfaces, tanks, for packing flanges, in portable covers, and others, and can be easily built up, layer upon layer, until the necessary thickness of insulation is obtained. Amosite can be secured with wire or adhesive cement.

## Armaflex:

Armaflex is a flexible, foamed plastic insulation suitable for chilled water, cold fresh water, salt water, air conditioning service freon suction lines, and drains below 100°F. It is black in color, soft, odorless, self-extinguishing, and exceptionally clean to handle; has a closed cellular structure and is a vapor barrier in itself.

This material is available in 6-foot lengths, and 3/8-inch wall thickness for all pipes and tubing through 2-inch IPS and in 1/2-and 3/4-inch wall thickness for pipes and tubing through 3-inch IPS. It is also available in sheets 30 x 36 inches, with thickness varying from 3/8 inch through 7/8 inch.

## Calcium Silicate:

Calcium silicate is composed of lime and diatomaceous silica bonded with asbestos fibers. After the basic ingredients are molded to the required shapes and sizes, they are put through a special steam process which converts the lime and diatomaceous silica to hydrous calcium silicate, a substance noted for its tough, hard composition and ability to withstand repeated wettings.

This material is known under such trade names as thermobestos, cal-temp, and tri-calite. It has a temperature range of 600°F to 1200°F and is manufactured in the same shapes and sizes as 85% magnesia insulating materials.

## Cement (Asbestos, Magnesia):

Asbestos and magnesia cements are used on installations where the temperature does not exceed 500°F. They are good quality insulators, trowel smooth, and dry fairly fast.

## Cement (High Temperature):

High-temperature cement is composed of diatomaceous earth, asbestos fibers, clay binders, and others, and is used where temperatures up to 1000°F are encountered. A fast-drying material, it trowels smoothly and evenly.

## Cement (Asbestos Finishing):

This cement is a combination of short asbestos fibers, fillers, and binding agents. It has considerably higher thermal conductivity than high temperature or magnesia cement. This material trowels smooth and even and is generally used as a finishing coat.

9

Asbestos finishing cement is known by various trade names such as: Asbestos Shorts, Montana Shorts, Canadian Shorts, and others.

### Cement (Eagle Pitcher One Coat):

This cement is a mixture of Eagle 66, Magnesia, and Portland cement. When water is added, this material forms a finishing cement which dries to a hard finish.

### Cement (Portland):

Small quantities of Portland cement are sometimes added to the finishing cement to make the latter set up faster. It is a poor insulating material and is used only when necessary. The common name for this mixture is "hard finish."

### Chalk, Carpenters:

A chalk molded into small half spheres and is usually blue or white in color. This chalk is most commonly used when applying cork insulation, to determine high and low places in the covering, when fitting the material.

### Cork, Cement:

A waterproof cement of brush consistency used to cement all seams, ends and joints on cork coverings and fittings, joining them together in an air-tight manner. It is a fairly fast drying cement.

### Cork, Granulated:

A ground cork product made up in various degrees of fineness. Granulated (coarse) and pulverized (very fine) cork is used in filling valve covers, in boxed-in fittings, and filling void spaces in cork insulation.

### Cork, Sectional Pipe Covering:

Prefabricated compressed cork sectional covering for piping is manufactured in three-foot lengths to fit all pipe and tubing sizes. It is made in various thicknesses and is used to cover refrigeration and air-conditioning piping.

### Cork, Sheets:

Granular cork, compressed into 12-inch by 36-inch sheets of various thicknesses. Sheet cork is used on flat and large surfaces, such as tanks and boxed-in fittings.

### Diatomaceous Earth:

Diatomaceous earth is a high temperature insulation with a temperature range up to 1900°F. It is made from specially selected and calcined diatomaceous silica, clay binder, and bonded with asbestos fibers. This material is furnished in both block and sectional form.

Flat blocks are furnished 3, 6, 9, and 12 inches wide in standard lengths of 18 and 36 inches, and in thicknesses of from 1 to 4 inches.

This insulation is also furnished in slightly curved blocks or segments. Sectional diatomaceous earth is manufactured to fit all standard pipe sizes.

This material is often used in combination with 85% magnesia to give greater insulating value.

**Fibrous Glass Batts:**

A fibrous glass blanket 24 by 48 inches with thicknesses from 1 to 3 inches bonded with formaldehyde. This material is sometimes encased in muslin and is used on refrigeration systems and as a sound retardant. The common name for this material is "angel hair."

**Fibrous Glass, Thermal:**

This material is composed of staple glass fiber felted into rovings and woven or bound with wire-inserted asbestos yarn. It is furnished in rolls containing 125 square feet and is 5 feet wide by one-inch thick. This glass is very much like angel hair in appearance but has a temperature range of 1200°F.

**Fibrous Board Glass:**

Board glass is furnished in 24 by 36-inch board-like forms of various thicknesses (1 to 3 inches). It is composed of fibrous glass which has been impregnated with a thermosetting binder and compressed into board form. The form is faced on one side with fibrous-glass cloth and secured with cement to provide a tough surface that is puncture resisting under normal conditions of service. This material is used on bulkheads and ventilation ducts.

**Fibrous Vent Glass:**

Vent glass consists of fibrous glass which is bonded with a binder to form a lightweight, flexible felt. The most commonly used felt is 72 inches wide, 1-inch thick, and is furnished in rolls containing 600 square feet per roll. This material is used when insulating ventilation and cold water systems.

**Fibrous "Snap-on" Glass:**

Fibrous "snap-on" glass is made of fine-fiber fibrous glass wool bonded and accurately molded to conform to pipe and tubing. This material is molded in three-foot long sections with walls of various thicknesses and is cut on only one side instead of two. It is a resilient material which can easily be spread at the seam and when released will resume its original shape.

This material is furnished in various pipe sizes and can be used on round ventilation ducts, cold water systems from 36° to 100°F, and hot systems from 100° to 350°F. The wall thickness of the glass will vary in accordance with the system being insulated.

**Foamglas:**

Foamglas is the only insulation of its kind, a rigid lightweight cellulated glass containing millions of separate, hermetically-sealed glass cells, each a tiny dead air space. Being inorganic, foamglas is noncombustible, rot proof, vermin proof, and acid proof. This material is furnished in both block and sectional form and is applicable over a wide temperature range from 450°F to 800°F.

11

Magnesia:
    Magnesia insulating material is made by combining not less than
85-percent basic carbonate of magnesia with asbestos or glass fibers as
a binder.  This material can be used on all hot surfaces up to 600°F and
is manufactured in both block and sectional form.  The block form is
furnished in both flat and slightly curved shapes, 6 inches wide, 36 inches
long, and various thicknesses.  It is used to insulate tanks, boilers,
valves, and large-diameter pipe.  The sectional is made in three-foot
lengths and fits all pipe sizes from 1/2 to 14 inches.  Both block and
sectional magnesia are secured by wire or bands.

Millboard, Asbestos:
    Millboard is made by compressing asbestos fibers with a small amount
of binder.  It is furnished in sheets 42 inches wide, 48 inches long, and
in thicknesses varying from 1/16 to 1/2 inch.  This material is used as a
stiffener in certain types of portable insulation.

Paper, Asbestos:
    Asbestos paper is made of compressed asbestos fibers and is mostly
used in the manufacturing of portable insulation.  It is 1/8-inch thick,
36 inches wide, and is furnished in rolls containing 208 square feet per
roll.

Paper, Flame Resistant:
    This paper is especially treated to be flame resistant and is used
as a sheathing on cold water lines and ventilation ducts.  It acts as a
smoothing surface for the lagging applied over it.

Rock Wool Blanket:
    Rock wool batts are made up in specified thicknesses as required, and
are generally furnished with galvanized wire mesh.  They are used
principally as a high-temperature insulation.

Vapor Barrier:
    Vapor barrier is a fluid compound which is applied to certain types
of insulation as a sealer.  It has two primary functions - to resist
moisture penetration and to insure air tightness.

Fibrous Glass (Acoustic):
    Acoustic glass is made from fibrous glass in the form of blankets
30 inches wide, 48 inches long, and 1 or 2 inches thick.  It is a sound
absorbing, fire-retarding, and flexible material, and is used in
ventilation systems, communication rooms, and other similar spaces aboard
ship where sound proofing is required.

Wire:
    Alloy Monel - 0.040 for securing insulation to CRMO piping, valves,
fittings, and others.

    Soft Black Iron - 0.0475 for securing insulation to piping, valves,
fittings, and others.

<u>Wire</u> (Continued)

<u>Copper</u> — 0.057 for wiring cork sections and fittings on cork jobs. This wire is sometimes used to secure portable insulation.

<u>Steel</u> — 0.0625 for securing heavy insulation on piping, valves, fittings, and others.

<u>Sectional Pipe Covering, Asbestos</u>:
This material consists of asbestos fibers held together with a silicate binder.  It is molded in three-foot sections of various thicknesses and fits all pipe sizes from 1/2 to 14 inches.  This material is more commonly known as "unibestos" and has a temperature range of 32°F to 1200°F.

<u>Vapor Barrier (Fire Resistant)</u>:
This material is composed of chlorinated resins, drying oils, driers, fillers, and volatile solvent.  It is nontoxic and can be applied to surfaces with a stiff brush or a trowel.  It is a thermosetting material and forms a tough, flexible film over the covered surfaces.
Fire-resistant vapor barrier is used on cork, foam glass, and "snap-on" glass installations.

<u>Weather Proofing for Insulation</u>:
This material is a durable, easily applied, coating for the protection of insulated surfaces against weather or water vapor and will stand up under the most adverse weather conditions.  There are several different kinds of weather-proofing materials.  The kind most commonly used by naval shipyards is composed of selected and processed bitumens, asbestos fiber, and mineral fillers.  It is a jet black material  and is furnished ready mixed in two consistencies to facilitate quick, easy trowel or spray application.
Some of the more common trade names for this product are insulkote, koverkote, and thor-kote.



NSH-6675
8-12-59

MODERN PORTABLE COVER
FABRICATION.



MOULDING PORTABLE INSULATION COVERS.

CHAPTER IV

TOOLS AND GENERAL SAFETY PRACTICES

MECHANIZED PIPE COVERING

For many years, time consuming hand sewing methods have been the major practice of the Pipe Coverers and Insulators. Powerized sewing machines were used only on limited occasions wherein the thickness of the pipe covering materials or their conformation permitted machine sewing.

The standard weight sewing machines of the clothing industry were generally unsatisfactory for the heavier asbestos cloths used in portable insulation cover fabrication; however, with the introduction of huge ship conversion orders, sewing machines were once again analyzed as a possible means of accomplishing this end. A new and faster method of production was definitely needed.

Large vertical harness stitching machines were procured for trial purposes (see Figure 1, page 14). Their heavier and more flexible working areas as well as their stronger needles were found able to sustain the constant sewing strain of the heavier insulating materials.

The pipe covering tradesman accomplished a major step in the modernization of the pipe covering and insulating process by mastering the new machines. Craftsmen who had previously been experienced only in hand sewing skills were soon becoming adept at machine sewing. At first the machine-sewn portables were being produced on only a comparable basis with the hand sewing ones. Then with increased skill, portable insulating fittings were rolling out in greater quantities with the same quality as their hand-sewn predecessors.

Not only have sewing machines of the vertical type been used to great advantage, but also the horizontal type of heavy machine used by the leather industry (see Figure II, page 17).

Various other machines have been adapted to pipe covering and insulating fabrication, for example Figure III, page 22, shows a craftsman utilizing a clothing pattern cutter for cutting amosite prior to forming or molding into a portable fitting as may be seen in Figure IV, page 13.

Circular bandsaws of the woodworking industry are now cutting sectionals for refrigeration insulating operations. Whole systems may be layed out and prefabricated in this manner at a greatly reduced savings.

One may say with assurity that the pipe covering and insulating needle is, and has been, replaced by the machine.

16



MODERN P.C. & L. SHOP IN OPERATION.

TOOLS OF THE TRADE

Many varieties of tools are used by the pipecoverer and insulator.
The mechanic who learns to use these tools properly can do a more efficient
job with less work.  One of the characteristics of a good mechanic is that
he knows the tools of his trade, possesses them, and keeps them in good
condition.

The following is a list of tools, illustrated on page 20 , that the
insulator should be familiar with:

| | | | |
|---|---|---|---|
| Hand Saws | Mallet | Rubber Pad | Combination square |
| Knife | End nippers | Rule | File |
| Pliers (Side cutting) | | Shears (Dental snips) | Rasp |
| Trowel, pointer | Tin Snips | Bevel Square | Rubber Bands |
| Trowel, Flat | Calipers | Compass | Banding Machine |
| Trowel, Bullnose | Miter Box and Saw | Sewing Palm | Needles |

Hand Saws

A pruning saw is used by the pipecoverers for cutting blocks and
small sizes of magnesia sectional.  It should never be used to cut cork
insulation as a straight cut cannot be made due to its narrow blade.  The
saw that is recommended for cutting cork is a carpenters fine-tooth cross
cut saw, or a miter box and saw.  The saw recommended for cutting large
sizes of magnesia, superex, or unibestos is the carpenters coarse tooth
rip saw.  It is important that these saws be kept clean, dry, and sharp.

Knife

The knife has many uses, such as removing excess material from the
face of magnesia sectional, cutting amosite, and trimming and shaping
material for installation.  Great care should be exercised when using
the knife, as many accidents have resulted from the careless use of this
tool.  Knives should always be carried in a sheath with the point down.

Pliers, side cutting

Side cutting pliers are available in two sizes, 6 inch and 8 inch.
They have a wire cutting section to the rear of the jaws and a wire
holding section to the front of the jaws.  The wire cutting section of
these pliers is used to cut annealed steel, copper, aluminum, alloy, or
other soft wires.  The holding section is used to tighten wire around
insulation material.  To keep them in good working condition, keep them
clean and apply oil accasionally to the pivot pin.

Trowels

The pointing trowel is wedge shaped with a blade approximately 5 inches
long.  It is used to apply finishing cements over insulation materials on
fittings, pipe, and equipment that are irregular in shape.  The pointing
trowel is also used to apply those types of adhesives that are too thick
to brush over lagging materials.

The flat trowel is a rectangular shape, with the most popular size
5 by 11 inches.  It is used to apply finish cements over insulating materials



ACCIDENTS ARE NOT RESPECTORS OF PERSONS... REMEMBER YOU ARE WORKING WITH SHARP AND FAST TOOLS.



on large surfaces, such as water heaters, boiler drums, receiver tanks, and others, or wherever the pointing trowel would be too small and inefficient to use.

The bullnose or coke trowel has a handle similar to the pointing trowel. The blade, approximately 2-1/2 by 10 inches, is shaped like a spatula. It is used in hard to get at places where the flat trowel cannot be used.

## Mallet

The wooden mallet has a head approximately 2-1/2 inches in diameter and 4 inches long. It is used to tap wires or bands into the insulation when securing it, and to force block insulation to the proper shape when applying it to equipment. Care should be taken when using the mallet to see that the head is securely attached to the handle so it cannot work loose and cause an injury.

## End Nippers

The end nippers are used for the same purpose as the side cutting pliers, and are preferred by some mechanics. The end of the nippers have approximately one inch of cutting surface that is perpendicular to the handles. The cutting surface is also used as the holding surface, so care must be used not to apply too much pressure or the wire will be cut. With practice, the tightening and cutting can be done in one operation.

## Shears (Dental Snips)

The shears used by the pipecoverer are similar to household shears, but of heavier construction. They are used for cutting paper, string, and lagging materials. Even though the shears are heavily constructed, the pipecoverer should not attempt to cut too heavy a material as it will spring the blades. The shears should be kept clean, oiled, and sharpened regularly. They should be carried in a sheath with the points down.

## Tin Snips

The tin snips are ordered by the size of the cutting blades. The most commonly used sizes are the 2-1/2 and 3 inch. They are used by the pipecoverer to cut chicken wire, expanded metal, and metal bands. To give the greatest efficiency they should be kept clean and oiled.

## Calipers

The conventional outside calipers are used by the pipecoverer. The 12-inch size is recommended for general work. The outside calipers will save the inexperienced worker many steps by determining the various sizes when ordering molded sectional insulation. The most frequent use of the outside caliper in pipecovering is to determine the size of flanges, valves, and fittings when measuring for portable covers.

## Miter Box and Saw

A carpenters metal miter box and saw are used when working with cork. The miter box will do a fast job of cutting gored bends, tee branches, and fittings. It is a more accurate, and faster than a handsaw. Care should be taken to see that it is not sprung out of alignment by dropping or bumping.

21

## Rubber Pad

The rubber pad is used to apply magnesia cement or other finishing cements over insulation materials. The rubber pad is approximately 3/16-inch thick and cut in a circular pattern slightly larger than the individuals hand. A hole is located so that the thumb can extend through the pad when it is placed on the palm of the hand. A slight curve is placed in the pad by cupping the hand. A handful of cement is taken in the hand, and by taking long even strokes while applying a slight pressure, the cement is applied evenly over the installed insulation.

## Rules

The rule is used for transferring measurements from the pipe or equipment to the insulation. Two types are used, the six-foot folding wooden rule, and the six or eight-foot steel tape.

## Bevel Square

The bevel square is used for transferring angles from one surface to another. It has an adjustable blade that can be set to any angle.

## Compass

The compass used by the pipecoverer should be of heavy construction and capable of extending to a radius of 12 inches. It is used mainly on ventilation and portable insulation layout.

## Sewing Palm

The sewing palm or seaming palm was designed for the sailmakers trade. It is a leather strap with a small boss containing a steel disc and cushion underneath. The steel disc has a number of depressions in which to seal the head of the needle. The needle is then pushed into the material being sewed.

## Needles

The Number 14 sailmakers needle is used when sewing with wax coated string. The Number 12 sailmakers needle is used when sewing with wire inserted asbestos string. When sewing in confined spaces, a curved needle can sometimes be used to good advantage. The needles can be kept sharp by rubbing on a fine emery stone.

## Combination Square

The combination square is a 12-inch steel rule and protractor fitted together in such a manner that the protractor can be moved and locked in any position along the length of the rule. The protractor is also adjustable to any degree. It is used to layout angles, and to measure the degree of bend of piping to be insulated by cork.

## File

Every pipecoverer's tool kit should contain a file and handle. That portion of the file where the teeth are cut is called the "face." The tapered end that fits into the handle is called the "tong," and the part where the tong begins is the "heel." The length of a file is from the tip to the heel. A file with a single row of parallel teeth is called a single-cut file. An 8-inch single-cut file is recommended for the pipecoverer.



CUTTING AMOSITE FOR FABRICATION OF PORTABLE COVERS.

<u>Wood Rasp</u>

The wood rasp is similar in shape to the file. The difference is in the construction of the teeth. The teeth are parallel rows of raised barbs. The rasp is used when working with cork to smooth and shape it as required. The rasp should be kept clean and not be used without a handle.

<u>Rubber Bands</u>

The rubber bands used in the trade are approximately 3/8-inch square and from 6 to 10 feet long. They are used to hold insulation materials temporarily in place until it can be secured by wire or metal bands.

<u>Banding Machine</u>

The banding machine used by the pipecoverer is the same type used to install metal bands on boxes and crates for shipping. A band is placed around the item to be secured and inserted into the tightening tool. When it is tight, a clip is put over the band. The clip is then crimped into place with a crimping tool. Bands are used over large surfaces or heavy insulation where wire would not be strong enough to hold it in place. The machine must be kept clean and oiled to maintain its efficiency.

## GENERAL SAFETY AND HEALTH PRACTICES

For your personal safety on the job, it is necessary that safety rules be followed at all times. Accidents of an unavoidable nature seldom occur. Most cases are caused by personal carelessness.

The pipecoverer should be familiar with the General Safety Rules, published by the Shipyard. A few of the more important General Safety Rules, and some of the specific rules pertaining to your job, are listed as follows:

1. Use personal safety equipment provided for your protection.

2. Report any unsafe condition as soon as noted.

3. Never engage in horseplay or practical jokes.

4. Watch where you are going.

5. Heed warning signs.

6. Carry sharp instruments in a sheath.

7. Cut materials away from yourself, never towards you.

8. Do not pull towards your face when twisting wire with your pliers or sewing.

9. Always bend the ends of wire so that they will lie smoothly against the insulation.

10. Secure material and equipment so it cannot be knocked off when working from staging or above other personnel.

11. Do not pile material in passageways or hatchways.

12. Do not spread drop cloths over an opening or uneven surface.

13. Always keep one hand free when carrying material.

14. Handle amosite and glass materials carefully to avoid their dusts.

15. Goggles must be worn while working with silicate.

16. Power equipment can be extremely dangerous. Use great caution when working with the power knife, sewing machine, stapler, band saw, or sander.

17. Place scrap styrofoam or cork pieces over sharp fastening devices to prevent injury to co-workers during glass board installation.

18.  Sprinkle amosite with water whenever possible to keep dust down.

19.  See that your chest is X-rayed at least once a year to detect the
     possibility of silicosis or asbestosis.

## INDUSTRIAL DUSTS

Characteristics of the pipe covering and insulating operations in the shipbuilding industries are such that proper personal safety precautions must be adhered to at all times. Each individual pipe coverer and insulator employee is required to check out and use a respirator when working in insulating areas where there is any danger from exposure to harmful insulating dusts. Supervisors should insure that their men are properly protected at all times with proper safety equipment and adequate ventilation. Supervisors are not relieved of responsibility by merely instructing their men to use safety equipment, they are obligated to follow up and insure that protective measures have been implemented for their crew's health and welfare.

Industrial dusts of all forms have long been thought of as a production evil. Sometimes taken quite seriously, and sometimes taken with a grain of salt, or we might add sardonically, with a micron of silicosis!

Proper control of all harmful industrial dusts can be obtained only through the combined efforts of the workers and management working together to minimize exposures to critical dusts and fumes.

The "old timer" or "smart character" may look on humorously as an informed and cooperating worker carefully adjusts his respirator before ripping off reams of amosite or asbestos piping insulation preparatory to a piping alteration. However, it will be the cooperating worker who will have the healthier pair of lungs at the end of the day.

While "Pneumoconiosis" is the technical term applicable for such infections as Miner's Asthma, "Miner's Phythisis," "Grinder's Rot," and many others, "Asbestosis" and "Silicosis" are the two most harmful and common lung infections of the pipe covering and insulating trade.

As of recent years these two diseases or infections had become important enough for the Naval Medical Department to compile a health survey of all pipe covering operations in the construction of Naval vessels. Four shipyards were examined, two private yards, and two Naval shipyards, with the following conclusions or analysis:

The infectuous characteristics of insulating materials, such as diatomaceous earth (a form of amorphous Silica), asbestos dust, glass or rock wool, and Magnesia, are harmful and do damage to the respiratory system when breathed in excessive and constant amounts.

The nature of the pipe covering operations are such that constant exhaust ventilation must be maintained at the rate of 10 to 15 complete air changes per hour in critical areas where insulating materials are being cut by bandsaw, ground, mixed, or molded. All pertinent machines must be equipped with separate exhaust systems.

27

# HUMAN LUNG
### CUT AWAY VEIW
### SHOWING WIND PIPE.





INFECTED WIND PIPE (TRACHEA.)

VARIOUS BRONCHIAL LYMPH NODES.

## LYMPH NODE DEVELOPEMENTS FROM BREATHING HARMFUL INDUSTRIAL DUSTS.

28

Further, all layout tables, sewing rooms, fabricating rooms, shop and ship compartments where insulating operations are taking place must be properly ventilated to provide 5 to 10 complete air changes per hour.

"Asbestosis" and "Silicosis" result from breathing relatively long asbestos fibers, 15 to 75 microns in length or 3/1000 of an inch, complicated or further antagonized by additional particles of diatomaceous earth, and other insulating materials.

An example of the lung structure with its delicate parts has been included to stress the importance of proper safety or health precautions while performing pipe covering and insulating operations.

29

## CHAPTER V

### INSULATION AND LAGGING MATERIALS

LAGGING MATERIALS AND APPLICATION

Lagging is the outside or finish covering over insulation materials on pipes, fittings, and equipment. Lagging material is used to keep moisture out of insulation materials, to assist in securing insulation materials, to improve appearance, and to protect the insulation material from abnormal wear and tear. There are many types of lagging materials but those most commonly used in this Shipyard are asbestos cloth, glass cloth, brattice cloth, and sheetmetal. As the latter is formed and installed by the sheetmetal worker, we will not discuss it any further than to say it is generally installed where there will be an excessive amount of wear and tear.

### ASBESTOS CLOTH

"Asbestos cloth" is manufactured from Number one and two grades of Canadian Asbestos Fibers blended with from 5 to 20-percent cotton fibers to give the material added strength. The amount of cotton yarn that is added to the asbestos has to be kept at a minimum as too much cotton would reduce the fine resistant qualities of the material. Asbestos cloth is manufactured in many weights ranging from 1.25 pounds to 4.15 pounds per square yard. This Shipyard uses three types of asbestos cloth. The lightweight (Blue Stripe) cloth is 20-percent cotton and weighs 1.25 pounds to 2.25 pounds per square yard. Rolls of lightweight asbestos cloth are 36 or 40 inches wide. It is recommended for all temperatures under 500°F.

The heavyweight (Red Stripe) asbestos cloth contains 10-percent cotton and weighs 2.25 pounds to 2.40 pounds per square yard. Rolls of heavyweight asbestos cloth are 36, 40, or 60 inches wide. This material is recommended for use as lagging over insulation on equipment whose operating temperatures exceed 500°F.

The third type of asbestos cloth is a heavyweight, wire-inserted (no stripe) cloth. Wire-inserted asbestos cloth contains 5-percent cotton and weighs 3.5 pounds per square yard. Rolls of wire-inserted cloth are 26 or 40 inches wide. Wire-inserted asbestos cloth is recommended for use on the inside of portable covers that are to be installed on equipment where the temperature exceeds 600°F, or any location where the cloth will lie against metal that has a high operating temperature.

There are several steps necessary to install asbestos cloth over insulation material on a pipe. First, cut a piece of cloth from the roll long enough to reach between two flanges or fittings on the run of pipe and wide enough to encircle the insulation, plus an additional two inches to fold under at the seam, Figure I, Detail B, page 31. Then apply the cloth over the insulation and secure it at one end. This is done by weaving a wire through the cloth about one inch from the end and folding the cloth back over the end of the insulation, Figure I, Detail B, page 31. After one end



FIGURE I

Wire woven in end of cloth is drawn tight over end of insulation, the ends of the wire are then twisted together and buried in the insulation.

Cloth folded under one inch at seam.

Detail C

Detail B

Round stitch.

Knot underneath to start sewing.

Detail D

Box stitch.

The seam is tacked every 18 or 20 inches.

Detail A

Cloth folded back one inch.

Wire woven through end of cloth.

is secured, stretch the cloth tightly over the insulation and secure
the other end in the same manner. After both ends of the cloth are secured,
fold under about one inch of cloth at the edges so that a straight, even
seam is formed along the run of pipe, Figure I, Detail B, page 31. To
further insure a straight seam, make two or three stitches (Tacks) every
18 or 20 inches along the seam, Figure I, Detail B, page 31. It is
recommended that the worker start sewing along the seam at the right end and
sew toward the left removing the tacks as he comes to them. There are two
types of stitches generally used for this job. They are the "Box Stitch,"
Figure I, Detail D, page 31, and the "Round Stitch," Figure I, Detail C,
page 31. The box stitch leaves the thread that shows perpendicular to the
seam, whereas the round stitch leaves the thread that shows 45 degrees to
the seam. The use of either stitch is optional. The only requirements
for these sewing procedures are that there must be a minimum of three
stitches to the inch, and the seam be located out of sight where possible.
The recommended needle and string for sewing asbestos cloth is a Number 14
needle and wax-coated linen string, commonly called "Wax End," or a
Number 12 needle and wire-inserted asbestos string.

The easiest and most efficient method by which to install lagging
material on a bend is to construct a "Boot" of the material and fit it
to the bend. This is not done, however, on large radius bends. Where
these large radius bends are encountered, the lagging material is cut,
stretched, and sewn in place using the same methods that are used on
straight pipe. If it is found necessary, the baseball stitch can be
used to sew the seam to remove excess slack in the cloth. A boot is made
by first cutting two pieces of cloth (or one folded) square and large
enough to reach the tangent points on both sides of the bend, Figure II,
Detail A, page 33. Then shape a wire template to fit the throat of the
bend, starting and stopping at the tangent points on both sides of the bend,
Figure II, Detail B, page 33. Lay the wire template across one corner of
the cloth and mark with a pencil, Figure II, Detail A, page 33. Sew the
cloth together along the mark, then cut away the excess cloth in the
throat. After the two pieces of cloth are sewn together and trimmed, they
are turned inside out and put in place on the pipe, Figure II, Detail C,
page 33. After the cloth is shaped to the bend and pinned or tacked
temporarily in place, the excess cloth on the heel of the bend can then be
cut away, Figure II, Detail D, page 33. As there will be some slack in the
cloth on the heel of the bend, it is suggested that the baseball stitch be
used to sew the seam as this type of stitch will use up more slack than any
other, Figure III, Detail B, page 34.

On extra long runs of pipe, it might be found necessary to join two
or more pieces of cloth to reach between flanges or fittings. Short pieces
can be used in this manner to reduce waste. To do this, the adjoining
pieces of cloth are folded under about one inch where they meet, then
sewed with a stitch called the blind seam, Figure III, Detail A, page 34.
Although the blind seam is commonly used to join short pieces of cloth, it
is not confined to this operation as it serves very well wherever it is
desired for the seam and stitches to be inconspicuous.



CONSTRUCTING AND APPLYING A BOOT TO A 90° BEND

FIGURE II

Detail A

Detail C

Trim off excess
cloth about 1/2"
from sewing.

Two pieces of
cloth, or one
folded.

Mark cloth around
wire template,
then sew.

Cloth turned
other side out,
to put sewing
on inside.

Detail B

Detail D

Shape wire template
to fit throat of
bend between tangent
points.

Tangent points

Trim away excess cloth
on heel of bend, then
sew with baseball stitch.

# FIGURE III

**NOTE:** Stitches are magnified and
not pulled tight to more
clearly show how stitches
are made.



Detail A

Blind Stitch

Knot underneath
to start sewing.

Detail B

Baseball Stitch

Detail C

3"

3" curved needle

34

The blind seam is sewn with a Number 14 needle and an approved string. In confined spaces it might be found necessary to use a curved needle as the worker can sew in closer quarters with a curved needle than with a straight needle. A popular size curved needle is the three-inch size, Figure III, Detail C, page 34.

## GLASS CLOTH

The glass cloth used in this Shipyard comes in two weights. The lightweight cloth is resin coated to give it a hard smooth finish and to retard raveling or fraying at the edges. The rolls of lightweight cloth are 42 or 60 inches wide with 125 square yards to the roll. The heavyweight glass cloth is not coated with resin as it does not have the tendency to ravel or fray at the edges as lightweight cloth does. The rolls of heavyweight cloth are 60 inches wide and have 50 square yards to the roll.

The same procedures are used to apply glass cloth over insulation materials on pipe, fittings, bend, or equipment as are used when applying asbestos cloth. A precaution to be taken when applying glass cloth is to allow for more material to be turned under at the edges and seams than is required with asbestos cloth. The reason is to prevent raveling or fraying of the edges when the sewing is being done. Where asbestos cloth requires about one inch turned under at the seams, glass cloth will require about 1-1/2 inches turned under. Glass cloth is generally confined to application on ventilation ducts, cold-water piping, or low-temperature equipment as it will become brittle and tear easily when exposed to high temperatures for long periods of time. The recommended needle and string for sewing glass cloth is a Number 14 needle with "wax end" or a Number 12 needle with glass string.

## BRATTICE CLOTH

Brattice Cloth is a cotton cloth that is coated with a fire-resistant adhesive. Brattice Cloth comes in rolls 31, 32, 40, and 60 inches wide with 150 linear yards to the roll.

The same methods and procedures are used to apply Brattice Cloth as are used for other lagging materials. Due to the fire-resistant coating on Brattice Cloth, it is more difficult to push the needle through to sew, but this difficulty can be overcome by keeping the seam wet eight or ten inches ahead of the sewing. The recommended needle and string for sewing Brattice Cloth is a Number 14 needle and "wax end."

Brattice Cloth is adaptable for use on ventilation ducts, cold-water piping, or any low-temperature equipment, but should not be applied to high-temperature piping or equipment due to its cotton construction.

All of the above described lagging materials can be applied by pasting or gluing the seams and edges in place of sewing.

As no one adhesive is recommended for all lagging materials for all jobs, an approved adhesive for each job has to be used. A few precautions when using adhesives are:

1. Do not use an adhesive with a sodium-silicate base on any type of fiber glass materials as silicate will disolve glass fibers.

2. Wear safety goggles when applying silicate adhesive as it is very harmful to the eyes.

3. Thoroughly clean tools and brushes after applying adhesives.

4. Keep cover on adhesive container when not in use.

5. Whenever there is an excessive amount of steam or moisture, use an adhesive recommended for those conditions.

## MAGNESIA INSULATION

Magnesia insulation material is one of the most effecient insulating materials used aboard ships. It has the ability to withstand temperatures up to 600°F. It is made of magnesium carbonate bonded together with asbestos fibers. Magnesia is a molded material. For use on pipes, it is manufactured in semicylindrical sections called "sectional insulation." It is also molded in curved segments called "Segmental insulation" for use on larger diameters of pipe. For use on flat surfaces or large equipment, it is molded in form of blocks. It is also made into a ground or crushed form which when mixed with water is commonly called "mud." This is used to fill holes, level up, seal joints, seams, and others, on magnesia installations. Sectional insulation is molded in 3-foot lengths for all standard pipe sizes. Block insulation is molded in blocks 6 inches wide and 18 and 36 inches long and from 1/2 to 4 inches thick. Segmental insulation is molded in the same dimensions as the block insulation.

Magnesia insulation is a fragile material and will not withstand rough handling, careless tossing about, nor walking upon. It is easily scratched, marred, dented, and broken. When this occurs, it requires more time to install and is less attractive in appearance.

This covering material is manufactured for industry in general. Ordinarily, after application, the sectional is loose and can be turned by applying a gentle twist. In many cases where sectional is applied, the looseness does not distract from the efficiency of the insulation. However, on board naval vessels, it is not advisable to allow sectional to fit loosely. There are a number of reasons for this, namely, ships roll and vibrate due to the motion of the water and machinery. Frequently, it is necessary for the ship's crew members to climb over and through covered pipes. Motion of the material would cause it to grind and break into small pieces, pulverizing it, rendering it useless insofar as performance is concerned. In order to prevent this looseness and have it fit snug, the practice is to slice a narrow strip approximately 1/4-inch thick off the material where the two halves come together (see Figure I, page 38). An ordinary butcher's knife or insulator's saw is used to remove this strip of material.

It will be found that the quickest and most efficient method to install magnesia sectional to horizontal piping is to lay one half of the material on top of the pipe. Doing this, the mechanic will not have to hold both halves while installing the wires to secure them. On either horizontal or vertical piping the seams of the sectional should be in line with each successive piece. As a rule, on vertical piping the sectional is so placed that the seams are in line with the seams of the sectional installed on the horizontal run of the same piping. Where vertical piping is only involved the position of the seams is immaterial as long as the seams are in line.

When applying sectional, always begin at a fitting, pipe hanger, or bulkhead and always at the right end so that the work progresses toward the left. On vertical piping, always begin at the bottom so that the work progresses toward the top.

37

MAGNESIA    SECTIONAL
INSULATION.

DOTTED LINE SHOWS WHERE MATERIAL
IS CUT OFF ONE SEAM FACE, TO
CLOSE COVERING TIGHT ON PIPE.

SEAM FACE.

HOLLOWED
TO ACCOMODATE
PIPING.

FIGURE .1.

38

When applying sectional to threaded piping, to begin at a fitting, first slide the material up against the fitting as close as possible before securing it snugly to the piping. Finish at a threaded fitting in the same manner by bringing the material as close to the shoulder of the fitting as possible.

When applying sectional to flanged piping, valves, and others, always start and stop at flanges by keeping the ends of the material away from the flange a distance equal to the length of the bolts. This allowance of space is necessary in order to replace gaskets, remove and replace sections of piping, fittings, or valves without damage to the insulating material.

The application of sectional to a pipe hanger is handled in the same manner as a screwed fitting. Bring the material up against the hanger and then start the material up against the hanger on the other side. Apply scraps of material mixed with a small amount of "mud" over and around the hanger clamp in the intervening space until the material is almost flush with the outside diameter of the adjoining covering. Finish filling and leveling with "mud" until flush with the adjoining material.

Always bear in mind that this material is expensive and all short pieces should be used as soon as possible to avoid loss and damage.

There are two methods used to apply this material to pipe bends. The first, generally used on small pipe (2-1/2 and under), is to saw slots on the outside of the half section to be fitted around the inside of the bend and then saw slots on the inside of the half section to be placed around the outside of the bend. The number of slots and the distance between slots will depend upon the radius of the bend.

A method commonly used to determine the width of the gores to be placed about a bend and the angle that the gores should be cut is to find the distances between the tangent points on both heel and throat of the bend. These distances are divided by the number of gores to be used. These dimensions can be found by using a flexible steel tape or by using template wire between the tangent points and then straightening the wire and measuring the distance with a rule. See Figure 2, page 40.

There is no fixed rule for determining the number of gores that are required to cover a bend. There are several variable factors that account for this. The outside dimension of the pipe and the radius of the bend in addition to the thickness of the covering material will all have to be taken into consideration. After some experience on jobs of this nature, the workman will soon be able to determine the number of gores necessary upon viewing the job to be accomplished.

A minimum of five wires should be used to secure sectional to straight pipe. These wires should be drawn tight, tapped into sectional, and then twisted.

39

# CUTTING MITERED GORES FOR BENDS.



FIGURE. 2.

After the sectional has been applied, the complete surface should be given a coat of magnesia mud. Seal cracks, square off all ends with the circumferences of the sectional and the pipe and maintain equal distances from any valves or flanges. Finished work should show a fairly unvarying circumference along the run of the covering material.

Equipment and piping, whose temperatures may slightly exceed 600°F for short intermittent periods of time, are usually insulated with a double layer of sectional. Before application of the second layer, the first layer must be wired and have all joints, seams, and cracks sealed with mud. The second layer is then applied so that the joints and seams will not be in line with those of the first layer. Finish the work with the necessary wire and mud as stated previously.

Equipment and piping, whose temperatures will exceed 600°F and whose periods of operation may or may not be intermittent and continue over longer periods of time, are insulated with both magnesia and diatomaceous earth. Diatomaceous earth insulation is highly satisfactory for operating temperatures up to 1900°F. This high temperature covering is manufactured in forms similar to that of magnesia in that it is molded in "sectional," "segmental," and blocks of the same size as magnesia covering. Diatomaceous earth is heavier and more expensive than magnesia and wherever possible the use of magnesia is preferred if it will adequately meet with specified standards and desired results.

Whenever it is required (600°F or over), a layer of diatomaceous earth covering is installed first, securely wired, and all seams and joints mudded. The work is then finished with a layer of magnesia covering. This practice of utilizing both types of material has been found to be both economical and satisfactory and is based on the fact that the temperature of the heat transferred through the diatomaceous earth has been reduced sufficiently to allow for the heat tolerances of magnesia.

Irregularly shaped equipment, such as pumps, turbines, boilers, large valves, and others, are generally insulated with block-form magnesia or diatomaceous earth blocks.

When applying block-form insulation material to equipment, two methods of securing the blocks are commonly used. If it is fairly large equipment and welding can be done on its surface, the preferable way is to have "clips" or "lugs" welded to the equipment at the correct positions to fasten the securing wires to. These "clips" or "lugs" can be made from heavy-gauge wire. The second method of securing is to make a wire harness by twisting eyelets in a long strand of heavy-gauge wire, then install the harness on the equipment in such a position that wires can be laced through the eyelets to secure the insulation material. Whichever method is used, care should be taken when locating these "clips" or "wire" harnesses so that a good job of securing the insulation material can be accomplished.

As an aid in making the first rough estimate of the required thickness of magnesia insulation for a particular installation, the following rule-of-thumb may be used. Estimate to use is 1/2-inch thickness of material for every 100°F operating temperature, plus an additional 1/2W for outdoor equipment.

42

## FIBERGLAS INSULATION

Fiberglas insulation material is manufactured in many forms for many uses. To make it less confusing, each form will be discussed separately.

Fiberglas is a comparatively new form of fiberglas and very commonly used. It has a wide range of uses. It is a blanket or roll form of insulation and is available either plain or faced with aluminum foil on one side. Some of its many uses in the Shipyard are the insulation of cold-water piping and fittings, compartments, and ventilation ducts. This material is received in the Shipyard in rolls 36 or 72 inches wide and 100 feet long in thicknesses of 1/2 inch to 2 inches.

Fiberglas is a very effective insulation material when installed on cold-water piping, fittings, or drains, to prevent condensation. When installing fiberglas to firemain or flushing piping, the recommended thickness is one inch. It is installed in the same manner as water-repellent amosite.

A layer of moisture-resistant paper is first applied directly to the pipe and secured with string or tape. A layer of fiberglas is then secured over the paper by spiral wrapping with string. Two layers of moisture-resistant paper are then applied over the insulation material. The paper is temporarily wrapped with loops of string, which must be removed as the lagging material is installed. If the string is not removed, it will show through the lagging material and leave a rough appearance. Another method is to secure the paper with short pieces of masking tape which can be left in place when the lagging is installed. A recommended type of lagging material is installed over the last layer of moisture-resistant paper.

When fiberglas is used for bulkhead or overhead insulation, it can be installed in any required thickness by laying layer upon layer. This material can be secured by several methods. One of the most commonly used methods is to weld strips of light-gauge metal to the overhead or bulkhead. The strips are about one-inch wide and two inches longer than the required thickness of material. The insulation material is then pushed onto these strips of metal. The additional two inches that protrude through the material can be bent over to hold the insulation in place.

One great advantage of any fiberglas material for bulkhead insulation is that it can be installed around electric wiring or electrical equipment, light fixtures, and others with no danger of short circuiting as fiberglas is a nonconductor of electricity.

In almost all cases where fiberglas is installed for bulkhead or overhead insulation, light-gauge sheetmetal covers are installed over the insulation material by the sheetmetal worker. The metal covering prevents the shaking loose or sifting of the fiberglas and also protects the insulation from moisture or other damage.

Fiberglas is very adaptable for use on ventilation ducts. Its primary use in this Shipyard is on round ducts as board glass is a more practical insulation material for square or rectangular ducts. When installing fiberglas to a round ventilation duct, it is never overlapped but forms an even butt joint or seam where it comes together on the side of the duct. In order to achieve this even butt joint or seam, with a minimum of waste, it is necessary to cut the material to the exact width to encircle the duct.

To reduce wastage and save time, the following formula can be used to determine the correct width to cut the material for any size duct. To the diameter of the duct, add twice the thickness of the material to be used, multiply the sum by Pi (3.14). The answer will be the needed width of material to reach around the duct.

Example:  A ventilation duct has a 9-inch outside diameter, and the material used on the duct is 3/4-inch thick.

9 + 3/4 + 3/4 = 10-1/2 inches

10.5 x 3/14 = 32.97 inches

33 inches of material will be required to reach around the duct.

After the correct width of material has been cut for a ventilation duct, it is daubed here and there with an approved adhesive then installed on the duct and spiral wrapped with string to hold it in place. The spots of adhesive prevent the insulation from shaking loose or sagging due to vibration. Under some circumstances, it is a requirement that all seams be sewn with long looping stitches to secure the edges of the material. The circumstances that control this vary with the conditions, locations, and specifications called for on that particular ship. A layer of moisture-resistant paper is then applied over the insulation material and secured with short pieces of masking tape. The layer of paper acts as a sealer for the insulation material and also leaves a smooth level surface on which to apply the lagging material which is the final step toward completion of the work.

One other form of fiberglas material that has extensive use in the Shipyard is fiberglas batts. There are two types of these batts. One has a muslin covering or facing on both sides, the other has no muslin facing. Both types are manufactured 24 inches wide, 48 inches long, and thicknesses of one inch to three inches.

Some of the major uses for the unfaced batts in the Shipyard are to insulate the overheads and bulkheads of firerooms, engine rooms, C.I.C. rooms, refrigeration compartments, boiler steam drums, or large tanks. When this material is used to insulate boiler steam drums or large tanks, it is usually faced on one or both sides with chicken wire or metal lath, (see miscellaneous materials) and is secured by banding the material to the tank, then lacing with wire back and forth through the edges of the metal lath. When it is thoroughly secured, it is given a heavy coating (1/2-inch thick) of "hard finish" which, along with the metal lath, serves as a

44

protection for the glass and also furnishes a smooth, hard surface on which to apply an approved lagging material. When this material is used to insulate the overhead or bulkheads of the different compartments, it is generally secured or supported by having sheetmetal covers or panels applied over it. These panels are fabricated and installed by sheetmetal workers. Some of the uses for the unfaced batts outside of the Shipyard are to insulate range ovens, water heaters, domestic boilers, passenger buses, railway cars, trailer houses, and others. It is considered that of all insulation materials these unfaced fiberglas batts have the widest temperature range as they are suitable for all temperatures, ranging from sub 0°F to 1000°F.

To substitute the muslin-faced batts when unfaced batts are specified should not be attempted as the muslin facing is not fireproof. Nor should it be used where dampness prevails as the muslin will mildew and rot.

The muslin-faced fiberglas batts are generally used for sound absorbing or noise-reduction purposes, such as around machinery compartments, blower rooms, telephone booths, or any place where there is very little heat or dampness. The purpose of the muslin facing is to assist in holding the glass fibers in shape and help prevent any shaking loose or sifting of the glass through the perforated sheetmetal panels that are installed over the glass batts. Either the faced or unfaced batts can be installed to any required thickness by applying them layer upon layer. Be careful not to pack the material. Lay the material loosely onto the area to be insulated. Both forms of this material are composed of soft, fluffy, nonrigid material, and so it is generally encased within sheetmetal bulkheads or decks to prevent it from shaking or sifting, also to protect it from moisture and ordinary wear and tear. All of the information concerning both forms of glass batts can be applied to "rock wool," which is a similar material designed for similar uses.

Board glass is another form of insulating material used in the Naval Shipyard. It is also made of fiberglas. Board glass is manufactured in 24 by 36-inch sheets, 3/4 or 1-inch thick, with a cloth facing material cemented to one side to form a semirigid board. The principal use for board glass by the Shipyard pipecoverers is for the insulation of square or rectangular ventilation ducts.

To apply board glass to a rectangular ventilation duct, the first step necessary is to measure the length and width of all four sides of the duct. Added to the measurement is 1-1/2 inches; thus, if one side of the duct measured 18 inches, the piece of glass used to cover that side would measure 19-1/2 inches. The skin of the glass is left in tact by removing 3/4 inch of glass from both sides of the piece. This is done to two sides of the duct. These pieces are installed first. The remaining sides are installed next with the edges being butted up to the skin of the previous pieces that have been installed, Figure I, Detail A, page 46. A strong corner is formed on the duct by this method. These edges are then covered with glass tape or approved lagging material.



VENTILATION DUCT, INSULATED WITH BOARD GLASS

FIGURE I

Detail D
Pieces 12" to 24" wide require two rows of studs.

Detail C
Pieces 12" wide or less require one row of studs.

Detail F
Glass Tape.

Detail B
Anchor pad and fasteners.

Detail A
Butted joints.

Detail G
Glass board shall be beveled at a 45° angle next to flanges.

Detail E
Studs will not be located loser than 3" to any edge or seam.

To secure board glass to ventilation ducts, metal studs approximately 1-1/2 inches long and 1/8 inch in diameter, are fastened to the ducts. The board glass is cut to the correct size and shape and is then fitted and pushed onto the studs. Washers and nuts are then made up on the studs to hold the glass in place, Figure I, Detail B, page 46. After the washers and nuts have been installed, that part of the studs that extend beyond the nuts are cut off flush with the nut as they would be a safety hazard if allowed to remain.

The studs should be so located that for a piece of board glass 12 inches or less in width there should be only one row of studs running through the center of the piece, Figure I, Detail C, page 46, or two rows evenly spaced for a piece 12 to 24 inches in width, Figure I, Detail D, page 46. The studs should never be located closer than 3 inches to any edge, joint, or seam, Figure I, Detail E, page 46, as they would interfere with the installation of the tape used to seal the edges, joints, and seams. The glass tape that is used to seal joints and seams is made of the same material as glass cloth and is put up in rolls 1-1/2 and 2 inches wide. This tape is applied over the seams and joints by gluing it in place with an approved adhesive, Figure I, Detail F, page 46.

When a flange is encountered in a run of ventilation ducts, the edges of the glass next to the flange are beveled at a 45-degree angle, then tape is installed over the raw edges of the glass, Figure I, Detail G, page 46.

There are many different types of fittings or transition pieces encountered in a run of square or rectangular ventilation ducts, such as pyramid-shaped reducers, square to round, rectangular to oval, and others. Because of the many different types of fittings, a basic knowledge of geometrical layout or pattern drafting is necessary. The patterns for a group of fittings most often encountered have been developed. Each development shows the steps necessary to layout a pattern to any required size. After a little practice laying out these patterns it will be found that the pattern can be developed and laid out directly on the board glass which will save time and material. Following is a group of patterns for fittings most often encountered in a ventilation system.



CORK INSULATION

Cork insulation for pipe is light in weight, structurally strong, and is made in semicylindrical sections 36 inches long for pipe and tubing and is called "sectional." There are three types of cork "sectional." Type A or "Ice water thickness" sectional is designed for temperatures of 45°F to 30°F, Type B or "Brine thickness" sectional is designed for temperatures of 30°F to 0°F, and Type C or "Special brine thickness" sectional is designed for temperatures of 0°F to —30°F. This Shipyard stocks cork sectional for tubing in the first eight sizes only:  3/8, 1/2, 5/8, 1-1/8, 1-3/8, 1-5/8, 2-1/8, and 2-5/8 inches.  If larger tubing sizes or pipe sizes are needed, they are bought on special order.  To start a job it will first be necessary to determine the tubing size, estimate the linear feet needed, and arrange to have the cork and other necessary materials and equipment located on the job. Other materials that will be needed are waterproof adhesive for gluing the seams and joints, wire (copper if possible) to secure the cork to the pipe, block cork to insulate bulkheads and hangers that the pipe passes through; also, skewers and wedges to assist in securing or bracing the cork.

Skewers are plastic or hard wood pegs approximately four inches long and 1/4-inch square sharpened on one end.  Skewers are used to fasten or secure layers of either "sectional" or "block" cork together, just as a carpenter would use a nail to fasten one board to another.

Wedges are pieces of hardwood  that have been formed by sawing small blocks approximately 3/4-inch square diagonally from corner to corner. This gives two wedges from each block.  Wedges are installed between the cork and some nearby object in such a manner that pressure is applied to the cork.  This holds the cork firmly in place until the adhesive has dried.

It is common practice when going to a new job to measure the angles of all the bends and determine the number of gores necessary to cover each bend, then cut and glue together all the bends and fittings, one at a time, as you come to them, Figures I, II, III, and IV, pages 50, 51, 52, 53, marking each for its respective location, then store in an unoccupied area and allow to dry.

After the bends and fittings have dried thoroughly, they can be installed in their respective places.

Pipe bends are covered by mitering regular sectional cork to fit the bend.  The recommended procedure for mitering a bend is, first determine, with the use of a protractor, the angle of the bend to be mitered. Second, estimate the number of gores required to go around the bend, then using the formula, "number of gores times two plus two equals the number of cuts", determine how many cuts are to be made when sawing the gores.  Now, by dividing the degree of the bend by the number of cuts, this will give



MITERED TEE
FOR TUBING.

Above is an illustration for cutting cork on a miter saw to fit a tubing tee.
Three pieces of cork are cemented together to form one half of fitting.

FIGURE I

50



A THREE GORE 90° BEND.

BEND = 90°

3 × 2 = 6 + 2 = 8 CUTS.

90° ÷ 8 = 11°15′

The number of gores times two plus two equals the number of cuts.
The degree of bend divided by the number of cuts equals the degree of
the cuts.

FIGURE II

51

# A FIVE GORE 90° BEND.



BEND = 90°
5 × 2 = 10 + 2 = 12 CUT
90° ÷ 12 = 7° 30'

The number of gores times two plus two equals the
number of cuts.  The degree of the bend divided by
the number of cuts equals the degree of the cuts.

FIGURE III

52

# A 7 GORE 110° BEND.



BEND = 110°
7 × 2 = 14 + 2 = 16 CUTS
110° ÷ 16 = 6° 52' 30"

The number of gores times two plus two equals the number of cuts. The degree of the bend divided by the number of cuts equals the degree of the cuts.

FIGURE IV

53

the number of degrees to set the protractor or miter box to cut the gores for a perfect fit, Figures II, III, IV, V, VI, VII, and illustration showing cork measurements, pages 51, 52, 53, 55, 56.

To determine the width of the gores, two methods can be used. The first and most common method is to measure, with a wire template or steel tape, the distance between the tangent points around the heel of the bend. Then divide that distance by the number of gores to be used. This will give the width of the gore on the side of the groove that corresponds to the heel of the bend.

The second method to determine the width of the gores is by means of trigonometry. The following formula and procedure is given:

Number of gores x 2 + 2 = number of cuts.
Degree of bend ÷ by number of cuts = degree of cuts.

The radius of the bend x the tangent of the angle of the cuts x 2 = the width of the gore on the center line.

It cannot be over emphasized that when sawing cork to use a "straight edge." Do not trust your eyes to make a straight cut. The saws that are recommended for cutting cork are the crosscut carpenter saw or the miter saw. Never use the regular insulator's saw as it is almost impossible to make a straight cut with it due to its narrow blade.

A pencil will not make a mark on cork and therefore other methods must be used when transferring measurements. One method commonly used is to rub a small amount of carpenter's chalk on the end of a rule, then, as you lay down the required number of inches, tip the rule upward and the carpenter's chalk on the end of the rule will leave a mark on the cork. The same method is used if a straight line is needed. Rub carpenter's chalk on the edge of a "square"; place the square on the cork and tilt it upward. This will mark the cork.

Be sure that all foreign matter is removed from the tubing surface before the cork is applied. Under no circumstances are pipes to be covered while wet or in a frosted condition.

After all bends and fittings are fabricated and installed, the straight pieces of pipe in between the bends and fittings can then be measured and the cork cut to fit, adhesive applied, and wired in place.

Sectional cork is applied with all end joints staggered by making one-half of the first section 18 inches long and leaving the other half 36 inches long. The sectional is coated with waterproof adhesive on all seams and joints and wired in place with copper or copper-clad wire, using no less than six wires to each section.

54

# A THREE GORE 75° BEND.



BEND = 75°
3 × 2 = 6 + 2 = 8 CUTS.
75° ÷ 8 = 9° 22' 30".

The number of gores times two plus two equals the
number of cuts. The degree of the bend divided by
the number of cuts equals the degree of the cuts.

FIGURE V

55

# A 11 GORE 180° BEND.



BEND = 180°

11 × 2 = 22 + 2 = 24 CUTS.

180° ÷ 24 = 7° 30'

The number of gores times two plus two equals the number of cuts.  The degree of the bend divided by the number of cuts equals the degree of the cuts.

FIGURE VI

56

It occasionally occurs that cork sectional will be slightly too large for the pipe or tubing it is designed for, thus causing it to fit too loosely. This can be remedied by cutting strips of paper (shims) and placing them in the groove of the sectional before installing it on the pipe. Be careful not to use too much paper in the groove so that it prevents the seams from fitting together properly which will result in a frost leak. When wiring cork sectional on the pipe, the wire should come together to be twisted on the side opposite the seams and not on the seams as is done when installing magnesia sectional.

In all cases where a pipe passes through an insulated wall into a refrigerated room, the cork shall extend a short distance beyond the wall inside the room.

In all cases where a pipe passes through a bulkhead, the bulkhead shall be insulated with block cork two inches thick for a minimum of six inches on all sides of the pipe on both sides of the bulkhead.

Whenever possible, pipe hangers are placed on the outside of the cork with a sheetmetal band about four inches wide installed between the hanger and the cork. This band is to prevent the hanger from being drawn into the cork and damaging it. In some cases it is necessary to install hangers directly to the pipe or fitting. When this is done, the hanger has to be insulated for at least six inches along its length, if it is that far to where the hanger is anchored.

Cork Blocks are manufactured in a variety of sizes. The sizes stocked in the Shipyard are 12 by 36 inches and in thicknesses of one to four inches.

Be sure that the surface to be insulated is clean and free of foreign matter. If it is a repair or patch job, remove the old cork and square up the edges of the remaining cork to match the surfaces of the patch to be installed. After a piece of block cork has been cut, rasped to fit, and the matching surfaces have been cemented, install as many skewers as are necessary to secure the piece. When wedging and bracing cork, brace as much of the surface of the block as is possible. Also, do not brace so tightly that it will spring the edges of the block away from the surface to which it is cemented.

In most instances, valve hangers, fittings, and others, are insulated with cork block. When this is the case, it is necessary to dig or rasp out a hole the size and shape of the fitting being covered. To do this rub carpenter's chalk all over the fitting, then press the piece of cork "cut to the correct size" against the fitting. The blue chalk will leave a mark on the cork. Rasp or dig away this mark and continue this operation until the desired depth and shape to fit has been achieved. One-half of the cork fitting is cut and fitted from each side of the valve.

Small cracks and crevices can be filled in or leveled off by troweling into these places a putty "Brine putty" made from cork sawdust mixed with a small amount of waterproof adhesive.

Waterproof adhesive sets up very quickly when exposed to the air. For this reason the adhesive should not be applied to any surface until the joints are ready to be made, otherwise a film forms which prevents a proper binding of the material. Coat only as much of the surface as is to be placed immediately in contact with an adjoining surface. Stir adhesive thoroughly before starting to apply it and keep the container tightly closed when not being used.

After all the pipe and fittings of the system are completely covered, and the adhesive is dry, the entire job should be gone over with a wood rasp to smooth off all corners, joints, and edges, in order to improve the appearance of the job and to give a smooth surface on which to apply whatever type of lagging is recommended for that particular job. After the cork insulation has been smoothed with a wood rasp, the entire surface shall be given a coat of "Vapor seal," "Insulcote," or other recommended and approved waterproof sealer. To complete the job, the lagging is then installed.

## MISCELLANEOUS MATERIALS

There are other materials that are used either as insulating materials or are used in conjunction with the installation or application of certain types of insulation materials. Some of these items are not used very often, others are used more frequently. Each of them will be discussed briefly.

1. Unibestos

2. Silicate (sodium)

3. Asbestos Shorts

4. Paper

5. Metal Lath

6. One Cote Insulating and Finishing Cement

7. Portland Cement

8. Skewers and Wedges

1. "Unibestos" sectional pipe insulation is manufactured from finely-ground asbestos fibers mixed with a waterproof adhesive, then molded in sectional form 36 inches long for all pipe sizes up to a 30-inch diameter. Unibestos is designed for temperatures ranging to 1200°F.

Whereas "Superex" is recognized by this Shipyard to be one of the best insulating materials for high temperatures ranging to 1900°F, and is used extensively for that purpose, Unibestos can be used as a substitute in an emergency should "Superex" not be available.

Unibestos differs from "Superex" in that it has a greater wall thickness and is applied in only one layer. It is secured to the pipe in the same manner as "Superex" is (refer to chaper on Magnesia Insulation).

There are reasons why Unibestos is not used extensively in this Shipyard. Should Unibestos sectional become slightly loose on the pipe, it will soon shake apart, become lumpy, and sag on the pipe due to vibration. All bends must be mitered as Unibestos cannot be bent or broken around a bend as can be done with "Superex." A smoothing or sealing material, such as magnesia mud, is hard to apply as it will not adhere to the glossy surface of Unibestos. Also Unibestos is hard to cut or saw as the fibers of the material tend to bind the saw in the groove.

2.  "Sodium Silicate" is a clear, colorless, fireproof liquid commonly known as water glass. Sodium Silicate is used as an adhesive to cement asbestos paper and amosite when molding portable insulation covers. Sodium Silicate is also mixed with "Asbestos Shorts" to form an adhesive for applying standard amosite and lagging materials to equipment. There are precautions to be taken when using Sodium Silicate. Do not use it on any type of fiber glass materials as it will disolve the glass fibers it comes in contact with. Goggles should always be worn when using Sodium Silicate in any form as it is very injurious should any of it enter the eyes.

3.  "Asbestos Shorts" is finely ground or pulverized asbestos fibers. Asbestos Shorts is commonly known as "Shorts" or "Blue mud" because of it being finely ground and its bluish color.

Asbestos Shorts is mixed with water and used as a finish mud over insulating materials. Asbestos Shorts is of much smoother consistency when mixed with water than magnesia mud is. If three or four handfuls of dry Asbestos Shorts are added to a bucket of magnesia mud, it will greatly improve its consistency and make it easier to pad or trowel onto an insulated surface. Asbestos Shorts does not have extensive use in the Shipyard as magnesia mud does the job as well and is less expensive.

The use of Asbestos Shorts in this Shipyard is to mix it with "Sodium Silicate" to form an adhesive. This adhesive is very good for applying layers of standard amosite to heated surfaces. Some types of lagging materials, such as canvas or asbestos cloth, may be applied over insulation materials with this adhesive.

4.  Paper of many types is used in the insulation trade. "Asbestos paper," one of them, is manufactured in thicknesses of 0.015 to 0.0625 inch and put up in rolls 24, 36, and 40 inches wide weighing 50 and 100 pounds. In this Shipyard, Asbestos paper is primarily used for the manufacture of portable insulation covers. It may also be used for wrapping insulating materials to act as a seal and to provide a smooth surface on which to apply the lagging material. Some uses for Asbestos paper in private industry are wrapping furnace pipes, making gaskets, or as a fire retardant between walls, floors, and ceilings.

Asbestos paper is also manufactured in another form known as "Fire Felt," which is a soft felt of asbestos fibers with great flexibility and heat resisting properties. Fire Felt has extensive use in industry as a furnace pipe insulation. The use of Fire Felt in the Shipyard is in the manufacture of portable insulation covers. Refer to "Fills," in the chapter on Portable Covers

"Aircell" is another form of asbestos paper and is manufactured by fastening together a plain and a corrugated asbestos felt into a single sheet, approximately 1/4-inch thick. It is used to insulate furnace ducts, hot-air heaters, ventilation ducts, and others. Aircell can be applied in one layer but is generally applied in two or more layers. It is secured with wire or adhesive or both. The use of aircell paper in the Shipyard has been almost eliminated by the use of other materials.

60

Asphalt treated paper, commonly known as "tar paper" or "roofing paper", has extensive use in the insulation trade. Asphalt paper is manufactured in rolls 36 inches wide with approximately 100 square feet to the roll. This paper is used over insulation materials, either block or sectional, that is exposed to the weather or extreme dampness. To apply asphalt paper over sectional insulation, cut a piece from the roll wide enough to go around the sectional, plus an overlap of approximately three inches. Coat the lap with an approved asphalt emulsion, then wire in place using no less than six wires to a length of paper. The next piece is then lapped over the end of the previous piece approximately three inches. Make sure all laps and seams are coated with asphalt emulsion before installation. Continue this operation until the pipe is completely covered and sealed from the weather or dampness.

Another paper, commonly known as "Kraft Paper", is a moisture-resistant, flame-resistant paper that is manufactured in rolls 36 inches wide. Kraft paper is used extensively with either water-repellent amosite or Aerocor fiberglas. A layer of Kraft paper is installed both under and over the insulation material and in this manner acts as an air seal. It also provides a smooth surface over which an approved lagging material can be applied. For more complete information on the application and securing of this paper, refer to the chapters on either water-repellent amosite or Aerocor fiberglas.

5. "Metal Lath" is a heavy gauge metal mesh that has been stamped from a solid sheet of metal approximately 3/32 of an inch thick. One-half inch square holes are stamped into the metal 1/16 inch apart on all sides. The metal is then pulled or stretched until the holes become diamond shaped. It is commonly referred to as expanded metal.

There are several uses for Metal Lath in the insulation trade. One use is to apply it over fiberglas or other insulation material on large equipment in order to secure the material. Metal Lath installed over insulation material also provides an excellent surface on which to apply "Magnesia Mud" or "Hard Finish." Metal Lath is also used on expansion joints. The Metal Lath is installed between the flanges, directly to the surface of the joint to provide a smooth, even surface on which to apply the insulating material and the expansion joint is free to expand and contract within the Metal Lath without causing any damage to the insulation material.

Metal Lath is installed over insulation materials by bending it to the desired shape, then cutting it with tin snips so that all seams or edges meet. The metal lath is secured in place by lacing the edges or seams with light-gauge wire.

To apply Metal Lath to an expansion joint, a piece is cut to the correct length and width to fit between the flanges and encircle the fitting. It is then pulled tight around the joint and laced with wire along the seam to secure it.

61

6.  "One-Cote" hard finish cement is an all-purpose, fast setting finishing cement that insulates as well as protects. It can be applied over bare metals, over other insulation, or used as a filler. The main use for One-Cote is as a finishing cement over amosite, which is used on pumps, turbines, valves, and other irregular surfaces. It is also used to repair minor damage to existing insulation.

The tools required for the application of this cement are a flat trowel, a bullnose trowel, and a pointer. A rubber or plastic glove should be worn while mixing and applying to prevent chemical burns.

In mixing, approximately eight gallons of clean, fresh water are required for one 50-pound bag of One-Cote. A respirator MUST be worn while mixing for protection against dust.

The time required for One-Cote to set is slow enough to allow proper application. Never mix more cement than can be used in two hours. Under normal conditions, it will dry and set in approximately that amount of time.

All dirt, rust, grease, and paint should be removed from the surface over which hard finish is to be applied. If metal, apply only to iron or steel.

Apply mixed cement to the thickness required and trowel to a smooth finish. During application, One-Cote should be applied only to a surface having a temperature range of 32°F to 150°F. If applied over amosite or other insulating materials, be sure the insulation is tight against the metal to prevent sagging with the added weight of the One-Cote.

7. 7.  Portland Cement that is used in the insulating trade is ordinary cement as used in construction work.

The mixture of Portland Cement and magnesia mud is called "Hard Finish." Hard Finish is applied over layers of standard amosite to a thickness of 1/2 inch to 3/4 inch, and when it has dried it forms a hard, smooth crust over the insulation material. It acts as a sealer, protects the insulation material from wear and tear, and provides a hard, smooth surface on which to apply an approved lagging material.

To mix "Hard Finish," Portland Cement is first mixed with water to a fairly thin consistency by continually stiring and slowly sifting the cement into the water. The magnesia mud is then mixed, a small amount at a time, with the cement and water until the desired amount and thickness is achieved.

The amount of cement to mix with the water and to be mixed with the magnesia mud depends on several factors. How much hard finish is needed? What degree of hardness is desired of the hard finish after set up? The amount of protection needed for that particular insulation job?

It should be remembered that the more Portland Cement that is mixed with the magnesia mud, the quicker and harder it will set up. It must be used soon after mixing. Portland Cement is a poor insulator, consequently it should be used only where necessary. The frequency of use, and amounts to mix and use will be learned by experience.

When applying Hard Finish over insulating material, it should be applied in two separate layers. The first layer should be approximately 1/4-inch thick and left with a rough, uneven surface. It should be allowed to become partially dry before the second coat is applied. The final coat is applied 1/4 to 1/2-inch thick and troweled to a smooth, even finish. The hard finish should be allowed to become thoroughly dry before the lagging material is applied.

8. "Skewers" are plastic or hardwood pegs four to eight inches long and approximately 1/4-inch square, that are sharpened on one end. Skewers are used to secure one piece of cork insulation to another just as a carpenter would use a nail.

"Wedges" are pieces of hardwood that are 3/4-inch square on one end and beveled to a sharp 3/4-inch-wide edge on the other end. These wedges are cut from blocks approximately four inches long and 3/4-inch square, diagonally from corner to corner. This makes two wedges from each block. Wedges are used to brace, shore up, or secure cork to a surface until the adhesive has dried. More description of both "Skewers" and "Wedges" and their uses are given in the chapter on cork insulation.

# CHAPTER VI

## PORTABLE COVERS

NOMENCLATURE

The purpose of the portable or replaceable insulation covers is to minimize insulation repairs during services to piping. It is designed for rapid installation and removal without damage to the adjacent permanent insulation. It is used over items that must be insulated but require periodic service, maintenance, or repair.

Although initially the cost of portable insulation is high, its ability to be reused makes the cost low compared to permanently insulated items.

For general purposes, portables may be divided into two classifications, Hot and Cold, depending on the system where they are used.

Removable covers for cold systems, such as firemain, flushing, cold water, and air conditioning, are made up of low-temperature glass felt, covered inside and out with Type "A" asbestos cloth.

Covers for hot systems, such as steam, diesel exhaust, and hot water, vary with the temperature of the system to be covered.

Portables for temperatures up to 500°F are made of asbestos felt (amosite) covered on the inside and outside with Type "B" asbestos cloth.

From 500°F to 850°F the covers are made of asbestos felt covered on the inside with Type "C" wire-inserted asbestos cloth and on the outside with Type "D" asbestos cloth.

For portables above 850°F, the bodies are filled with a combination of high-temperature fiber glass felt and asbestos felt covered on the inside with nickel chromium alloy wire mesh and on the outside with Type "D" asbestos cloth.

The number of layers of amosite or glass in the portable depends on the temperature to be contained. The portable must be equal in efficiency to the adjacent permanent insulation.

To fully understand the layout and manufacture of the portable, the following trade terms and abbreviations are defined:

Angle Bonnet: A cylinder cut on one end in a manner that will allow it to fit on another cylinder on an angle other than 90 degrees.

Bonnet: A cylinder cut on one end to fit another cylinder.

**Center End (C.E.):** A basic line to aid in determining a starting point of a measurement. The bottom of the ticket shall always be C. E.

**Cut:** A separation of the material by means of an incision to create an opening.

**Cut Out (C.O.):** A portion of the portable cut away to allow for interference, Figure 2, page 72.

**Double Bonnet:** A cylinder cut on both ends to unite two bodies that run parallel.

**Double-Reverse Bonnet:** A cylinder cut on both ends to unite two bodies that run perpendicular.

**Elbow:** A portable designed to fit piping or fittings that form a 90-degree angle.

**Face:** Designates the surface of the template which will be the outside surface of the portable.

**Fill:** A raised ring of material of a specified width and thickness built inside of the portable to create a smaller diameter than that of the portable.

**Fit Form:** Used in fitting a bonnet to permanent insulation or piping (the diameter of this insulation must be given in the lower right-hand corner of the ticket).

**Fit Over:** Designates that a portable of a larger diameter fits over or overlaps an adjoining portable of a smaller diameter.

**Fit To:** Designates that a portable fits against another portable by means of a bonnet or tab end.

**Front:** That part of the ticket that is created by the first vertical line of the ticket outline.

**Head:** Material sewn in the ends of a cylinder to form a predetermined hole size, to fit the adjacent insulated piping.

**Heel:** The outside of the bend.

**Inside Measurements:** Measurements for elbows and boxes are always inside or next to the metal measurements.

**Lettered Portables:** (As "A" body, "C" body, and others) designates one of a group of bodies or bonnets that fit one another.

**Long Lap:** A means of extending the hooking area to a point beyond the interference.

No Amosite (N.A.):  A specified area on the inside surface of a portable, in which the amosite has been removed to the outside paper to allow for interference.

Note:  Used to call attention to information that may be overlooked.

One-Ply Head:  A molded head using one thickness of insulation material between layers of asbestos paper.

Oval Portable:  Does not form a perfect cylinder but is oval in shape. The size of the portable shall be taken from the oval ID chart, PAGE 70.

Peel to Paper (P.T.P.):  A specified area on the outside surface of a portable in which the amosite has been removed to the inner paper to allow for interference.

Pieces (PCS.):  Shall be located on lower left C.E. area, to indicate the number of sections an item is to be cut into.

Portable:  A prefabricated form of insulation which is readily removed or replaced to allow easy access to all piping system fittings, machinery items, and others.  Synonyms are pad, cover, boot, blanket, and others.

Quarters:  Vertical dotted lines on the ticket to denote sections. Transferable to the fabricated form, to assist in locating measurements. An eighth may be drawn in between the quarters by hand.

Roll:  A soft ring of cloth and amosite sewn in the end of a portable to take the place of a head when a difference between the hole size and the diameter of the portable is 1-1/2 inches or less.

Slice to Paper (S.T.P.):  An area on the outside surface of a portable in which the insulation has been removed to the inside paper.  It has a depth measurement but the width of the area is governed by the diameter of the portable.

Special Slice:  A tapered cut on the end of a portable, from the inside paper to the outside paper, to a given depth.

Short:  A specified amount cut out of the entire length of the portable to allow for interference.

Soft Pad:  A soft and pliable portable, made of cloth and insulation only.

Stuffed Head:  A soft head made of amosite and paper without silicate or baking.

66

**Solid Head:**  Any of the listed heads made in one piece with no holes or cutouts.

**Solid Head Split:**  Same as a solid head except it may be in two or more pieces to allow installation.

**Tabs:**  Those sections of a bonnet that extend beyond the given length.  Tab lengths are always determined by the diameter of the piece that it fits.

**Template:**  An exact pattern of a surface to be covered with removable insulation.  This pattern is used as a guide in the consutrction of the portable to insure minimum tolerances.

**Throat:**  The inside of a bend.

**To Metal:**  Designates the surface of a template which will be the inside of the portable, that surface which will rest against the object to be insulated.

**Two Ply:**  Two layers of insulating material are used in the construction of the portable, when a greater thickness of insulation is required due to extreme temperatures incurred.

**Two-Ply Head:**  A molded head using two thicknesses of insulating material between layers of asbestos paper.

**"X":**  Is used in two cases:

1. It is used in the head area to indicate that a head has not been overlooked.
2. It is used inside a cutout area to call attention to the fact that no CUT TO is necessary.

## MEASURING

The first step in the manufacture of the portable is made by the layout men.  The men measuring fittings and making layout cards for portable covers must work with complete understanding with the men in the fabrication shop.  The layout men have a great deal of responsibility in seeing that their data is correct and can be easily interpreted.  They must be able to look at a fitting and visualize the completed cover eliminating any costly procedures possible.

In measuring, the following rules will be observed:

1. Omit heads, rolls, and fills by these methods:

   a. Run the ends of portables over the insulated pipe.
   b. Fit two different size diameters together, end to end.
   c. Build up the circumference of the adjacent pipe insulation.

2.  Deduct 3/4 to 1 inch from the diameter of large two-ply covers to allow for growth during fabrication.

3.  Do not use laps except for long laps used to fit under obstructions or to facilitate the installation of a portable.

4.  Make a number of short length portables rather than one long one. Do not make portables to exceed 36 inches the width of the paper used in fabricating the portable.

5.  Figure nothing in less than 1/4-inch measurements.

6.  All portables with fills shall be made in two pieces.

7.  Heads will be stuffed on all one and two-ply portables unless otherwise stated.

8.  All two-ply covers will be made in two pieces.

9.  All soft pads will have wires in the end unless indicated otherwise, Figure 10, page

10. Allow for growth of portables having heads. Decrease length of portable by 1/2 inch on one ply and 1 inch on two-ply portables for each head.

11. Make certain that portable will be cut in enough pieces to allow for installation without forcing. Mark number of pieces on the sketch tag.

12. The size of oval portables will be taken from the oval ID chart.

13. Place a permanent marking on the object measured so that it can be located when portable is ready for installation.

14. All heads for two-ply portables shall be made of at least one-ply material unless it is otherwise noted on the sketch tag.

15. Rolls shall not be made larger than 1 inch.

16. Fills shall not be made larger than 1/2 inch.

17. All templates containing a head and body must have a starting point designated for placing of the head.

18. Designate the next to the metal side on all templates for sewing and hooking information.

68

## INSULATION LAYOUT AND SKETCH TAG DEVELOPMENT

Filling in the portable layout card is a very important operation. The card must be considered as a blueprint, laying out the work to be done by the shop, and showing the location for shipboard installation.

The following rules are a guide to filling out the layout card:

1. Keep marking simple.
2. Print. Do not write.
3. Make figures small but legible.
4. Keep your hands clean.
5. Use a fairly hard lead pencil, well sharpened.
6. Use a clipboard to write on.
7. Do not use inch (") designations as all your measurements will be in inches.
8. The bottom line of the sketch tag must always be the center end.
9. Use a wallet or portfolio to store used and unused sketch tags, so that they will not become smeared or wrinkled.
10. Any vertical lines to denote the eighth, S.T.P., Short, and others, shall extend beyond the outline of the box on the sketch tag, Figure 4, page 73.
11. By placing the sketch tag with the tag hole on the left, the vertical lines running from left to right shall be designated as FRONT, FIRST QUARTER, SECOND QUARTER, AND THIRD QUARTER, Figure 1, page 72.
12. Mark hole sizes to the right and slightly above the hole and centers to the left and slightly below the hole, Figure 2, page 72.
13. Elbows must be marked on two sketch tags with each sketch tag representing one-half of the portable, Figure 11, page 75.
14. Templates for portables that have hooks shall always show where the hooks are to be located.
15. When there is to be no cut to a hole on a portable, an X shall be placed in the hole on the sketch tag, Figure 3, page 72.
16. The name of the ship shall be printed on both the front and back of the sketch tag. Do not designate ship by number unless that is its only designation.
17. The job order space shall be filled in by the supervisor unless authorized otherwise.
18. The item number must conform with the number on the measured object or to the metal identification tag.
19. No circles shall be drawn in the head area, only the figure for the size of the head hole, Figure 2, page 72.
20. The type head desired shall be printed in at the side of the head area.
21. For any head that requires an odd-shaped hole, the word OVER shall be printed within the head area circle, and a drawing showing the head and hole shall be made on the back of the sketch tag. This drawing must indicate front and back.
22. If a two-ply portable is desired, the words TWO PLY shall be printed within the box outline on the sketch tag, Figure 3, page 72.

69

23. Portables will be made in one piece if the word CUT is printed on any single vertical line. If the words TWO PIECES are printed on this sketch tag, the portable will be cut on the FRONT and SECOND QUARTER.

24. Angle bonnets will show the shortest length on the SECOND QUARTER. This will hold true on double and double reverse bonnets, Figure 7, page 74.

25. For all hole and cut-out figures, the first figure given shall be considered the depth measurement and the second figure shall be the width, Figure 2, page 72.

26. Figures must be so positioned that all figures can be read without turning the card.

27. The bonnet sketch tag, when fitting a body with more than one hole, shall designate which hole it covers.

28. NUMBER OF PIECES shall designate the number of pieces fitting together and constituting a group.

29. When a bonnet is oval shaped, an oval shall be drawn under the DIA. heading. A number corresponding to the oval identification chart, shown on this page, shall be listed inside the oval. The word "OVAL" shall also appear within the box of the sketch tag, Figure 8, page 74.

### OVAL IDENTIFICATION CHART

| No. | Oval Size | Cir. |
|---|---|---|
| 1 | 4-1/2 x 5-1/2 | 16-1/4 |
| 2 | 4-3/4 x 6-1/2 | 18-3/4 |
| 3 | 5 x 8 | 22 |
| 4 | 5-1/2 x 8-1/2 | 23-1/2 |
| 5 | 6 x 9 | 25 |
| 6 | 6 x 9-1/2 | 26-1/2 |
| 7 | 7 x 9-1/2 | 27-1/4 |
| 8 | 6-3/4 x 10-1/2 | 29 |
| 9 | 7 x 11 | 30-1/2 |
| 10 | 7 x 11-1/2 | 31-1/4 |
| 11 | 7-1/2 x 12 | 32-3/4 |
| 12 | 8-1/2 x 11 | 32 |
| 13 | 7 x 13-1/2 | 35-1/4 |
| 14 | 7-3/4 x 12-3/4 | 34-1/2 |
| 15 | 8 x 12-1/2 | 34-1/2 |
| 16 | 9 x 12 | 34-1/2 |
| 17 | 9 x 13 | 36-1/2 |
| 18 | 8-1/2 x 14 | 38 |
| 19 | 9-1/2 x 15-1/2 | 42-1/2 |
| 20 | 10 x 17 | 46 |
| 21 | 10-1/2 x 18-1/4 | 49-1/2 |

30. For a portable requiring a cut out at the end of the cylinder, the circle representing the head on the sketch tag must be marked in accordance.

31. Sketch tags marked with R.A. and S.T.P. with a long lap must use an arrow to signify direction of the lap.

32. On sketch tags for elbows, the word ELBOW must be clearly printed across the face of the sketch tag. The ITEM NUMBER on this tag would read (i.e.) #75 fit #75, Figure 11, page 75.

33. When no head is required, mark X inside of the circle denoting the head, Figure 3, page 72.

34. For angle bonnets, designate on the back of the sketch tag for the body which way the bonnet shall be tipped.

35. As elbows are cut from a template in the shop, one inside measurement for length is all that is required on each sketch tag, Figure 11, page 75.

36. All S.T.P. shall be made on one vertical line extending beyond the outline of the box on the sketch tag, Figure 4, page 73

37. All double bonnets shall be cut into a minimum of two pieces, Figure 4, page 73.

38. When making flat pads, the words "SOFT PAD" or "FLAT PAD" shall appear across the body of the card, Figure 10, page 75.

39. When making flat pads, DIA. shall be crossed out and the length of the flat surface written in its place, Figure 10, page 75.

40. Multi-ply portables using different types of insulation shall indicate the types within the box of the sketch tag, Figure 12, page 76.

71



FIG.1.

FIG.2.

FIG.3.



FIG. 4.

FIG. 5.

FIG. 6.

SHIP     WORK ORDER

ITEM NO.     NO. OF PIECES

(For additional information see other side)

DIA. 4

SOLID SPLIT.

X

8

DIA. 4

X

SPEC SPLICE

2

6

DIA. 5

6

2 PCs

MANUFACTURING DATA FOR PIPE INSULATION
13ND 1464 (Rev. 5-47)

72



FIG.7

FIG.8

FIG.9

DIA. 4

FIT 9" FORM.

DIA. 3

OVAL.

DIA. 5

2 PCs

MANUFACTURING DATA FOR PIPE INSULATION

74



FIG.10.

FIG.11.
a.

FIG.11.
NOTE !
THESE TWO
CARDS ARE
CORRELATED
AT ALL TIMES
TO FORM A
90° FTG.

b.
FIG.11.

SHIP
ITEM NO.
NO. OF PIECES
WORK ORDER
(For additional information see other side)

~~DIA.~~
24 LONG

NO
WIRE

SOFT   PAD

8

NO
WIRE

MANUFACTURING DATA FOR PIPE INSULATION
13M1 '424 (Rev. 3-47)

DIA. 4½

90° ELBOW.

5

3

MANUFACTURING DATA FOR PIPE INSULATION
13M2 1424 (Rev. 3-47)

DIA. 4½

90° ELBOW.

8

X

MANU. ACTURING DATA FOR PIPE INSULATION
13M2 1424 (Rev. 3-47)

75



**FIG 12**

**FIG. 13.**

**G. 14.**

DIA. 8

3 PLY AMOSITE
2 PLY GLASS

10

DIA. 5

-3-
SHORT

N·A
5X3

12

2" LONG LAP

DIA. 10

SOLID
HEAD

P·P
4X4

10

BUREAU OF SHIPS TECHNICAL MANUAL

CHAPTER 39 THERMAL INSULATION

CONTENTS

Section I. Machinery and Piping Insulation, 39-1—39-75
    Part 1. General, 39-1—39-2
    Part 2. Materials, 39-11—39-13
    Part 3. Application of Thermal Insulation General, 39-21
    Part 4. Application of Thermal Insulation to Pipe or Tubing, 39-31—39-40
    Part 5. Application of Thermal Insulation to Valves, Fittings, and Flanges, 39-51—39-59
    Part 6. Application of Thermal Insulation to Machinery, 39-71—39-75
Section II. Thermal Insulation and Acoustical Treatment of Compartments and Ducts, 39-101—39-155
    Part 1. General, 39-101
    Part 2. Hull Thermal Insulation, 39-111—39-114
    Part 3. Antisweat Treatment, 39-121
    Part 4. Refrigerated Stores Spaces, 39-131—39-138
    Part 5. Thermal Insulation for Ducts, 39-141—39-145
    Part 6. Acoustical Treatment for Compartments and Ducts, 39-151—39-155

SECTION I. MACHINERY AND PIPING INSULATION

Part 1. General

39-1. DEFINITIONS

1. Insulating material is defined as the material employed to offer resistance to the flow of heat.

2. Lagging is defined as the protective and confining covering or jacket placed over the actual insulating materials.

3. Fastening is defined as the miscellaneous items with which insulating material is attached to the surface being covered and with which lagging is fixed to the insulating material.

4. Insulation is defined as the composite covering including insulating material, lagging, and fastening.

39-2. REASONS FOR INSULATING

1. In every power plant there is a heat loss from all heated surfaces and a heat flow to all cooled surfaces. Heat flow may occur in three ways; by conduction, by convection, and by radiation.

2. Conduction is the heat flow from one part of a body to another part of the same body, or from one body to another with which it is in physical contact, without displacement of the particles of the body. This manner of heat flow is most important in insulation as it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Heat transfer from insulated pipes or large blanketed or cemented surfaces (turbines, evaporators, etc.) to the outer surface of their lagging is included in this mode. Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (B. t. u.) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

3. Convection is the transfer of heat from one point to another within a fluid, gas, or liquid, by circulating or mixing of one portion of the fluid with another. These currents are produced by warm fluid being displaced by heavier cold fluid. It is of interest to note that convection reduces the effectiveness of air space insulation unless such space is very small.

4. Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. Radiant heat, like light, travels in straight lines and with the speed of light. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough finished surfaces are the best radiators. Conversely, bright, shiny, smooth surfaces are good heat reflectors.

5. In order to minimize the transfer of heat from or to a body or surface which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. This thermal insulation is a material or materials of low thermal conductivity. (See par. 39-2). While increasing the economy of the plant, thermal insulation also reduces the quantity of air necessary for ventilating and cooling requirements and prevents injury of personnel due to burns from contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal. Insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.

Part 2. Materials

39-11. INSULATING MATERIALS

1. The following requirements should be met as nearly as possible by thermal insulating materials:

   a. Low heat conductivity.

   b. Noncombustibility.

   c. Lightweight.

   d. Capability of easy molding and application.

   e. Moisture repellent.

   f. Noncorrosive, insoluble, and chemically inactive.

   g. Composition, structure, and characteristics unchanged by temperatures at which it is to be used.

   h. Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.

   i. Vermin proof.

2. Insulating materials are available in the following forms in accordance with Navy Department Specifications:

   a. Molded sectional pipe covering:
      Thermal insulation pipe covering, MIL-P-2781
      Thermal cellular glass block and pipe covering HH-I-551
      Molded cork (with fire resisting compound) pipe covering, MIL-P-876

   b. Block:
      Thermal insulation block, MIL-I-2819

c. Batts, blankets and felts:
  Roll asbestos felt, MIL-F-20077
  Asbestos insulating felt, MIL-F-15091
  Fibrous glass batt insulation, MIL-I-15475
  Mineral wool blanket insulation, MIL-I-2818
  Thermal glass fiber insulation felt, MIL-I-16411
  Thermal fibrous glass insulation felt, (flexible) MIL-I-16022
  Thermal insulating tape, MIL-T-15349

d. Plastic:
  High temperature insulation cement, MIL-C-2861
  Finishing cement, MIL-C-2908

3. Thermal insulation pipe covering, Military Specification MIL-P-2781, grade I, usually is 85 percent magnesia and it is suitable for temperatures 125° F up to 500° F. Eighty-five percent magnesia is a molded product formed from a combination of 85 percent magnesium carbonate with about 15 percent asbestos fiber for strength and bond. It is made in standard and light density (class b) which weighs 13 pounds per cubic foot. The pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. Larger sizes are furnished in quadrant or segmental form. Sections which become broken may be reused as plastic cement by breaking up the material and mixing it with water.

4. Thermal insulation pipe covering, Military Specification MIL-P-2781, grade II, class c, is a fibrous product usually formed from a uniform mixture of amosite asbestos fibers (composed mostly of pure silica and the oxides of iron and magnesium) and held together with a sodium silicate (water glass) binder. Its maximum density is 15 pounds per cubic foot. It is considerably harder than either of the magnesia materials in paragraph 39-11 and comparable to the standard magnesia covering as a good insulator. It is resilient, tough, and withstands vibration. It has a smooth, grey, finished surface. Molded fibrous asbestos saws and cuts neatly with ordinary tools. It can be used for temperatures up to 500° F. and is manufactured in cylindrical sections 3 feet long, split in half lengthwise.

5. Class d under grade II of Military Specification MIL-P-2781, covers compounded materials. These are products which have been developed comparatively recently and which vary in composition. Grade II materials are suitable for temperatures up to 750°.

6. Thermal insulation pipe covering, Military Specification MIL-P-2781, grade III, class e, light and heavy density is a compounded material usually consisting of molded calcium silicate or diatomaceous earth. It is used in a single layer or of combination pipe covering, the inner layer of which contacts the hot surface and the outer layer which is 85 percent magnesia or grade II of the type described in paragraph 39-11. This class of material is suitable for temperatures from 751° up to 1050° F.

7. Thermal insulation pipe covering, Military Specification MIL-P-2781, grade III, class f, is a fibrous material usually consisting of asbestos similar to that described in paragraph 39-11, but it is much harder and withstands high temperatures. It is used in a single layer or in the form of combination pipe covering, the inner layer of which contacts the hot surface and is high temperature material. The outer layer is class c material. This pipe covering is available as combined sections with the two classes formed together to give the appearance and workability of a uniformly molded material. The max. density is

25 pounds per cubic foot. This material is suitable for temperatures from 751° to 1050° F.

8. The description herein of materials covered by Military Specification MIL-P-2781 is based on materials as procured and their naval applications. All the common pipe covering materials have been discussed. As newly developed products are found to be suitable for naval use, such pipe coverings probably will be installed in addition to the common materials.

9. Molded cork pipe covering, Military Specification MIL-P-876, is composed of cork joined by and coated over with a vapor-sealing compound. The pipe covering sections are made of pure granulated cork compressed into molds and held together by the natural cork gum as a binder. The fire retardant vapor-sealing compound is composed of chlorinated resins, drying oils, dryers, and fillers. A volatile solvent is added to attain the necessary fluidity for easy application with a stiff brush or trowel. At the time of installation the untreated molded cork insulating material is coated on all surfaces with the vapor seal. Each delivery of cork includes sufficient copper-clad steel wire and vapor seal for complete application. The molded cork is available in the following types: ice water thickness, brine thickness, and special brine thickness. Pipe covering is furnished in cylindrical sections 3 feet long, split in half lengthwise. This material is of low thermal conductivity, high structural strength, almost free from shrinkage, resists moisture penetration when thoroughly coated, and acts as a good insulating material for refrigeration service.

10. Molded cellular glass thermal insulation Federal Specification HH-I-551 is furnished in 3 types:

  Type I - blocks
  Type II - pipe and tubing insulation
  Type III - special shapes

The material consists of glass composition which has been foamed or cellulated containing separate hermetically sealed glass cells each a tiny dead air insulating space. Non-combustible rot-proof and acid proof. Furnished in 7 classes for a temperature range from minus 50 up to plus 400° F. The weight is between 8 to 10 lbs per cu. ft. available in lengths of 18" split in half lengthwise. Not recommended for vibrating machinery.

11. Thermal insulation block, Military Specification, MIL-I-2819, is furnished in 3 classes according to the allowable temperatures for which the materials are suitable. Class a of the specification covers insulating material for temperatures up to 500° F. The maximum density for this class is 15 pounds per cubic foot. Block insulation is flat and rectangular. Asbestos block should be used where unusually high resistance to compression is required.

12. Class b of Military Specification, MIL-I-2819, temperature range of 501° to 1,000° F. is of high temperature molded asbestos. Diatomaceous earth high temperature insulating material in molded block form also is available for this service. It is described in paragraph 39-11.

13. For the higher range of temperatures, 1,001° to 1,500° F. covered by class c of Military Specification, MIL-I-2819, diatomaceous earth material in block form is used.

14. Roll asbestos felt, Military Specification, MIL-I-15091, is composed of medium long asbestos fiber and organic sizing. The materials are felted into sheets, with

an indented surface of such flexibility that it may be folded, bent, or wrapped around piping and equipment. It is furnished in rolls 1/8 or 1/4 inch thick and 3 feet wide. The 1/4-inch roll weighs about 1.2 pounds per square foot. This material is suitable for temperatures up to 900° F.

15. Asbestos insulation felt, Military Specification MIL-I-15091, is furnished in type A, plain, and type B, water repellent for cold piping. Plain felt is composed of asbestos fibers and cotton and binding materials if required. Water-repellent felt is composed of asbestos fibers, cotton treated with a suitable repellent agent, and a cotton fabric encasement. Asbestos felt has a maximum density of 12 pounds per cubic foot. Plain asbestos felt is furnished in rolls 50 feet long by 60 inches wide and in thicknesses of 3/4, 1, and 1½ inches. It has perhaps the widest range of uses of the insulating materials as it has flexibility for fitting around valves or other irregular surfaces and it is suitable for a temperature range from cold water to 900° F. Water-repellent asbestos felt is furnished in rolls 50 feet long and in widths from 3 to 60 inches; thicknesses are 3/4 or 1 inch. Thermal fibrous glass insulation felt, Military Specification MIL-I-16022 is processed from a molten state into fibrous form and is free from nonfibrous material (shot) bonded with a binder to form flexible felt. This felt is used as light weight flexible fibrous glass felt for thermal insulation of densities from 0.5 lbs. per cu. ft. up to 3 lbs. per cu. ft. in classes from 1 to 6. It is incombustible and fire retardant. Thermal glass fiber insulation felt Military Specification MIL-I-15411 is composed of staple glass fibers felted into rowings and woven or bound with wire inserted asbestos thread to form a flexible blanket. It is used as insulation felt for thermal control of machinery and equipment at temperature up to 1200° F. The felt is furnished in widths of 60 inches and in rolls 50 feet in length. The thicknesses are 3/4″, 1″ and 1½″.

16. Fibrous glass felt insulation, Military Specification MIL-I-15475, is composed of glass fibers bonded together to form a semirigid batt. The fibrous glass is pure glass in fibrous form and is inorganic and fireproof and resistant to salt water and some chemical actions. It cannot mildew, decay, or provide sustenance to insects, rodents, or vermin. The batts are furnished in two grades, one weighing 6 pounds per cubic foot and the other 4.5 pounds. Standard dimensions are 48 inches long by 24 inches wide by 1 to 4 inches thick. When this material is used at elevated temperatures, the binding agent burns out at a point between 450° and 600° F. Hence, batts should be enclosed by sheet steel for support when subjected to temperatures between 450° and 900° F. The material is suitable for insulating boiler uptakes.

17. Mineral wool blanket insulation, Military Specification MIL-I-2818, consists of fibers from slag, glass, or argillaceous limestone made by a process of melting, blowing, or drawing, and annealing. The blankets are felted and reinforced by wire netting or metallic lathing on both sides. The material is suitable for use at temperatures up to 900° F.

18. Thermal insulating tape, Military Specification MIL-I-15349, is composed of a woven asbestos jacket enclosing either an asbestos fiber or fibrous glass felting or sliver. The jacket is woven from yarn containing not less than 90 percent by weight on the hot side and not less than 80 percent by weight on the cold side of asbestos

fiber; it may be either in one tubular piece or fabricated of asbestos cloth sewed into tubular form. The tape is supplied in two forms, one for spiral wrapping and the other for lateral wrapping. That for spiral wrapping is 2 to 2-3/8 inches wide and 1/4 to 3/8 inch thick. The tape for lateral wrapping is 5¼ inches wide and 3/8 inch thick. It is suitable for temperatures up to 750°.

19. High temperature insulation cement, Military Specification MIL-C-2861, is available in two types. Type A is the diatomaceous earth or exfoliated mica type and is composed of a dry mixture of suitable grades of such refractory material ground fine, asbestos fibers, and clay binders, thoroughly mixed to obtain uniform distribution of the ingredients. Type B is the rock or mineral-wool type which consists of a dry mixture of rock or mineral-wool fibers, asbestos fibers, and binders, thoroughly mixed to obtain uniform distribution of the ingredients. This latter type is most suitable for monolithic insulation. The composition of the cement is such that when properly wetted with fresh water, it can be applied with a trowel or by hand to hot and cold surfaces. One hundred pounds of dry cement will cover 50 square feet of surface to a thickness of 1 inch. After application it weighs a maximum of 30 pounds per cubic foot. The cement is reclaimable for reuse. The thermal conductivity of this material is higher than the nonplastic materials. All cements covered by Military Specification MIL-C-2861 are suitable for use at temperatures from 100° to 1,000° F., and some may be used for 1,800° F. service. It is very important that all rock or mineral-wool type cements which may be used shall have corrosion-resisting properties conforming to the specification. Type B cement can be used to fill all cracks when using block or sectional pipe insulation used on fittings or valves, over wire netting to smooth the surface.

## 39–12. LAGGING MATERIALS

1. The definition of lagging in paragraph 39-1 describes the purpose of this item. It protects the relatively soft insulating material from mechanical abuse to which it is exposed aboard ship as a result of men climbing over piping and the necessary handling of equipment. It supports the insulating material which is subjected to continual vibration. The lagging provides a smooth finish to be painted.

2. Materials in accordance with the following Federal and Military Specifications are used as lagging:

   a. Cloth:
      Asbestos cloth, thread and tape, SS-C-466
      Fibrous glass cloth, tape and thread (for lagging insulation), MIL-C-20079

   b. Brattice cloth Military Specification MIL-C-788 is a fire resistant cotton cloth used for repairing surface of fibrous glass insulation board and as lagging material for thermal insulation, asbestos felt, fibrous glass felt, cork, high temperature insulating cement and mineral wool for pipe temperatures from minus 20 up to including 500° F.

   c. Paper:
      Flameproof and water - repellent sheathing paper, MIL-P-15005

   d. Board:
      Asbestos millboard, HH-M-351

e. Plastic:
Asbestos insulation finishing cement, MIL-C-2908

f. Metallic:
Zinc coated (galvanized), sheet steel, QQ-S-775

3. Asbestos cloth, thread, and tape, Military Specification, SS-C-466, are made of good quality chrysotile asbestos and organic fibers for use as a lagging material or jacket over thermal insulation and as a wrapping on engine exhaust pipes. The grades of cloth and tape are classified by the maximum allowable cotton content. Type I cloth and type IV tape are intended for use as the lagging material for insulation on pipe or tubing at all temperatures; it is not to be used on valves, fittings, and flanges if it will be in contact with heated metal. It may be used on valves, fittings, and flanges where the temperature of the insulated surface is 500° F. or less, and for temperatures over 500° F. on applications such as butt-welding end fittings where it is desirable to lag the fittings with the material used on the tubing. Grade A, 80 percent asbestos cloth in three classes is furnished with a blue stripe woven into the finished edge of this material which may be asbestos or combination of asbestos and glass yarn. Grade B, 90 percent asbestos cloth, is furnished with a red stripe woven in and is intended for use as the outside lagging on removable and replaceable covers for flanges and fittings or other applications on valves, fittings, and flanges where the temperature of the insulated surface is more than 500° F. Ninety-five per cent asbestos cloth Grade C and D is furnished with or without wire insertion. That with the wire, Grade C, is intended for use as the inside lagging on removable and replaceable covers for valves, flanges, and fittings at all temperatures. The wire adds to the strength and stiffness of the lagging. Grade D, 95 percent asbestos cloth without the wire, is intended for the same conditions as Grade C when strength and stiffness is not necessary. This material is furnished with a green stripe woven into the finished edge. Type III asbestos sewing thread and a Type II yarn reinforced with wire are available under the specification. Brattice cloth Military Specification MIL-C-788.

4. Fibrous glass cloth, tape, and thread Military Specification, MIL-C-20079, are manufactured from a good quality of fibrous-glass yarn. The tapes and cloths are made in various weights and weaves, the most frequently used being described herein. Tight, satin-weave, lightweight cloth is recommended for straight pipe. For irregular surfaces, tight, broken-twill weave, heavyweight cloth should be used. Medium, plain weave, lightweight tape in 2, 3 and 4 inch widths is suitable for curved pipe in particular. Tapes are applied with a minimum amount of labor and time. The sewing thread shall be of continuous filament yarn. *Fibrous glass materials are not recommended for use where lagging is exposed to mechanical injury.* The material may be used for logging surfaces with internal temperatures up to 1050° F., but should not be used on removable and replaceable covers nor where it will be in contact with hot metal surfaces.

5. Sheathing paper, Military Specification MIL-P-15005 is made in one type. The flameproof and water-repellent paper does not support combustion and absorbs only the specified small weight of water. This material is used in conjunction with other lagging; see the instructions for insulation of anti-sweat piping in part. The paper is supplied in rolls 36 inches wide.

6. Asbestos millboard, Federal Specification HH-M-351, is composed of asbestos fiber and binding material formed under pressure into a sheet. It has a fair amount of insulating value for temperatures up to 400° F. but is mostly used as outside lagging on removable insulating covers to which it gives stiffness. It is available in thicknesses of from 1/8 to 1/2 inch in sheets the standard size of which is 42 by 48 inches. The maximum acceptable weight is 6.5 pounds per square foot of material 1 inch thick.

7. Asbestos finishing cement, Military Specification MIL-C-2908 available in two types. Type I is composed of asbestos fibers, fillers, and suitable binders thoroughly mixed to obtain a uniform distribution of the ingredients. The composition is such that when properly wetted with fresh water, it can be readily troweled to a smooth surface. Type II the hydraulic setting cement is composed of a dry mixture of nodulated rock or mineral wool fibers and a hydraulic binder. One hundred pounds of cement has a covering capacity, applied and dried, of 30 broad feet. Asbestos cement Type I is used as a surface finish over insulating material to provide a hard, smooth finish to which lagging is applied. Type II may be used insulating cement, for small valves and fittings up to   in size.

8. Galvanized sheet steel, Specification 47S29, is used as described in the sections on application of insulation.

## 39-13. ADHESIVE MATERIALS

1. Adhesives which comprise one type of fastening as defined in paragraph 39-1 are covered by the following Federal and Military Specifications.

Fibrous adhesive insulation cement, MIL-A-15199
Adhesive and sealing cements, MIL-C-3316
Sodium silicate solution (33.5° Baumé), O-S-605

2. Fibrous adhesive, Military Specification MIL-A-15199, is suitable for securing woven asbestos cloth to insulating material employed on piping or other applications. The cement is ready for use without heating or addition of other ingredients, except that it may be furnished in the unmixed form to be mixed just prior to use. It will not deteriorate for one year when enclosed in airtight metal containers. When used for fixing lagging or insulating materials to other than metal surfaces, 75 pounds of adhesive will cover about 100 square feet. Adhesive cement per Military Specification MIL-A-15199 must never be used for securing fibrous glass cloth or insulation since it causes disintegration of such materials. Therefore, this cement is not to be used with type I class 5 cloth Federal Specification SS-C-466.

3. Adhesive insulation cement Military Specification MIL-C-3316 is suitable for securing all lagging materials. It has the best properties of the adhesives described herein. Cements in accordance with the specification will not injuriously affect insulation or glass cloth. This cement is furnished in three types.

4. Sodium silicate solution, Federal Specification O-S-605, may be used for fastening asbestos cloth. The cloth, when soaked in the silicate of soda and applied to

39-13

the surface, molds into position and dries to form a hard, firm finish which resists abrasion.  The remarks in paragraph 39-13 2. in regard to the use of fibrous adhesive cement with fibrous glass materials apply also to sodium silicate solution.

**Part 3.  Application of Thermal Insulation General**

**39-21.**

1.  Cloth and tape lagging should be covered with one coat of fire-retardant paint, per Military Specification JAN-P-702, after installation.  The inside covers of removable blanket insulation need not be painted.

2.  All steampiping, valves, and fittings up to 400° F. located in positions exposed to the weather or to salt water spray may be insulated with cellular glass covering specification HH-I-551, lined inside and at joints with bedding compound lagged as described in Buship Instruction 9390.3A, Ser. 548-2492 dtd 13 September 1955.  However vibrating machinery or piping systems such as steam to the whistle shall not be insulated with cellular glass.  Where it is not feasible to apply insulation, paint the piping with heat-and weather-resistant paint, and install suitable guards to protect personnel.  Also use metal lagging where necessary to shield the insulation from damage.  Metallic lagging,

THERMAL INSULATION                    39-21

galvanized sheet steel, may be painted for appearance with one coat of zinc chromate primer, formula 84, followed by one coat of fire-retardant paint per Military Specification JAN-P-702.

3.  Where the detailed instructions which follow hereafter do not specifically cover any surface requiring insulation, such surface should be insulated in a manner similar to the requirements covering a condition which most nearly approximates that of the surface in question.

4.  At least once a year and preferably at 6-month intervals, a careful inspection should be made of insulation.  All broken or loose insulating or lagging materials should be securely fastened in accordance with instructions herein.  If much material is broken, a complete reinstallation is recommended.

5.  In the course of emergency repairs as a result of damage, insulation is to be stripped from piping in flooded compartments if practicable.  This procedure will prevent serious corrosion of piping by insulation which carries a large amount of water even subsequent to unwatering operations.

6.  The following tables indicate various approved insulating, lagging, and fastening materials to be used and minimum thicknesses required for all services and temperature ranges.

39-21 BUREAU OF SHIPS TECHNICAL MANUAL

39-21

TABLE 1.--Compounded insulating material, Mil. Spec. MIL-I-2781, thickness for hot piping

| Pipe size (inches i.p.s.) | Temperature range (degrees F.) | Class | | Nominal thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 1/2, 3/4, and 1 | 125-388 | b | — | 1 | — | 1 |
| | 389-500 | b | — | 1-1/2 | — | 1½ |
| | 501-750 | d or e | — | 2 | — | 2 |
| | 731-950 | e | — | 2 | — | 2 |
| | 951-1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 1-1/4 and 1-1/2 | 125-388 | b | — | 1 | — | 1 |
| | 389-500 | b | — | 2 | — | 2 |
| | 501-750 | d or e | — | 2 | — | 2 |
| | 731-950 | e | — | 2 | — | 2 |
| | 951-1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 2 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 1-1/2 | 3 |
| | 731-900 | e | b | 1-1/2 | 1-1/2 | 3 |
| | 901-1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 2-1/2 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 1-1/2 | 3 |
| | 731-900 | e | b | 1-1/2 | 1-1/2 | 3 |
| | 901-950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e | b | 2 | 1-1/2 | 3-1/2 |
| 3 and 4 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 731-900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e | b | 2-1/2 | 1-1/2 | 4 |
| 3-1/2 and 4-1/2 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 731-900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e | b | 2-1/2 | 1-1/2 | 4 |
| 5 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 731-900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e | b | 2 | 1-1/2 | 3-1/2 |
| | 951-1050 | e | b | 3 | 2 | 5 |
| 6 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2 | — | 2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 3 | — | 3 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |
| | 731-900 | e | b | 1-1/2 | 2 | 3-1/2 |
| | 901-950 | e | b | 2 | 2 | 4 |
| | 951-1050 | e | b | 3 | 2 | 5 |
| 7 | 125-338 | b | — | 1-1/2 | — | 1-1/2 |
| | 339-388 | b | — | 2-1/2 | — | 2-1/2 |
| | 389-500 | b | — | 3 | — | 3 |
| | 501-750 | d or | — | 4 | — | 4 |
| | | e | b | 1-1/2 | 2 | 3-1/2 |

TABLE 1.—Compounded insulating material, MIL. Spec. MIL-I-2781, thickness for hot piping—Con.

| Pipe size (inches I.p.s.) | Temperature range (degrees F.) | Class | | Nominal thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 7—Continued | 751–900 | • | b | 1–1/2 | 2 | 3–1/2 |
| | 901–930 | • | b | 2 | 2 | 4 |
| | 931–1050 | • | b | 3 | 2 | 5 |
| 8, 9, and 10 | 125–338 | b | — | 1–1/2 | — | 1–1/2 |
| | 339–348 | b | — | 2–1/2 | — | 2–1/2 |
| | 349–500 | b | — | 3 | — | 3 |
| | 501–750 | d or e | — | 4 | — | 4 |
| | 751–900 | • | b | 2 | 2 | 4 |
| | 901–930 | • | b | 2 | 2 | 4 |
| | 931–1050 | • | b | 2–1/2 | 2 | 4–1/2 |
| | | • | b | 3 | 2 | 5 |
| 11 and larger | 125–338 | b | — | 1–1/2 | — | 1–1/2 |
| | 339–500 | b | — | 3 | — | 3 |
| | 501–750 | d or e | — | 4 | — | 4 |
| | 751–900 | • | b | 2 | 2 | 4 |
| | 901–930 | • | b | 2–1/2 | 2 | 4–1/2 |
| | 931–1050 | • | b | 3 | 2 | 5 |

TABLE 2.—Fibrous insulating material, MIL-I-2781 thickness for hot piping

| Pipe size (inches I.p.s.) | Temperature range F. | Class | | Nominal Thickness (inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 1/2, 3/4, and 1 | 125–388 | • - - - - - | - - - - - - | 1 | - - - - - - | 1 |
| | 389–500 | • - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 501–750 | e or • | - - - - - - | 2 | - - - - - - | 2 |
| | 751–930 | f - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 931–1050 | f - - - - - | • - - - - - | 2 | 2–1/2 | 3–1/2 |
| 1–1/4 and 1–1/2 | 125–388 | • - - - - - | - - - - - - | 1 | - - - - - - | 1 |
| | 389–500 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 501–750 | • or • | - - - - - - | 2 | - - - - - - | 2 |
| | | f - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 751–930 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| | 931–1050 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| 2 | 125–338 | • - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 339–388 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 389–500 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 501–750 | • or • | - - - - - - | 3 | - - - - - - | 3 |
| | 751–900 | f - - - - - | • - - - - - | 1–1/2 | 1–1/2 | 3 |
| | 901–1050 | f - - - - - | • - - - - - | 1–1/2 | 1–1/2 | 3 |
| | | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| 2–1/2 | 125–338 | • - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 339–388 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 389–500 | • - - - - - | - - - - - - | 3 | - - - - - - | 3 |
| | 501–750 | • or • | - - - - - - | 3 | - - - - - - | 3 |
| | 751–900 | f - - - - - | • - - - - - | 1–1/2 | 1–1/2 | 3 |
| | 901–930 | f - - - - - | • - - - - - | 1–1/2 | 1–1/2 | 3 |
| | 931–1050 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| 3 and 4 | 125–338 | • - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 339–388 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 389–500 | • - - - - - | - - - - - - | 3 | - - - - - - | 3 |
| | 501–750 | • - - - - - | - - - - - - | 3 | - - - - - - | 3 |
| | | f - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 751–900 | f - - - - - | • - - - - - | 1–1/2 | 2 | 3–1/2 |
| | 901–930 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| | 930–1050 | f - - - - - | • - - - - - | 2–1/2 | 1–1/2 | 4 |
| 3–1/2 and 4–1/2 | 125–338 | • - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 339–388 | • - - - - - | - - - - - - | 2 | - - - - - - | 2 |
| | 389–500 | • - - - - - | - - - - - - | 3 | - - - - - - | 3 |
| | 501–750 | • - - - - - | - - - - - - | 3 | - - - - - - | 3 |
| | | f - - - - - | - - - - - - | 1–1/2 | - - - - - - | 1–1/2 |
| | 751–900 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| | 901–930 | f - - - - - | • - - - - - | 2 | 1–1/2 | 3–1/2 |
| | 931–1050 | f - - - - - | • - - - - - | 2–1/2 | 1–1/2 | 4 |

39–21 BUREAU OF SHIPS TECHNICAL MANUAL

39–21

TABLE 2.—Fibrous insulating material, MIL-I-2781 thickness for hot piping—Continued

| Pipe size (inches i.p.s.) | Temperature range °F | Class | | Nominal Thickness (Inches) | | |
|---|---|---|---|---|---|---|
| | | Inner layer | Outer layer | Inner layer | Outer layer | Total |
| 5 | 125–338 | e – – – – – | – – – – – – | 1-1/2 | – – – – – – | 1-1/2 |
| | 339–388 | e – – – – – | – – – – – – | 2 | – – – – – – | 2 |
| | 389–500 | e – – – – – | – – – – – – | 3 | – – – – – – | 3 |
| | 501–750 | e or– – – – | – – – – – – | 3 | – – – – – – | 3 |
| | | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | f – – – – – | e – – – – – | 2 | 1-1/2 | 3-1/2 |
| | 951–1050 | f – – – – – | e – – – – – | 3 | 2 | 5 |
| 6 | 125–338 | e – – – – – | – – – – – – | 1-1/2 | – – – – – – | 1-1/2 |
| | 339–388 | e – – – – – | – – – – – – | 2 | – – – – – – | 2 |
| | 389–500 | e – – – – – | – – – – – – | 3 | – – – – – – | 3 |
| | 501–750 | e or– – – – | – – – – – – | 3 | – – – – – – | 3 |
| | | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 951–1050 | f – – – – – | e – – – – – | 3 | 2 | 5 |
| 7 | 125–338 | e – – – – – | – – – – – – | 1-1/2 | – – – – – – | 1-1/2 |
| | 339–388 | e – – – – – | – – – – – – | 2-1/2 | – – – – – – | 2-1/2 |
| | 389–500 | e – – – – – | – – – – – – | 3 | – – – – – – | 3 |
| | 501–750 | e or– – – – | – – – – – – | 4 | – – – – – – | 4 |
| | | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 751–900 | f – – – – – | e – – – – – | 1-1/2 | 2 | 3-1/2 |
| | 901–950 | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 951–1050 | f – – – – – | e – – – – – | 3 | 2 | 5 |
| 8, 9, and 10 | 125–338 | e – – – – – | – – – – – – | 1-1/2 | – – – – – – | 1-1/2 |
| | 339–388 | e – – – – – | – – – – – – | 2-1/2 | – – – – – – | 2-1/2 |
| | 389–500 | e – – – – – | – – – – – – | 3 | – – – – – – | 3 |
| | 501–750 | e or– – – – | – – – – – – | 4 | – – – – – – | 4 |
| | | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 751–900 | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 901–950 | f – – – – – | e – – – – – | 2-1/2 | 2 | 4-1/2 |
| | 951–1050 | f – – – – – | e – – – – – | 3 | 2 | 5 |
| 11 and larger | 125–338 | e – – – – – | – – – – – – | 1-1/2 | – – – – – – | 1-1/2 |
| | 339–500 | e – – – – – | – – – – – – | 3 | – – – – – – | 3 |
| | 501–750 | e or– – – – | – – – – – – | 4 | – – – – – – | 4 |
| | | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 751–900 | f – – – – – | e – – – – – | 2 | 2 | 4 |
| | 901–950 | f – – – – – | e – – – – – | 2-1/2 | 2 | 4-1/2 |
| | 951–1050 | f – – – – – | e – – – – – | 3 | 2 | 5 |

TABLE 3.—Thickness of insulating tape, Mil. Spec. MIL-I-15349, for 1/4 and 3/8-inch hot piping

| Temperature range (degrees F.) | Thickness of tape (inches) |
|---|---|
| 125-338 | 3/8 |
| 339-750 | 1 |

TABLE 4.—Thickness* of insulating materials for hot surfaces of machinery and equipment up to 850°F.

| Temperature range (degrees F.) | Thickness (inches) | |
|---|---|---|
| | Asbestos felt MIL-I-15091, block MIL-I-2819, or mineral wool blanket MIL-I-2818 | Insulating cement MIL-C-2861, Type B |
| 125-338 | 1-1/2 | 1-1/2 |
| 339-388 | 2-1/2 | 2-1/2 |
| 389-500 | 3 | 3 |
| 501-750 | 3-1/2 | 4 |
| 751-850 | 4-1/2 | 5 |

*Does not include finishing cement

TABLE 5.—Thickness* of insulating materials for hot surfaces of machinery and equipment over 850°F.

| Temperature range (degrees F.) | Thickness (inches) | | | Block |
|---|---|---|---|---|
| | Felt | | | |
| | Inner layer MIL-I-16411 | Outer layer MIL-I-15091 Type A | Total | MIL-I-2819 |
| 851-950 | 2 | 3 | 5 | 4-1/2 |
| 951-1050 | 2 | 3 | 5 | 5 |

*Does not include finishing cement

TABLE 6.—Thickness of refrigerant insulation for piping

| Pipe size (inches) | Temperature range (degrees F.) | Thickness (inches) | |
|---|---|---|---|
| | | Molded cork MIL-P-876 | Cellular glass HH-I-551 |
| Up to 3/4 | -20 to -1 | 2.60 | 2.75 |
| | 0 to 35 | 1.70 | 2.00 |
| | 36 to 50 | 1.20 | 1.50 |
| 1 | -20 to -1 | 2.75 | 3.00 |
| | 0 to 35 | 2.00 | 2.00 |
| | 36 to 50 | 1.30 | 1.50 |
| 1-1/4 | -20 to -1 | 2.75 | 3.00 |
| | 0 to 35 | 2.00 | 2.50 |
| | 36 to 50 | 1.30 | 1.50 |
| 1-1/2 to 2-1/2 | -20 to -1 | 2.95 | 3.00 |
| | 0 to 35 | 2.40 | 2.50 |
| | 36 to 50 | 1.35 | 1.50 |
| 3 to 5 | -20 to -1 | 2.95 | 3.00 |
| | 0 to 35 | 2.40 | 2.75 |
| | 36 to 50 | 1.35 | 1.50 |

Case 1:10-cv-22891-AJ   Document 33-14   Entered on FLSD Docket 08/13/2010   Page 91 of 119

**TABLE 7.   THICKNESS OF REFRIGERANT INSULATION FOR MACHINERY AND EQUIPMENT**

| Service | Temperature range (degrees F) | Thickness (inches) Cardboard HH-C-561 | Cellular glass HH-I-551 |
|---|---|---|---|
| Refrigerant | −20 to −1 | 6 | 6 |
| | 0 to 35 | 4 | 5 |
| Chilled water | 36 to 50 | 2 | 2 |

**TABLE 8.   THICKNESS OF ANTISWEAT INSULATION, MIL. SPEC. MIL—I—15091, MIL—I—16022, MIL—I—2781, and MIL—I—2819**

| Service | Temperature range (degrees F.) | Thickness (inches) for machinery and equipment | Nominal thickness (inches) for piping |
|---|---|---|---|
| Cold water | 32 to 99 | 1—1/2 | 1 |

**Part 4.   Application of Thermal Insulation to Pipe or Tubing**

**39-31.   TEMPERATURES FROM 750° TO 1050° F.**

1.  Piping systems with temperatures over 500° F. include superheated steam piping and Diesel exhaust piping. Thermal insulation pipe covering, per Military Specification MIL-P-2781 Grade III is used for services from 750 – 1050° F. and is described in paragraph 39—11.  The thickness of pipe covering should be as shown in tables 2 and 3.

2.  Single layer molded pipe covering is applied directly on the piping.  Side and end joints should be tightly butted.  Sections are securely fastened in place with 18-gage (0.049 inch diameter) nickel-copper, brass, or galvanized soft iron wire or metal bands.  Use three loops or bands per length of insulating material on pipes up to and including 6 inches and four loops or bands on large pipes.  The ends of the wire loops are fastened together to hold the insulating material tightly against the pipe.  The wire ends are bent over and carefully pressed into the pipe covering to leave no projection.  In double layer work both the longitudinal and circumferential joints of the second layer are staggered in relation to the first layer and both layers are secured as previously described.

3.  Thermal insulating tape as described in paragraph 39-11 is specially suitable for small piping and where space conditions render awkward the use of molded covering.  The tape also is suitable for bends.  Tape for spiral wrapping should be wired at each 10 inches approximately.  Tape for wrapping laterally must be wired at each end of every strip.  The lagging should be asbestos cloth Federal

Specification SS-C-466, brattice cloth Military Specification MIL-C-788 or tape or glass cloth or tape Military Specification MIL-C-20079.

4.  *Bends.*  Where bends are encountered in the piping, the sectional insulating material is cut or mitered as shown in Figures 39-1, 39-2, and 39-3 to fit neatly around the contour of the bend.  Care must be taken to insure that each segment is securely fastened in place.  All openings and crevices are filled with high temperature cement, Military Specification MIL-C-2861 or finishing cement Military Specification MIL-C-2908, troweled smoothly to a uniform surface.  Sharp bends may be insulated with asbestos insulating felt per paragraph 39-11 overlaid with ½ inch of high temperature insulating cement or finishing cement Military Specification MIL-C-2908 finished off smoothly.



SAW CUT TO THIS DEPTH

DETAIL OF INSIDE RADIUS OF PIPE BENDS

Figure 39-1.—Detail of outside radius of pipe bends.

39-31



SECTIONAL PIPE
COVERING 4"O.D. OR LESS
CUT TO FIT

CEMENT

SECTIONAL PIPE
COVERING

SPECIFIED
LAGGING

**Figure 39-2.**

CEMENT

SPECIFIED
LAGGING

FOR SECTIONAL PIPE
COVERING OVER 4" O.D.

SECTIONAL PIPE
COVERING

**Figure 39-3.**

**39-32.**

1. *Application of glass cloth and tape.* Glass cloth per paragraph 39-12 is fitted on tight and smooth and sewed with fibrous glass sewing thread using a single stitch, three to the inch. Glass cloth and tape may be cemented on with adhesive cement per paragraph 39-13. In general, tape rather than cloth is used for lagging pipe bends. Fibrous glass tape is applied in a spiral wrapping around the pipe. At the start the tape may be stapled to the insulating material or secured with an adhesive. On straight runs, a ¾-inch lap is sufficient. The tape may be furnished with a stripe woven in as a guide for lapping. On bends, the lap should be made at right angles to the axis of the pipe. A new roll of tape is started as if it were to be wrapped in the reverse direction and attached with staples or adhesive. The tape then is brought back over the fastening which thus is concealed from view. Where pipes are located close together, the tape may be applied easily by wrapping it on a smooth rounded edge metal "shuttle". The tape is fastened to the insulating material and the shuttle passed

THERMAL INSULATION                    39-38

between the pipes, picked up on the far side, and the tape pulled tight.

2. *Application of asbestos cloth.* Asbestos cloth is fitted on tight and smooth. It may be sewed with asbestos yarn or may be cemented on. Cements described in paragraph 39-13 are suitable for asbestos cloth except for asbestos glass combination. The surfaces to be joined must be dry and clean. Apply the adhesive to the cloth, not to the insulating material. The more rough and porous the surface may be, the more adhesive will be needed. The cloth should be soaked in the solution and the insulating material given a liberal painted coat of the same. The lagging is applied while the surface is still wet.

**39-33. DIESEL ENGINE EXHAUST FLEXIBLE CONNECTIONS**

1. The connections may be insulated by one of the following methods:

   a. In accordance with paragraph 39-31 provided the flexible connection is covered with 1-inch galvanized wire mesh before application of the insulating material.

   b. Apply asbestos insulating felt per paragraph 39-11 overlaid with a layer of asbestos cloth. Lag in accordance with paragraph 39-31.

**39-34. BULKHEAD EXPANSION JOINTS**

Continue the insulation under the connection with the pipe covering butting each side of the flange which secures the joint to the piping.

**39-35. PIPE HANGERS**

Where pipe hangers are clamped around the piping, the sectional pipe covering may be stopped at the clamp and the space filled with layers of asbestos felt per paragraph 39-11 to the thickness of the covering. A single layer of asbestos cloth which extends over the sectional covering 2 inches on either side is wrapped circumferentially over the felt and is secured by wire through rings and hook fasteners to form a take-down seam. A similar covering may be used on flanges to which are welded anchor lugs for pipe hangers. Hangers may also be insulated by fitting the molded pipe covering as necessary; use insulating cement to complete the installation.

**39-36. TEMPERATURES FROM 501° TO 750° F.**

1. For temperatures between 501° and 750° F., thermal insulation pipe covering, Military Specification MIL-P-2781, classes c or d may be used. The thickness of pipe covering should be as shown in tables 1 and 2. This material is applied in the manner described in article 39-31. Lagging may be in accordance with paragraph 39-32.

**39-37. TEMPERATURES FROM 165° and 500° F.**

1. For temperatures between 125° and 500° F., thermal insulation pipe covering, Military Specification MIL-P-2781, class b, described in paragraph 39-11 is used. Lagging may be in accordance with paragraph 39-32. The thickness of the pipe covering should be as shown in tables 2 and 3.

**39-38. COLD WATER AT ALL TEMPERATURES**

1. Three insulating materials may be used on cold water pipe or tubing.

39-38  BUREAU OF SHIPS TECHNICAL MANUAL

2. Asbestos insulating felt should be applied to thoroughly cleaned and dried pipe surfaces in the thicknesses shown in table 8. The material is described in paragraph 39-11.

3. The felt is applied in ¾-inch layers which are compressed to ½-inch thickness by 18-gage nickel-copper, brass, or galvanized soft iron wire wound on about 1 inch centers. Joints in adjacent layers of felt are staggered longitudinally and radially. Water-repellent asbestos felt in strip form is applied longitudinally; the width is such as to enclose the circumference of the pipe. The following table gives pipe sizes and widths of felt which have been extensively used for these sizes:

| Width (inches): | Pipe sizes (inches) |
|---|---|
| 6.............................. | ½ and ¾ |
| 8.............................. | 1 and 1¼ |
| 10.............................. | 1½ and 2 |
| 14.............................. | 2½ and 3 |
| 17.............................. | 3½ and 4 |
| 20.............................. | 4½, 5, and 5¾ |

4. The asbestos felt is covered with one layer of water-repellent and flameproof sheathing paper which is described in paragraph 39-12. The paper should be tightly wrapped and lapped 3 inches each way. On bent piping the sheathing paper is mitered and fitted tightly. Joints must be sealed completely with adhesive cement Military Specification MIL-C-3316. The lagging may be asbestos cloth per paragraph 39-32 or glass cloth per paragraph 39-32. The lagging should be cemented on with material per paragraph 39-13.

5. Molded-asbestos pipe covering (Spec. MIL-P-2781), which is described in paragraph 39-11, may be used for cold water lines if felt is not available. Apply sheathing paper and lagging in accordance with paragraph 39-39.

39-39.  REFRIGERANT

1. Molded cork pipe covering described in paragraph 39-11 is used in the thicknesses shown in table 6. See article 39-39 for other materials suitable for refrigerant at temperatures of 36° F. and over.

2. At the time of installation, the fire-retardant vapor seal may be applied to the cork in the following manner: The inner surfaces of the semicylindrical sections of cork are heavily coated with the compound by brushing and allowed to dry at room temperature for 24 hours. The longitudinal surfaces and ends of each section of the covering are then coated with the compound and the sections are immediately installed, butted together longitudinally, and secured. In the installation of the sections, excess compound which is forced out of the longitudinal joints may be doctored off. The external surface of the covering is then given a brush coat of the compound which is allowed to dry for 48 hours.

3. Pipes must be free from rust and moisture before applying insulation. Sectional covering, should be applied with end joints broken by starting with one half-and one full-length piece. Longitudinal joints should be at the top and bottom of the pipe. Wire the sections in place with at least six copper-clad wires per 36-inch section. When the pipe passes through an insulated wall into a refrigerated

room, the pipe covering should extend into the room 1 inch beyond the wall. Pipe bends are insulated by mitering regular sectional covering to fit the bend, using pieces small enough to give approximately full contact between the pipe and the covering. Pipe hangers must be on the outside of the covering and not in contact with the pipe. Frost will collect around the supporting rod of a hanger attached directly to the pipe and will eventually work under and split off the covering at that point. A 12- to 18-gage galvanized sheet-steel shield should be used between the hanger and covering where the pipe rests in the hanger. The shield should extend at least 3 inches on each side of the hanger. Glass or asbestos cloth or tape lagging should be applied in accordance with paragraph 39-32.

Part 5.  Application of Thermal Insulation to Valves, Fittings, and Flanges

39-51.

Permanently insulated valves and fittings should be covered to the same total thickness as the adjacent piping. Valves and fittings which are welded into the line are insulated permanently. Flanged valves and flanged fittings may have permanent or removable type insulation. Where the pipe covering is terminated at flanges, provision must be made for removal of the flange bolts or bolt-studs. The pipe insulation may be stopped off squarely and a short removable section of insulating material of sufficient length to permit the withdrawal of the bolting may be inserted. A less desirable method is to omit the short removable section of insulation by terminating and beveling off the pipe covering at the necessary distance from the flange.

39-52.  COVERS

1. Readily removable and replaceable covers should be provided on the following piping elements requiring insulation:

a. Flanged joints (except valve bonnet joints) on all sizes of main and auxiliary steam piping carrying steam having a total temperature of 389° F. (205 p. s. i. saturated steam) and over, including flanged joints on all root connections and root valves thereon, such as valve bypasses, drain connections, pressure gage connections, etc.

b. Flanged joints on piping and adjacent to machinery units which must be broken when these machinery units are opened for inspection and overhaul, such as steam exhaust connections, feed pump suction and discharge connections, steam drain connections, etc.

c. Valve bonnets on all valves over 2 inches in size, working pressure of 300 p. s. i. and over, carrying fluids 240° F. and over.

d. Pressure reducing and pressure regulating valves, pump pressure governors, and strainer bonnets.

39-53.  METHODS OF MAKING COVERS

1. Readily removable and replaceable covers for piping elements are made by the following methods:

2. Rigid covers made in two halves filled with asbestos felt are shown in figures 39-4 and 39-5. Covers are sewn and quilted with wire inserted asbestos yarn Federal Specification SS-C-466 Type II in such a manner as to provide a uniform thickness. Wire inserted asbestos cloth Federal Specification SS-C-466 Type I Grade C is

39-53                                    THERMAL INSULATION                       39-53

used on the inside of the covers to provide strength and rigidity. Asbestos cloth Federal Specification SS-C-466, Type I Grade B is used on the outside surface of the cover if the temperature of the insulated surface does not exceed 500° F. For temperatures over 500° F. asbestos cloth Federal Specification SS-C-466 Type I Grade D is used on the outside of the cover. Flexible asbestos millboard, 1/8 inch thick, is inserted between the asbestos felt and the asbestos cloth so as to retain the cylindrical shape of the cover. Hard asbestos millboard, 1/4 inch thick, enclosed in asbestos cloth of the type used on the outside of the

cover is sewn on the ends of the cover. Where the flange diameter is larger than the outside diameter of the adjacent pipe-covering, build-up pieces are made of asbestos felt encased in asbestos cloth Federal Specification SS-C-466 Grade D, secured by stitching to the inside of the cover. The halves of the cover may be fastened around the equipment by means of 1/16 inch diameter soft galvanized iron rope laced through brass or galvanized steel hooks or rings, or covers may be secured by snap fasteners. Fastenings fixed to cloth lagging must be backed up by washers on both sides of the cloth.



FIGURE 39-4



FIGURE 39-5

3. A rigid cover made up of segments of block insulation of the same material used for pipe covering is shown in figure 39-6. Block is securely wired to frames of ½ inch

square mesh of 18 gage (0.049 inch diameter) galvanized steel wire. The wire mesh frames inside and outside of the block insulation have the ends bent over and joints secured with 18-gage, black-annealed, iron wire woven through the mesh. Insulating cement of the same material as the blocks is trowelled smoothly over all surfaces of the mesh. Asbestos roll fire felt Military Specification MIL-F-20077 may be used to build up the cover where the flange diameter is larger than the outside diameter of the adjacent pipe-covering. Covers should be lagged with asbestos cloth Federal Specification SS-C-466 Grade D tightly and smoothly fitted to envelop the outside and ends. Where double layer insulation is used, the two sections of the cover should be fitted together with a scarfed joint. Care must be taken in the workmanship to insure straight and true jointing surfaces of the sections with the view of reducing the heat loss at the joints. Bands and eyelets of galvanized steel are used for securing the cover around the equipment.



**FIGURE 39–6**

e. The pieces of cloth are sewn together before filling with asbestos felt as much as it is practical to do so. Stitching is done from the inside where possible in order to improve the external appearance.

f. Before filling the cover with asbestos felt, a 3/16-inch diameter steel rod is inserted along the entire length of the outside lap of the joint. The rod is secured in place by stitching with asbestos sewing thread. This rod provides a straight hard edge at the outside of the lap, thus providing a greatly improved appearance and serving to hold the shape.

g. A stiffener strip, which consists of asbestos cloth of the same type used for the outside covering, is placed under the outside covering; its width should extend far enough to include the lacing washers and rings. The strip is well soaked in silicate of soda or adhesive cement and allowed to dry prior to insertion in the cover. The strip will be reasonably rigid but flexible enough to bend to the curvature of the cover. This piece of cloth serves to stiffen the surface of the cover in way of the lacing rings, washers, and wire and eliminates the corrugations caused by them.

h. The overlap is made to reduce the heat loss at the joint. It allows additional flexibility for drawing the

4. Rigid covers similar to those described in paragraph (2) above may be made of fibrous sectional pipe-covering (Military Specification MIL–P–2781) of the same thickness as that on the adjacent piping. The pipe-covering is strong enough so that the wire frames are not required.

5. Where the rigid covers described above are not practical, for example because of restricted space, flexible covers, as shown in Figure 39–7, may be used. These covers are similar to those described in paragraph (1) above except that the millboard is omitted.



**FIGURE 39–7**

6. Flexible flange covers shown in figure 39–8 may be made as described below:

a. A circular wooden form is first made up with a diameter equal to the flange diameter for which the particular cover is going to be made.

b. The inner and outer covering of the flange covers are made of asbestos cloth. The inner cloth is laid over the form and accurately cut to the length required with allowance for stitching so that the finished inside surface will be smooth and free from wrinkles.

c. The end pieces of the cloth are cut circular to suit inside and outside diameters with the necessary allowance for stitching. The cloth cut in this form will eliminate puckers and wrinkles.

d. The outside cloth covering is cut in the same manner as described in (b) above.

ends of the cover together and provides a margin to take care of any difference in diameter that may occur.

**39–54.**

Spaces between removable covers and the surfaces they insulate should be packed with pieces of asbestos felt to exclude all air possible. On covers which do not fit tightly about the adjacent pipe covering, spaces should be calked with suitable material such as narrow strips of asbestos cloth.

**39–55.**

The foregoing description of the use of removable covers is applicable to the latest construction. Existing installations need not be changed simply to conform to these requirements but changes made only when replacement is necessary.



FIGURE 8

**39-56.**

1. Valves, fittings and flanges not included in article 39-52 may have permanent insulation; the following applies to temperatures of 125° F. and up:

a. For sizes 3½ inches and under, an all cement insulation may be used. Apply insulating cement, usually in accordance with MIL-C-2851, Type B, in ⅛ to ¼ inch thick layers to cover the bodies, flanges, and bonnets. Each layer of cement must be permitted to dry before the next is applied. Heat should be applied from within as soon as practicable and within 24 hours after installation of the cement to dry out the insulation and avoid corrosion of the metal. After drying, a coating ½ inch thick of high temperature cement tempered with Portland cement or equal (4 parts cement to 1 part Portland cement) or a coating of asbestos finishing cement per Spec. MIL-C-2908 is applied and trowel-rubbed to a smooth finish. Lagging should be in accordance with paragraph 39-12.

b. A method similar to that of paragraph (a) above but having a form of wire-reinforced asbestos cloth, Federal Specification SS-C-466 Grade C, over which the cement is applied is shown in figure 39-9. Spaces around the bolts should be packed with asbestos felt.



INSULATING CEMENT
FINISHING CEMENT
WIRE INSERTED ASBESTOS CLOTH
LAGGING
SECTIONAL PIPE COVERING
PIPE COVERING

FIGURE 39-9.

c. All sizes may be insulated by cutting asbestos felt, Military Specification MIL-F-15091, in suitable widths and building up the thickness required to match the adjoining pipe covering allowing for ½ inch of finishing cement. On valves and fittings the felt should be carried over the flanges to the end of the sectional pipe covering. Spaces that cannot be filled with the layers of material should be completely filled with loose asbestos felt. Fix the first layer of asbestos to the metallic surface with adhesive cement, preferably of the type described in paragraph 39-13. Layers of felt are secured in position with block or galvanized iron wire and overlaid with 1-inch-square wire mesh. A ½-inch layer of cement as described in paragraph (a) above is applied. Lagging should be in accordance with paragraph 39-12. See figure 39-10.

**39-57.**

Valve bodies and fitting bodies may be permanently insulated as described in paragraph 39-56 but the felt is not carried over the flanges; the latter are insulated with removable covers.



SECTIONAL PIPE COVERING
FINISHING CEMENT
ASBESTOS FELT

FIGURE 39-10.

**39-58. COLD WATER AT ALL TEMPERATURES**

1. Valves, fittings, and flanges for cold service do not have removable covers because the insulation must be tight against the penetration of moisture. The following methods are used:

a. Insulate in a manner similar to that described in paragraph 39-56 using either plain or water-repellent asbestos felt per Military Specification MIL-F-15091. Wire should be galvanized. Felt need not be covered with finishing cement. Place a layer of water-repellent and flameproof sheathing paper, which is described in paragraph 39-12, over the felt; paper should be mitered, lapped, and fitted carefully. Use adhesive cement, Military Specification MIL-C-3316 Type II, to secure and seal the paper. Lagging should be the same as used on the cold pipe; see paragraph 39-39.

b. Insulate as described in paragraph (a) above but use mineral wool pipe covering instead of asbestos felt.

**39-59. REFRIGERANT**

For temperature of 36° F. and over the methods described in articles 39-58 or molded cork may be used. Below 36° F. molded cork valve, fitting, and flange covers must be used for insulating refrigerant lines. Covers should be of the same thickness as adjacent pipe insulation. For the most generally used sizes, valve and fitting covers are furnished in two sections. The method of application outlined in paragraph 39-40 is used. Sections of cork covering made for pipes should not be mitered to form makeshift covers for flanged elbows or other fittings. Flanged fitting covers are applied after covering has been installed on the piping and rest upon the outside of the pipe covering. For other than flanged fittings, the covers are wired on first and the straight pipe insulating material is wedged in tightly between the fittings. To make the cork fit properly, cut the straight pipe covering rather than the fitting covers. Make cuts square to secure tight joints. Carefully wire the covers in place using not less than four 12-gage, coppered, steel wires for each soldered fitting, and not less than six wires to each flanged fitting. Cement filler and putty used in commercial application of cork insulation must not be used because such materials are flammable.

39-71

**Part 6. Application of Thermal Insulation to Machinery**

**39-71. RECIPROCATING ENGINES**

1. Propulsion reciprocating engine steam cylinders, valve chests, and other steam enclosing surfaces are insulated with 85 percent magnesia or asbestos blocks which are described in paragraph 39-11. Insulation thickness shall be as shown in table 4. The blocks should be carefully fitted to the metallic surface. Where there are two layers, all joints should be staggered. The blocks should be firmly fastened in place with 1/8-inch galvanized steel cables spaced on 9-inch maximum centers. One-inch mesh, galvanized, wire netting of 18-gage wire is then spread over the surface and held by wiring to the steel cables. All joints should be neatly pointed with high temperature insulating cement per paragraph 39-11, and a layer of 1/2 inch finishing cement to cover the netting and tie wires completely trowelled on smoothly. Cylinders and valve chests are neatly lagged all over with 24-gage, galvanized, sheet steel per paragraph 39-12. Upper cylinder heads are insulated as described above but are arranged with cast-iron plates with nonslip upper surfaces instead of sheet-metal lagging. Metal lagging may be secured by using lap joints with a bead on the exposed edge, fastened with hardened self-tapping screws making their own thread in punched holes.

2. Auxiliary reciprocating engines may be insulated as described in paragraph 39-71. Asbestos felt per paragraph 39-11 may be used in place of blocks if it is considered more practicable.

**39-72. TURBINES**

1. All surfaces of propulsion and auxiliary turbines which have a maximum operating temperature of 125° F. or more should be insulated by one of the methods described in this section. Thickness of insulating material should be as shown in table VI.

  a. Surfaces which can be permanently insulated may be covered with sufficient layers of asbestos felt per paragraph 39-12 to make up the required thickness. Joints of adjacent layers should be staggered. Layers of felt may be held to one another with adhesive cements per paragraph 39-12. Felt should be firmly secured with 1/8-inch, flexible, galvanized, steel cable spaced on 9-inch maximum centers around the outside layers. The cable may be fastened to steel hooks welded to the casing where required. No holes should be drilled in the casing. One-inch mesh netting of 18-gage, galvanized, steel wire is spread over the felt and secured by 18-gage wire to the cables. A 1/4-inch thick coating of finishing cement Military Specification MIL-C-2908 or of insulating cement MIL-C-2861 tempered with Portland cement or equal (4 parts insulating cement to 1 part Portland cement) is applied over the netting and trowel rubbed to a smooth finish. After drying 24 hours, an adhesive insulation cement per paragraph 39-12 is applied to the hard cement finish and allowed to dry for 1 hour, after which a second coat of the same cement is applied and allowed to dry. Lag the insulation with glass cloth or asbestos cloth of the correct type indicated in paragraph 39-13. Galvanized steel rings backed up by galvanized steel washers fastened on both sides of the lagging should be attached to the permanent insulation

THERMAL INSULATION                    39-73

adjacent to removable blankets. These blankets are used to cover the flange joint between the upper and lower casings. They are formed by quilting layers of asbestos felt together with fine nickel copper alloy or brass wire or asbestos twine per paragraph 39-12. The turbine side of the blanket is covered with wire-inserted asbestos cloth and the outer surface is covered with plain asbestos cloth of the type recommended.

2. Blankets are secured to the permanent insulation with 18-gage, galvanized iron or copper wire laced through metal hooks or eyes attached to the edges of the blankets and the rings on the permanent insulation. It is preferable that blankets should project well over the insulation of the adjacent surface. Blankets should be shaped to fit accurately, and spaces between them and the hot metallic surfaces should be completely filled with loose asbestos. (See fig. 39-11.)

3. Another method is to use the same procedure outlined in paragraph (1) above with mineral wool blanket insulation per paragraph 39-11 instead of asbestos felt for both permanent and portable insulation. Removable blankets made with mineral wool should be covered with 1/4-inch of asbestos roll felt per paragraph 39-11 previous to enclosing them with asbestos cloth.

4. Thermal block insulation per paragraph 39-11 may be used for permanent insulation. Prior to applying the block, all irregularities of the turbine surface should be filled to form a smooth surface with high temperature cement. Insulation cement should be used to point up joints between the layers of block and all crevices should be filled. The block covering is held in place by 1/8-inch, flexible, galvanized steel cable spaced on 9-inch maximum centers. The cable may be fastened to steel hooks welded to the casing where required. One-inch mesh netting of 18-gage, galvanized steel wire is spread over the outer layer of block and secured by 18-gage wire to the steel cables. Finishing cement and lagging are applied as described in paragraph (1) above. Removable insulation also is the same as outlined in that paragraph.

5. High-temperature insulating cement, as described in paragraph 39-11, is sometimes used to form the complete permanent insulation. It is applied in layers less than 1 inch thick and is reinforced with wire mesh. Each layer must be permitted to dry thoroughly before applying more cement. Finishing cement and lagging are applied as indicated in paragraph (1) above. Removable insulation is the same as outlined in that paragraph.

**39-73. BOILER STEAM DRUMS, WATER DRUMS, AND HEADERS**

1. For insulation of boiler casings and refractory linings see chapter 51. See table VI for thicknesses of insulation.

2. Drum shells may be covered with sufficient layers of asbestos felt per paragraph 39-11 to make up the required thickness. The method described in paragraph 39-72 (1) should be followed. Figures 39-12 and 39-13 show a typical installation including the manhole cover of asbestos felt enclosed in a container made of 16-gage sheet metal per paragraph 39-11. Sometimes metallic lagging of 20-gage, galvanized sheet steel is used in lieu of asbestos cloth, as shown in Figure 39-14. The sheet steel is fastened with 1/4-inch machine screws to 1/4- by 1-inch flat bars

39-73  BUREAU OF SHIPS TECHNICAL MANUAL                                    39-73



Figure 39-11.

39-73

bent to a suitable radius and imbedded in the finishing coat of cement.



**Figure 39-12.**

3. Another method is to follow the procedure outlined in paragraph (1) above, but using mineral-wool-blanket insulating material per paragraph 39-11 instead of asbestos felt. The type secured between 1-inch wire mesh and expanded lath should be used; the latter side should face outward. The drum ends may be insulated with high-temperature insulation cement of the rock or mineral-wool type described in paragraph 39-11. Each layer of cement should be between ¾ and 1 inch thick and allowed to set for 24 hours or till dry. The manhole cover and the lagging should be of the type described in paragraph (1) above.

4. Block insulation may be used for drum shells. Materials are described in paragraph 39-11. Also large-size segmental pipe covering may be used. Application of this type of insulating material is outlined in paragraphs 39-71 and 39-72. The drum heads may be insulated with asbestos felt as described in paragraph (1) above or with cement as described in paragraph (2) above.

5. Superheater headers may be insulated with custom-made blankets of asbestos felt enclosed in asbestos cloth. These blankets are laced to studs welded to the superheater support plate. Downcomer tubes and soot-blower piping should be insulated in accordance with part IV covering pipes and tubing.

THERMAL INSULATION                    39-75



**Figure 39-13.**

**39-74.  UPTAKES**

1. Uptakes and breechings are constructed with an inner and outer casing between which the insulating material is placed. Glass fiber batts described in paragraph 39-11 may be used. It may be secured in place by wiring it to T bars which are suitably spaced and attached to the inner casing. Also it may be secured by lapping it on studs used to support the outer casing. Washers made of asbestos millboard per paragraph 39-12 may be placed on the studs to hold the batts in place until the outer casing is installed.

2. Mineral wool blanket insulation per paragraph 39-11 (15) also may be used for insulating uptakes. It should be wired in place with separate pieces butted closely together.

**39-75.  LOW PRESSURE DISTILLING PLANT**

1. The evaporator shells and the upper half of the evaporator ends, the vapor feed heaters, and air ejector condensers are permanently insulated with asbestos felt and cement with lagging in the manner described in paragraph 39-72. The lower half of the evaporator ends should

**39-75  BUREAU OF SHIPS TECHNICAL MANUAL**                    39-102



**Figure 39-14.**

be covered with removable asbestos felt blankets of the type discussed in paragraph 39-72. Refer to table VI for recommended thicknesses of insulation. The removable blankets may be fixed to 22-gage, galvanized sheet steel covers made in sections to suit the installation. Sections are held together and to the evaporators with ¼-inch machine screws or self-tapping screws. The blankets are secured to the metallic lagging by 18-gage, galvanized iron, or copper wire through rings attached to the blankets and hooks welded to the steel lagging.

2. The condensate cooler should be covered as is required for cold water service. Use a 1-inch layer of asbestos felt and cement the same as on above apparatus. Over the cement apply one layer of water-repellent and flameproof sheathing paper with vapor seals as instructed in paragraph 39-39. Lag with asbestos or glass cloth.

**SECTION II.  THERMAL INSULATION AND ACOUS-TICAL TREATMENT OF COMPART-MENTS AND DUCTS**

**Part 1.  General**

**39-101.  SCOPE**

This section covers the utilization of thermal insulation and acoustical treatment on the structure of ships and their ventilation and air conditioning systems.

**39-102.  THICKNESSES**

1. *Thermal insulation.* a. The rate of heat flow through a homogeneous insulation is in inverse proportion to the thickness. When installed, however, the insulation can no longer be considered as homogeneous since the structure to which it is secured and the air films on either side of the composite structure-and-insulation must be considered. Because of this, equal increments in the thickness of insulation do not yield equal reductions in rate of heat transfer. Practically, this consideration means that small variations of insulation thickness do not materially affect the rate of heat flow and therefore, the corresponding ventilation air volumes required. As a result, it has been possible to adopt uniform thicknesses of insulation for varying rates of heat transfer at different temperature levels. The thicknesses in general use are:

(1) *One inch.* For all spaces requiring insulation where exposed to the sea or weather, for insulated boundaries of air conditioned spaces, drying rooms, galleys, bakeries, pantries, sculleries, and spaces containing machinery or apparatus causing high temperature and subject to intermittent use, and for spaces where insulation is used as a fire retardant medium.

(2) *Two inches.* For the plane surfaces of insulated boundaries of spaces, such as engnerooms, firerooms and uptake spaces, and evaporator rooms, containing machinery or apparatus causing high temperatures and subject to constant use.

(3) *Minimum of six inches.* For refrigerated spaces other than 0°F. freeze rooms.

(4) *Minimum of nine inches.* For 0°F freeze rooms.

(5) *Three-quarters or one inch.* For ventilation and air conditioning ducts requiring insulation.

(a) Other thicknesses are installed to meet special conditions. As an example, on destroyer - type ships where weight is a primary consideration, 3/4-inch thick insulation has been used in lieu of 1 - inch board. If there is any question as to the thickness of insulation to be installed when replacing insulation, the insulation plans for the vessel should be consulted. For new designs the thicknesses of insulation to be installed are specified in the detail specifications for the particular ship. In the absence of any specific instructions, the use of thicknesses given above is acceptable.

2. Acoustical absorptive treatment. One inch thick sound absorbing blanket - For ventilation and air conditioning ducts requiring acoustical absorptive treatment.

a. Two inch thick sound absorbing blanket - For compartments.

**Part 2. Hull Thermal Insulation**

**39-111. APPLICATIONS**

"Hull thermal insulation" is the term given to the insulation which is applied to the shell, bulkheads, overhead, and the structural members of these components of a ship's hull to differentiate it from the thermal insulation applied to equipment, refrigerated spaces, and ducts. The hull insulation is installed in the locations and thicknesses enumerated in Section S39- 1 of the General Specifications for Ships of the United States Navy and in the detail specifications for the particular ship.

**39-112. MATERIALS**

1. Hull insulation used on naval surface ships and on certain boundaries of submarines consists of fibrous glass insulation board conforming to Military Specification MIL -742, Type I or Type II.

a. Type I insulation board consists of glass fiber impregnated with a binder and formed into a board, and faced with a layer of treated and hardened fibrous glass cloth which provides a rigid, damage-resistant surface.

b. Type II insulation board consists of glass fiber impregnated with a binder and formed into a board. It is not furnished with a cloth facing, but is faced during installation.

2. Fibrous glass tape used for covering the seams formed by the adjacent panels of Type I insulation board conforms to Military Specification MIL-C-20079, Class C, without resin treatment, and is secured to the insulation board with adhesive, Military Specification MIL-C-3316, Type II.

3. Cotton brattice cloth used for facing Type II insulation board conforms to Military Specification MIL-C-784

and is secured to the insulation board with adhesive conforming to Military Specification MIL-C-3004.

4. Types I and II insulation boards are attached to the ship's structure by use of studs conforming to Military Specification MIL-S-18109 and fasteners shown as Bureau of Ships Hull Standard Plan No. 805-1343696.

5. Vapor barrier coating compound, conforming to Military Specification MIL-C-19993, is applied over the exposed surfaces of fibrous glass hull insulation board installed on the warm side of refrigerated spaces boundaries and in drying rooms, where because of large difference in temperatures or high humidities, condensation is apt to occur.

6. Hull insulation used on submarines to insulate the pressure hull consists of compressed corkboard, conforming to Federal Specification HH-C-56L.

7. High initial bond adhesive conforming to Military Specification MIL-A-18065, is used to secure corkboard to the pressure hulls of submarines.

**39-113. INSTALLATION**

1. The metal boundary, which is to be insulated, is inspected to determine that the protective coating is intact and the surface is free of any grease or dirt. Where necessary, the metal surface should be touched up as specified in Bureau of Ships Technical Manual Chapter 19. At the time the surfaces are inspected, measurements should be made of the structural members whose flanges and webs are to be insulated. Prefabrication of insulation into wrapping has been found to be the best method of covering structural members, since a minimum of cutting fitting is thereby required. The method consists essentially of cutting V grooves, properly spaced, removing the loose strips of board and then bending to shape for fitting around the flanges and webs. If type I insulation board is used to insulate the structural members, the kerf-cutting knives are adjusted to reach just below the cloth facing; if type II unfaced insulation board is used, the kerf-cutting knives are adjusted to reach to about 1/4-inch below the surface and thus the board is held together.

2. There are two acceptable methods for securing the board to the structure. In one, the studs are laid out and welded in place on the structure, with due regard to the number required and dimensions and contour of the section of board to be installed. The board is then impaled over the studs. In the other method, each section of board is first fitted into place, and locations of the studs determined by punching through the board to mark the metal. The board is then removed, the studs welded, and the board then slipped over the studs through the holes previously formed. In both methods, after the board is in place and pressed firmly against the structure, the fasteners are secured over the studs. Sufficient studs must be used to hold the board firmly and evenly against the structure. Welding of the studs and testing of the welds is to be done in accordance with Bureau of Ships Technical Manual Chapter 95.

3. When Type I faced insulation board is installed, fibrous glass tape is applied over the seams where the boards are butted together and secured to the board facings with adhesive conforming to Military Specification MIL-C-3316, Type II.

4. When Type II unfaced insulation board is installed, no tape is used over the seams. One full hiding coat of adhesive, conforming to Military Specification MIL–C–3004, is applied with a brush or trowel over the board. Cotton brattice cloth, Military Specification MIL–C–788 is applied over the board, lapped about 1 inch on intersecting surfaces, and pressed smooth. Another coat of the adhesive is applied over the cloth as heavily as necessary to fill all interstices of the cloth and to insure the adherence of the cloth.

5. Sheathing is not normally permitted over hull insulation board Type I faced board and Type II unfaced board faced with brattice cloth are tough and resistant to almost all forms of damage and, therefore, do not require any sheathing.

6. After the board is installed, it is painted to match the other surfaces in the compartment.

7. Vapor barrier coating compound, Military Specification MIL–C–19993, is applied in three brush coats of white, orange, and white in that order over the exposed surfaces of fibrous glass insulation board installed on the warm side of refrigerated spaces boundaries and in drying rooms. No holidays should exist in any single coat of vapor barrier coating compound.

8. Details of the installation thermal insulation in compartments are shown on Hull Type Plan BUSHIPS No. 805–1749057

## 39–114.  INSPECTION

Hull insulation should be inspected at least at semiannual intervals together with other portions of the hull structure. Areas behind insulation on weather and sea boundaries of ships operating in cold waters (below 40°F.) and in ammunition spaces, where condensation is likely to occur, should be inspected during overhauls to insure that corrosion has not occurred on ship's structure. Action should be taken to have all damage, including that considered as minor, repaired at once since prompt repair will forestall development into major repair jobs.

## 39–115.  REPAIR

1. Two procedures for repair of damaged fibrous glass insulation board have been established; one for accomplishment by ship's forces, and the second by qualified repair activities.

2. Each ship fitted with fibrous glass insulation board has an allowance of fibrous glass tape and type II adhesive for shipboard repair of small tears, dents, gouges, and similar damage to the insulation. Application of the tape will, in most instances, prevent further damage and insure the continued serviceability of the insulation until the next overhaul of the vessel when, if warranted, more extensive repairs can be made.

3. For extensive repairs to the insulation, in most instances the insulation may, in lieu of being replaced, be repaired economically with a resultant condition at least equal to that of newly installed board. The method, which is similar to that used to face type II unfaced board, is based on the fact that most damage occurs initially to the cloth surface, and leaves the body of the board relatively intact.

a. Before the cloth covering is applied, the damaged insulation is prepared as follows:

(1) Missing studs are replaced.

(2) Minor cuts, tears, and dents are repaired.

(3) Studs and fasteners are covered with small patches of cloth in order to provide a uniform foundation for the overall cloth.

b. After the damaged insulation has been prepared, cotton brattice cloth is cut to fit a suitable section of the area to be covered. A typical application would take a single piece of cloth from deck to overhead between structural members. The corresponding section of insulation is given a coat of adhesive, conforming to Military Specification MIL–C–3004, applied with either a brush or trowel, and the cloth is set in place and pressed smooth. A top coat of adhesive is then applied on the cloth as heavily as necessary to fill all interstices of the cloth and insure the adherence of the cloth.

## Part 3.  Antisweat Treatment

## 39–121.  MATERIALS

For vermiculite paint materials and methods of application, see Bureau of Ships Technical Manual Chapter 19.

## 39–122.  APPLICATIONS

1. Vermiculite paint is applied on the warm side of uninsulated boundaries, including webs and flanges of beams and stiffeners in the following locations:

a. Interior surfaces, including uninsulated flanges, of all spaces, except tanks, voids, and heat producing spaces, exposed to the sea or weather, or where sweating will occur because of opposite extremes in temperature.

b. Deck under and all vertical boundaries of air conditioned spaces common to spaces that are not air conditioned.

c. Exterior surfaces of water tanks in way of all spaces except voids.

d. Under surfaces of gravity cooling coil drain troughs and exteriors of cans used to collect cooling coil drainage.

e. Vermiculite paint is applied to hangers, brackets, clips, and other members secured to or penetrating boundaries exposed to the sea and where dripping will affect electric installations.

## Part 4.  Refrigerated Stores Spaces

## 39–131.  APPLICATIONS

The refrigerated stores spaces are insulated in order that they may be maintained at the low temperatures required for proper preservation of the perishable foods carried. On all ships some built-in refrigerated stores spaces (as distinguished from household type refrigerators used in ships' pantries) are provided, although the number and size of the individual spaces vary from ship to ship. Typical refrigerated stores spaces are 30°F. chill rooms and 0°F. freeze rooms.

Although there are several types of refrigerated stores space construction, the standard construction used on most naval ships complies with hull type plans, Bureau of Ships Numbers S5904–860247, S5904–860248, S5904–860249, and S5904–860250.

### 39–132. MATERIALS

1. The construction of refrigerated stores spaces in accordance with the above plans involves installing insulation on all boundaries within the group of spaces and then lining the interiors of these spaces with metal sheathing. Insulation is fibrous glass insulation felt, Military Specification MIL–I–15475, fibrous glass insulation felt, Military Specification MIL–I–16022, Class 5, or mineral fiber insulation felt, Military Specification MIL–I–16688. Either corrosion-resisting steel, Federal Specification QQ–S–00–766, Class 430, 2B finish, or nickel copper alloy, Federal Specification QQ–N–281, Class A, cold rolled sheets, satin finish, may be used for the sheathing. The thickness of the ceiling and bulkhead sheathing is 0.0299 inch and that of the floor is 0.0747 inch. The minimum insulation thicknesses are 6 inches for outer boundaries of chill rooms, 9 inches for outer boundaries of freeze rooms, 4 inches on each side of structural bulkheads between refrigerated spaces, 6 inches on nonstructural bulkheads between refrigerated stores spaces, and 6 inches on the decks and 4 inches on the underside of decks between refrigerated stores spaces. Floor bearer supports and ceiling supports are made of laminated phenolic blocks, Military Specification MIL–P–3115 or MIL–P–17549, or compressed impregnated wood, Military Specification MIL–W–2872, to reduce the flow of heat from the structure to the sheathing.

2. All materials are of adequate strength to carry the heavy loads imposed on the sheathing when the spaces are filled with supplies.

3. All parts of the breather opening are composed of brass.

### 39–133. INSTALLATION

1. Installation of the component materials for the refrigerated stores spaces follows the details shown on the hull type plans listed in article 39–131. Special attention is given to the instructions for maintaining the watertightness of the completed lining and for insulating all the supporting structure from the ship's structure. All butts in floor plates are welded watertight by the step-back method, and the start and stop of each increment chipped and cleaned before the closing increment is laid.

2. Before the insulation and sheathing are installed, the structural bulkheads are tested for airtightness. Breather openings, as required in the plans, are installed high in the sheathing on each bulkhead and door of the refrigerated stores spaces corners. On bulkheads and doors forming the partition between two refrigerated stores spaces, the breather openings are installed only on the colder side of the partition. Label plates bearing the inscription, "Keep plug out except when defrosting, washing down, or air testing", are soldered on sheathing alongside each breather opening.

3. Sheathing supports and ship's structure behind sheathing are given two coats of red lead, Formula 116, in addition to the after pickling primer (see Bureau of Ships Technical Manual Chapter 19).

### 39–134. BREATHER OPENINGS

1. A considerable tendency (pressure) exists for the water vapor in warmer air to migrate to colder air. When-

ever the temperature at any point within a partition becomes lower than the dew point of the air, condensation of the water vapor tends to occur at that point. In refrigerated stores spaces, the dew point is usually located somewhere in the insulation. The presence of water in the insulation is undesirable since it reduces the efficiency of the insulation.

2. The practical way of keeping the insulation dry is to construct the refrigerated stores spaces so that the resistance to water vapor flowing into the insulation is considerably greater than the resistance to its escaping. This is accomplished in spaces constructed in accordance with the hull type plans listed in 39–131 because the outer boundaries are practically airtight while openings are left in the interior vertical sheathing. Since the coldest air is at the coils, moisture in the insulation, if any is present, migrates through the breather openings to the coils.

3. The breather plugs are inserted in the breather openings when defrosting or washing down the spaces in order to seal the sheathing and prevent moisture entering the insulation and when conducting air tests to determine the tightness of both sheathing and surrounding structure. At all other times the plugs are kept out in order to permit the migration of moisture from the insulation.

### 39–135. INSPECTION

1. The sheathing should be inspected and tested periodically to ascertain that watertightness is being maintained at all seams and that the sheathing has not been punctured. All such defects should be repaired immediately, for, if the insulation is allowed to become water soaked, it will cease to be effective.

2. Deck drains should be opened periodically to determine whether water has penetrated sheathing and accumulated on the deck beneath.

3. Insulation should be checked as a possible source of trouble, due to becoming water soaked, if design temperature cannot be maintained.

### 39–136. REPAIR

1. The repair required will depend on the nature of the damage. When extensive deck repairs are indicated, the condition of the deck insulation should be ascertained by inspection. Holes 12 to 18 inches square are cut in the deck. Deck areas of less than 250 square feet require only one hole cut in the center; deck areas exceeding this figure require additional holes cut in the corners. If standing water or excessive moisture is found, leaks should be looked for and repaired. Then the insulation should be dried by blowing warm air through one or more inspection holes while venting through others. When the insulation is dry, the deck should be repaired. When repairs are made to the vertical sheathing, the bulkhead insulation is inspected to determine if the steel structure is corroded. Wet insulation is dried in a manner similar to that used for drying deck insulation.

2. If repairs are sufficiently extensive to require replacement, the spaces are to be restored in accordance with the original specifications.

**39-137. OTHER REFRIGERATED STORES SPACE CONSTRUCTIONS**

1. Minesweepers. Several types of construction are used on these ships.

a. Spaces are constructed in accordance with the hull type plans listed in article 39-131 except that non-magnetic materials are substituted wherever ferrous materials, other than corrosion-resistance steel, are specified on the plans.

b. Spaces are built almost totally of wood except that for sanitary reasons the inner sheathing is corrosion resistant steel. The exterior boundaries are constructed of plywood internally framed and supported off the deck on 2-inch by 4-inch longitudinal beams. A vapor barrier such as asphaltic emulsion and asphalt paper is applied to the interior surfaces of all exterior boundaries. Fibrous glass or mineral fiber insulations are used in these spaces. Breather openings are provided in the inner sheathing bulkheads.

2. Refrigerator ships and other auxiliaries. Though construction varies, the following is representative:

a. Outer boundaries are steel. Bulkhead and overhead supports are generally 2 by 6-inch wood studding. Fibrous glass insulation fills the air space between inner and outer boundaries.

b. Interior sheathing is generally two courses of tongue and groove wood nailed normal to one another to the wood frame with Number 15 asphalt paper between courses. Breather openings are installed.

c. Decks are generally slab cork laid in several courses. Each course is asphalt coated. In way of hatches where added deck loading is expected layers of wooden sleepers or supports laid in a lattice-like fashion normal to one another, provide the necessary additional support.

d. For maximum water-tightness, a soldered lead pan is provided over the cork insulation and flashed 12 inches up all bulkheads. A 1-1/2-inch reinforced concrete surface is laid over the lead with a 1-inch mastic surface covering the concrete.

**39-138. REPAIR OF MINESWEEPER AND AUXILIARIES REFRIGERATED STORES SPACES**

1. Minesweepers. The degree to which the following repair measures should be done will depend on the condition of the space and ship's structure.

a. Where the outer boundary is ship's structure and space is available, the compartment should be rebuilt so that air is free to circulate around all boundaries of the box. This may mean rebuilding to provide external boundaries and supporting the box off the deck. Rot proofing should be provided around all areas where rots might start.

b. Where repairs require exposing the support framing, studding should be re-worked to permit free air circulation within the insulation. Where this would be helpful, vent holes about 3/4-inch in diameter should be drilled at about 24-inch center along the centerline of the framing. Breather plugs should be installed, one in each bulkhead and overhead or one for each large isolated air pocket.

c. Where soldered deck seams require repair, the solder should be removed and the seams welded to provide watertightness up all bulkheads a minimum of 18 inches. Care must be exercised in welding to minimize damage to wood supports.

d. Wood used for repair should be as specified below:

(1) A vapor barrier should be applied if possible on all exterior boundaries (liquid or foil type vapor barriers as approved by the Bureau should be used); where external boundaries cannot be covered, the inside of the external boundaries of the box should be covered with a barrier consisting of one spray coat of bituminous emulsion covered with a Number 15 asphalt paper covered with a final coat of bituminous emulsion.

2. Auxiliaries and reefer ships. A reduction of insulation efficiency of refrigerated spaces is generally due to wet deck insulation. The degree to which the following repair measures should be done will depend on the condition of the space and ship's structure.

a. When extensive deck repairs are indicated the condition of the deck insulation is to be ascertained by inspection. Holes 12 to 18 inches square are to be cut in the deck, the number and location of which will be determined by the size of the space. Deck areas of less than 250 square feet will require only one hole cut in the center; deck areas exceeding this figure, will have additional holes cut in the corners. If standing water or excessive moisture is found leaks should be looked for, repaired, and the insulation dried if feasible (a usual leak is a poorly fitting deck drain). It should be possible to dry fibrous glass or rockwool insulation by blowing warm air through one or more inspection holes while venting through others; it may not be possible, however, to dry cork insulated decks in this manner. Replace insulation when it is clearly evident that corrosion has endangered the integrity of the structure or when the wood sleepers have clearly decayed and replacement is necessary to provide firm support for floor loads. If the structure beneath wet cork insulation is not corroded, the deck may immediately be repaired. Coils or other apparatus originally supported on the deck should be supported on bulkheads or overheads where possible. Where support must pierce the deck insulation, the lead pan and overlaying deck materials should be flashed up about the support a minimum of 2 inches.

a. When repairs are made, inspect bulkhead insulation to determine if the wood or steel structure is corroded or decayed. Wet insulation is to be dried in a manner similar to that used for drying deck insulation.

b. Should repairs to these spaces be sufficiently extensive to require replacement, the spaces are to be restored in accordance with the original specifications. Wood used should have a moisture content of 10 to 15 percent and should conform to specifications listed below. Wood used may also be the same species as originally used but pressure preservative treatment should be as specified below:

39-139

| Use | Wood | Grade | Preservative |
|---|---|---|---|
| Framing | Southern Pine | No. 1 Dimension | Spec. TT-W-571, |
| | Douglas Fir | Construction | Table III |
| Sheathing (under course) | Southern Pine T&G | No. 1 Boards | do. |
| | West Coast Hemlock | Select Merchantable | do. |
| | T&G Douglas Fir | | |
| | T&G Plywood | Construction MIL-P-18066, CL 1 | do. MIL-P-19550 |
| Sheathing (exposed course) | Southern Pine T&G | Industrial 72-58 | No treatment |
| | Douglas Fir T&G | "C" Construction | do |
| | Plywood | Edge Grain MIL-P-18066 CL 3 | |
| | West Coast Hemlock T&G | "C" Construction, Edge Grain | |

1. Where treated wood has been cut in any manner, the exposed area should be treated by a heavy brush coating of preservative, Military Specification, MIL-W-18142, Type A or B.

2. Exposed sheathing should be given three coats of varnish, BUSHIPS formula 80.

3. Fire retardant cellular polystyrene blocks, Military Specification, MIL-P-16591, or cellular glass blocks, Federal Specification HH-I-551, may be used in lieu of cork.

**Part 5. Thermal Insulation for Ducts**

**39-141. APPLICATIONS**

1. Ducts are insulated to reduce transfer of heat between the air carried in the system and the surroundings, and to prevent condensation of moisture on the ducts. In general, supply trunks and ducts which carry unheated outside air are insulated where they pass through, or terminate in, hot or normally heated spaces. This is to prevent condensation on the outside of the ducts in cold weather and chilling of normally heated spaces, and, in warm weather, further heating of the atmospheric air before reaching the space it is intended to cool. Supply trunks and ducts carrying preheated (45° – 60°F.) air are insulated only where they pass through hot spaces. Supply ducts carrying reheated air (about 90°F.) are insulated only to prevent loss of heat where they pass through spaces other than the space served.

2. To prevent discomfort to personnel, ducts carrying reheated air are insulated only where they pass over tiers of berths in the space being served, provided that the difference between the design winter temperature of the space and the temperature of the reheated air is more than 20°F. Exhaust trunks and ducts from engine, boiler, and auxiliary machinery rooms are insulated where they pass through living and working spaces and passages to prevent overheating these spaces. All ventilation trunks and ducts are insulated where they pass through refrigerated or air conditioned spaces to prevent condensation within the trunk

or duct and to reduce the heat load on the refrigerating plant. Housings of cooling coils and all ducts on the discharge side of coils of mechanical cooling systems are insulated. Ventilation heaters are insulated only when installed in the weather (to prevent heat loss), and where necessary in group berthing spaces (to prevent either overheating of the space or injury to personnel).

**39-142. MATERIALS**

1. Ducts are insulated with 1-inch thick fibrous glass insulation felt, Military Specification, MIL-I-16022, Class 5, 3/4-inch thick hard faced fibrous glass insulation board, Military Specification, MIL-T-742, Type I, or 3/4-inch thick unfaced fibrous glass insulation board, Military Specification MIL-I-742, Type II.

2. When fibrous glass insulation felt is used, it is covered either with fibrous glass cloth, Military Specification MIL-C-20079, secured with adhesive, Military Specification MIL-C-3316, Type II, or cotton brattice cloth, Military Specification MIL-C-788, secured with adhesive, Military Specification MIL-C-3004. When unfaced fibrous glass insulation board is used, it is covered with cotton brattice cloth secured with adhesive, Military Specification MIL-C-3004.

3. *Vapor barrier coatings.* When a vapor barrier is required, on duct insulation, the following coatings are used:

a. Vapor barrier coating, Military Specification MIL-C-19993, is used on fibrous glass cloth faced insulation felt or board.

b. Vapor barrier coating, Military Specification MIL-P-876, is used on cotton brattice cloth faced insulation felt or board.

**39-143. INSTALLATION**

1. Insulation is installed and lagged (covered) on ducts, where required, as shown on Hull Type Plan, BUSHIPS No. 805-1749058 and in accordance with the instructions below.

2. Ducts are insulated by applying adhesive on the underside of flat surfaces and other necessary locations, applying the insulation to the duct and tying the insulation in place with 0.049 inch diameter galvanized iron wire or fibrous glass thread, Military Specification MIL-C-20079. Then the insulation felt or the unfaced insulation board, if used, is lagged with fibrous glass or cotton brattice cloth, secured with the specified adhesive. If hard faced fibrous glass insulation board is used on the duct, the joints of the board are covered with fibrous glass tape, Military Specification MIL-C-20079, Class C, secured with adhesive, Military Specification MIL-C-3316, Type II.

3. To apply insulation to ventilation heaters, first cut the hard faced fibrous glass board in panels to fit all surfaces except the standing flanges, beveling the edges of the panels at 45° to permit access to the bolts in the flanges. Coat the surfaces to be insulated with cement and fit the panels to the coated surfaces applying sufficient pressure to insure adherence of the panel to the surface. All seams in the fibrous glass board panels are to be taped with 2 inch wide fibrous glass tape, Military Specification MIL-C-20079, Class C, applied with adhesive cement. To assist in holding the panels in place and to cover the exposed fibrous glass, the beveled boundaries of the panels are to be covered with 3-inch wide fibrous glass tape, leaving a 3/4-inch lap on the standing flange. No lagging

of the fibrous glass board insulation is required.  Casings of cooling coils are generally insulated at the factory. Where the insulation has not been installed prior to delivery, the casings should be insulated as specified above for heaters.

4.  Vapor barrier coatings are required on the finished surface, including flanges, seams and joints of insulated air conditioning ducts and trunks and are applied as follows:

a.  Three alternate coats, white, orange, and white in that order of coating compound, Military Specification MIL-C-19993, over fibrous glass cloth faced insulation board or felt.

b.  One coat, without holidays of vapor barrier coating, Military Specification MIL-P-876, over cotton brattice cloth faced  insulation board or felt.

5.  After installation, the faced insulation is painted to match the other surfaces in the compartment.

39-144.  INSPECTION
The insulation and lagging of ducts should be inspected regularly to ascertain if any damage has been incurred or if condensation has saturated the insulation and lagging. Damage to the insulation is particularly likely to occur on vertical trunks due to passage of personnel.  Condensation may occur under extreme conditions, and insulation which has failed should be replaced.

39-145.  REPAIR
1.  Where bonded fibrous glass insulation or lagging has been damaged, the affected sections should be replaced, following the same procedure given above for installation. Where fibrous glass board has been damaged, it should be repaired if possible, using the method described for repair of fibrous glass hull board insulation or, if that is not practicable, it should be replaced.

2.  Although not directly concerned with the repair of ventilation systems, one point in connection with maintenance is of considerable importance.  When insulation or paint is being removed from a compartment, all ventilation terminals drawing air from the space are to be protected with thin cloth or screen to prevent the entrance of paint and insulation dust and particles.  This is necessary to prevent the creation of a fire hazard through the adherence of paint dust to the interior surfaces of ducts, fans, and heaters, in addition to reduction of the ventilation effectiveness because of clogging.

Part 6.  Acoustical Treatment for Compartments and Ducts

39-151.  APPLICATIONS
1.  Acoustical treatment of compartments and ducts may be necessary to meet the space noise criteria of Section S1-10 of the General Specifications for Ships of the United States Navy.

2.  As a minimum the following spaces are normally provided with acoustical absorptive treatment:
Captain plot
CIC
Modular CIC
Flag plot
Plotting room

Radio control
Sonar control room
Fan rooms are used as intake plenum chambers for air conditioning recirculating systems.

3.  In high noise level areas within spaces such as machinery rooms where intelligible speech communication is required, acoustical absorptive treated telephone booths or enclosed acoustically treated control stations are provided.

4.  Spaces such as Captain's Bridge, Flag Bridge, and Primary Flight Control on aircraft carriers where intelligible speech communication is required, and where exterior noise sources are high level have complex and extensive acoustical treatments designed to maintain the noise level within the spaces at the required level.

39-152.  MATERIALS
The acoustical absorptive treatment consists of fibrous glass sound absorbing blanket, Military Specification MIL-I-15365, sheathed with 0.04 inch thick aluminum, Federal Specification QQ-A-318, perforated with 3/16-inch diameter holes on 3/8-inch centers.

39-153.  INSTALLATION OF ACOUSTICAL ABSORPTIVE TREATMENT
1.  The acoustical absorptive treatment is installed in compartments and ducts, where required, as shown on Hull Type Plan S3901-921905 and is in accordance with Section S39-1 and S39-2 of the General Specifications for Ships of the United States Navy and the instructions below.

2.  One inch thick fibrous glass sound absorbing blanket is used in the treatment of ducts; 2 inch thick blanket in the treatment of compartments.  Perforated aluminum sheathing is secured over the face of the blanket to protect the blanket from damage and to provide a smooth surface.  A minimum one inch air space is maintained between the blanket and the overhead of the space; this air space improves the low frequency absorption properties of the blanket.

3.  Except for fan rooms and modular CIC the treatment is applied on the overhead only of surface ships and on the overhead and boundary bulkheads on submarines.  For fan rooms the treatment is applied on the overhead and bulkheads.  For modular CIC the treatment is applied to boundary bulkheads, both sides of divisional bulkheads and the overhead; treatment is not applied behind large hiding equipment or status board.  Treatment is not applied on doors or the pressure hulls of submarines.

4.  Acoustical absorptive treated telephone booths are generally wall type booths, constructed without doors, but closed on top, back, and sides.  The interior surfaces are treated with sound absorbing fibrous glass blanket sheathed with perforated aluminum sheet.

5.  The perforated sheathing is not to be painted. "DO NOT PAINT", in letters 6 inches high is stenciled on the exposed sheathing.  Plugging the holes of the perforated sheathing can change the sound absorbing properties of the fibrous glass blanket behind the sheathing.

39-154.  INSTALLATION OF OTHER ACOUSTICAL TREATMENT
There are a number of other acoustical treatments, in addition to acoustical absorptive treatment, being used on

39–154

Naval ships. These include treatments for damping the vibration of ship's structures, "resiliently mounted room within a room" treatment for control spaces adjacent to high level noise sources, and audiometric testing booths for testing personnels' hearing. The details of the installation of these various treatments are covered by the detail specifications and working plans for the particular ship.

THERMAL INSULATION                      39–155

**39–155.  INSPECTION**

The acoustical treatments should be inspected regularly to ascertain if any damage has been incurred. Action should be taken to have all damage, including that considered as minor, repaired at once, since the effectiveness of many acoustical treatments depend upon the maintenance of their integrity.

## INDEX

Adhesive materials, 39-13
Asbestos:
  Cloth, application of, 39-32

Bends in piping, 39-31
Boiler steam drums, water drums, and headers,
  insulation of, 39-73
Breather openings, 39-134
Bulkhead expansion joints, insulation of, 39-34

Cold storage spaces:
  Insulation of, 39-131
  Materials used for, 39-132
Cold water piping, insulation of, 39-38
Conduction of heat, 39-2
Convection of heat, 39-2
Covers:
  For piping elements, 39-52
  Methods of making, 39-53

Diesel engine exhaust connections, insulation of, 39-33

Fibrous glass:
  Insulation, repair of, 39-145

Glass cloth and tape, application of, 39-32

Hull insulation:
  Definition of, 39-111

Installation, 39-113
Inspection of:
  Insulation of ventilation systems, 39-144
Insulating materials, 39-11

Insulation:
  Definition of, 39-1
  Thickness of, 39-113

Lagging materials, 39-12
Low pressure distilling plant, installation of, 39-75

Materials, 39-121

Pipe covering:
  Single layer molded, 39-31
  Temperatures from 100°F. to 750°F, 39-36
                     100°F. to 500°F, 39-37
                     501°F. to 900°F, 39-31
Pipe hangers, insulation of, 39-35

Radiation of heat, 39-2
Reciprocating engines, insulation of, 39-71
Refrigerant, 39-39

Sweating, 39-114

Tables of approved insulating materials, 39-21
Thickness of insulation, 39-102
Turbines, insulation of, 39-72

Uptakes, insulation of, 39-74

Valves, fittings, and flanges, insulation of, 39-51; 39-56
Ventilation systems:
  Inspection of insulation, 39-144
  Applications of, 39-141
  Materials used for insulation of, 39-142

## STANDARD PIPE

Note:  Standard Pipe Threads are Tapered ¾" Per Foot.

| Size I.P.S. | Actual O.D. | Approx. I.D. | Thread Per In. | Tap Drill Size | Clearance Drill Size | Sil. Sold. Fit |
|---|---|---|---|---|---|---|
| ⅛ | 0.405 | 0.270 | 27 | 11/32 | 27/64 | 13/32 |
| ¼ | 0.540 | 0.364 | 18 | 7/16 | 9/16 | 35/64 |
| ⅜ | 0.675 | 0.494 | 18 | 27/64 | 11/16 | 43/64 |
| ½ | 0.840 | 0.623 | 14 | 45/64 | 55/64 | 27/32 |
| ¾ | 1.050 | 0.824 | 14 | 59/64 | 1 1/16 | 1 3/64 |
| 1 | 1.315 | 1.048 | 11½ | 1 9/64 | 1 21/64 | 1 5/16 |
| 1¼ | 1.660 | 1.380 | 11½ | 1 23/64 | 1 43/64 | 1 21/32 |
| 1½ | 1.900 | 1.611 | 11½ | 1⅝ | 1 59/64 | 1 29/32 |
| 2 | 2.375 | 2.067 | 11½ | 2 13/64 | 2 25/64 | 2⅜ |
| 2½ | 2.875 | 2.468 | 8 | 2½ | 2 29/32 | 2 57/64 |
| 3 | 3.500 | 3.067 | | | | |
| 3½ | 4.000 | 3.548 | | | | |
| 4 | 4.500 | 4.026 | | | | |
| 4½ | 5.000 | 4.506 | | | | |
| 5 | 5.563 | 5.045 | | | | |
| 6 | 6.625 | 6.065 | | | | |
| 7 | 7.625 | 7.023 | | | | |
| 8 | 8.625 | 7.982 | | | | |
| 9 | 9.625 | 8.937 | | | | |
| 10 | 10.75 | 10.019 | | | | |
| 11 | 11.75 | 11.000 | | | | |
| 12 | 12.75 | 12.000 | | | | |



CHILLED WATER SYSTEM
ON MODERN D.L.G.

## CHAPTER X

### SUGGESTED TRAINING PROGRAM

TRADE: PIPE COVERER AND INSULATOR

The following schedule of areas, with elements in each area, shows the approximate number of hours of training which shall be followed as closely as possible considering the work available.

| | | |
|---|---|---|
| AREA "A" SHOP WORK | | 1480 |
| | | |
| 1. INDOCTRINATION | | 40 |
| 2. PORTABLE FABRICATION | | |
| (a) Layout | | 200 |
| (b) Molding | | 160 |
| (c) Cutting | | 120 |
| (d) Machine Sewing | | 200 |
| (e) Attaching hooks | | 40 |
| (f) Other | | 200 |
| | | |
| 3. CORK FABRICATION | | |
| (a) Layout | | 40 |
| (b) Cutting | | 160 |
| (c) Molding | | 40 |
| | | |
| 4. MISCELLANEOUS | | 80 |
| (a) Shop Equipment | | |
| (b) Other | | |
| | | |
| 5. MISCELLANEOUS | | 200 |
| | | |
| AREA "C" DESIGN | | 360 |
| AREA "D" P&E | | 240 |
| | | |
| SHIP AND SHOP HOURS | | 6288 |
| SCHOOL HOURS | | 1200 |
| | | |
| TOTAL | | 7488 |

| | | |
|---|---|---|
| AREA "B" SHIP WORK | | 4208 |
| | | |
| 1. PORTABLE INSULATION LAYOUT | | |
| (a) Measuring Sketch Tags | | 320 |
| (b) Templating | | 40 |
| | | |
| 2. MATERIAL PROCUREMENT | | |
| (a) Ordering Material | | 218 |
| | | |
| 3. INSULATION REMOVAL | | 160 |
| | | |
| 4. INSULATION OF PIPING SYSTEMS | | |
| (a) Cold Water Systems | | 400 |
| 1. Blanket Glass | | |
| 2. Snap-on Glass | | |
| (b) High-Temperature Steam | | 400 |
| (c) Low-Temperature Steam | | 300 |
| (d) Refrigeration | | 320 |
| 1. Measuring Sketch Tag | | 40 |
| 2. Cork Sectional-Block | | |
| 3. Foam Glass Sectional-Block | | |
| (e) Ventilation Ducts | | 160 |
| (f) Ventilation Heaters | | 120 |
| (g) Drainage Systems | | 80 |
| | | |
| 5. IRREGULAR SURFACES | | |
| (a) Valves and Fittings | | 400 |
| (b) Pumps and Turbines | | 200 |
| (c) Tanks - Boilers | | 120 |
| (d) Bulkhead Insulation | | 120 |
| 1. Sound Proofing | | |
| 2. Refrigeration Spaces | | |
| (e) Other | | 210 |
| | | |
| 6. MISCELLANEOUS | | 600 |

107



WORKING IN CONFINED SPACES ONBOARD
A NAVAL VESSEL.



COMPARTMENT AND DECK NUMBERING PRIOR TO 1936



COMPARTMENT AND DECK NUMBERING 1936 TO PRESENT

# HOW TO DETERMINE THE KEY TO COMPARTMENT NUMBERING ON SHIP

**1. To determine deck numbering:**

Starting on the main deck, enter a numbered compartment on this deck. The numbers will be either 600 or 100 numbers. Then go to the second deck and notice the numbering. On ships with 600 numbers on the main deck, the second deck will have 500 numbers and decreasing each deck so that the hold will have 100 numbers. On ships with 100 numbers on the main deck and 200 on the second deck the numbers will increase to 600 in the hold on battleships or 400 numbers on the hold of destroyers.

**2. To determine the major watertight divisions for numbering:**

Starting forward on the second or third deck go aft, noticing the compartment numbering. Forward section will be "A" which includes all sections forward of the boiler room bulkhead. As you go aft "B" section will be next. "B" section will be the space occupied by the boiler rooms. The "C" section comprising of the engine rooms. "D" section includes all compartments aft of the engine room bulkhead. On more recent ships you will find that only A-B-C sections are found. "A" section all compartments forward of the forward boiler room bulkhead, "B" section boiler and engine rooms. "C" section all compartments aft of the after engine room bulkhead.

## COMPARTMENTATION, NOMENCLATURE AND LABELING

**I. Nomenclature of Decks.**

a. The highest deck extending from stem to stern is called the Main Deck.

b. Decks above the Main Deck:

1. Partial deck above the Main Deck at the bow is called the Forecastle Deck.

2. Partial deck above main deck at the stern is called the Poop Deck.

3. Partial deck above the main deck extending from the waist to either bow or stern is called the Upper Deck.

4. Partial deck above the main, upper, forecastle or poop deck and not extending to the side of the ship is called the Superstructure Deck.

c. Decks below the main deck:

1. Complete deck below the main deck is called the Second Deck.

2. Where there are two or more complete decks below the main deck, they are called the Second Deck, Third Deck, Fourth Deck, etc.

3. Partial deck above the lowest complete deck and below the main deck is called the Half Deck.

4. Partial deck below the lowest complete deck is called the Platform Deck.

5. Where there are two or more partial decks below the lowest complete deck, they are called the First Platform, Second Platform, etc.

d. Protective Decks:

1. Decks which for protective purposes are fitted with plating of extra heaviness and strength are called Protective and Splinter Decks in addition to their regular names.

2. Where there is only one such deck it is called the Protective Deck.

3. Where there are two such decks, that having the thicker plating is called the Protective Deck and that having the lesser plating is called the Splinter Deck.

**II. Numbering Compartments.**

a. Division of ship:

1. Ship is divided into three principal divisions, A, B, and C.

(a) Division A—comprises all the space between the stem and the forward transverse bulkhead of the forward machinery compartment.

(b) Division B—comprises all the space between the forward transverse bulkhead of the forward machinery compartment and the after transverse bulkhead of the after machinery compartment.

(c) Division C—comprises all the space aft of the after transverse bulkhead of the after machinery compartment.

2. Machinery compartment means—boiler rooms, engine rooms, main motor rooms, and compartments containing auxiliaries of the main propelling machinery.

3. Main compartment with permanent openings to the top side such as boiler rooms,

shall be considered as completely bound by tight structure for numbering purposes.

4. The foregoing division of the ship is true only of ships built after 1936. For those built prior to 1936, the ship is divided as follows:

(a) "A" Division comprises all spaces forward of forward boiler room's forward bulkhead.

(b) "B" Division comprises all spaces between the forward bulkhead of the forward boiler room and the after bulkhead of the after boiler room.

(c) "C" Division comprises all spaces between the after bulkhead of the after boiler room and after bulkhead of the after engine room.

(d) "D" Division comprises all spaces aft of the after bulkhead of the after engine room.

b. Numbering:

1. All numbers in each division shall begin at the forward end of that division.

2. Compartments on the starboard side of the ship shall have odd numbers; those on the port side shall have even numbers.

3. All compartments and spaces that are completely bounded by watertight, oiltight, airtight, or fumetight structure shall be numbered.

4. Oiltight and watertight compartments on the main deck shall be numbered from 101 to 199 and those on each successive deck or platform below the main deck shall be numbered in the next higher hundred series. For instance, the second deck shall be numbered from 201 to 299; the third deck from 301 to 399, etc.

5. Watertight compartments on the next deck or partial deck above the main deck shall be numbered 0101 to 0199, and those on the next higher decks shall be numbered in the next higher hundred series prefixed with a zero.

6. Example: A ship that has a superstructure, forecastle main, second, third deck, and a first and second platform.

(a) Superstructure Deck ____0201 to 0299
(b) Forecastle Deck _____0101 to 0199
(c) Main Deck _____ 101 to 199
(d) Second Deck _____ 201 to 299

(e) Third Deck _____ 301 to 399
(f) First Platform _____ 401 to 499
(g) Second Platform _____ 501 to 599
(h) Hold _____ 601 to 699
(i) Double Bottoms _____ 901 to 999

7. On modern destroyers the compartment numbers are as follows:

(a) Main Deck _____101 to 199
(b) First Platform _____201 to 299
(c) Second Platform _____301 to 399
(d) Hold _____401 to 499

8. Compartments with no deck, extending from inner bottom or outside plating through two or more deck spaces such as protective layers, engine rooms, boiler rooms, deep peak tanks, fuel oil tanks, etc., shall be numbered from 1 to 100.

9. The number of a compartment shall always be prefixed with the letter indicating the general division of the ship and separated by a hyphen as A-21, B-3, etc.

10. The number of a compartment shall be followed by a designating letter as follows:

(a) "A" for storerooms such as band room, refrigerator compartments, storerooms proper, tool and supply rooms, and unassigned compartments usable as storerooms.

(b) "B" for battery compartment such as torpedo rooms, and all compartments within turrets and handling rooms.

(c) "C" for ship control and fire control compartments such as central, coding room, interior communication, main communication station, plotting room, radio rooms, switchboard rooms, and torpedo racking room.

(d) "E" for Machinery compartments such as blower room, boiler room, evaporator room, workshop, main engine room, main motor room, laundry, pump room, shaft alley, steering gear room, etc.

(e) "F" for fuel compartment such as Diesel Oil compartments, relay tank rooms, etc.

(f) "LUB" for lubricating oil storage tanks.

(g) "GAS" for gasoline compartments.

(h) "L" for living compartment such as crews' spaces, officers' quarters, etc.

111

(i) "M" for ammunition spaces such as bomb magazines, handling rooms, except turrets, powder magazines, shell rooms, small arms magazines, etc.

(j) "T" for trunks and passages having numbers.

(k) "V" for void compartments such as cofferdam compartments, void double bottom compartments, etc.

(l) "W" for water compartments such as drainage tanks, fresh water compartments, peak tanks, reserve feed compartments, etc. Examples:

A-301-A, B-101-A, C-205-L, etc.
The numbering of decks in the foregoing is true of ships built after 1936. For those built prior to 1936, the deck are numbered from the hold as follows:

    (a) Hold _____ 101 to 199
    (b) Second Platform _____ 201 to 299
    (c) First Platform _____ 301 to 399
    (d) Third Deck _____ 401 to 499
    (e) Second Deck _____ 501 to 599
    (f) Main Deck _____ 601 to 699
    (g) Upper Deck _____0101 to 0199
    (h) Superstructure Deck ___0201 to 0299

The rest of the numbering is similar in both types of ships.

### III. Labeling.

a. Abbreviations on label plates:

1. Amm. _____Ammunition
2. A. T. _____Airtight
3. Aux. _____Auxiliary
4. B. H. _____Bulkhead
5. C & R _____Construction and Repair
6. Circ. _____Circulating
7. Comp't _____Compartment
8. C. P. O. _____Chief Petty Officers
9. Cu. Ft. _____Cubic Feet
10. Dis. _____Discharge
11. E. _____Engineering
12. Elec. _____Electric
13. Equip. _____Equipment
14. Evap. _____Evaporator
15. For'd _____Forward
16. F. O. _____Fuel Oil
17. F. T. _____Fume Tight
18. Ft. _____Feet or Foot
19. F. W. _____Fresh Water
20. Gals. _____Gallons
21. In. _____Inches
22. J. O. _____Junior Officers

23. Lub. _____Lubricating Oil
24. Mag. _____Magazines
25. M. H. _____Manhole
26. Med. _____Medical
27. M. T. _____Flame Tight
28. Nav. _____Navigation
29. N. T. _____Non-Tight
30. Offs. _____Officers
31. Ord. _____Ordnance
32. O. T. _____Oil Tight
33. Ready S. Mag. _Ready Service Magazine
34. Salut. Pwdr. _____Saluting Powder
35. S. D. _____Supply Department
36. Sergt. _____Sergeant
37. Stbd. _____Starboard
38. Suc. _____Suction
39. T. _____Tons
40. Torp. _____Torpedo
41. Trans. _____Transverse
42. Vent. _____Ventilation
43. V. T. _____Voice Tube
44. W. _____Weathertight
45. W. C. _____Water Closet
46. W. L. _____Waterline
47. W. O. _____Warrant Officer
48. W. R. _____Ward Room
49. W. T. _____Watertight

b. Securing of label plates:

1. Round head machine screws where thickness will permit. The hole in oiltight or watertight structure shall not pierce the structure.

2. Rivets used where thickness of metal is not enough for machine screws.

3. Wood screws used for securing to wood.

IV. Compartments, doors, hatches and manholes. Inscription on doors, hatches or manholes shall give the door, hatch or manhole number, compartment description and compartment number. They are combined with capacity plates, wherever possible.

a. First line gives number of hatch, door or manhole as (4-16-2).

1. First number is deck number.

2. Second number is frame just forward of hinge of door.

3. Third number is the number of the door—even numbers on the port side and odd numbers on the starboard side.

b. Second line gives description of com-

partment as C.P.O. Stores.

c. Third line gives compartment number.

1. This number designates only the number of the compartment to be entered unless—

2. When the door opens on a trunk from which a number of compartments have access, the label plate shall designate all the compartments accessible.

V. Frame numbers and bulkheads.

a. At least every fifth frame is numbered in the principal living compartments and wherever necessary elsewhere. Frame numbers are combined with door numbers wherever possible.

b. Each transverse bulkhead has at least one number plate in each compartment—also combined with door plates wherever possible.



**Figure 1**

VI. Other label plates.

a. For obtaining accurate measurements from base lines and center lines, plates are installed showing center lines and height from base line as in Figure 1 and 2.

b. Capacity plates are combined with door, hatch, or compartment numbers wherever possible.



**Figure 2**

1. Label plates for oil and water tanks have the compartment or tank description and number on the top line and the capacity on the lower line as:

Reserve Feed B-903
20 T

2. Label plates for drinking water tanks shall give capacity in gallons and tons as:

Fr. W. Tank A-603
7482 Gals.-27.3 T

3. Capacities of F. O. and D. O. tanks are given in gallons and tons—other oil tanks' capacities are given in gallons only.

VII. Piping system identification labels.

a. The label indicates the purpose of the fitting such as Fire Main Cutout, Drain blkhd. stop, Drain B-1, etc.

b. The label contains number of fitting as per numbering doors. The first part indicates the number of the deck, the second part indicates the frame number, and the third part indicates the number of the fitting.

c. Numbers assigned to valves and fittings in voids, tanks and other spaces which are usually kept closed are determined by the location of the distant control gear nearest the valve or fitting from which it is usually operated. Other valves and fittings are numbered from the location of the valve or fitting itself and the operating station shall carry the number of the valve.

113

d.  Voice tube numbers are assigned serially in accordance with V. T. list and are prefixed by V. T. instead of a number of a deck as: V. T. 24.

e.  Examples:

1.  Fire plug labels also indicate the number of the cutout valve serving that particular fire plug as:

Fire plug 3-40-1

Cutout 5-46

This label indicates a fire plug on the 300 deck at frame 40 on the stbd. side with cutout valve operable on the 500 deck at Fr. 46.

2.          F. O. Suc. B-85

3-76-1

This label indicates a F.O. suction valve from F.O. tank B-85-F. The valve is operable on the 300 deck at Fr. 76 on the stbd. side. This label will be on the valve and the operating gear.

3.          Sound. C-905 F

This label indicates a sounding station for F.O. tank C-905 F.

4.          Flood Mag. A-408

4-37-2

This label indicates a magazine flooding

valve for A-408 M. The valve is located on the 400 deck at Fr. 37 on the port side. The label is fitted on the valve or attached to a bulkhead or beam in the vicinity of valve.

5.  No numbers are assigned to valves or fittings on sounding tubes, air escapes and filling connections.

VIII.  Closure classification labels.

a.  Installed on doors, hatches and manholes.

b.  Installed on valves, manifolds and operating gear on all systems except those which are obviously closed when not in use as: Fire plugs, suction valves from F.O. tanks, transfer lines to F.O. tanks, sprinkling system valves, etc.

c.  X—Closed at all times except for inspection or continuous use.

Y—Closed outside of working hours.

Z—Closed in action or emergency.

V—Closed at all times during Wartime cruising.

W—Open during action.