*1    Submitted 12/1/85*

# REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

**1. DATE OF REQUEST**
16SEP1985

**REQUEST FOR OFFICIAL TRAVEL**

**2. NAME** *(Last, First, Middle Initial)*
FOREAN, SAMUEL A.     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

**3. POSITION TITLE AND GRADE OR RATING**
OCCUPATIONAL MEDICINE CONSULTATION COORD
GS-14

**4. OFFICIAL STATION**
NAVY ENVIRONMENTAL HEALTH CENTER
NAVAL STATION, NORFOLK, VA  23511

**5. ORGANIZATIONAL ELEMENT**
OCCUPATIONAL HEALTH DEPT

**6. PHONE NO.**
444-4657

**7. TYPE OF ORDERS**
SINGLE

**8. SECURITY CLEARANCE**
SECRET CLNC BASED ON
NAC COMP 01AUG73 BY
CO/NAVC-DIS

**9. PURPOSE OF TDY**
HISTORY OF NAVY OCCUPATIONAL HEALTH/
RESEARCH FOR WORKSHOP PRESENTATION
(OTHER)

**10a. APPROX NO. OF DAYS OF TDY** *(Including travel time)*
3

**b. PROCEED O/A** *(Date)*
18 SEPTEMBER 1985

**11. ITINERARY**   VARIATION AUTHORIZED
NATIONAL ARCHIVES BRANCH, SUITLAND, MD AND IN AND AROUND SUITLAND, MD; NATIONAL
ARCHIVES, NAVAL HISTORY MUSEUM, WASHINGTON NAVY YARD, NAVMEDCOM, WASHINGTON, DC AND IN
AND AROUND WASHINGTON, DC AND RETURN NORFOLK, VA

**12. MODE OF TRANSPORTATION**

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE *(Check one)* |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | RATE PER MILE: |

☐ MORE ADVANTAGEOUS TO GOVERNMENT

☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*

☐ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

**13.**  ☒ PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM *(Specify)*

**14. ESTIMATED COST**

| PER DIEM | TRAVEL | OTHER | TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $ 225.00 | $ --- | $ 140.00 | $ 365.00 | $ 283.00 |

**16. REMARKS** *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*
UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION
WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY.  LODGING RECEIPTS
REQUIRED.  RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00.  RENTAL CAR AUTH-
ORIZED.  AUTHORIZED ETAC NEGOTIATED COMPACT CAR (A) APPROXIMATELY 600 MILES FOR 3 DAYS.
PHONE CALLS FOR OFFICIAL BUSINESS ARE APPROVED FOR PAYMENT.

**17. REQUESTING OFFICIAL** *(Title and signature)*

**18. APPROVING OFFICIAL** *(Title and signature)*
CAPT J. J. BELLANCA, MC, USN, COMMANDING
OFFICER

**AUTHORIZATION**

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER *(Tango)* NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1751804.1805 | 000 | 68546 | 0 | 66918 | 2D | 50W713 | 71540338113 (C) |

**20. ORDER AUTHORIZING OFFICIAL** *(Title and signature)* OR AUTHENTICATION
CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

**21. DATE ISSUED**
16 SEPTEMBER 1985

**22. TRAVEL ORDER NUMBER**
N685468550N0713

**DD FORM 1610**   1 JUN 67     S/N 0102-LF-016-7702

NAVY OVERPRINT - JAN. 1971

## REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

| | |
|---|---|
| 1. DATE OF REQUEST | 15 AUG 85 |

### REQUEST FOR OFFICIAL TRAVEL

**2. NAME** *(Last, First, Middle Initial)*
FURMAN, SAMUEL A.   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

**3. POSITION TITLE AND GRADE OR RATING**
OCCUPATIONAL MEDICINE CONSULTATION COOR.   GS-14

**4. OFFICIAL STATION**
NAVAL ENVIRONMENTAL HEALTH CENTER, NAVAL STATION, NORFOLK, VIRGINIA 23511

**5. ORGANIZATIONAL ELEMENT**
OCCUPATIONAL HEALTH DEPARTMENT

**6. PHONE NO.**
444-4657

**7. TYPE OF ORDERS**
SINGLE

**8. SECURITY CLEARANCE**
SECRET CLNC BASED ON BAC COMP 01 AUG 73 BY DODNACC-DIS

**9. PURPOSE OF TDY**
MISSION

**10 a. APPROX NO. OF DAYS OF TDY** *(Including travel time)*
4

**b. PROCEED O/A** *(Date)*
20 AUGUST 1985

**11. ITINERARY**   ☒ VARIATION AUTHORIZED

NATIONAL ARCHIVES, MEDCOM, NAVY HISTORICAL MUSEUM, WASHINGTON, DC, AND IN AND AROUND WASHINGTON, DC AND RETURN NORFOLK.

**12.** MODE OF TRANSPORTATION

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE *(Check one)* |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | |

☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*

RATE PER MILE:
☐ MORE ADVANTAGEOUS TO GOVERNMENT
☒ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

**13.** ☒ PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM *(Specify)*

**14.** ESTIMATED COST

| PER DIEM | TRAVEL | OTHER | TOTAL | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|
| $300.00 | $78.90 | $25.00 | $403.00 | $322.00 |

**16. REMARKS** *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*

UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY. LODGING RECEIPTS REQUIRED. RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00. POC IS AUTHORIZED FOR USE IN AND AROUND TDY STATION ON OFFICIAL BUSINESS. AUTHORIZED TO DEPART FROM AND RETURN TO RESIDENCE IN VIRGINIA BEACH, VA. OWNERS AND OPERATORS STATEMENT:   I certify that I am the owner and operator of the private conveyance utilized and primarily responsible for the operating expenses thereof:  LICENSE:  PA 09365Y

**17. REQUESTING OFFICIAL** *(Title and signature)*

**18. APPROVING OFFICIAL** *(Title and signature)*
CAPT J. J. BELLANCA, MC, USN
COMMANDING OFFICER

### AUTHORIZATION

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER (Tango) NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1751804.1580 | 000 | 68516 | D | 66818 | 2D | 50N673 | 6753771N3113(2) |

**20. ORDER AUTHORIZING OFFICIAL** *(Title and signature)* OR AUTHENTICATION

CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

**21. DATE ISSUED**
15 AUGUST 1985

**22. TRAVEL ORDER NUMBER**
N63546855U80673

**DD FORM 1610** 1 JUN 67    S/N 0102-LF-018-7702

NAVY OVERPRINT · JAN. 1971

## REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL

*(Reference: Joint Travel Regulations)*
Travel Authorized as Indicated in Items 2 through 21.

**1. DATE OF REQUEST**
30 JULY 1985

**REQUEST FOR OFFICIAL TRAVEL**

**2. NAME** *(Last, First, Middle Initial)*
FORMAN, SAMUEL A.   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

**3. POSITION TITLE AND GRADE OR RATING**
GS-14
OCCUPATIONAL MEDICINE CONSULTATION COOR.

**4. OFFICIAL STATION**
NAVY ENVIRONMENTAL HEALTH CENTER
NAVAL STATION, NORFOLK, VIRGINIA 23511

**5. ORGANIZATIONAL ELEMENT**
OCCUPATIONAL HEALTH DEPT.

**6. PHONE NO.**
444-4657

**7. TYPE OF ORDERS**
SINGLE

**8. SECURITY CLEARANCE**
SECRET CLRC BASED ON
BAC COMP 01 AUG 73
BY DODNAEC-DIS

**9. PURPOSE OF TDY**
MISSION
(SPECIAL MISSION)

**10a. APPROX NO. OF DAYS OF TDY** *(Including travel time)*
5

**b. PROCEED O/A** *(Date)*
5 AUGUST 1985

**11. ITINERARY**   ☒ VARIATION AUTHORIZED

HARVARD MEDICAL SCHOOL AND SCHOOL OF PUBLIC HEALTH LIBRARIES, BOSTON, MA AND IN AND AROUND BOSTON, MA AND RETURN NORFOLK, VA

**12.**                                    **MODE OF TRANSPORTATION**

| COMMERCIAL | | | | GOVERNMENT | | PRIVATELY OWNED CONVEYANCE *(Check one)* |
|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP |
| | X | | | | | |

**RATE PER MILE:**

☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER *(Overseas Travel only)*

☐ MORE ADVANTAGEOUS TO GOVERNMENT

☐ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION & RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

**13.** ☒ PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM *(Specify)*

**14.**                               **ESTIMATED COST**

| PER DIEM | TRAVEL | OTHER | TOTAL | **15. ADVANCE AUTHORIZED** |
|---|---|---|---|---|
| $375.00 | $120.00 | $50.00 | $545.00 | $120.00 |

**16. REMARKS** *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.)*
UTILIZATION OF GOVERNMENT FACILITIES NOT REQUIRED AS IT IS CONSIDERED SUCH UTILIZATION WOULD ADVERSELY AFFECT PERFORMANCE OF ASSIGNED TEMPORARY DUTY. LODGING RECEIPTS REQUIRED. RECEIPTS REQUIRED FOR ALL EXPENSES INCURRED OVER $25.00. COMMERCIAL AIR IS AUTHORIZED. AUTHORITY TO USE TAXI/LIMO SERVICE. LIBRARY USER AND COPIER FEE AUTHORIZED. PHONE CALLS FOR OFFICIAL BUSINESS ARE APPROVED FOR PAYMENT.

**17. REQUESTING OFFICIAL** *(Title and signature)*

**18. APPROVING OFFICIAL** *(Title and signature)*
CAPT J. J. BELLANCA, MSN, USN, COMMANDING OFFICER

**AUTHORIZATION**

| APPROPRIATION AND SUBHEAD | OBJECT CLASS | BUREAU CONTROL NUMBER | SUB-AUTH | AUTHORIZATION ACCOUNTING ACTIVITY | TYPE | TRAVEL ORDER *(Tango)* NO. | COST CODE |
|---|---|---|---|---|---|---|---|
| AA1751304.1880 | 000 | 68546 | 0 | 66918 | 20 | 58N603 | 6033555N3113(E) |

**20. ORDER AUTHORIZING OFFICIAL** *(Title and signature)* **OR AUTHENTICATION**
CAPT J. J. BELLANCA, MC, USN, COMMANDING OFFICER

**21. DATE ISSUED**
30 JULY 1985

**22. TRAVEL ORDER NUMBER**
68546658N60N603

**DD FORM 1610**   1 JUN 67   S/N 0102-LF-016-7702

NAVY OVERPRINT - JAN. 1971