This material may be protected by copyright law (Title 17 U.S. Code).

# US Navy Shipyard Occupational Medicine through World War II

Samuel A. Forman, MD, MPH

*For more than 60 years the US Navy has maintained occupational health programs for its civil service workers in shipyards, arsenals, and aircraft repair facilities. The early history of the organization, people, and professional activities dedicated to the health of this large federal industrial workforce is examined.*

*Early efforts were stimulated by increasingly complex naval technology and worker compensation law. During World War II training, clinical, and preventive programs were pursued vigorously. Navy occupational health paralleled and at times led the development of occupational medicine and industrial hygiene in America.*

The history of United States Navy occupational medicine encompasses health aspects of one of the largest federal industries during peace and war. It is a history paralleling, and at times leading, the development of occupation health in this country. This paper utilizes mostly primary sources to trace the origins of Navy occupational medicine through 1945, ending with the Second World War demobilization. The latter period marked a pause in professional progress and later activities are both within living memory and have been discussed elsewhere.[1]

In the late 19th century new seagoing technologies multiplied naval health hazards. Introduction of iron warships made naval construction and repair a diverse, heavy industry (Fig. 1). An array of occupational activities that were essentially unknown in the days of wooden ships and sail propulsion characterized work supporting the new fleets. In addition to the age-old injury problems of falls from scaffolding and rigging, there were hazards incident to riveting, welding, painting with rust-inhibiting lead paints, chipping, sandblasting, metal casting, ordnance loading, and electric wiring.

Several occupational health problems were recognized by 1900, but little preventive action was taken. For example, deafness among boilermakers and gunners mates was an accepted fact of life.[2] Toxic conditions gained attention only if they afflicted many people and compromised a ship crew's readiness for duty.[3] Greater preventive medical interest was shown in the prevalent and pressing problems of sailors such as infectious diseases and minimally adequate shipboard ventilation.[4,5]

The health of civil service workmen in many shipyards and arsenals received little attention. Injuries might be treated in the station military dispensary,[6] at the discretion of the commanding officer. There was no provision for disability benefits if a prolonged health problem occurred.

Worker compensation laws enacted in the first 2 decades of the 20th century placed financial responsibility for occupational injuries on the employer. The first comprehensive compensation plan for federal employees became law in 1916. Unlike state plans, which were most often administered by insurance companies, benefits for Navy civil service workers were administered directly by the government through its Employees Compensation Commission. The aggregate bill for benefits was served to the Secretary of the Navy each year. Financial losses resulting from civil service employee worker compensation were deducted from the Navy budget. As dollar losses became a highly visible and painful reminder of occupational health issues, occupational health, previously an obscure topic, gained a measure of recognition.

The First World War witnessed a large increase of industrial activities in shipyards and supporting shore stations. More Navy physicians recognized that occu-

From the Occupational Medicine Division, Navy Environmental Health Center, Norfolk, VA 23511. Present address: Health and Safety Division, The Procter and Gamble Company, Ivorydale Technical Center, Cincinnati, OH 45217.

The views presented are those of the author and do not represent the official position of the Department of the Navy or the Naval Medical Command.

0096-1736/96/9001-0028$02.00/0
Copyright © by American Occupational Medical Association

28



Fig. 1. Introduction of iron warships made naval construction and repair a diverse, heavy industry. The crew of USS Monitor observes its riveted iron turret and rifled steel cannon following the battle with CSS Virginia in 1862. (Courtesy of US Navy Imaging Command, Washington, DC)

pational health services, then consisting mostly of injury care and employment physical examinations, helped keep the work force on the job.[7,8] Although a few locations developed rudimentary occupational clinics, such interest remained the exception.

Poor compensation experience, as measured by both dollars and lost-time injuries, attracted critical comment from the Federal worker compensation program, whose administrator requested inspections of several Navy shipyards in 1917.[9] Detection and correction of toxic industrial hazards initially received a secondary priority to control of numerous and evident safety hazards.[10] Even so, Navy workers were maimed by exposed belt drives long after these dangerous mechanisms were safely enclosed in most private industrial establishments.

As WW I progressed, ineffective occupational health programs came to be recognized as impairing the war effort through needless waste of industrial manpower. Although plans for better services within both the Navy and the private sector took shape in mid-1918,[11,12] the end of the war halted their implementation. Navy government industries were rapidly demobilized to peacetime levels.

One legacy of the war years remained to sustain and advance the nucleus of a full-time Navy occupational medicine function. Criticism by the Employee Compensation Commission and the Secretary of the Navy for poor compensation cost experience led to ongoing programs in both safety and industrial hygiene. In 1917, a safety engineer was appointed and others were later assigned to each shipyard. In 1929, full-time medical officers were assigned to assist each safety officer in occupational health matters.[13] At the Navy Bureau of Medicine and Surgery, occupational medicine responsibilities were added to its preventive medicine division. From the beginning, organized occupational health was focused on the civil servants laboring in Navy shipyards.

An early initiative came from Dr Robert Jones at the Navy Bureau of Medicine and Surgery, who recommended periodic physical examinations for a variety of occupations based on their potential toxic exposures. Of interest, screening of asbestos workers for pulmonary diseases was recommended along with examinations for more widely recognized conditions such as silicosis and lead poisoning.[14] Unfortunately, resources to provide such services were most often not obtainable from each base's commanding officer.

Nevertheless, a new vigor and purpose came to occupational health programs. Some performed excellent services for the Navy and workers at their locations. Boston Naval Shipyard Clinic sent one of its doctors in 1922 to complete postgraduate occupational medicine studies at the Harvard School of Public Health.[15] In 1925, Dr Ernest Brown completed a survey of lead poisoning in Philadelphia Naval Shipyard welders. He exhibited a disciplined and wide-ranging approach including clinical assessment, evaluation of work practices, and environmental sampling. Not content with passively describing the workplace, he devised hazard control strategies including altered work practices and adaptations of respiratory protection equipment.[16]

Other bases lagged in their occupational health and safety efforts. In some instances the occupational physician might retreat into the clinic to be exclusively occupied with acute injury treatment. Military base safety officers were often untrained and ineffective.[17]

There was a growing appreciation for the importance of job-specific pre-employment physical examinations.[18] Unlike active duty sailors who had to pass an induction "pre-employment" examination before donning the uniform, civilian employees were examined only when required by the base commanding officer and under general guidelines of the Civil Service Commission. Pre-

employment examinations comprised a significant enterprise for the 1990s work force numbering almost 60,000

Uniformed Navy personnel continued to receive variable occupational medical services. Almost from their introduction into the service, hazards inherent in aircraft and submarine environments gained the attention of dedicated medical professionals. When other occupational conditions were addressed at all, it was often in the context of a health problem severe enough to immediately impair health and fitness for duty. Examples include sailors' noise-induced hearing loss,[10,20] lead encephalopathy,[21] nitroglycerin poisoning,[22] and painting solvent intoxication.[23] These endeavors remained distinct from organized Navy occupational medicine, which remained oriented toward civil service worker health.

By the end of the 1930s, a small, full-time group of occupational health physicians had been in place for a number of years.[24] A few physicians, like Dr Ernest Brown, achieved superior competence in the practice of occupational medicine. Although all programs had not been uniformly successful, and adequate resources were hard to come by, the organization was poised to meet requirements arising from an anticipated industrial mobilization.[25]

As war clouds gathered, Rear Admiral Charles Stephenson (Fig. 2), in charge of preventive medicine at the Navy Bureau of Medicine and Surgery, faced the challenge of building upon the modest Navy occupational health program of the previous decades. The general approach to maritime industries was already being discussed. Navy yards, arsenals, and air stations would gear up to produce and maintain specific, often complex ships and weapons, yet remain flexible enough to accommodate anticipated battle repairs. Using an organizational model revived from WW I, the US Maritime Commission would give contracts to private companies to mass-produce vessels such as "Liberty" transport ships and landing assault craft.

Immediate challenges included defining the scope of Navy occupational health, obtaining the backing of the military hierarchy, and staffing the effort with trained individuals. A coherent blueprint for the content of military occupational health was provided by Dr Ernest Brown. He envisioned services to include clinical care for injuries, job placement medical certifications, surveillance examinations for noxious work exposures, and workplace hazard inspections and controls.[26,27]

The next challenge was providing skilled manpower at a time when large industries monopolized the few qualified people.[28] The most viable answer was a timely proposal from Philip Drinker at the Harvard School of Public Health for training military officers in short courses of instruction.[29] Professor Drinker was already a well-known authority who had invented the "iron lung" mechanical respirator in 1929,[30] devised means to quantify and control industrial dust exposures,[31] and pioneered concepts in permissible exposure limits. Stephenson sent two bright Navy physicians, Drs Otto Burton and Howard Karl Sessions, to complete the occupational medicine master's degree program at Harvard during 1941.

Concurrently, Stephenson worked to empower the organization to tackle expanded responsibilities without external interference. An unsolicited attempt by the Public Health Service to perform occupational health inspections of naval facilities was promptly declined,[32,33] reportedly with the support of President Roosevelt.[34] For industrial activities all occupational health services would be provided from within the Navy.

The new Navy program was adopted and announced with some fanfare[35] (Fig. 3). It included pre-employment examinations,[36] injury care, medical surveillance for known occupational health hazards, and industrial hygiene field surveys. Shipyards developed well-staffed occupational health services manned by professionals in uniform and comprising both clinical and industrial hygiene divisions. These were located at the largest industrial facility in each of the 12 naval districts and lent occupational health support to smaller naval facilities in their areas.[37]

Key manpower was to be provided by training uniformed officers in short courses as proposed by Philip Drinker. By the war's close some 111 naval officers had completed the courses, most classes having convened at Harvard[38] and a few at Columbia[39] Schools of Public Health. Of interest, 29 officers, unlike their classmates, were non-physicians, a group comprising one of the first formal training programs in modern industrial hygiene. Both physicians and hygienists shared formal lectures but separated during laboratory periods. Doctors attended industrial clinics and hygienists learned sampling strategies, laboratory assays, and hazard-control techniques. An additional 16 hygienists were taken on active duty, having already gained experience in industrial settings.

The role of occupational health within the US Mari-



Fig. 2. Rear Admiral Charles S. Stephenson (1887–1965) was instrumental in designing and implementing the Navy occupational medicine program during WW II. (Courtesy of the Naval Medical Command, Washington, DC)



Fig. 3. As illustrated by contemporary poster art, injury care, physical examination, and protective measures were aspects of the Navy wartime occupational medicine program. (Courtesy of the National Archives, Washington, DC)

time Commission evolved in 1942. Philip Drinker was also active here. As chief medical consultant he was instrumental in the adoption of joint Navy - Maritime Commission health and safety standards for contract shipyards. The health guidelines were based largely on the experience of a traveling health team's findings in the course of inspections of representative shipyards. In August 1942, the team was professionally staffed with loaned Navy physicians and industrial hygienists.

Contract shipyards that the Maritime Commission supervised provided their own injury treatment measures, whereas industrial hygiene inspection services were provided by government personnel. Qualified people were unavailable to institute the inspection services, so arrangements were made with the Navy to provide uniformed men. They were assigned to four regional offices: one physician and two industrial hygienists each to Philadelphia and Oakland and one industrial hygienist each to the offices in New Orleans and Chicago.

In contrast to the program of the Maritime Commission, the Navy occupational health program had no traveling consultants or inspectors. When occupational health issues of general importance to naval industries arose or when special expertise beyond that in each naval district was required, Drinker's team was consulted. Health questions related to welding and asbestos insulation work were the subjects of health hazard evaluations by the Maritime Commission during the war.

Asbestos workplace field investigations have had long-term significance. There had been anecdotal case reports implicating asbestos in lung disease from naval shipyard clinics. A Maritime Commission field survey at a civilian contract shipyard revealed two laggers with x-ray evidence of asbestosis among a small number of tradesmen. Navy occupational health officers were concerned enough about such findings that they cooperated with Philip Drinker in his proposal to do a large-scale pulmonary survey of asbestos insulation workers and obtained permission to extend the survey to two naval shipyards.

Only three asbestosis cases were identified among more than 1,000 asbestos insulation workers who participated in the chest x-ray screenings at four shipyards. Disease prevalence appeared low, an artifact caused by the inadvertent dilution of the at-risk population with briefly exposed persons. Low asbestosis prevalence in shipyard workers was interpreted in the professional community to mean that asbestos lagging operations were relatively free of pneumoconiosis risk. Although these early studies concerning asbestos hazards did not stand the test of time, they represented superior occupational health methods of their era.

Industrial health activities were rapidly demobilized by 1946. The Maritime Commission health consultation office was disbanded. Although few physicians and industrial hygienists remained in active Navy service, those who gained experience during the war, like Drs. Otto Burton and Howard Karl Sessions and industrial hygienists Sidney Goren and George Johnson, led Navy programs through the 1950s.

Navy occupational health had played an important role in wartime industries. Its organization included superior practitioners. It broke new ground for industrial hygiene as a distinct health-related profession. It confidently tackled known health issues and actively pursued newer ones. Members of this team, veterans of occupational medicine and industrial hygiene services in Navy shipyards, arsenals, air stations, and the Maritime Commission, shared a common experience. Taking their know-how with them into private industry, government, and academia, Navy programs left a distinctive mark on American occupational health for many years.

## References

1. Lawton GM, Snyder PJ: Occupational health programs in US naval shipyards *Environ Res* 1976;11:162–168.
2. Garton WH: Report relative to a series of experiments conducted on board the USS Ohio during target practice, with plasticine for the protection of ear drums during heavy gunfire *US Naval Med Bull* 1909;3:142–146.
3. Woods GW: An Account of thirty-seven cases of ptyalism occurring on board of the USS Washusett: *Annual Report of the Surgeon General of the Navy*, US Government Printing Office, 1879, pp 425–430.
4. Kershner E: Hygiene and medical reports of medical officers of the US Navy—USS Swatara: *Annual Reports of the Surgeon General of the Navy*, US Government Printing Office, 1879.
5. Gihon AL: *Practical Suggestions in Naval Hygiene*, ed 2, US Government Printing Office, 1872.
6. Cleborn CJ: Report of US Naval Station, Kittery, Maine: *Annual Report of the Surgeon General of the Navy*, US Government Printing Office, 1879.
7. Blackwood NJ: Industrial notes from the Boston yard *US Naval Med Bull* 1915;9:343–344.
8. Mondorn WA: Studies of industrial accidents which occurred in the Navy yard at Washington, DC *US Naval Med Bull* 1916;10:553–556.
9. Safety Record at US Navy Yards, *US Naval Med Bull* 1926;22:187–191.
10. Sasim A: Measures to Prevent Poisoning by Trinitrotoluol *US Naval Med Bull* 1919;13:664–666.
11. Selby CD: Medical service in the conservation of industrial man power, *JAMA* 1918;71:283–286.
12. Mock HE: Industrial medicine and surgery: A resume of its development and scope *J Indust Hyg Toxicol* 1919;1:1–8.
13. Jones EP: Industrial hygiene at Navy yards *US Naval Med Bull* 1922;16:575–587.
14. Dublin LI: Occupational hazards and diagnostic signs: A guide to impairments to be looked for in hazardous occupations *US Naval Med Bull* 1922;17:262–314.
15. Abstracts from the Annual Sanitary Report of the Navy Yard, Boston, Mass., for the Year 1922 *US Naval Med Bull* 1923;18:683.
16. Brown EW: Report of lead poisoning among oxyacetylene welders in the scrapping of naval vessels *US Naval Med Bull* 1925;22:197–217.
17. Secretary of the Navy letter "Safety Engineering" dated October 11, 1928, National Archives, Record Group 52, Washington DC.
18. Brewster JW: Eye examination as a factor in the reduction of industrial accidents *US Naval Med Bull* 1929;26:69–71.
19. Trible GB, Watkins SS: Ear protection *US Naval Med Bull* 1919;13:42–50.
20. Ridout GS: Gunfire deafness in the navy *US Naval Med Bull* 1930;28:738–763.
21. Stitt EH: Lead poisoning from red lead dust: The possible frequency of lead encephalopathy in such cases *US Naval Med Bull* 1912;6:151–162.
22. Porteous TA: Report of poisoning by trinitrotoluene among enlisted men engaged in transferring TNT from storage to USS Nitro *US Naval Med Bull* 1937;25:421–426.
23. Young CA, Golatto AC: Dope poisoning as a potential hazard in spray coating airplane wings *US Naval Med Bull* 1933;31:83–89.
24. Shinn HL: Industrial Medicine *US Naval Med Bull* 1935;33:94–96, 260–280.
25. Navy Bureau of Medicine and Surgery restricted letter "Estimates of Medical Supplies for Navy Yard Dispensaries" dated December 30, 1924. Declassified 1961, National Archives, Record Group 52, Washington DC.
26. Brown EW: Industrial hygiene and the Navy in the national defense *US Navy Med Bull* 1941;39:321–335.
27. Brown EW: Industrial hygiene and the Navy in the national defense *War Med* 1941;1:2–14.
28. Joint meeting of Subcommittee on Industrial Hygiene and Health of the Federal Security Agency and Council on Industrial Hygiene of the American Medical Association, unpublished minutes, January 22, 1941, National Archives, Record Group 52, Washington DC.
29. Harvard School of Public Health letter, Philip Drinker to James P. Conant dated November 30, 1940.
30. Drinker P, Shaw LA: An apparatus for the prolonged administration of artificial respiration: A design for adults and children *J Clin Invest* 1929;7:229–247.
31. Drinker P, Hatch T: *Industrial Dust*, New York, McGraw-Hill Book Co, 1936.
32. Navy Department memorandum "Conference with Representatives of the Division of Industrial Hygiene Concerning Problems of Occupational Illness in the Navy Industrial Establishment" dated February 24, 1941, National Archives, Record Group 52, Washington DC.
33. Navy Department memorandum "Cooperation of Public Health Service" dated February 26, 1941, National Archives, Record Group 52, Washington DC.
34. Navy Bureau of Medicine and Surgery memorandum, "Notes for consideration when you (Surgeon General McIntire) call on Assistant Secretary Bard" dated March 11, 1941, National Archives, Record Group 52, Washington DC.
35. Navy Department press release "Navy to Expand Safety and Industrial Health Program" dated March 2, 1941.
36. Navy Department memorandum "Physical Examinations for Employees Engaged in Work Hazardous to Themselves and Others" dated October 28, 1941, National Archives, Record Group 52, Washington DC.
37. Stephenson CS, Burton CL: Industrial Hygiene Program of the US Navy: *Am J Public Health* 1943;33:219–222.
38. Harvard School of Public Health syllabus "Tentative Schedule of Three Months Course for Medical Officers Who Will Specialize in Industrial Hygiene for the Army and Navy" dated January 27–April 26, 1941.
39. Columbia University syllabus "Courses for Navy Officers" dated April 5, 1941.
40. "Plans for Safety and Health Program" C. W. Fisher, US Navy Department and D. S. Ring, U.S. Maritime Commission, joint memorandum for the Assistant Secretary of the Navy and Commissioner U.S. Maritime Commission, dated November 5, 1942, National Archives, Record Group 52, Washington DC.
41. Minimum Requirements for Safety and Industrial Health in Contract Shipyard, US Navy Department and US Maritime Commission, US Government Printing Office, 1943.
42. Anonymous: History of Industrial Health Program of the US Navy During and After World War II, unpublished Bureau of Medicine and Surgery manuscript, undated, probably 1951, National Archives, Record Group 52, Washington DC.
43. Drinker P, Nelson KW: Welding fumes in steel fabrication *Indust Med* 1944;13:673–675.
44. Drinker P, Nelson KW: Shipyard Health Problems *J Indust Hyg Toxicol* 1944;26:66–69.
45. Chief, Navy Bureau of Ships letter "Insulation—water repellent asbestos for cold water piping" dated August 15, 1942, National Archives, Record Group 52, Washington DC.
46. Puget Sound Navy Shipyard, Bremerton, WA, letter "Amosite (magnesium oxide and asbestos) lagging, toxic effects of inhalation and ingestion of, by workmen" dated January 5, 1944, National Archives, Record Group 52, Washington DC.
47. Navy Bureau of Medicine and Surgery letter "Amosite lagging, toxic effects of" dated January 19, 1944, National Archives, Record Group 52, Washington DC.
48. Dreesen WC, Fleischer WE, "Report on investigation of asbestosis from amosite pipe covering at Bath Iron Works, Bath, Maine," unpublished manuscript dated December 19, 1944, National Archives, Record Group 52, Washington DC.
49. Navy Bureau of Ships letter "Industrial health—Survey of respiratory diseases" dated March 24, 1944, National Archives, Record Group 52, Washington DC.
50. Fleischer WE, Viles PJ, Gade RL, et al: A health survey of pipe covering operations in constructing naval vessels *J Indust Hyg Toxicol* 1946;28:9–16.
51. Drinker P: Health and safety in contract shipyards during the war *Occup Med* 1947;3:335–343.
52. Abstracts from current literature—Environmental Control *Occup Med* 1946;1:611.
53. Marr WT: Asbestos exposure during naval vessel overhaul *Am Indus Hyg Assoc J* 1964;25:264–268.
54. Selikoff IJ, Churg J: The occurrence of asbestosis among insulation workers in the United States *Ann NY Acad Sci* 1965;132:139–155.