

# UNITED STATES NAVAL
# MEDICAL BULLETIN

PUBLISHED FOR THE

## INFORMATION OF THE MEDICAL
## DEPARTMENT OF THE SERVICE

BUREAU OF MEDICINE AND SURGERY
NAVY DEPARTMENT

LIEUTENANT COMMANDER

## NOVEMBER 1922

Compiled and published under authority of Naval Appropriation Act approved July 1, 1921.

WASHINGTON
GOVERNMENT PRINTING OFFICE
1922

[Vol. xvi.]
erfect score.
a score of 9
ie individual
n
i .... ful field
in athletics.
hat calls for
+ he a Navy
his physical
ies. Proper
ealthy indi-
i, overwork,
o be learned

# THE DIVISION OF PREVENTIVE MEDICINE.

Lieut. Commander R. F. Jones, Medical Corps, United States Navy, in charge.

Notes on Preventive Medicine for Medical Officers, United States Navy.

## INSTRUCTIONS TO MEDICAL OFFICERS.

### OCCUPATION HAZARDS AND DIAGNOSTIC SIGNS: A GUIDE TO IMPAIR-MENTS TO BE LOOKED FOR IN HAZARDOUS OCCUPATIONS.

By Louis I. Dublin, Ph. D., Statistician Metropolitan Life Insurance Co., and Philip Lissner.

#### INTRODUCTION.

Many occupations have injurious effects on the physical condition of those engaged in them. The health of those who work with the poisons, such as lead, arsenic, mercury, picric acid, etc., or those who are exposed for long periods to dust, heat, humidity, or to the infectious materials, etc., may be impaired seriously as the result of their work. The occupation is now recognized as of the very first importance as a factor in the causation of disability and even of death. Doctor Edsall has shown that in his clinic at the Massachusetts General Hospital many of the conditions for which treatment is sought by men of working ages are the effects of occupations.[1] Other industrial clinics are reporting similar results. With their attention directed to occupation as a possible factor, industrial physicians are able to diagnose a great many obscure cases which previously had puzzled even the most competent clinicians. In this way they discover a great many more cases of disease of occupational origin than had before been thought possible. Thus, in 1917 about 150 cases of lead poisoning were discovered at the Massachusetts General Hospital, which are more than were recorded by this clinic during the five-year period prior to the adoption of the more intensive methods of study. It is generally recognized that patients come to physicians with pains and complaints of an indefinite char-

---

[1] See Monthly Labor Review of the U. S. Bureau of Labor Statistics, December, 1917, p. 100-188.

8054—22——10

883

884     DIVISION OF PREVENTIVE MEDICINE.     Vol. XVII.

acter, and it is only when consideration is given to the occupation and its possible effects that many of these cases are cleared up.

The medical examiner should, therefore, be very careful to see if any of the usual diagnostic signs of poisoning, dust, heat, or other hazards which are known to be inherent in occupations are in evidence among their patients where no other explanation of the case is readily available. In the case of those exposed to lead, such as employees of storage-battery plants, white-lead workers, paint mixers, painters, etc., the blue line on the gum, the pale, sallow appearance, and the trembling fingers are significant as indications of chronic lead poisoning, and the physician should look for these signs. Physical symptoms and conditions which ordinarily might be passed by in this way become very important if they point to the possible effect of the occupation.

This article has been prepared to aid physicians in general practice, industrial hygienists, safety engineers, and others who come into close professional contact with those who are engaged in industrial processes. Nine major hazards of employment are listed, namely, abnormalities of temperature; compressed air; dampness; dust; extreme light; infections; poor illumination; repeated motion, pressure, or shock; and the poisons. A separate section is devoted to a discussion of skin irritants. Long exposure to any of these will usually leave definite physical signs which the medical examiner can discover if he will look for them. To aid him in detecting the hazards and their effects on the worker, two lists are presented. The first consists of the more common hazardous occupations, arranged alphabetically; the second consists of hazards, together with their effects or symptoms, as well as the occupations affected. After each occupation in the first list is a reference in code to the particular hazard in the second list. The capital letters after each occupation, "A," "B," "C," etc., refer to the general hazard. The Arabic numerals signify the particular hazard, as "D1," inorganic dust; "D2," organic dust.

The following example will show how this guide may be of value to the general practitioner: A man, who works in a garage, suffering from continuous headaches, visits his physician. The latter can find no cause for the patient's illness. The patient shows no signs of disease other than the subjective symptoms which he describes. Perhaps the physician will recommend an examination of the subject's eyes, ears, and sinuses, which will prove negative. A puzzling diagnosis such as this becomes very simple when the occupation is ascertained and this guide is utilized. Alongside of "Garage workers" in the "Alphabetical list of hazardous occupations," the physician finds the symbols J 16, 25. "J" represents the hazard poisons and "16, 25" the particular poisons—carbon monoxide and gasoline,

No. 8.

respectivel
the second
in small q
removal of
The foll
examiner c
cant. He
hazardous
person has
of some ha
particular
make speci
the second
the person
pation. I
Physicians.
detect the e
pation as t
not fit the o
Medical o
keep in mi
as well. P
engaged in
condition.
sometimes i
which are o
medical pro
forming the
nosing and

ALP

Acetylene mal
Acid dippers,
Acid finishers
Acid makers,
Acid mixers, J
Acid recoverer
Acid transport
Airplane-wing
also Varnisl
Alcohol distill.
Aldehyde pois
Alkali salt ma
47.
Amber worker
Ammonium sa
22, 26, 48.

respectively. Upon looking up the symptoms of these poisons in the second list he finds that both produce headache when inhaled in small quantities. In such a case the effective remedy lies in the removal of the etiological factor—the two poisons.

The following procedure is therefore recommended: The medical examiner or physician should ascertain the occupation of the applicant. He should then look for it in the "Alphabetical list of hazardous occupations." If found there, it is possible that the person has been exposed to and is possibly suffering from the effects of some hazard of the occupation. The numerals will indicate the particular hazards of the occupation. The physician should then make special effort to discover the symptoms or signs referred to in the second list. By this means he can readily determine whether the person examined is in fact suffering from the effect of his occupation. His examination is in this way made more illuminating. Physicians, not specialists in occupational hygiene, can thus learn to detect the effects of industry and, conversely, can eliminate the occupation as the cause when certain symptoms are observed which do not fit the usually observed effects of the occupation.

Medical examiners should remember that it is often necessary to keep in mind not only the present occupation but the former one as well. Persons suffering from certain ailments may no longer be engaged in the industry which was originally responsible for their condition. But careful inquiry into their occupational history will sometimes result in the recording of an occupation the effects of which are clearly those from which the patient is suffering. The medical profession must give occupational findings greater weight in forming their judgments regarding physical conditions and in diagnosing and treating disease.

## ALPHABETICAL LIST OF HAZARDOUS OCCUPATIONS.

Acetylene makers, D 1, J 4, 16, 43.
Acid dippers, C, J 10, 22, 26, 37, 43.
Acid finishers (glass), J 26, 26, 43.
Acid makers. See particular acid.
Acid mixers, J 26, 37, 48.
Acid recoverers, J 26, 37, 48.
Acid transporters, J 26, 37, 43.
Airplane-wing varnishers, J 50. See also Varnishers.
Alcohol distillery workers, J 5, 6.
Aldehyde pumpmen, J 1, 30.
Alkali salt makers, C, J 14, 18, 26, 46, 47.
Amber workers, J 23.
Ammonium salts makers, A 1, J 4, 18, 22, 26, 43.

Ammonium sulphate makers, J 43.
Aniline dye makers. See Dye makers.
Aniline makers, J 7, 10, 12, 20, 34, 37.
Animal hair dressers. See Hair workers.
Animal handlers, F 1, 3.
Annealers, A 1.
Antimony extractors (refiners), A 1, J 3.
Antimony fluoride extractors, J 27.
Antipyrin makers, J 31, 40.
Arsenic roasters, A 1, J 3.
Art-glass workers, J 5, 11, 27, 28, 30, 52.
Artificial flower makers, H, J 9, 21, 23, 29, 30.

886

DIVISION OF PREVENTIVE MEDICINE.

Vol. XVII.

No. 5.

Artificial ice makers, A 2, C, J 4.
Artificial leather makers, J 7, 9, 12, 37, 48.
Artificial manure makers. See Fertilizer makers.
Artificial silk makers, C, J 4, 5, 15, 30, 47, 50.
Asbestos workers, D 1.
Asphalt testers, J 15.
Auto painters, C. See also Painters.

Rabbiters, J 23.
Bakelite makers, J 59.
Bakers, A 2, D 2, J 16.
Balloon (toy) fillers, J 10.
Barbers, H.
Bar-mill workers (iron and steel), A 1.
Basic slag (artificial manure) workers, D 1.
Batch makers (glass works). See (Glass mixers.
Batch makers (rubber works). See Compounders (rubber).
Baters (tannery), C, F 1.
Battery (dry) makers, D 1, J 5, 10, 12, 21, 26, 28, 29, 48.
Battery (storage) makers. See Storage battery makers.
Beamers (textile), D 2.
Beamhouse workers (tannery), C, F 1.
Beatermen (paper and pulp), C, J 18.
Bed rubbers (marble and stone), D 1.
Bench molders (foundry), D 1, J 18, 22.
Bessel stiffmen, A 1, J 12.
Bessemer-converter workers (iron and steel), A 1.
Beta-mill operators (beta naphthol), A 1, J 48.
Bevelers, D 1.
Bicyclists, H.
Billet mill workers (iron and steel), A 1.
Bisque-kiln workers, A 1, D 1, J 16.
Blacksmiths A 1, B, H, J 14, 16, 22, 23.
Blast-furnace workers, A 1, J 22, 46, 47.
Bleachers, A 2, C, J 17, 18, 21, 27, 37, 48.
Bleachers (cloth), A 2, C.
Bleachery dryers, A 2, C.
Blockers (felt hat), C, J 16.
Bloaters (tannery), J 23.

Blooming-mill workers (iron and steel), A 1.
Blowers (felt hat), D 2, J 20.
Blowers (glass manufacturing). See Glass blowers.
Blowers-out (zinc smelting), A 1, J 13.
Bluers (revolvers), A 1.
Boiler-room workers, A 1, J 14, 16.
Boiler washers, C.
Bone-black makers, J 4, 42.
Bone renderers, J 2.
Bone workers, D 1.
Bookbinders, J 8, 28, 30.
Bottle-cap makers, J 28.
Brass founders, A 1, J 8, 9, 13, 14, 16, 28, 42, 46.
Brass polishers, J 28.
Braziers, A 1, J 13, 28.
Brewers, A 2, C, J 14.
Brick burners, A 1, J 14, 28.
Brickmakers, A 1, C, D 1, F 2, J 28, 46.
Briquet makers, J 48.
Bronzers, D 1, J 4, 5, 9, 10, 11, 12, 13, 28, 28, 29, 36, 47.
Broom makers D 2, J 18, 46.
Browners (gun barrels), J 22, 28, 29, 36.
Brushers (felt hat), D 2, J 28.
Brush makers, D 2, F 1, J 28, 30, 40.
Buffers, D 1, 2, C.
Buffers (rubber), J 5, 11, 28.
Burners (enameling), A 1, J 28.
Burnishers (iron and steel), C, J 8, 48.
Burnishers (rifle barrels), J 8.
Burrers (needles), D 1.
Burr filers, D 1.
Butchers, A 2, F 1, 8.
Button makers, D 1, 2.

Cable makers, J 28.
Cable splicers, C, J 16, 28, 47, 52.
Caisson workers, A 2, B, C, G, J 14.
Calenderers (rubber), A 2, D 1.
Calico printers, A 2, C, J 7, 8, 9, 16, 18, 21, 22, 28, 28, 30, 36, 48, 52.
Camphor makers, J 28, 52.
Camille (colored) makers, J 9 21.
Candy makers A 2 C.
Canners, A 2, C, F 3, J 28.
Cap loaders, J 28.
Cappers (window glass), A 1.
Carbide makers, A 1, D 1, J 16.
Carbolic acid makers, J 12, 28, 46, 48.

Carbon brn
Carbon dio
Carbon dis
Carbonizer
Carborundu
Carders (t
Card grind
Carpenters,
Carpet mal
Carroters (
Cartridge c
Cartridge c
Cartridge f
Cartridge c
Cartridge c
A 2, C.
Case harde
Casters (b
founders
Casters (ir
Casting cle
also Act
Cast scrub
12.
Catchers (f
Cattle sala
Celluloid m
28, 30, 3
Celluloid pa
Celluloid w
Cementers
18, 30, 5
Cement mix
Cement wra
Chamberma
48.
Charcoal bu
Charcoal w
2, C, D
Chargers (c
Chargers (c
J 9, 13, 1
Chamers (st
Chauffeurs,
Chimney sw
Chippers, B
Chloride of
Chlorine ma
28.
Chloroform
Chromium w
Cigar make

Carbon brush makers, D 1.
Carbon dioxide makers, J 14.
Carbon disulphide makers, J 15.
Carbonizers (shoddy), D 2, J 10, 20, 48.
Carborundum workers, A 1, D 1.
Carders (textile), D 2.
Card grinders (textile), D 1, 2.
Carpenters, H.
Carpet makers, D 2, F 1, J 9.
Carroters (felt hats), J 9, 29, 37.
Cartridge cup washers, G.
Cartridge dippers, J 29, 37, 48.
Cartridge felt and wad makers, G.
Cartridge makers, J 29, 29.
Cartridge shot shell paraffin dippers, A 2, G.
Case hardeners, A 1, J 22.
Casters (brass foundry). See Brass founders.
Casters (iron and steel), A 1.
Casting cleaners (foundry), D 1. See also Acid dippers.
Cast scrubbers (electroplaters), J 11, 12.
Catchers (iron and steel), A 1.
Cattle salesmen, F 1.
Celluloid makers, J 1, 5, 11, 15, 16, 22, 29, 30, 37, 47, 48.
Celluloid polishers, D 2.
Celluloid workers, D 2.
Cementers (rubber shoes), J 11, 12, 15, 56, 62.
Cement-mixers (rubber), J 11, 12, 15.
Cement workers, A 1, D 1.
Chambermen (sulphuric acid), J 46, 48.
Charcoal burners, J 14, 16.
Charcoal workers (sugar refining), A 2, G, D 1.
Chargers (smelting), A 1, D 1.
Chargers (zinc smelting), A 1, D 1, J 9, 12, 16, 29, 46.
Charrers (steel), D 1.
Chauffeurs, H, J 29.
Chimney sweepers, D 1, J 16, 40.
Chippers, D 1.
Chloride of lime makers, J 17, 18.
Chlorine makers (electrolytic), J 18, 20.
Chloroform makers, J 17.
Chromium workers, J 21.
Cigar makers, D 2, H.

Clay and bisque makers (pottery), A 2, G, D 1.
Clay-plug makers (pottery), G, D 1.
Clay-products workers. See Pottery workers.
Clerks, H.
Cloth preparers, G. See also Bleachers.
Coal miners. See Miners.
Coal-tar workers, J 7, 12, 16, 30.
Cobblers, D 2, F 1, H.
Coke-oven workers, A 1, J 4, 12, 16, 40.
Cold-storage-plant workers, A 2.
Color makers, A 1, D 1, J 8, 9, 12, 21, 29, 29.
Colored-paper workers, J 9.
Colorers (white) of shoes, J 29.
Comb makers (celluloid), D 2.
Compositors, D 1, G, H, J 7, 8, 11, 29.
Compounders (rubber), D 1, J 7, 8, 9, 11, 12, 21.
Concentrating-mill workers (lead and zinc), G, D 1, J 29.
Coners (felt hats), D 2, J 29.
Confectioners. See Candy makers.
Construction camp workers, F 2.
Cooks, A 2.
Copper founders, J 9.
Copper miners. See Miners.
Copper smelters, A 1, J 9, 16, 40.
Cord makers, D 2, J 40.
Core makers, A 1, D 1, J 13, 16.
Cork workers, D 2.
Cotton-mill workers, G, D 2.
Cotton twisters, D 2, H.
Cranemen (glass industry), A 1.
Cranemen (iron and steel), A 1.
Crushing plant workers, G.
Crucible mixers, D 1.
Crucible-steel department employees, A 1.
Crushermen (clay and stone), D 1.
Cupola men (foundries), A 1.
Curers, vapor (rubber). See Vulcanizers.
Curriers (tannery), D 2, F 1, J 9, 11.
Cut-glass workers, D 1, J 9, 29.
Cutlery makers, D 1, J 8, 29.
Cyanamid makers, A 1, D 1.

Dancers, H.
Decorators (pottery), J 8, 11, 12, 29, 52.

888     DIVISION OF PREVENTIVE MEDICINE.     Vol. XVII.

Degreasers (fertilizer, leather), J 11, 12, 28.
Dentists, J 29.
Detonator cleaners, J 29.
Detonator fillers, J 29.
Detonator packers, J 29.
Devil operators (felt hats), D 2, J 29.
Diamond cutters, D 1, H.
Diamond polishers, J 29.
Dipewder-house workers (paper and pulp), A 2, C.
Dimethyl-sulphate makers, J 10, 28, 30, 37, 48.
Dippers (guncotton), J 37.
Dippers (rubber), J 11.
Dippers. See also Acid dippers.
Disinfectant makers, J 17, 18.
Divers, R.
Doffers (textile), C, D 2.
Dressers (glass), A 1.
Dresser tenders (textile), A 2, C.
Drivers, A 2, C.
Drop forgers, A 1.
Dry battery workers. See Battery (dry) makers.
Dry cleaners, A 2, J 11, 12, 16, 30, 72.
Dryers (felt hats), A 2, J 30.
Dryers (rubber), J 12, 18.
Drying-room workers (miscellaneous), A 2, J 14, 16.
Dye makers, A 2, C, J 1, 2, 4, 6, 7, 8, 9, 10, 12, 17, 18, 21, 22, 23, 26, 28, 29, 30, 31, 34, 39, 40, 41—44, 46, 47, 48, 52.
Dyers, A 2, C, J 4, 21, 26, 28, 27, 29, 30, 44. See also preparatory processes.

Edison storage battery workers, J 28.
Electricians, R.
Electric linemen, R.
Electroplaters, C, J 9, 11, 12, 22, 28.
Electrotypers, A 2, D 1, J 29. See also Electroplaters.
Elevator runners, H.
Embroidery workers, C, J 29.
Emery wheel makers D 1, J 29.
Enamelers. See Enamel makers.
Enamel makers, A 1, C, H, J 5, 8, 9, 10, 11, 15, 16, 21, 28, 29, 37, 52.
Engravers, D 1, H. See also Steel engravers.
Etchers, J 27, 37, 39.

Explosives workers, C, J 1, 5, 7, 12, 20, 30, 34, 36, 37, 44, 48, 51. See also particular occupation.
Extractor operators (soap), A 2, C.

Farmers, F 1, 2.
Fat renderers, A 2, J 3.
Feather curers, D 2, J 9.
Feather workers, D 2, F 3, J 7, 9, 11, 12, 30, 38, 52.
Felt extractors, C.
Felt-hat makers, A 2, C, D 2, J 9, 16, 29, 30, 37, 49. See also particular occupation.
Ferro-silicon workers, J 9, 10, 42.
Fertilizer makers, C, D 1, F 1, 2, J 10, 12, 14, 26, 27, 37, 42, 46, 47, 48. See also Phosphate mill employees.
Fiber workers, D 2.
Filament makers (incandescent lamps), J 16, 30.
File cutters, D 1, J 23.
Filers, D 1, J 8, 28.
Film makers. See Celluloid makers.
Filter press workers, C.
Finishers (incandescent lamps), J 16.
Finishers (leather), D 2.
Finishers (shoe). See Shoe finishers.
Fireworks makers J 8, 20, 42. See also Explosives.
Fishermen, A 2, C.
Fitters (shoe), J 30.
Flangers (felt hats), A 2, J 16.
Flatteners (glass), A 1.
Flax rettery workers, J 47.
Flax spinners, C, D 2.
Flint workers, D 1.
Floor molders (foundry), A 1, D 1, J 18, 28.
Flour workers, D 2.
Flue cleaners, D 1, J 16, 40, 49.
Flush tenders (aluminum), C.
Foremen, A 1.
Formers (felt hats), D 2.
Foundry workers, A 1, D 1, J 18. See also particular metal.
Fruit-essence makers, J 6.
Fruit preservers, J 40.
Fulminate mixers, J 22, 29.
Fumigators, J 22, 40.
Fur curders, D 2, F 1.
Fur dippers, D 2, F 1.
Fur cutters, D 2, F 1.

Fur handlers, D 2, F
Furnace workers, A 1
Furniture polishers, J 52.
Fur preparers, D 2, F
Fur pullers, D 2, F 1.

Galvanizers, C, J 3, 4, 37, 40, 48.
Garage workers, J 16.
Garbage workers, F 8
Gardeners, J 9.
Gas (illuminating) w 12, 16, 22, 30, 47, 49.
Gas purifiers, J 4, 22.
Gatherers (glass), A
Gilders, J 5, 11, 12, 2
Glass blowers, A 1, D
Glass cutters, C, D 1.
Glass finishers, C, D 1.
Glass-furnace workers
Glass mixers, D 1, J 8
Glass polishers, J 29.
Glass dippers (pottery 28.
Glaze mixers (pottery 28.
Gloat-kiln workers, A
Glove makers (leather D 2. See also Tann
Glue workers, A 2, C, 12, 16, 28, 37, 40, 47
Gold beaters, D 1, H.
Gold refiners, D 1, J 1
Grain elevator worker
Granite workers. See
Graphite workers, A 1
Grinders (colors). R
Grinders (metals), C,
Grinders (rubber), D
Guncotton dippers, J 1
Guncotton pickers, D
Guncotton washers, 1
Guncotton wringers, J
Gypsum workers, D 1

Hair workers, C, D 2,
Hammermen, H.
Hardeners (felt hats)
Hardeners (metals), J
Harness makers, D 2.
Hat makers, felt. See
ers.

E.                Vol. XVII.

R. C. J 1, 5, 7, 12, 20,
14, 48, 51. *See also*
pation.
c.      ap), A 2, C.


2, J 3.
2, J 9.
D 2, F 3, J 7, 9, 11.


A 2, C, D 2, J 9, 16.
*See also* particular

ers, J 9, 10, 48.
C, D 1, F 1, 3, J 10,
, 42, 46, 47, 48. *See*
mill employees.
2.
(Incandescent

J 23.
R.
: Celluloid makers.
rs, C.
cent lamps), J 10.
), D 2.
*See* Shoe finishers.
J 8, 20, 42. *See*

w.
D). A 2, J 10.
A 1.
rs, J 47.
) 2.

ustry), A 1, D 1.

z.
J 10, 40, 49.
minum), C.

), D 2.
1, D 1, J 10. *See*
etal.
rs, J 9.
40.
J 22, 29.
G.
1.
1.
1.

---

Fur handlers, D 2, F 1, J 9, 20.
Furnace workers, A 1, E, J 14, 16.
Furniture polishers, J 5, 11, 20, 30, 38, 62.
Fur preparers, D 2, F 1, J 9, 20, 37.
Fur pullers, D 2, F 1.

Galvanizers, C, J 3, 4, 9, 10, 18, 20, 28, 37, 46, 48.
Garage workers, J 16, 25.
Garbage workers, F 3.
Gardeners, J 9.
Gas (illuminating) workers, A 2, J 4, 12, 16, 22, 36, 47, 48.
Gas purifiers, J 4, 22, 30, 47.
Gatherers (glass), A 1.
Gilders, J 5, 11, 12, 25, 30.
Glass blowers, A 1, D 1, E.
Glass cutters, C, D 1.
Glass finishers, C, D 1, J 26, 27, 28, 48.
Glass-furnace workers, A 1, E.
Glass mixers, D 1, J 8, 9, 21, 26, 28.
Glass polishers, J 26.
Glass dippers (pottery), C, J 8, 9, 21, 28.
Glass mixers (pottery), D 1, J 8, 9, 21, 28.
Glost-kiln workers, A 2, J 16, 28.
Glove makers (leather preparers), C, D 2. *See also* Tannery workers.
Glue workers, A 2, C, D 2, F 2, J 4, 11, 12, 16, 26, 37, 40, 47.
Gold beaters, D 1, E.
Gold refiners, D 1, J 9, 22, 28, 29.
Grain elevator workers, D 2.
Granite workers. *See* Stonecutters.
Graphite workers, A 1, D 1.
Grinders (colors). *See* Color makers.
Grinders (metals), C, D 1, J 8, 28.
Grinders (rubber), D 2, J 8, 28.
Guncotton dippers, J 37, 48.
Guncotton pickers, D 2.
Guncotton washers, C.
Guncotton wringers, J 37.
Gypsum workers, D 1.

Hair workers, C, D 2, F 1, 8.
Hammermen, E.
Hardeners (felt hats), J 29, 30.
Hardeners (metals), A 1.
Harness makers, D 2.
Hat makers, felt. *See* Felt-hat makers.

Heater boys (riveters), J 28.
Heel makers (shoes), D 2.
Hemp workers, D 2.
Horn workers, D 1.
Hothouse workers, A 2.
Hot-rod rollers (iron and steel), A 1.
Hydrochloric-acid makers, J 26, 42.

Ice (artificial) makers. *See* Artificial-ice makers.
Ice-cream makers, A 2, C.
Imitation-pearl makers, J 28, 37.
Incandescent-lamp makers, J 5, 10, 28, 28, 30, 37. *See also* particular occupation.
Incandescent-mantle hardeners, E.
Ink makers, J 21, 30.
Insecticide makers, J 9, 16, 28, 42.
Insulators, J 48.
Iron and steel workers (all departments), A 1. *See also* particular occupation.
Ironers, A 2.

Japan makers, A 2, J 9, 11, 28, 30, 62.
Japanners. *See* Japan makers.
Jewelers, D 1, C, J 1, J 5, 9, 28, 28, 20, 37, 48.
Junk metal refiners, A 1, D 1, J 13, 28.
Jute workers, D 2.

Kiln tenders, A 1, J 16.
Knitters, E.
Knitting-mill workers, D 2.

Labelers (paint cans), J 28.
Lace makers, D 2.
Lacquerers. *See* Lacquer makers.
Lacquer makers, J 5, 11, 12, 28, 30, 62.
Lampblack makers, J 36, 30.
Lapidaries, D 1.
Lard makers, J 2.
Lasters (shoes), A 2, C, D 2, J 30.
Lathe turners, E.
Laundry workers, A 2, C, J 16, 17, 18.
Layer millers (glass), A 1.
Lead burners, J 10, 28.
Leadfoil makers, A 1, J 28.
Lead miners, J 28. *See also* Miners.
Lead pipe makers, J 28.
Lead salts makers, J 28.
Lead smelters, A 1, D 1, J 3, 9, 10, 28, 48.

890   DIVISION OF PREVENTIVE MEDICINE.   Vol. XVII.

Leather workers, D 2, F 1. *See also* Tannery workers.

Loer tenders (glass), A 1.

Letter sorters, H.

Levermen (iron and steel), A 1.

Lifters-over (glass), A 1.

Lime burners, D 1, J 10, 14, 16.

Limekiln chargers, D 1, J 14, 16.

Lime pullers (tannery), C, F 1.

Lime workers, D 1.

Linen workers, D 2.

Linoleum colorers, J 8, 21.

Linoleum makers, A 2, C, D 1, J 8, 9, 11, 28, 36, 46, 52.

Linotypers, J 8, 28.

Linseed-oil boilers, J 8, 28.

Lithographers, D 1, H, J 7, 8, 11, 12, 21 28, 37, 52.

Litho-transfer workers, J 28.

Locksmiths, H.

Longshoremen, F 1.

Lumbermen, A 2, F 2.

Luters (zinc smelting), A 1, J 18.

Machinists, H.

Marble cutters, D 1.

Marblers (glass), A 1.

Masons, C, D 1, H.

Match-factory workers, C, D 1, 2, J 15, 21, 28, 42, 47.

Mattress makers, D 2.

Meat inspectors, F 1.

Molders (foundry; glass), A 1.

Mercerizers, J 4, 42.

Mercurial-vapor-lamp makers, J 20.

Mercury bronzers, J 20.

Mercury miners, J 20. *See also* Miners.

Mercury mills workers, J 20.

Mercury smelters, A 1, J 16, 20, 40.

Mercury-solder makers, J 20.

Mercury-still cleaners, J 20.

Metal polishers, C.

Metal-polish makers, J 20.

Metal turners, D 1.

Metal workers. *See* particular occupation.

Mica strippers or splitters, D 1.

Mica workers, D 1.

Micrometrist, H.

Milkers, H.

Millinery workers, J 7, 11, 12, 20, 28, 52.

Miners, A 2, C, D 1, F 2, G, H, J 14, 16, 37, 47.

Mirror silverers, A 2, C, J 1, 28, 20.

Mixers (felt hats), D 2, J 20.

Mixers (rubber), A 2, D 1, J 7, 8, 9, 11, 12, 21, 28.

Mixing-room workers (miscellaneous), D 1, 2.

Mold breakers (foundry), D 1.

Molders. *See* Bench molders, Floor molders.

Monotypers, J 8, 28.

Mordanters, J 6, 8, 9, 11, 12, 21, 37.

Motion-picture-film makers. *See* Celluloid makers.

Motormen, A 2.

Mottlers (leather), J 8, 20.

Moving-picture-machine operators, R.

Muslin tenders, A 1.

Muriatic-acid makers. *See* Hydrochloric-acid makers.

Muriatic-acid mixers. *See* Acid mixers.

Musical-instrument makers, J 28.

Musicians, H.

Nickel platers, C. *See also* Electroplaters.

Nitrators, J 37, 48.

Nitric-acid workers, J 28, 37, 48.

Nitroglycerin makers, J 10, 28, 36, 37, 48.

Oilcloth makers. *See* Linoleum makers.

Oil extractors, J 16.

Oil-flotation-plant workers, J 38, 46, 47, 48.

Oil refiners. *See* Petroleum refiners.

Oil-well workers, J 38.

Open-hearth-department workers (iron and steel), A 1.

Oxy-acetylene cutters, H.

Packing-house employees, A 2, C.

Painters, H, J 7, 11, 12, 28, 29, 30, 52.

Paint makers, C, J 7, 11, 12, 16, 29, 30, 39, 40, 52.

Paint removers, D 1, J 29.

Pair heaters (tin-plate), A 1.

Paper-box makers, H.

Paper glazers, J 8.

Paperhangers, D 1, J 9, 21, 28.

Paper makers, ...ticular occu...

Paraffin works...

Patent-leather ..., 80, 48, 52.

Pavers, A 1, ...

Pencil (colored ...

Perfume make...

Petroleum ref... 28, 29, 40, 4...

Phenol maker makers.

Phosgene mak...

Phosphate-mill ...  J 42. *See al*...

Phosphor-bronze ...

Phosphorus-ex...

Phosphorus-evaporators, A 2, C ...

Phosphorus ex...

Phosphorus (r...

Photo-engraver ...

Photographers, ...

Photographic w... 22, 29.

Photograph ret...

Picklers, C, J ...

Picric-acid ma...

Pigment maker...

Pipe fitters, J pipel.

Pick workers, ...

Pit molders (fo...

Plancle men (s...

Plasterers, C, D...

Plaster of Pari...

Platers. *See* K...

Plumbers, J 28 ... manufactured ...

Pneumatic-tool ...

Polishers, D 1, ...

Polishers (furn... polishers.

Porcelain make...

Porters, H.

Pot fillers (glass ...

Pot lifters (iron ...

Pot pullers (fou...

Pot-room worker... carbide plant...

Pot setters, A 1.

Pottery workers ... 16, 20, 28, 46 ... occupation.

Vol. XVII.

1, F 2, G, H, J 14,

2, C, J 1, 23, 20.
; J 20.
3, J 1, J 7, 8, 9,

s (miscellaneous),

airy), D 1.
h molders, Phoe

3.
0, 11, 12, 21, 37.
makers. See Cel-

J 5, 30.
ine operators, E.

rs. See Hydro-
3.
4. See Acid mix-

makers, J 23.

See also Electro-

J 23, 37, 48,
s, J 10, 23, 35, 37,

c Linoleum mak-

orkers, J 23, 46,

roleum refiners,
R.
ent workers (iron

, E.

cers, A 2, C.
12, 23, 28, 30, 52.
7, 11, 12, 15, 28,

J 25.
le), A 1.
1.

0, 21, 23.

Paper makers, A 2, C. See also particular occupation.

Paraffin workers, J 15, 33, 40.

Patent-leather makers, A 2, J 5, 16, 28, 30, 48, 52.

Pavers, A 1, H, J 40.

Pencil (colored) makers, J 7, 9, 21.

Perfume makers, J 23, 30, 54.

Petroleum refiners, A 1, C, J 25, 28, 29, 39, 40, 47, 48, 49.

Phenol makers. See Carbolic-acid makers.

Phosgene makers, J 16, 18, 41.

Phosphate-mill workers, A 2, C, D 1, J 42. See also Fertilizer makers.

Phosphor-bronze workers, J 42.

Phosphorus-compounds makers, J 42.

Phosphorus-evaporating-machine operators, A 2, C, J 43.

Phosphorus extractors, J 42, 43.

Phosphorus (red) makers, J 43.

Photo-engravers, J 12, 21, 30, 37.

Photographers, H, G, J 30, 44.

Photographic workers, J 7, 12, 18, 21, 22, 30.

Photograph retouchers, J 28.

Picklers, C, J 10, 22, 26, 37, 48.

Picric-acid makers, J 37, 30, 44, 48.

Pigment makers. See Color makers.

Pipe fitters, J 29. See also liquid piped.

Pitch workers, J 9.

Pit molders (foundry), A 1, D 1.

Planer men (stone, metal), D 1.

Plasterers, C, D 1.

Plaster of Paris workers, D 1.

Platers. See Electroplaters.

Plumbers, J 29. See also substance manufactured.

Pneumatic-tool workers, D 1, H.

Polishers, D 1, J 5, 21, 23, 30.

Polishers (furniture). See Furniture polishers.

Porcelain makers. See Pottery.

Porters, H.

Pot fillers (glass), A 1.

Pot lifters (iron and steel), A 1.

Pot pullers (foundry), A 1.

Pot-room workers (aluminum foundry; carbide plant), A 1.

Pot setters, A 1.

Pottery workers, A 1, C, D 1, J 9, 14, 16, 20, 28, 40. See also particular occupation.

Pouncers (felt hats), D 1, 2.

Pourers (brass foundry), A 1, J 13.

Preparers (tannery), C, F 1, 9.

Pressers, H, J 16.

Pressmen (oil refining), C.

Pressmen (printers), D 1.

Pressroom workers (rubber), A 2, J 7, 8, 9, 11, 12, 21.

Primers (explosives), J 20.

Printers, D 1, J 7, 8, 9, 11, 28, 52.

Puddlers (iron and steel), A 1, H.

Pullers-out (felt hats), C.

Pulp-mill employees, C. See also particular occupation.

Putty makers, D 1, J 11, 15, 28.

Putty polishers (glass), D 1, J 28.

Pyrites burners, A 1, D 1, J 9, 40, 47.

Pyroxylin makers. See Guncotton.

Quarrymen, D 1, F 2.

Rag workers, D 2, F 2.

Reclaimers (rubber), J 7, 12, 15, 20, 23, 48.

Red-lead workers, J 28.

Refiners (metals), A 1, J 9, 10, 16, 28, 29, 37, 40. See also particular metal.

Refiners (sugar). See Sugar refiners.

Refrigerating-plant workers, A 2, C, J 4.

Riveters, H, J 28.

Roller coverers (cotton mills), C, D 2.

Rollers (metals), A 1.

Roll setters (iron and steel), A 1.

Roll wrenchers (iron and steel), A 1.

Roofers, A 2, J 28, 40.

Roofing-paper workers, J 40.

Rope makers, D 2.

Roughers (iron and steel), A 1.

Rubber-glove makers, J 11.

Rubber-substitute makers, J 48.

Rubber-tire builders, J 9, 11, 12, 21.

Rubber washers, J 9, 11, 12, 21.

Rubber workers, A 2, D 1, 2, J 7, 8, 9, 11, 12, 21, 28, 29, 28, 30, 40, 52. See also particular occupation.

Sagger makers, C, D 1, J 28.

Sailors, A 2, H.

Salt extractors (Coke-oven by-products, J 4, 48.

Salt preparers, A 2, C, D 1.

Sand blasters, D 1.

Sand cutters, D 1.

892           DIVISION OF PREVENTIVE MEDICINE.          Vol. XVII.

Sanders, D 1.
Sanding-machine operators, D 1.
Sandpaperers (enameling and painting auto bodies, etc.), D 1, J 28.
Saw filers, D 1.
Saw-mill workers, D 2, F 2.
Sawyers, H.
Scissors sharpeners, H.
Scourers, wool lasts (shoes), D 2.
Scrapers (foundry), D 1.
Screen tenders (pulp mill), C.
Screen workers (lead and zinc smelting), D 1, J 28.
Sealers (incandescent lamps), J 18.
Sealing-wax makers, J 9, 52.
Seamstresses, H.
Sewer workers, C, J 4, 14, 47.
Sewing-machine operators, H.
Shale-oil workers.   See Petroleum refiners.
Shavers (felt hats, fur, tannery), C, D 2, F 1, 2.
Shaving-brush makers, D 2, F 1.
Sheep-dip makers, J 9.
Sheet-metal workers, J 28.
Shellackers.   See Shellac makers.
Shellac makers, J 4, 5, 11, 12, 28, 50, 52.
Shell fillers, J 38, 44, 51.
Shepherds, F 1.
Shoddy workers, D 2, F 3, J 10, 28, 48.
Shoe-factory operatives, D 2, J 5, 12, 28.   See also particular occupation.
Shoe finishers, A 2, J 4, 5, 6, 11, 12, 28, 30.
Shoemakers.   See Cobblers.
Shot makers, J 5, 9, 28.
Shove-in boys (glass), A 1.
Sifters, D 1, 2.
Silicate extractors, J 27.
Silk workers, D 2, F 3.
Silo workers, J 14.
Silverers (mirrors).   See Mirror silverers.
Silver melters, A 2, J 16.
Silver refiners, J 22.
Singers (cloth), J 10.
Sintering-plant workers, D 1.
Sizers (felt hats), C, J 20.
Skinners (glass), A 1.
Sing-machine tenders (iron and steel), A 1.
Slate workers, D 1.
Slip makers (pottery), C, D 1, J 28.

Slushers (porcelain enameling), J 28.
Smelters.   See particular metal.
Smokeless-powder makers, J 9, 12, 16, 34, 39, 44.
Smoothers (glass), C, D 1.
Soap makers, A 2, C, F 3, J 3, 30, 34.
Soda makers, C, J 4, 14, 16, 37, 47.
Sodium-hydroxide makers, C.
Sodium-sulphide makers, J 47.
Softeners (tannery), D 2.
Sorters, J 28, 29.
Sole stitchers (Blake machine), J 28.
Spinners (asbestos), D 1.
Spinners (textiles), D 2, H.
Spongers, C.
Sprayers, C.
Sprayers (trees), J 9, 28.
Spreaders (rubber works), A 2.
Stablemen, F 1.
Stainers (shoes), J 28.
Stamp-mill workers, C, D 1.
Starch makers, D 2, J 14, 47.
Starters (felt hats), C, J 20.
Statuary workers, D 1.
Steam fitters.   See pipe fitters.
Stearic-acid makers, A 2, J 3.
Steel engravers, C, J 28, 29, 37.   See also Engravers.
Stereotypers, A 2, J 8, 28.
Stiffeners (felt hats), J 28, 30.
Stiff (coal-tar) cleaners, A 1, J 12, 40.
Stillmen (carbolic acid), A 1, J 30.
Stillmen, operating, A 1.
Stitchers (shoes), J 30.
Stokers, A 1, B, J 16.
Stonecutters (dry), D 1, H.
Stonecutters (wet process), C, D 1, H.
Storage-battery makers, J 28, 30, 46, 48.
Straw-hat makers, A 2, D 2.
Submarine (storage-battery) workers, J 16.
Sugar refiners, A 2, C, D 1, J 4, 14, 46, 47.
Sulphite cooks (pulp mill), A 2, C, J 46.
Sulphur burners, A 1, D 1, J 9, 46.
Sulphur-chloride makers, J 18, 28.
Sulphurers (hops and malt), J 46.
Sulphur extractors, J 16.
Sulphuric-acid workers, J 9, 16, 28, 37, 46, 48.
Sumackers (tannery), C, F 1.
Surgical-dressing makers, J 30.

No. 5.                    DIV

Table hands (tannery
Table operators (iron
Table turners (enamel
J 28.
Tailors, H.
Takers-down (glass).
Tallow refiners, F 3, J
Tank men, C.
Tannery workers, C, F
17, 21, 22, 28, 46, 47
Tapers (airplanes), J
Tappers (smelting), .
Tar workers, J 46.
Taxidermists, D 2, F
Teazers (glass), A 1,
Telegraphers, H.
Telephone linemen (li
Temperers, A 1, C, J 1
Textile-comb makers,
Textile printers.   See
Textile workers, A 2, C
particular occupatio
Thermometer makers,
Thread glazers, A 2, C
Tile makers, A 2, C, D
Tin-foil makers, A 1, J
Tinners, A 1, C, J 2, 4,
Tin-plate mill workers
steel workers.
Tire builders.   See Rub
Tobacco moistenen, C
Tobacco rollers, D 2.
Tobacco workers, D 2.
Tongsmen (iron and st
Toolmakers, D 1.
Top fillers (foundry), .
Towermen (sulphuric :
46, 48.
Toy makers, J 5, 9, 2
Transfer workers (pot
Transporters of hides
Trimmers (rubber), J
Tree sprayers.   See St
Trench diggers, F 2.
Tube makers (glass), J
Tubulators (incandesc
16.
Tumbling-barrel work
Tunnel workers, B, F
Turners-out (glass), A
Turpentine extractors,
Type cleaners, J 11, 2
Type founders, J 28.

Vol. XVII.

'nameling), J 28.
ular metal.
ikers, J 5, 12, 15/
...
, F 3, J 3, 30, 34.
14, 16, 37, 47.
ikers, C.
iers, J 47.
D 2.
machine), J 28.
D 1.
) 2, H.
, 28.
orks), A 2.
28.
C, D 1.
J 14, 47.
C, J 29.
1.
pe fitters.
A 2, J 3.
28, 20, 37. See
8, 28.
, J 29, 30.
ers A 1, J 12, 49.
d), A 1, J 30.
1 1.
C.
) 1, IL
cess), C, D 1, H.
ra, J 28, 29, 46.
2, D 2
attery) workers.
C, D 1, J 4, 14.
mill), A 2, C.
, D 1, J 9, 46.
ers, J 16, 28.
l malt), J 46.
18.
a, J 9, 10, 28.
, C, F 1.
ers, J 30.

No. 5.           DIVISION OF PREVENTIVE MEDICINE.                 803

Table hands (tannery), C, F 1.
Table operators (iron and steel), A 1.
Table turners (enameling), A 2, D 1, J 28.
Tailors, H.
Takers-down (glass), A 1.
Tallow refiners, F 8, J 8, 15, 48.
Tank men, C.
Tannery workers, C, F 1, 3, J 7, 8, 11, 17, 21, 22, 28, 46, 47, 48.
Tapers (airplanes), J 58.
Tappers (smelting), A 1.
Tar workers, J 46.
Taxidermists, D 2, F 1, J 9, 28.
Teazers (glass), A 1, J 18.
Telegraphers, H.
Telephone linemen (trench work), C.
Temperers, A 1, C, J 16, 22, 28, 88, 48.
Textile-comb makers, D 1.
Textile printers. See Calico printers.
Textile workers, A 2, C, D 2. See also particular occupation.
Thermometer makers, J 29.
Thread glazers, A 2, C.
Tile makers, A 2, C, D 1, J 28.
Tin-foil makers, A 1, J 28.
Tinners, A 1, C, J 3, 4, 8, 16, 28, 28.
Tin-plate mill workers. See Iron and steel workers.
Tire builders. See Rubber-tire makers.
Tobacco moisteners, C.
Tobacco rollers, D 2.
Tobacco workers, D 2.
Tongsmen (iron and steel), A 1.
Toolmakers, D 1.
Top fillers (foundry), A 1, D 1.
Towermen (sulphuric acid), J 16, 37, 46, 48.
Toy makers, J 8, 9, 28.
Transfer workers (pottery), J 28, 52.
Transporters of hides and wool, F 1.
Treaders (rubber), J 12.
Tree sprayers. See Sprayers (trees).
Trench diggers, F 2.
Tube makers (glass), A 1.
Tubulators (incandescent lamps), J 18.
Tumbling barrel workers, D 1.
Tunnel workers, B, F 2, C.
Turners-out (glass), A 1.
Turpentine extractors, C, J 62.
Type cleaners, J 11, 36.
Type founders, J 28.

Typesetters, J 28.
Typists, H.

Upholsterers, D 2, J 30.

Vapor curers. See Vulcanizers.
Varnish boilers, J 3.
Varnish makers, A 2, J 1, 3, 4, 11, 12, 38, 52.
Vatmen, C.
Velvet makers, C, J 9.
Veterinarians, F 1, 3.
Vignetters, J 28.
Vinegar workers, J 1.
Vinters, J 14.
Vulcanizers, A 2, C, J 7, 8, 11, 12, 16, 21, 30, 48.
Vulcanizers (steam), A 2, C.

Wall-paper printers, A 2, C, J 9, 21, 28.
Warming-house employees (guncotton), A 2.
Washers, C.
Washers (rubber), C.
Washwomen, C, H.
Watchmakers, C, H.
Water gilders, J 28.
Waterproof-cloth makers, J 28.
Weavers, D 2, H.
Weighers, D 1, 2.
Welders, A 1, H, J 12, 28.
White-lead workers, J 14, 28.
Wire drawers, J 8, 48.
Wirers (incandescent lamps), J 8.
Wood-alcohol distillers, J 30.
Wood-last scourers (shoes), D 2.
Wood preservers, J 8, 30, 46.
Wood stainers, J 21, 28.
Woodworkers, D 2, J 28, 30.
Wool carders, D 2, F 1.
Wool scourers, A 2, C.
Wool spinners, D 2, F 1.
Wool workers, D 2, F 1. See also particular occupation.
Wringers (guncotton), J 37.

X-ray workers, H.

Yeast makers, J 14.

Zinc-chloride makers, J 10, 18, 20.
Zinc-electrode makers, J 29.
Zinc miners, J 9. See also Miners.
Zinc smelters, A 1, J 13, 16, 28, 46.

894          DIVISION OF PREVENTIVE MEDICINE.          Vol. XVII.

### LIST OF HAZARDS, SYMPTOMS, OCCUPATIONS EXPOSED, AND PREVENTION.

#### A. ABNORMALITIES OF TEMPERATURE.

The primary physiological effect of abnormal temperatures is the disturbance of the heat-regulating system of the body. Heat dilates the blood vessels on the surface of the body, increasing the supply of blood in this region. Cold, on the other hand, constricts the blood vessels, causing a diminished blood supply on the body surface. Continuous abrupt changes from one extreme of temperature to another may cause serious congestion of the internal organs, the heat-regulating system of the body not being capable of adapting itself to sudden variations. It is in this way that a cold draft, which causes a sudden variation of the temperature, may produce neuralgia, paralysis, and respiratory diseases. Extremes of temperature may produce pathological changes by direct action. Thus, extreme dry heat will cause conjunctivitis, cataract, and the familiar sunburn. Extreme cold may cause frostbite and eczema. With the above data in mind, abnormalities of temperature have been classified under only two headings, namely, "Sudden variations of temperature" and "Extreme dry heat." Extreme cold has not been listed as a distinct hazard, because a temperature so low as to cause the direct effects mentioned above is rarely met in industry. It is evident that the occupations listed in the division "Extreme dry heat" are exposed not only to the danger of the direct action of the high temperatures but also to the hazard "Sudden variations of temperature."

The prevention of disease due to exposure to extremes of temperature consists, obviously, in the avoidance of sudden variations of temperature. Drafts are particularly hazardous, and may be practically eliminated by the use of vestibule and storm doors. Workers in cold processes should keep active and avoid chill. The hot-process worker should allow his body to cool off gradually after completion of the day's work. He should carefully regulate his diet, drinking plenty of water and avoiding meats. As direct preventive measures for the effects of extreme heat, it is advisable to make use of shields, helmets, goggles, water-cooled furnace doors, exhaust systems, cold air, fans, etc.

Vol. XVII.

ED. AND

ures is the
eat dilates
the supply
the blood
y surface.
erature to
rgans, the
adapting
aft, which
duce neu-
tempera-
Thus, ex-
familiar
With the
een clas-
is of tem-
not been
to cause
ry. It is
reme dry
action of
ariations.

of tem-
ariations
may be
m doors.
ill. The
lly after
ulate his
rect pre-
isable to
e doors,

---

No. 5.                 DIVISION OF PREVENTIVE MEDICINE.                 895

### A. Abnormalities of Temperatures.

| Health hazard. | Symptoms, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Extreme dry heat. | Anaemia, general debility, catarrh, stiff joints, cramps, lumbago, Bright's disease, skin eruptions, premature old age, cataracts, rachitis, conjunctivitis. | [occupations list largely illegible] |
| 2. Sudden variations of temperature. | Congestion of internal organs, catarrh, neuralgic and rheumatic affections, gastro-intestinal and vesical catarrh, pneumonia, Bright's disease. | [occupations list largely illegible] |

### B. COMPRESSED AIR.

In building tunnels, laying deep foundations for large buildings, etc., it is necessary for the work to be carried on under increased air pressure in order to prevent the entrance of water into the excavations. The laborer is lowered gradually and at short intervals the

896
DIVISION OF PREVENTIVE MEDICINE.
Vol. XVII.

No. 5.

pressure of the air in the compartment is increased. The first sensation of compression is felt on the eardrums, which may be relieved by the act of swallowing. If the air is too quickly compressed hemorrhage may occur. The greater part of the danger of working in compressed air lies in hasty decompression. While under compression the blood and tissue juices dissolve an increased amount of air, the gases of which are released when the pressure is suddenly decreased. The bubbles thus formed cut off the blood supply from various parts of the body by blocking up the capillaries. The symptoms of compressed air illness, the so-called "bends," are the result.

Workers in compressed air must follow strictly the rules governing gradual compression and decompression, especially the latter. It is not advisable for boys and for men over 40 years of age to work under high pressure.

Wherever keep the hu wet-bulb the moisture in t ity may be n

### B. Compressed air.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Compressed air...... | Weakness, vertigo, pains in the back and legs, paralysis of legs and arms, painful constriction of the chest, cerebral hemorrhage and aphasia, coma, subcutaneous hemorrhages, impairment of hearing. | Caisson workers; divers; tunnel workers. |

Health hazard.

Dampness.........

### C. Dampness.

The moisture content of the air is very important for the proper adjustment of the physiologic processes of the body. Damp air will prevent the evaporation of moisture from the body and will therefore affect the body temperature. High humidity tends to increase the effects of high temperature. Moist cold air has the effect of undermining the general vitality of the organism, weakening its resistance to diseases of the respiratory passages, and to neuralgic and rheumatic affections. The same effects are noticed among workers around open tanks and vats, who are continuously working in wet clothes. Excessive dampness suggests dry air as a hazard. The latter causes chapped skin and catarrhal conditions. It has not been listed among the hazards because it is not characteristic of any one occupation but is prevalent generally, especially during the winter months.

When dampness is a feature of an industrial process the following precautions should be taken to avoid ill effects:

(1) Provision of exhaust systems wherever steam is generated.
(2) Provision of floors with drain channels to prevent the accumulation of water.
(3) Provision of adequate waterproof clothing, such as rubber boots, rubberized aprons, etc.

Dusts have l chemical comp once in sympto investigators t Dr. H. R. M. I in the lungs of mixed with son ers exposed to other than thos metallic dusts,

See article on " T of Dust," in The Jou

Vol. XVII

he first sen-
r be relieved
compressed
orking
under com-
l amount of
is suddenly
upply from
The symp-
the result.
s governing
tter. It is
ge to work

which offer such
osure.

ters; divers; tan-
s.

the proper
up air will
will there-
to increase
fect of un-
ng its re-
neuralgic
al among
r working
a hazard.
It has not
tic of any
uring the

following

erated.
the accu-

is rubber

No. 5.                    DIVISION OF PREVENTIVE MEDICINE.                    897

Wherever there is dampness special measures should be taken to keep the humidity at its proper percentage. In this connection the wet-bulb thermometer is invaluable in determining the degree of moisture in the air. By circulating the air the effects of high humidity may be mitigated.

### C. Dampness.

| Health hazard. | Symptoms, conditions, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Dampness | Diseases of the respiratory passages, neuralgic and rheumatic affections. | *[extensive list of occupations, largely illegible]* |

### D. Dust.

Dusts have here been divided into two kinds, according to their chemical composition, namely, organic and inorganic. The difference in symptoms listed under each is based on the findings of recent investigators that organic dusts do not cause pulmonary lesions. Dr. H. R. M. Landis [*] has found that wherever fibrosis was present in the lungs of men exposed to organic dust, the latter was always mixed with some form of mineral or metallic dust. Tobacco workers exposed to organic dust for years showed no pulmonary changes other than those found in people living in the city. Mineral and metallic dusts, however, produce fibrosis of the lung tissue, the

[*] See article on "The Pathological and Clinical Manifestations Following the Inhalation of Dust," in The Journal of Industrial Hygiene, July, 1919, pp. 117–138.