extent of which depends on the time of exposure and the particular dust inhaled. Of the inorganic dusts, silica is the most harmful, producing serious pulmonary damage in a comparatively short period of time, while the least harmful are those which produce slight changes and then only after long exposure, for example, lime, coal, etc. The relationship between occupational dust and tuberculosis is rather a doubtful one. Authorities disagree as to the effect of fibrosis on the resisting power to the tubercle bacillus. Dust, by acting as a carrier of the bacilli, may increase their number in the lungs. In this way, men exposed to dust may be in greater danger of contracting turberculosis than others. Dr. H. R. M. Landis claims, however, that in the trades exposed to inorganic dust, mistaken diagnosis of pneumoconiosis swells the mortality statistics for tuberculosis. As a means of avoiding incorrect diagnosis of pneumoconiosis, Roentgen ray examinations of the lungs and sputum analyses are invaluable.

There are four effective methods that may be used to prevent the inhalation of dust generated during industrial processes. No one of these can apply to all conditions, but the particular method to be used must be adapted to the peculiarities of the process.

(1) The use of water to dampen the dust and thus prevent it from rising and filling the atmosphere.

(2) The use of exhaust systems which remove the dust at the point of origin.

(3) The use of inclosing chambers in which the dust-producing processes are confined, being regulated from the outside.

(4) The use of respirators and helmets.

In many cases it may be necessary to combine several of these measures effectively to prevent the inhalation of dust by the worker.

*D. Dust.*

| Health hazard. | Symptoms, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust.... | Cough, dyspnea, pleuritic pain, hemoptysis, clubbed fingers, marked failure of chest, deficient expansion (unilateral), dullness, diminished resonance, numerous rales, fibrosis, inflammatory condition of eyes, ears, nose, and throat; colds, chronic catarrh of respiratory tract, chronic catarrh of digestive tract, pleurisy, tuberculosis. | Acetylene makers; asbestos workers; basic slag (artificial manure) workers; battery (dry) makers; bed rubbers (marble and stone); bench molders (foundry); bevelers; bisque-kiln workers; bone workers; brickmakers; bronzers; buffers; burrers (needles); burr fillers; button makers; calenderers (rubber); carbide makers; carbon-brush makers; carborundum workers; card grinders (textiles); casting cleaners (foundry); cement workers; charcoal workers (sugar refining); chargers (smelting); chargers (zinc smelting); chasers (steel); chimney sweepers; chippers; clay and bisque makers (pottery); clay-plug makers (pottery); color makers; compounders; compounders (rubber); concentrating-mill workers (lead and zinc); core makers; crucible makers; crushermen (clay and stone); cut-glass workers; cutlery makers; cyanamide makers; diamond cutters; electrotypers; emery-wheel makers; engravers; fertilizer makers; file cutters; flint workers; floor molders (foundry); flue cleaners; foundry workers; glass blowers; glass cutters; glass finishers; glass mixers; glaze mixers (pottery); gold beaters; gold refiners; graphite workers; grinders (metals); gypsum workers; horn workers; jewelers; junk (metal) |

the particular
nost harmful,
rely short pe-
.ce slight
ile, lime, coal,
l tuberculosis
the effect of
us. Dust, by
umber in the
reater danger
Landis claims,
ust, mistaken
ics for tuber-
of pneumoco-
itum analyses

o prevent the
ses. No one
method to be

event it from

t at the point

ist-producing
le.

eral of these
y the worker.

exposure.

[illegible] slag (artificial [illegible]; bed rubbers (foundry); bevelers; [illegible]; bronzers; button makers; carbon-brush [illegible] grinders (textiles); [illegible] workers; charcoal [illegible] (smelting); chargers; chimney sweepers (pottery); clay-plug [illegible] compounders; workers (lead and [illegible]); crushermen (clay [illegible]) makers; cyanamid [illegible]; emery-wheel [illegible]; file cutters; [illegible] (foundry); flue cleaners; glass cutters; glass [illegible] (pottery); gold [illegible]; grinders (metals); [illegible]; junk (metal).

*D. Dust*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Inorganic dust—Continued. | Cough, dyspnea, pleuritic pains, etc.—Continued. | refiners; lapidaries; lead smelters; lime burners; lime-kiln chargers; lime workers; linoleum makers; lithographers; marble cutters; masons; match-factory workers; metal turners; mica strippers or splitters; mica workers; millers; mixers (rubber); mixing-room workers (miscellaneous); mold breakers (foundry); paint removers; paperhangers; phosphate-mill workers; pit molders (foundry); planer men (stone, metal); plasterers; plaster of Paris workers; [illegible] workers; polishers; pottery workers; pouncers (felt hats); pressmen (printers); printers; putty makers; putty polishers (glass); pyrites burners; quarrymen; rubber workers; [illegible] makers; salt [illegible]; sand blasters; sand cutters; sanders; sanding machine operators; sandpaperers (enameling and painting auto bodies, etc.); saw filers; scrapers (foundry); screen workers (lead and zinc smelting); sifters; sintering plant workers; slate workers; slip makers (pottery); smoothers (glass); spinners (asbestos); stamp-mill workers; statuary workers; stonecutters (dry); stone-cutters (wet process); sugar refiners; sulphur burners; table turners (enameling); tooth-comb makers; tile makers; tool makers; top fillers (foundry); tumbling-barrel workers; weighers. |
| 2. Organic dust | Dryness of nose, throat, and mouth, cough, expectoration, asthma, bronchitis, emphysema, tuberculosis. | Bakers; beamers (textiles); blowers (felt hats); broom makers; brushers (felt hats); brush makers; buffers; button makers; carbonizers (shoddy); carders (textiles); card grinders (textiles); carpet makers; celluloid polishers; celluloid workers; cigar makers; cobblers; comb makers (celluloid); coners (felt hats); cork workers; cotton-mill workers; cotton twisters; curriers (tannery); devil operators (felt hats); doffers (textiles); [illegible]; feather workers; felt-hat makers; fiber workers; finishers (leather); flax spinners; flour workers; formers (felt hats); fur carders; fur clippers; fur cutters; fur handlers; fur preparers; fur pullers; glove makers (leather preparers); [illegible] workers; grain-elevator workers; grinders (rubber); gun-cotton makers; hair workers; harness makers; [illegible] (shoes); hemp workers; jute workers; knitting-mill workers; lace makers; lasters (shoes); leather workers; linen workers; match-factory workers; mattress makers; mixers (felt hats); mixing-room workers (miscellaneous); pouncers (felt hats); rag workers; roller coverers (cotton mills); ropemakers; rubber workers; sawmill workers; [illegible]; [illegible] (shoes); shavers (felt hats, fur, tannery); shaving-brush makers; shoddy workers; shoe-factory operatives; sifters; silk workers; softeners (tannery); spinners (textiles); starch makers; straw-hat makers; taxidermists; textile workers; tobacco rollers; tobacco workers; upholsterers; weavers; weighers; wood-heel scourers (shoes); wood workers; wool carders; wool spinners; wool workers. |

E. EXTREME LIGHT.

Intense light is usually a product of a process associated with heat. Among the different kinds of light included under this heading are the arc light, furnace glare, glowing metal or glass, and X ray. Poor illumination as a hazard is treated under "G. Poor illumination." Continuous exposure to strong light is not only irritating to the conjunctiva, but may also cause a degeneration of the retina and decomposition of the visual purple. Repeated electric flashes of brilliant light have caused severe ophthalmia, retinitis, and even blindness. Glass blowers and steel puddlers, who have to look at a glowing molten mass, are apt to develop cataracts. It seems that the invisible ultra-violet rays and infra-red rays are responsible. The introduction of X rays into the medical field has brought to light the highly

Case 1:10-cv-22891-AJ Document 33-26 Entered on FLSD Docket 08/13/2010 Page 3 of 17

dangerous character of the radiographer's work. Severe dermatitis and cancer may ensue after exposure to X rays.

The following protective devices prove effective in preventing the injurious action of extreme light:

(1) Shields.
(2) Helmets.
(3) Goggles which eliminate the ultra-violet and infra-red rays.
(4) Clothing which covers the skin completely.
(5) X-ray apparatus should be inclosed as completely as possible with lead plates.

*E. Extreme light.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| Extreme light...... | Cataracts, retinitis, conjunctivitis, dermatitis, ulceration and [illegible] of the skin, electrical ophthalmia, cancer. | Blacksmiths; electricians; electric linemen; furnace workers; glass blowers; glass-furnace workers; incandescent-mantle hardeners; moving-picture machine operators; oxyacetylene cutters; photographers; puddlers (iron and steel); stokers; welders; X-ray workers. |

F. INFECTIONS.

There are many infectious diseases, such as tetanus, trachoma, and syphilis, which are often of occupational origin. They are not, however, specifically occupational; that is, they do not arise from a condition caused by an industrial process. The conditions which cause these diseases in industry are identical with those which cause them out of industry. The above-mentioned diseases have not therefore been included in this list of occupational infections. Those diseases which have been included arise primarily in occupational exposure. There are a number of other diseases which occur in occupations, but these are of such little numerical importance that they also have not been included.

Besides the general rules of sanitation, the following measures are recommended:

(1) *Anthrax.*—All hides and animal hair must be thoroughly sterilized. Foreign skins or hair should not be carried on the unprotected shoulder. The hands should be frequently washed with bichloride of mercury. Hair sorters should wear respirators.

(2) *Hookworm.*—Workers in mines and others who are exposed to infected soil should make special effort to keep the skin clean. Shoes must always be worn and gloves are also of value in preventing the entrance of the hookworm through the skin. Infected soil should be disinfected and kept dry. The stools of infected individuals must be disinfected immediately.

(3) *Septic infections.*—Workers should avoid puncturing the skin. Cuts, scratches, or abrasions should be treated at once to avoid in-

fection. Men having open wounds should not be allowed to work with putrid material.

*F. Infections.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Anthrax: External | 1. *Malignant pustule.*—Begins as an small pimple or boil. Papule becomes hard, with a purple center and deep red zone of infiltration surrounding, appearance of minute vesicular areola. Central papule becomes vesicular, discharges thick, bloody serum, later forming a brown gangrene. A painful lymphangitis with hard edema extending over neck and arm. Local phlebitis in the edematous area, chilliness, fever, vomiting, prostration, high temperature, feeble pulse.<br>2. *Malignant edema.*—A spreading inflammation of loose connective tissue accompanied by sloughing and gangrene. Constitutional symptoms those of pyemia. | Animal handlers; beaters (tannery); beam house workers (tannery); brush makers; butchers; carpet makers; cattle raisers; [illegible]; curriers; farmers; fertilizer makers; fur cutters; fur clippers; fur handlers; fur preparers; fur pullers; hair workers; leather workers; lime pullers (tannery); longshoremen; meat inspectors; preparers (tannery); shavers (felt hats, fur tannery); shaving brush makers; sheepherders; [illegible] sorters (tannery); table hands (tannery); tannery workers in [illegible]; transporters of hides and wool; veterinarians; wool carders; wool spinners; wool workers. |
| Internal | High fever, pains in head and back, vomiting, constipation, pain and tenderness in the abdomen, rapid, feeble pulse, palpable spleen, dyspnea, cyanosis. May be hemorrhages from bowels. When lungs are involved, there are additional symptoms—cough, pain in the chest, suffocation. | |
| 2. Hookworm (ankylostomiasis). | Anemia, pallor of the forearm when the blood count is not very low; a dull, heavy, listless expression, manner, speech, and gait; increasing muscular weakness; occurrence of parasites in stool. Victims often complain of gastrointestinal pains and cramps. In exaggerated cases there are edema, ascites, progressive emaciation, protuberant abdomen, and increasing stupor. | Brick makers; construction campworkers; farmers; lumbermen; miners; quarrymen; sawmill workers; trench diggers; tunnel workers; workers who come in contact with infected soil, especially prevalent in gold mines of California. |
| 3. Septic infections. | Skin infections such as boils, carbuncles, blood poisoning, localized lymphangitis or cellulitis. | Animal handlers; butchers; canners; leather workers; fertilizer makers; garbage workers; glue makers; hair workers; preparers (tannery); rag workers; shavers (felt hats, fur, tannery); shoddy makers; silk workers; soap makers; tallow renderers; tannery workers; veterinarians; handlers of putrid or decomposing animal products. |

## G. POOR ILLUMINATION.

The effects of poor illumination are not easily apparent. The hazard may be present in any plant, but is especially prevalent in a limited number of occupations because of the peculiar conditions that make it difficult properly to illuminate the workroom. Miner's nystagmus is the outstanding example of the effects of this hazard. Poor illumination is not only the cause of the conditions listed below but is also an important factor in the causation of accidents.

Case 1:10-cv-22891-AJ Document 33-26 Entered on FLSD Docket 08/13/2010 Page 5 of 17

Artificial light is least harmful to the worker when it comes from overhead, reflected from the ceiling by inverted bowl-shaped reflectors. Light-colored walls and ceilings aid materially in properly illuminating a room. Special precaution must be taken to avoid glare. All lights should be shaded so that only diffused light reaches the eye.

*G. Poor illumination.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| Poor illumination... | Nystagmus, eyestrain, defective vision due to astigmatism or hyperopia, headache, giddiness. Eyestrain contributes to neurasthenia. | Buffers; burnishers (iron and steel); caisson workers; compositors; embroidery workers; jewelers; metal polishers; miners; photographers; steel engravers; tunnel workers; watchmakers; any factory worker. |

H. REPEATED MOTION, PRESSURE, SHOCK, ETC.

Under this heading are included those muscle-strain conditions which are caused by the continuous repetition of movements, pressure, or blows. This section is not concerned with the neurasthenic phenomena which are sometimes called occupational neurosis. Everyone is familiar with the muscular strain experienced in performing for the first time some exercise, such as rowing, long walking, etc. Men newly introduced into a process requiring such repeated action are affected similarly but often much more severely, so as to disable them temporarily for the particular job. The injury does not stop with muscular strain but may even cause inflammation of the surrounding sheaths or paralysis of the parts concerned.

Many types of occupational neurosis may be avoided by working at a comfortable pace, avoiding fatigue. Where continuous pressure or shock is the cause, pads or cushions are often beneficial. Workers who have to grasp tools tightly would do well frequently to change their method of holding the instrument, if this is possible. Occasional rest periods will do much toward the prevention of muscular pains and cramps.

*H. Repeated motion, pressure, shock, etc.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| Repeated motion, pressure, shock, etc. | Pain of muscle used, set up by a myositis, bursitis, synovitis, or other local changes of a chronic inflammatory nature; trembling, gradual emaciation and partial paralysis of parts, acroparesthesia. | Artificial-flower makers; barbers; bicyclists; [illegible]; carpenters; chauffeurs; cigar [illegible]; [illegible]; cotton twisters; dancers; diamond cutters; elevator runners; enamelers; engravers; gold beaters; hammermen; jewelers; knitters; lathe turners; letter sorters; lithographers; locksmiths; machinists; masons; microscopists; millers; miners; musicians; painters; paper-box makers; pavers; pneumatic-tool workers; porters; pressers; riveters; sailors; sawyers; scissors sharpeners; seamstresses; sewing-machine operators; spinners (textile); stone cutters (dry); stone cutters (wet process); tailors; telegraphers; typists; washerwomen; watchmakers; weavers. |

The continue
poisonous subs
more importan
stuffs and oth
workmen in th
increased prod
plane dope res
these substance
revised "List
Fischer for the
been drawn up
rial in that lis
poisons have b
for each poiso
gators. In or
ranted proport
been grouped.
logues have be
cedure has been
been made to li
are mainly con
the substances
Because of the
it has not been
To prevent i
be taken: Pers
be instructed a
medical examin
toms of diseas
where poisono
removed at en
provided. Wo
of gloves and
confining the p
measures, unde
of by proper
blowers. Men
fumes and gas
the obtaining c

[1] See United State

ful to the worker when it comes from ceiling by inverted bowl-shaped re- eilings aid materially in properly precaution must be taken to avoid led so that only diffused light reaches

*r illumination.*

| [illegible] | Occupations which offer such exposure. |
| --- | --- |
| [illegible] | Buffers; burnishers [illegible]; [illegible] workers; compositors; embroidery workers; jewelers; metal polishers; miners; photographers; steel engravers; tunnel workers; watchmakers; any factory workers. |

...N, PRESSURE, SHOCK, ETC.

luded those muscle-strain conditions nuous repetition of movements, pres- not concerned with the neurasthenic times called occupational neurosis. muscular strain experienced in per- exercise, such as rowing, long walk- ed into a process requiring such re- ilarly but often much more severely, ly for the particular job. The injury strain but may even cause inflamma- s or paralysis of the parts concerned. neurosis may be avoided by working fatigue. Where continuous pressure ushions are often beneficial. Workers would do well frequently to change nstrument, if this is possible. Occa- h toward the prevention of muscular

*ion, pressure, shock, etc.*

| Occupations which offer such exposure. |
| --- |
| Artificial-flower makers; barbers; bicyclists; blacksmiths; carpenters; chauffeurs; [illegible]; compositors; cotton twisters; dancers; diamond cutters; elevator [illegible]; [illegible]; engravers; gold beaters; hammermen; jewelers; knitters; lathe turners; letter sorters; lithographers; locksmiths; machinists; masons; microscopists; mill ers; miners; musicians; painters; paper-box makers; pavers; pneumatic-tool workers; porters; pressers; riveters; sailors; sawyers; scissors sharpeners; seamstresses; sewing machine operators; spinners (textiles); stone cutters (dry); stone cutters (wet process); tailors; telegraphers; typists; washerwomen; watchmakers; weavers. |

J. POISONS.

The continued introduction of new processes making use of new poisonous substances in industry makes this section of more and more importance. The enormous increase in the production of dye-stuffs and other chemicals will no doubt show its effects on the workmen in the form of industrial poisoning. During the war the increased production of trinitrotoluol and tetrachlorethane for air-plane dope resulted in a large number of cases of poisoning from these substances. For the data presented under this heading, the revised "List of industrial poisons," compiled by Sommerfeld and Fischer for the International Association for Labor Legislation, has been drawn upon largely. The arrangement is similar.[a] The material in that list has been revised and brought up to date. Several poisons have been added and all the occupations exposed are given for each poison. The symptoms are those given by recent investigators. In order to avoid swelling the list of poisons to unwarranted proportions, substances the effects of which are similar have been grouped. Thus all nitro compounds of benzol and its homologues have been included under one heading and the same procedure has been followed with amido compounds. An endeavor has been made to limit this list to those substances the actions of which are mainly constitutional. The next section (p. 912) is devoted to the substances occurring in industry which act as skin irritants. Because of the very large number of substances in the latter class, it has not been possible to treat them as fully as the other poisons.

To prevent industrial poisoning the following precautions should be taken: Personal cleanliness must be maintained. Workers must be instructed as to the toxicity of the substances handled. Frequent medical examinations of workers must be made to detect early symptoms of disease. Men should not be allowed to eat in workrooms where poisonous substances are handled. Work clothes should be removed at end of day's work. Proper lavatory facilities should be provided. Work clothes should receive special attention. The use of gloves and boots are often necessary. Mechanical devices for confining the poisons are of prime importance. (See also preventive measures, under "Dust.") Fumes and gases should be taken care of by proper ventilation, the use of exhaust systems, fans, and blowers. Men who work in an atmosphere polluted by poisonous fumes and gases should always wear gas masks properly suited for the obtaining conditions.

[a] See United States Bureau of Labor, Bulletin No. 100, May, 1912.

Case 1:10-cv-22891-AJ Document 33-26 Entered on FLSD Docket 08/13/2010 Page 7 of 17

*J. Poisons.*

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 1. Acetaldehyde | Irritation of the mucous membranes of the nose, larynx, bronchi, and eyes; acceleration of the heart's action; profuse night sweats. | Aldehyde pump men; celluloid makers; dye makers; explosives workers; mirror silverers, varnish makers; vinegar workers. |
| 2. Acridine | Irritation and inflammation of skin and mucous membranes, severe burning and itching of the skin, violent sneezing. | Dye makers. |
| 3. Acrolein | Itching in the throat, irritation of the eyes, exciting lachrymation, conjunctivitis, irritation of the air passages, bronchial catarrh. | Bone renderers; fat renderers; galvanizers; lard makers; linoleum makers; linseed oil boilers; soap makers; stearic-acid makers; tallow refiners; tanners; varnish boilers. |
| 4. Ammonia | Acute inflammation of the respiratory organs, cough, edema of the lungs, chronic bronchial catarrh, redness of the eyes, increased secretion of saliva, retention of the urine. | Acetylene makers; ammonium-salts makers; artificial-ice makers; artificial-silk makers; boneblack makers; bronzers; coke-oven workers; dye makers; dyers; galvanizers; gas (illuminating) workers; gas purifiers; glue workers; mirror silverers; refrigerating-plant workers; salt extractors (coke-oven by-products); sewer workers; shellac makers; shoe finishers; soda makers; sugar refiners; tanners; varnish makers. |
| 5. Amyl acetate | Nervous symptoms, headache, fullness of the head, giddiness, somnolence, nausea, disturbances of digestion, palpitation of the heart, inflammation of the respiratory organs, fatty degeneration of the liver. | Alcohol-distillery workers; art-glass workers; artificial-silk makers; battery (dry) makers; bronzers; buffers (cutlery); celluloid makers; cutlery makers; enamelers; explosives workers; furniture polishers; gilders; incandescent-lamp makers; jewelers; lacquer makers; linoleum makers; mottlers (leather); patent-leather makers; polishers; shellac makers; shoe factory workers; shoe finishers; smokeless-powder makers; toy makers; wirers (incandescent lamps). |
| 6. Amyl alcohol | Congestion of the head, oppression of the chest, irritation of the air passages, lowering of the blood pressure, faintness, nausea. | Alcohol-distillery workers; dye makers; fruit-essence makers; mordanters; shoe finishers. |
| 7. Aniline and other amino compounds of benzol and its homologues. | Pallor of the skin, vertigo, unsteady gait, loss of appetite, increased frequency of respiration, anemia, slowing of the pulse, cutaneous eruptions, bloody urine, spasmodic muscular pains, cyanosis. | Aniline makers; artificial-leather makers; calico printers; coal-tar workers; compositors; compounders (rubber); dye makers; explosive workers; [illegible] workers; [illegible] makers; millinery workers; mixers (rubber); painters; paint makers; pencil (colored) makers; photographic workers; pressroom workers (rubber); printers; [illegible] (rubber); rubber workers; tannery workers; vulcanizers. |
| 8. Antimony and its compounds. | Itching eruptions of the skin; inflammation of the mouth, throat, and stomach; albumin in the urine, weakness of the heart, vertigo, faintness, coryza, dyspepsia, intestinal colic, nephritis. | Antimony extractors (refiners); brass founders; burnishers (iron and steel); burnishers (rifle barrels); calico printers; color makers; compositors; compounders (rubber); dye makers; enamel makers; fireworks makers; glass makers; glaze dippers (pottery); glaze mixers (pottery); grinders (metals); grinders (rubber); lead smelters; linotypers; mixers (rubber); monotypers; mordanters; pressroom workers (rubber); printers; rubber workers; shot makers; stereotypers; vulcanizers. |
| 9. Arsenic and its compounds. | Headache, melancholia, sleeplessness, gastrointestinal disturbances, emaciation, catarrh of the mucous membranes, skin diseases of various forms, falling out of the hair and nails, melanosis, perforations of the nasal | Arsenic roasters; artificial-flower makers; artificial-leather makers; bookbinders; brass founders; bronzers; calico printers; candle (colored) makers; carpet makers; carroters (felt hats); chargers (zinc smelters); color makers; colored-paper workers; compounders (rubber); copper founders; copper smelters; curriers (tannery); cut-glass workers; decorators (pottery); dye makers; electroplaters; enamelers; feather curers; feather workers; felt-hat makers; ferrosilicon workers; fur handlers; fur preparers; galvanizers; gardeners; glass mixers; glass dippers (pottery); glass mixers (pottery); gold refiners; |

*J. Pois*

| Health hazard. | Symptom, condition, or disease to look for. |
|---|---|
| 9. Arsenic and its compounds—Continued. | septum, bleeding gums, peripheral multiple neuritis, paralysis. |
| 10. Arseniuretted hydrogen. | General malaise, difficulty of breathing, fainting fits, gastric disturbances, jaundice, bluish discoloration of the mucous membrane, pain in the region of the spleen and kidney, darkened urine, odor of the mouth resembling garlic. |
| 11. Benzine | Headache, vertigo, nausea, cough, irregular respiration, weakness of the heart, drowsiness, cyanosis, twitching of the muscles, psychosis, skin lesions. |
| 12. Benzol | Headache, vertigo, anemia, muscular tremor, scarlet lips, spots of extravasated blood in the skin, irritant cough, fatty degeneration of liver, kidneys, and heart. |
| 13. Brass (zinc) | Headache, general malaise, throat irritation, cough, nausea, vomiting, constipation, trembling, muscular pains, accelerated respiration, profuse sweating, deposit of green tartar on the teeth, metallic taste in the mouth, anemia, premature old age, respiratory and degenerative diseases. |
| 14. Carbon dioxide | Anemia, cyanosis, headache, drowsiness, vertigo, tinnitus, and general nervousness. |

upations which offer such exposure.

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 9. Arsenic and its compounds—Continued. | septum, bleeding gums, peripheral neuritis, multiple paralysis. | insecticide makers; japan makers; jewelers; lead smelters; linoleum colorers; lithographers; mixers (rubber); mordanters; paper glazers; paperhangers; pencil (colored) makers; [illegible] workers; pottery workers; pressroom workers (rubber); printers; pyrites burners; refiners (metals); rubber-tire builders; rubber washers; rubber workers; sealing-wax makers; sheep-dip makers; shot makers; sprayers (trees); sulphur burners; sulphuric-acid workers; tannery workers; taxidermists; tinners; toy makers; velvet makers; wallpaper printers; wax-ornament makers; wire drawers; wood preservers; zinc smelters. |
| 10. Arseniureted hydrogen. | General malaise, difficulty of breathing, fainting fits, gastric disturbances, jaundice, bluish discoloration of the mucous membranes, pain in the region of the spleen and kidney, darkened urine, fetor of the mouth resembling garlic. | Acid dippers; aniline workers; balloon (toy) fillers; battery (dry) makers; brass-ore [illegible]; carbonizers (shoddy); dimethyl-sulphate makers; dye makers; enamelers; ferrosilicon workers; fertilizer makers; galvanizers; lead burners; [illegible] workers; fertilizer makers; [illegible] lead burners; lime burners; nitroglycerin makers; picklers; refiners (metals); shoddy workers; soldering; storage battery workers; sulphuric acid workers; tinners; towermen (sulphuric acid); zinc chloride makers. |
| 11. Benzine | Headache, vertigo, nausea, cough, irregular respiration, weakness of the heart, drowsiness, cyanosis, twitching of the muscles, psychosis, skin lesions. | Art-glass workers; bronzers; buffers (rubber); cast scrubbers (electroplaters); celluloid makers; cementers (rubber shoes); cement mixers (rubber); compositors; compounders (rubber); curriers (tannery); decorators (pottery); degreasers (fertilizer, leather); dippers (rubber); dry cleaners; electroplaters; enamelers; feather workers; furniture polishers; gilders; glue workers; japan makers; lacquer makers; linoleum makers; lithographers; millinery workers; mixers (rubber); mordanters; painters; paint makers; pressroom workers (rubber); printers; putty makers; rubber-glove makers; rubber-tire builders; rubber washers; rubber workers; shellac makers; shoe finishers; tannery workers; type cleaners; varnish makers; vulcanizers. |
| 12. Benzol | Headache, vertigo, anemia, muscular tremor, scarlet lips, spots of extravasated blood in the skin, irritant cough, fatty degeneration of liver, kidneys, and heart. | Aniline makers; artificial-leather makers; battery (dry) makers; benzol stillmen; bronzers; carbolic-acid makers; cast scrubbers; cementers (rubber shoes); cement mixers (rubber); coal-tar workers; coke-oven workers; color makers; compounders (rubber); decorators (pottery); degreasers (fertilizer, leather); dry cleaners; driers (rubber); dye makers; electroplaters; explosives workers; feather workers; fertilizer makers; gas (illuminating) workers; gilders; glue workers; lacquer makers; lithographers; millinery workers; mixers (rubber); mordanters; painters; paint makers; photo-engravers; photographic workers; pressroom workers (rubber); reclaimers (rubber); rubber-tire builders; rubber washers; rubber workers; shellac makers; shoe-factory workers; shoe finishers; smokeless-powder makers; still (coal-tar) cleaners; treaders (rubber); varnish makers; vulcanizers. |
| 13. Brass (zinc) | Headache, general malaise, throat irritation, cough, nausea, vomiting, constipation, trembling, muscular pains, accelerated respiration, profuse sweating, deposit of green tartar on the teeth, metallic taste in the mouth, anemia, premature old age, respiratory and degenerative diseases. | Bench molders (foundry); blowers-out (zinc smelting); brass founders; braziers; bronzers; chargers (zinc smelting); core makers; floor molders (foundry); galvanizers; junk-metal refiners; kilnmen (zinc smelting); pourers (brass foundry); welders; zinc smelters. |
| 14. Carbon dioxide | Anemia, cyanosis, headache, drowsiness, vertigo, tinnitus, and general nervousness. | Alkali-salt makers; blacksmiths; boiler-room workers; brass founders; brewers; brick burners; caisson workers; carbon-dioxide makers; charcoal burners; drying-room workers (miscellaneous); fertilizer makers; furnace workers; lime burners; limekiln chargers; miners; pottery workers; sewer workers; silo workers; soda makers; starch makers; sugar refiners; vintners; white-lead makers; yeast makers. |

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 15. Carbon disulphide. | Headache, pain in the extremities, trembling, deafness, reduction of the reflexes, acceleration of the heart's action, nausea, digestive trouble, emaciation, disturbances of sense of vision, excitement and violent temper followed by depression, [illegible] mental decline, chronic dementia. | Ammonium-salts makers; artificial-silk makers; asphalt testers; carbon-disulphide makers; celluloid makers; cementers (rubber [illegible]); cement mixers (rubber); [illegible] cleaners; driers (rubber); enamelers; glue workers; [illegible] ticide makers; match-factory workers; oil extractors; paint makers; paraffin workers; putty makers; resin [illegible] (rubber); smokeless-powder makers; sulphur extract[illegible]; tallow refiners; vulcanizers. |
| 16. Carbon monoxide. | Headache (usually frontal), dizziness, sense of fullness of the head, fatigue, nausea, general weakness, polycythemia. | Acetylene makers; bakers; [illegible]-kiln workers; blacksmiths; blockers (felt hats); boiler-room workers; brass founders; cable splicers; calico printers; carbide makers; celluloid makers; charcoal burners; chargers (zinc smelting); chimney sweepers; [illegible] |
| 17. Chloride of lime. | Irritating cough, inflammation of upper air passages, difficulty of breathing, bronchitis, asthma, occasional hemoptysis, conjunctivitis, lachrymation, hyperhidrosis, burning eruption on the skin. | Bleachers; chloride of lime makers; chloroform makers; disinfectant makers; dye makers; laundry workers; tannery workers. |
| 18. Chlorine. | Pallid countenance, emaciation, decayed teeth, bronchial irritation and asthma, gastric disturbances, irritation of the skin, chloracne. | Alkali-salt makers; bleachers (paper and pulp); bleachers; bromine makers; calico printers; chloride of lime makers; chlorine makers; disinfectant makers; dye makers; laundry workers; phosgene makers; photographic workers; sulphur-chloride makers; zinc-chloride makers. |
| 19. Chlorodinitrobenzol. | See Nitrobenzol. | |
| 20. Chloronitrobenzol. | See Nitrobenzol. | |
| 21. Chromium compounds. | Pitting, phagedenic ulcers, very difficult to heal and very painful; perforation of the nasal septum at the cartilaginous portion, irritation of the conjunctiva, small areas of inflammation in the lungs, inflammation of the kidneys, chronic gastritis, anemia. | Artificial-flower makers; battery (dry) makers; bleachers; calico printers; candle (colored) makers; chromium workers; color makers; compounders (rubber); dye makers; dyers; enamelers; glass mixers; glaze dippers (pottery); glaze mixers (pottery); ink makers; linoleum colorers; lithographers; match-factory workers; mixers (rubber); mordanters; paperhangers; pencil (colored) makers; photo-engravers; photographic workers; pressroom workers (rubber); rubber-tire builders; rubber washers; rubber workers; tannery workers; vulcanizers; wall-paper printers; wax-ornament workers; wood stainers. |
| 22. Cyanogen compounds. | Headache, vertigo, unsteadiness of gait, nausea, loss of appetite, disturbance of gastric and intestinal functions, slowing of the pulse, albuminuria. | Acid dippers; ammonium-salts makers; blacksmiths; blast-furnace workers; bronzers (gun barrels); calico printers; case hardeners; celluloid makers; dye makers; electroplaters; fulminate mixers; fumigators; gas (illuminating) workers; gas purifiers; gold refiners; photographic workers; picklers; silver refiners; tannery workers, temperers. |

*J. Poisons*—Co[ntinued]

| Health hazard. | Symptom, condition, or disease to look for. | O[ccupations …] |
|---|---|---|
| 23. Dimethyl sulphate. | Strongly corrosive effect on the skin and mucous membranes, hoarseness, lachrymation, conjunctivitis, edema, photophobia. | Dimethyl-[…] |
| 24. Dinitrobenzol. | See Nitrobenzol. | |
| 25. Gasoline. | See Naphtha. | |
| 26. Hydrochloric acid. | Irritation of mucous membranes; conjunctivitis; coryza; pharyngeal, laryngeal, and bronchial catarrh; dental caries. | Acid dipp[…] [illegible] |
| 27. Hydrofluoric acid. | Intense irritation of the eyelids and conjunctiva, coryza, bronchial catarrh with spasmodic cough; ulceration of the nostrils, gums, and oral mucous membranes; painful ulcers of the [illegible], erosion and formation of vesicles, suppuration under the finger nails. | Antimony […] dyers; […] extractor[…] |
| 28. Lead and its compounds. | Sallow, pale, yellowish hue of the skin; metallic taste, nausea, anorexia, constipation, lead line, anemia, insomnia, nervousness, arthralgias and neuritis, weakness of grip, tremors of fingers and tongue; lead paralysis, especially of muscles used most; atrophy of optic nerve. | Acid […] artificial-[…] [illegible] |

[illegible]s—Continued.

| Occupations which offer such exposure. |
| --- |
| [illegible]monium-salts makers; artificial-silk makers; asphalt [illegible]; carbon-disulphide makers; celluloid makers; [illegible] (rubber); [illegible] cement mixers (rubber); dry cleaners; driers (rubber); enamelers; glue workers; [illegible] makers; [illegible] workers; oil extract[illegible] paint makers; paraffin workers; putty makers; [illegible] (rubber); [illegible]-powder makers; sulphur extract[illegible]; tallow refiners; vulcanizers. |
| Acetylene makers; bakers; [illegible]-kiln workers; blacksmiths; blowers (felt hats); boiler-room workers; brass founders; cable splicers; calico printers; carbide makers; celluloid makers; charcoal burners; chargers (zinc smelting); chimney sweepers; coal-tar workers; coke-oven workers; copper smelters; [illegible] makers; drying-room workers ([illegible]); enamelers; [illegible] makers; filament makers (incandescent lamps); finishers (incandescent lamps); [illegible] (felt hats); flue cleaners; foundry workers; furnace workers; garage workers; gas (illuminating) workers; glass-kiln workers; incandescent-lamp makers; kiln tenders; laundry workers; lead smelters; lime burners; lime-kiln chargers; mercury smelters; miners; patent-leather makers; phosgene makers; pottery workers; pressers; refiners (metals); sealers (incandescent lamps); silver smelters; singers (cloth); soda makers; stokers; tanners; [illegible]; temperers; tubulators (incandescent lamps); zinc smelters. |
| Bleachers; chloride of lime makers; chloroform makers; disinfectant makers; dye makers; laundry workers; tannery workers. |
| Alkali-salt makers; beatermen (paper and pulp); bleachers; broom makers; calico printers; chloride of lime makers; chlorine makers; disinfectant makers; dye makers; laundry workers; phosgene makers; photographic workers; sulphur-chloride makers; zinc-chloride makers. |
| Artificial-flower makers; battery (dry) makers; bleachers; calico printers; candle (colored) makers; chromium workers; color makers; compounders (rubber); dye makers; dyers; enamelers; glass mixers; glaze dippers (pottery); glaze mixers (pottery); ink makers; linoleum colorers; lithographers; match-factory workers; mixers (rubber); mordanters; perfumers; pencil (colored) makers; photo-engravers; photographic workers; pressroom workers (rubber); rubber-tire builders; rubber washers; rubber workers; tannery workers; vulcanizers; wall-paper printers; wax-ornament workers; wood stainers. |
| Acid dippers; ammonium-salts makers; blacksmiths; blast-furnace workers; browners (gun barrels); calico printers; [illegible] hardeners; celluloid makers; dye makers; electro[illegible]ers; fulminate mixers; fumigators; gas (illuminating) workers; gas purifiers; gold refiners; photographic workers; picklers; silver refiners; tannery workers; temperers. |

J. Poisons—Continued.

| Health hazard. | Symptoms, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| 23. Dimethyl sulphate. | Strongly corrosive effect on the skin and mucous membranes, lachrymation, conjunctivitis, edema, photophobia. | Dimethyl-sulphate makers; dye makers; perfume makers. |
| 24. Dinitrobenzol. | See Nitrobenzol. | |
| 25. Gasoline. | See Naphtha. | |
| 26. Hydrochloric acid. | Irritation of mucous membranes; conjunctivitis, coryza; pharyngeal, laryngeal, and bronchial catarrh; dental caries. | Acid dippers; acid finishers (glass); acid mixers; acid reservers; acid transporters; alkali-salt makers; ammonium-salts makers; aniline makers; battery (dry) makers; calico printers; camphor makers; carbolic-acid makers; carbonizers (shoddy); cartridge dippers; dye makers; dyers; enamel makers; fertilizer makers; galvanizers; glass finishers; glass mixers; [illegible] workers; hydrochloric-acid makers; [illegible]; petroleum refiners; picklers; pottery workers; reclaimers (rubber); rubber workers; shoddy workers; solderers; sulphur-chloride makers; tinners; vignetters; zinc-chloride makers. |
| 27. Hydrofluoric acid. | Intense irritation of the eyelids and conjunctiva, coryza, bronchial catarrh with spasmodic cough; ulceration of the nasal, gum, and oral mucous membranes; painful ulcers of the [illegible], [illegible] and formation of vesicles, suppuration under the finger nails. | Antimony [illegible]; art-glass workers; bleachers; dyers; etchers; fertilizer makers; glass finishers; silicate extractors. |
| 28. Lead and its compounds. | Sallow, pale, yellowish hue of the skin; metallic taste, nausea, anorexia, constipation, lead line, anemia, insomnia, headache, arthralgias and neuritis, weakness of grip, tremors of fingers and tongue; lead paralysis, especially of muscles most used; atrophy of optic nerve. | Acid finishers (glass); amber workers; art-glass workers; artificial-flower makers; babbitters; battery (dry) makers; [illegible] (foundry); blacksmiths; [illegible] (tannery); [illegible]; bottle-cap makers; brass [illegible]; brass polishers; braziers; brick burners; brick makers; bronzers; browners (gun barrels); brush makers; buffers (rubber); burners (enameling); cable makers; [illegible]; calico printers; canners; cartridge makers; [illegible]; chargers (zinc smelting); color makers; [illegible] (white) of shoes; compositors; [illegible] workers (lead and zinc); cut-glass workers; cutlery makers; decorators (pottery); diamond polishers; dye makers; dyers; electroplaters; electrotypers; [illegible] workers; emery-wheel makers; enamel makers; file cutters; [illegible]; floor [illegible] (tannery); galvanizers; glass finishers; glass mixers; glass polishers; glaze dippers (pottery); glaze mixers (pottery); glass-kiln workers; gold refiners; grinders (metals); grinders (rubber); [illegible]; imitation-pearl makers; incandescent-lamp makers; [illegible]; [illegible]; lead-metal refiners; [illegible]; lead burners; [illegible]; lead-pipe makers; lead-salts makers; lead smelters; [illegible]; linotypers; linseed-oil boilers; lithographers; lithotransfer workers; match-factory workers; [illegible]; mixers (rubber); monotypers; musical-instrument makers; [illegible] workers; [illegible]; painters; paint makers; paint removers; paper-hangers; patent-leather makers; petroleum refiners; photograph retouchers; pipe fitters; plumbers; polishers; pottery workers; printers; putty makers; putty polishers (glass); reclaimers (rubber); [illegible] workers; refiners (metals); [illegible]; roofers; rubber workers; sagger makers; sandpaperers (enameling and painting auto bodies, etc.); screen workers (lead and zinc smelting); sheet-metal workers; shellac makers; shot makers; slip makers (pottery); slushers (porcelain enameling); solderers; stainers (shoes); steel engravers; stereotypers; storage-battery makers; sulphuric-acid workers; [illegible]; [illegible] (enameling); tannery workers; temperers; tile makers; tin-foil makers; tinners; toy makers; transfer workers (pottery); tree sprayers; type founders; typesetters; wallpaper printers; welders; white-lead workers; wood stainers; zinc smelters. |

Case 1:10-cv-22891-AJ Document 33-26 Entered on FLSD Docket 08/13/2010 Page 11 of 17

*J. Poisons*—Continued.

| Health hazard. | Symptoms, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 29. Mercury and its compounds. | Ptyalism; swelling, inflammation, and bleeding of the gums; blue line on the gums, rodent ulcers, pallor, mercurial tremor, digestive disturbances, localized whiteness in the margin surrounded by pale blue or reddened area, general weakness of the hand and digital extensors, foul breath, corrosion of the teeth, [illegible], sleeplessness and depression or drowsiness and apathy, loss of energy and initiative. | Artificial-flower makers; battery (dry) makers; blowers (felt hats); bronzers; brewmen (gun barrels); brushers (felt hats); cap loaders; carroters (felt hats); cartridge makers; chlorine makers (electrolytic); color makers; coners (felt hats); dentists; detonator cleaners; detonator fillers; detonator packers; devil operators (felt hats); dye makers; Edison storage battery workers; explosive workers; felt-hat makers; fireworks makers; fulminate mixers; fur handlers; fur preparers; gold refiners; hardeners (felt hats); incandescent-lamp makers; jewelers; mercury-vapor-lamp makers; mercury bronzers; mercury [illegible]; mercury-salts workers; mercury smelters; mercury-color makers; mercury-still cleaners; mirror silverers; mixers (felt hats); paint makers; photographic workers; primers (explosives); refiners (metals); sizers (felt hats); sole-stitchers (Blake machine); starters (felt hats); steel engravers; stiffeners (felt hats); storage-battery makers; taxidermists; thermometer makers; water gilders; zinc-electrode makers. |
| 30. Methyl alcohol. | Headache, nausea, abdominal cramps, ringing in the ears, muscular prostration, insomnia, delirium, difficulty of breathing, inflammation of the throat and mucous membrane of the air passages, conjunctivitis, serious affections of the retina and optic nerve resulting in blindness, fatty degeneration of the liver. | Aldehyde pumpmen; art-glass workers; artificial-flower makers; artificial silk makers; basket makers; bronzers; brush makers; celluloid workers; celluloid and ornament [illegible] (rubber shoes); dimethyl [illegible] makers; dry cleaners; dryers (felt hats); dye makers; explosives workers; leather workers; felt-hat makers; filament makers (incandescent lamps); fitters (shoes); furniture polishers; gilders; hardeners (felt hats); incandescent-lamp makers; ink makers; japan makers; lacquer makers; lasters (shoes); linoleum makers; millinery workers; motion [illegible] (leather); painters; paint makers; patent leather makers; perfume makers; photo-engravers; photographers; polishers; shellac makers; shoe-factory operatives; shoe finishers; soap makers; stiffeners (felt hats); stitchers (shoes); tyre cleaners; upholsterers; varnish makers; vulcanizers; wood-alcohol distillers; woodworkers. |
| 31. Methyl bromide. | Vertigo, headache, staring looks, pallor of the skin, retarded pulse, constipation, excitability, trembling. | Antipyrin makers; dye makers. |
| 32. Naphtha. | Headache, vertigo, nausea, vomiting, dyspnea, palpitation, insomnia, hysteria. | Bronzers; cleaners; degreasers (fertilizer, leather); dyers; furniture polishers; garage workers; gilders; metal-polish makers; painters; petroleum refiners; polishers; rubber workers; shoe finishers; waterproof-cloth makers; woodworkers. |
| 33. Nitroaniline. | *See* Aniline. | |
| 34. Nitrobenzol and other nitro compounds of benzol and its homologues. | Icterical skin which gradually becomes cyanotic, methemoglobin formation, general debility, anemia; presence of hematoporphyrin, albumin, and sometimes free poison in the urine; skin eruptions, visual disturbances, dyspnea, odor of bitter almonds in breath. | Aniline makers; dye makers; explosives workers; perfume makers; smokeless-powder makers; soap makers. |

No. 5. DIVISION OF P[illegible]

*J. Poisons*[illegible]

| Health hazard. | Symptoms, condition, or disease to look for. |
|---|---|
| 35. Nitroglycerin.... | Severe headache, vertigo, nausea, paralysis of the muscles of the head and eyes as well as of the lower extremities, cyanosis, reddening of the countenance, burning in the throat and stomach, disturbances of digestion, trembling, neuralgia, colic, retarded respiration and heart action, obstinate ulcers under nails and on the finger tips, eruptions on the [illegible] of the feet and interdigital [illegible], with extreme dryness and formation of fissures. |
| 36. Nitronaphthalene. | *See* Nitrobenzol. |
| 37. Nitrous gases and nitric acid. | Irritation of air passages, cough, labored respiration, inflammation of the eyes, corrosion of the teeth, erosion and perforation of nasal septum. |
| 38. Petroleum....... | Inflammation of the skin, acne, suppurative ulcers, papillomas; numbness and irritation of the Schneiderian membrane; headache and sensory disturbances; affections of the respiratory organs. |
| 39. Phenol......... | Erosion of the skin, eczema, irritation of respiratory organs, digestive disturbances, symptoms of degeneration of the blood, emaciation, nephritis, gangrene, icterus. |
| 40. Phenyl hydrazine. | Vesicular eruptions on the skin, with itching and burning, diarrhea, loss of appetite, granular degeneration of the blood corpuscles, formation of methemoglobin, a sense of general malaise. |

Case 1:10-cv-22891-AJ Document 33-26 Entered on FLSD Docket 08/13/2010 Page 12 of 17

*J. Poisons*—Continued.

| Health hazard. | Symptoms, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 35. Nitroglycerin | Severe headache, vertigo, nausea, paralysis of the muscles of the head and eyes as well as of the lower extremities, cyanosis, reddening of the countenance, burning in the throat and stomach, disturbances of digestion, trembling, neuralgia, colic, retarded respiration and heart action, obstinate ulcers under nails and on the finger tips, eruptions on the plantar aspect of the feet and interdigital spaces, with extreme dryness and formation of fissures. | Explosives workers; nitroglycerin workers; shell fillers. |
| 36. Nitronaphthalene. | See Nitrobenzol. | |
| 37. Nitrous fumes and nitric acid. | Irritation of air passages, cough, labored respiration, inflammation of the eyes, corrosion of the teeth, erosion and perforation of nasal septum. | Acid dippers; acid mixers; acid recoverers; acid transporters; aniline makers; artificial leather makers; bleachers; carroters (felt hats); cartridge dippers; celluloid makers; dimethyl-sulphate makers; dippers (guncotton); engravers; etchers; explosives workers; felt-hat makers; fertilizer makers; fur preparers; galvanizers; glass workers; guncotton dippers; guncotton wringers; imitation-pearl makers; incandescent lamp makers; jewelers; lithographers; miners; mordanters; nitrators; nitric-acid workers; nitroglycerin workers; photoengravers; picklers; picric-acid makers; refiners (metals); soda makers; steel engravers; sulphuric-acid workers; towermen (sulphuric acid); wringers (guncotton). |
| 38. Petroleum | Inflammation of the skin, acne, suppurating ulcers; papillomas; numbness and irritation of the Schneiderian membrane; headache and sensory disturbances; affections of the respiratory organs. | Brewers (gum barrels); leather workers; furniture polishers; lampblack makers; millinery workers; oil-flotation-plant workers; oil-well workers; paraffin workers; petroleum refiners; temperers. |
| 39. Phenol | Erosion of the skin, eczema, irritation of respiratory organs, digestive disturbances, symptoms of degeneration of the blood, emaciation, nephritis, gangrene, icterus. | Bakelite makers; calico printers; coal-tar workers; dye makers; dyers; etchers; gas (illuminating) workers; gas purifiers; lampblack makers; picric acid makers; rubber workers; smokeless powder makers; stillmen (carbolic acid); surgical-dressing makers; wood preservers. |
| 40. Phenyl hydrazine. | Vesicular eruptions on the skin with itching and burning, diarrhea, loss of appetite, granular degeneration of the blood corpuscles, formation of methemoglobin, a sense of general malaise. | Antipyrin makers; dye makers. |

ued.

ations which offer such exposure.

makers; battery (dry) makers; blowers ... bronzers; brewers (gum barrels); brushers ... carroters (felt hats); cartridge ... dentists; detonator cleaners; detonator ... devil operators (felt hats); dye ... battery workers; explosives works ... fur preparers; gold refiners; hardeners ... jewelers; mercury bronzers; mercury ... mercury smelters; mercury-still cleaners; mirror silverers; paint makers; photographic workers ... refiners (metals); sizers (felt hats); starters (felt hats); storage-battery ... thermometer makers; water ... makers.

... art-glass workers; artificial-flower ... brewers; ... dry cleaners; ... explosives workers; leather ... filament makers; incandescent ... polishers; gilders; hard... incandescent lamp makers; ink makers; ... lantern (shoes); linoleum ... patent leather makers; perfume makers; ... photographers; polishers; shellac makers; ... shoe finishers; soap makers; ... stitchers (shoes); type cleaners; ... varnish makers; vulcanizers; wood-alcohol workers.

; dye makers.

... degreasers (fertilizer, leather); dyers; ... gilders; metal polish... petroleum refiners; polishers; rubber ... waterproof-cloth makers; wood-

... makers; explosives workers; perfume ... powder makers; soap makers.

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 41. Phosgene | Destruction of lung tissue, emphysema and edema, myocardial insufficiency due to the emphysema, pleural thickening and adhesions, chronic bronchitis, mild diffuse bronchiectasis, nocturnal dyspnea, polycythemia. | Dye makers; phosgene makers. |
| 42. Phosphorus | Inflammation and sclerosis of the bones and of the periosteum, necrosis of the bones of the jaw, swelling and ulceration of the gums and buccal membrane, loosening and falling out of the teeth, suppuration and destruction of jawbone with fistulous channels burrowing through the cheek, meningeal inflammation, brittleness of bones, digestive disturbances, [illegible]. | Bone-black makers; brass founders; fertilizer makers; fireworks makers; insecticide makers; match-factory workers; phosphate-mill workers; phosphor-bronze workers; phosphorus-compounds makers; phosphorus extractors. |
| 43. Phosphuretted hydrogen. | Oppressed feeling in the chest, headache, vertigo, tinnitus aurium, general debility, loss of appetite, great thirst. | Acetylene makers; ferrosilicon workers; phosphorus extractors; phosphorus (red) makers. |
| 44. Picric acid | Itching, inflammation of the skin, vesicular eruptions, yellow pigmentation of epidermis and conjunctiva, inflammation of buccal mucous membrane, digestive disturbances, vertigo, jaundice, nasal catarrh, nephritis. | Dye makers; dyers; explosives workers; photographers; picric acid makers; shell fillers; smokeless-powder makers. |
| 45. Sulphur chloride | Symptoms are due to the combined effects of chlorine, hydrochloric acid and sulphur dioxide. Sulphur chloride when in contact with moisture reacts with water to form these products. | Rubber-substitute makers; vulcanizers. |
| 46. Sulphur dioxide | Irritation of the mucous membrane of respiratory organs and eyes, spasmodic cough, bronchial catarrh, digestive disturbances, blood-tinged mucous. | Alkali-salt makers; blast-furnace workers; bleachers; brass founders; brick makers; broom makers; carbolic acid makers; chambermen (sulphuric acid); chargers (zinc smelting); copper smelters; dye makers; fertilizer makers; flue cleaners; fruit preservers; fumigators; galvanizers; glue workers; lead smelters; mercury smelters; oil-flotation-plant workers; petroleum refiners; pottery workers; pyrites burners; refiners (metals); rubber workers; storage battery makers; sugar refiners; sulphite cooks; sulphur burners; sulphurers (hops and malt); sulphuric-acid workers; tannery workers; towermen (sulphuric acid); zinc smelters. |
| 47. Sulphuretted hydrogen. | Headache, debility, vertigo, nausea, disturbances of digestion, sallow complexion and emaciation, slowing of the pulse, conjunctival catarrh, tendency to the formation of boils. | Alkali-salt makers; artificial-silk makers; blast-furnace workers; brewers; cable splicers; celluloid makers; dye makers; fertilizer makers; flax-rettery workers; gas (illuminating) workers; gas purifiers; glue workers; match-factory workers; miners; oil-flotation-plant workers; petroleum refiners; pyrites burners; sewer workers; soda makers; sodium sulphide makers; starch makers; sugar refiners; tannery workers. |

*J. Poisons*

| Health hazard. | Symptom, condition, or disease to look for. | |
|---|---|---|
| 48. Sulphuric acid | Inflammation of respiratory organs, injury to teeth through softening of the dentine, chronic catarrh. | Ac[illegible] |
| 49. Tar | Tar itch, diffuse acne, eczema or psoriasis, loss of appetite, nausea, diarrhea, headache, somnolence, vertigo, albuminuria, edema, ischuria, conjunctivitis, bronchitis. | Ba[illegible] |
| 50. Tetrachlorethane (acetylene tetrachloride). | Abnormal sense of fatigue, profuse perspiration, general discomfort and grouchiness, inability to concentrate, nocturia, slight polyuria, dreaming, headache, vertigo, nervousness, insomnia, loss of appetite, constipation, diarrhea, gas in stomach, general abdominal pain, nausea, eructations of gas, vomiting, loss of weight, jaundice, enlarged liver, bile in the urine, abdominal tenderness, increase of mononuclear cells, appearance of many lymphocytes large mononuclears, elevation in the white count, slight anemia, slight increase in number of platelets. | Ai[illegible] |
| 51. Trinitrotoluol | Nose and throat irritation, obstinate cough, bluish color of the lips and lobes of the ears, yellowing of the whites of the eyes, expectoration of yellow mucous, discoloration—a mixture of lividity and jaundice, rash on the skin, shortness of breath, anemia, palpitation of the heart, bile-stained urine, rapid weak pulse. | Ex[illegible] |

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
| --- | --- | --- |
| 49. Sulphuric acid. | Inflammation of respiratory organs, injury to teeth through softening of the dentine, chronic catarrh. | Acid dippers; acid finishers (plant); acid mixers; acid recoverers; acid transporters; ammonium-salts makers; ammonium-sulphate makers; artificial-leather makers; beta-still operators (beta naphthol); burnishers (iron and steel); calico printers; carbolic acid makers; carbonizers (shoddy); cartridge dippers; celluloid makers; chambermen (sulphuric acid); dimethyl-sulphate makers; dye makers; explosives workers; [illegible] makers; fertilizer makers; galvanizers; glass finishers; [illegible] dippers; hydrochloric acid makers; jewelers; linoleum makers; [illegible]; nitrators; nitric-acid makers; nitroglycerine makers; oil-flotation-plant workers; patent-leather makers; petroleum refiners; phosphorus-evaporating machine operators; picklers; picric acid makers; reclaimers (rubber); salt extractors (coke oven byproducts); shoddy workers; storage-battery makers; sulphuric-acid workers; tallow refiners; tannery workers; temperers; towermen (sulphuric acid); wire drawers. |
| 50. Tar. | Tar itch, diffuse acne, eczema or psoriasis, loss of appetite, nausea, diarrhea, headache, [illegible], albuminuria, [illegible], conjunctivitis, bronchitis. | Battery (dry) makers; briquet makers; brush makers; chimney sweepers; coke-oven workers; cord makers; flue cleaners; gas (illuminating) workers; insulators; paint makers; paradin workers; pavers; petroleum refiners; roofers; roofing-paper workers; still (coal-tar) cleaners; tar workers; wood preservers. |
| 50. Tetrachlorethane (acetylene tetrachloride). | Abnormal sense of fatigue, profuse perspiration, [illegible] discomfort and drowsiness, inability to concentrate, mental [illegible], slight polyuria, dreaming, headache, vertigo, nervousness, insomnia, loss of appetite, constipation, diarrhea, gas in stomach, general abdominal pain, nausea, eructations of gas, vomiting, loss of weight, jaundice, enlarged liver, bile in the urine, abdominal tenderness, increase of mononuclear cells, appearance of many immature large mononuclears, elevation in the white count, slight anemia, slight increase in number of platelets. | Airplane-wing varnishers; artificial-silk makers; dopers (airplanes). |
| 51. Trinitrotoluol. | Nose and throat irritation, obstinate cough, bluish color of the lips and lobes of the ears, yellowing of the whites of the eyes, expectoration of yellow mucous, discoloration—a mixture of lividity and jaundice, rash on the skin, shortness of breath, anemia, palpitation of the heart, bile-stained urine, rapid weak pulse. | Explosive workers; shell fillers. |

*J. Poisons*—Continued.

| Health hazard. | Symptom, condition, or disease to look for. | Occupations which offer such exposure. |
|---|---|---|
| 32. Turpentine. | Irritation of the mucous membrane of the eyes, nose, and upper air passages; cough, bronchial inflammation; salivation; giddiness, headache, irritation of the kidneys, odor of violets in urine; severe irritation of the skin, eczema, and hardening of the epidermis. | Art-glass workers; cable splicers; calico printers; camphor makers; cementers (rubber shoes); decorators (pottery); dry cleaners; dye makers; enamelers; enamel makers; leather workers; furniture polishers; japan makers; lacquer makers; linoleum makers; lithographers; millinery workers; painters; paint makers; patent-leather makers; printers; rubber workers; sealing-wax makers; shellac makers; transfer workers (pottery); turpentine extractors; varnish makers. |

## SKIN IRRITANTS.

Because of the fact that dermatoses form such a large proportion of all occupational diseases and are often disabling, the more important occupations that are exposed to skin irritants have been listed separately. A complete enumeration of such occupations would be impossible. Almost any foreign substance can become a skin irritant if it is in continuous contact with the skin. Thus soap and water, which ordinarily do not irritate the skin, may cause severe dermatoses in washerwomen.

The data presented below are a compilation of the literature on the subject, taken largely from Dr. R. Prosser White's compilation of "Occupational Affections of the Skin."

Skin affections caused by different external irritants often show the same clinical picture. A number of occupational skin eruptions have no specific lesions or special pathology, which makes their differential diagnosis very difficult. Most superficial industrial skin diseases show simply a difference in degree of catarrhal inflammation, depending on the intensity of the irritant. For these reasons the symptoms for each irritating substance have not been listed as has been done for the other hazards.

Occupational dermatoses are characterized by their grouping, situation, mode of appearance, spread, and evolution. They crop up in series, retaining their initial type throughout, unless they are secondarily infected. They are most often local, except when they are a differentiating sign of the toxemias. The onset and development are usually sudden. The inflammation is sharply outlined. Exudation is excessive and there is deep-seated edema. The eruption usually predominates on the right side.

There are many cases of dermatitis which are caused by physical agents, such as heat, cold, friction, etc. In this bulletin these conditions are dealt with only as they are related to the hazards listed.

Thus among the symptoms for "... light" we find skin eruptions.

The following is the list of the ... to dermatoses with the irritating ...

*Occupation exposed to* ...

| Occupation exposed. | |
|---|---|
| Acetylene makers | Calcium |
| Acid workers | Acids, |
| Alkali-salt makers | Caustic |
| Artificial-flower makers | Caustic |
| Bakelite makers | Formald |
| Barbers | Soap, ha |
| Battery (dry) makers | Acids, sl |
| Beaterman (paper and pulp) | Caustic |
| Bleachers (cloth) | Acids, b sodium |
| Blenders (tannery) | Dyes. |
| Bobbin carriers | Nitrobe sodium |
| Bricklayers | Lime. |
| Bronzers | Dyes. |
| Broom makers | Dyes, va |
| Calico printers | Dyes. |
| Candy makers | Sugar. |
| Cap loaders | Mercury |
| Carbide makers | Calcium |
| Carbolic-acid makers | Caustic |
| Cardboard stickers | Sodium |
| Carrotere (fur hats) | Acids, m |
| Cartridge dippers | Acids, sl |
| Celluloid makers | Dyes, |
| Cementer (rubber shoes) | Benzine, |
| Cement workers | Lime. |
| Cloth preparers | Acids, ca sodium |
| Confectioners | Sugar. |
| Cotton sizers | Acids, sl |
| Curriers (tannery) | Paraffin, |
| Dampers (conditioning cotton) | Nitrobenz sodium |
| Dentists | Formalin. |
| Detonator cleaners | Mercury |
| Detonator fillers | Mercury |
| Detonator packers | Mercury |
| Disinfectant makers | Formalde |
| Druggists | Morphine, |
| Dye makers | Acids, ba dinitro calcium gums, l |
| Dyers | Dyes. |
| Electroplaters | Acids, b nickel s |
| Embalmers | Formalde |
| Engravers | Acids, ca |
| Etchers | Acids, ca |
| Explosives workers | Dye inte bromin |
| Felt-hat makers | Acids, m |
| Fish dressers | Brine. |
| Flax spinners | Lime, bel |
| Furniture polishers | Benzine, pyridin |
| Fur workers | Dyes. |
| Galvanizers | Ammoni |
| Gas-mantle impregnators | Thorium |
| Glass blowers | Charcoal, |
| Glass makers | Caustic al |
| [illegible] makers | Dyes. |

—Continued.

| Occupations which offer such exposure. |
| --- |
| [illegible] workers; cable splicers; calico printers; camphor [illegible]; cementers (rubber shoes); decorators (pottery); cleaners; dye makers; enamelers; enamel makers; [illegible] workers; furniture polishers; japan makers; [illegible] makers; linoleum makers; lithographers; millinery [illegible]; painters; paint makers; patent-leather makers; [illegible]; rubber workers; sealing-wax makers; shellac [illegible]; transfer workers (pottery); turpentine extractors; [illegible] makers. |

[ir]RITANTS.

[...]ses form such a large proportion [...] often disabling, the more impor[tant] [...]to skin irritants have been listed [...]on of such occupations would be [...]stance can become a skin irritant [...]the skin. Thus soap and water, [...]kin, may cause severe dermatoses

[c]ompilation of the literature on R. Prosser White's compilation [...]Skin."

[e]xternal irritants often show the [...]f occupational skin eruptions [...]hology, which makes their dif[...] [m]ost superficial industrial skin [...] degree of catarrhal inflamma[...] [...]e irritant. For these reasons [...]stance have not been listed as

[...]erized by their grouping, situ[...] [...]l evolution. They crop up in throughout, unless they are [o]ften local, except when they [...]ias. The onset and develop[...] [...]mation is sharply outlined. [...]ep-seated edema. The erup[...] [...]

[...] are caused by physical [...] In this bulletin these condi[...] [...]elated to the hazards listed.

Thus among the symptoms for "Extreme dry heat" and "Extreme light" we find skin eruptions.

The following is the list of the more common occupations exposed to dermatoses with the irritating substances concerned:

*Occupation exposed to specified skin irritants.*

| Occupation exposed. | Skin irritants. |
| --- | --- |
| Acetylene makers | Calcium carbide. |
| Acid workers | Acids. |
| Alkali-salt makers | Caustic alkali. |
| Artificial-flower makers | Caustic alkali, dyes. |
| Bakelite makers | Formaldehyde, phenol. |
| Barbers | Soap, hair tonics. |
| Battery (dry) makers | Acids, zinc chloride, ammonium salts, charcoal. |
| Bleachers (paper and pulp) | Caustic alkali, dyes. |
| Bleachers (cloth) | Acids, bleaching powder, caustic alkali, hydrogen peroxide, sodium silicate. |
| Blenders (tannery) | Dyes. |
| Bobbin carriers | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Bricklayers | Lime. |
| [illegible] | Dyes. |
| Broom makers | Dyes, vegetable dust. |
| Calico printers | Dyes. |
| Candy makers | [illegible] |
| Cap loaders | Mercury compounds. |
| Carbide makers | Calcium carbide. |
| Carbolic-acid makers | Caustic alkali, phenol. |
| Cardboard stickers | Sodium silicate. |
| Carrotters (felt hats) | Acids, mercury compounds. |
| [illegible] dippers | Acids, soap. |
| Celluloid makers | Dyes. |
| Cementer (rubber shoes) | Benzine, coal-tar products, naphtha, methyl alcohol. |
| Cement workers | Lime. |
| Cloth preparers | Acids, caustic alkali, lime, soap, potassium salts, sodium salts, sodium silicate. |
| Confectioners | Sugar. |
| Cotton [illegible] | Acids, zinc chloride, arsenic salts, phenol. |
| Curriers (tannery) | Paraffin, benzine. |
| Dampers (conditioning cotton) | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Dentists | Phenols. |
| Detonator cleaners | Mercury compounds. |
| Detonator fillers | Mercury compounds. |
| Detonator packers | Mercury compounds. |
| Disinfectant makers | Formaldehyde. |
| Druggists | Bleaching powder, soap, iodoform, sodium salts, sugar. |
| Dye makers | Acids, benzine, caustic alkali, coal-tar products, dye intermediates, dyes, turpentine, antimony compounds, barium salts, calcium salts, cresol, dextrine, ferrocyanides, formaldehyde, gums, hydroquinone, lead salts, phenol, potassium chlorate. |
| Dyers | Dyes. |
| Electroplaters | Acids, benzine, caustic alkali, lime, potassium cyanide, soap, nickel sulphate. |
| Embalmers | Formaldehyde. |
| Engravers | Acids, caustic alkali, ferric chloride, potassium cyanide. |
| Etchers | Acids, caustic alkali. |
| Explosives workers | Dye intermediates, explosives (TNT, etc.), ammonium salts, bromine, mercury compounds. |
| Felt-hat makers | Acids, mercuric nitrate, dyes. |
| Fish dressers | Brine. |
| Flax spinners | Lime, brine. |
| Furniture polishers | Benzine, caustic alkali, naphtha, turpentine, methyl alcohol, pyridin, rosin. |
| Fur workers | Dyes. |
| Galvanizers | Ammonium chloride. |
| Gas-mantle impregnators | Thorium compounds. |
| Glass blowers | Charcoal, pitch, rosin. |
| Glass mixers | Caustic alkali. |
| Ink makers | Dyes. |

*Occupation exposed to specified skin irritants*—Continued.

| Occupation exposed. | Skin irritants. |
|---|---|
| Lampblack makers | Soot. |
| Laundry workers | Caustic alkali, soap. |
| Lime burners | Lime. |
| Lime pullers (tannery) | Lime. |
| Linoleum makers | Dyes. |
| Machinists | Cutting compounds, lubricants, oils. |
| Masons | Lime. |
| Match-factory workers | Dyes, dextrine, gums. |
| Mercerizers | Acids, caustic alkali. |
| Mixers (rubber) | Accelerators (hexamethylenetetramine). |
| Mordanters | Acids, caustic alkali, chromates, zinc chloride, aluminum salts, antimony compounds, arsenates, chromium salts, copper salts, iron salts, lead salts, phosphates, silicates, tin salts. |
| Mottlers (leather) | Dyes. |
| Nickel platers | Zinc chloride, nickel sulphate. |
| Nitroglycerin makers | Acids, explosives. |
| Packing-house employees | Brine. |
| Painters | Acids, caustic alkali, paints, zinc chloride. |
| Paint makers | Paints. |
| Paper-box makers | Glue. |
| Paraffin workers | Paraffin. |
| Parchment makers | Zinc chloride. |
| Pencil (colored) makers | Dyes. |
| Petroleum refiners | Caustic alkali, paraffin. |
| Photographers | Acids, caustic alkali, chromates, metol, pyrogallic acid, turpentine, amidol, bronzing powder, hydroquinone, rodinal. |
| Photographic plate cleaners | Caustic alkali. |
| Pitch workers | Pitch. |
| Plasterers | Lime. |
| Polishers | Caustic alkali, naphtha. |
| Polishers (silver and brass) | Potassium cyanide. |
| Printers | Ink, benzine. |
| Rock-salt workers | Brine. |
| Rope makers | Oil, tar. |
| Rubber workers | Accelerators (hexamethylenetetramine). |
| Salt preservers | Brine. |
| Scratch brushers (electroplating) | Acids, benzine, lime, oils. |
| Shell fillers | Explosives (TNT, etc.). |
| Shoe finishers | Benzine, coal-tar products, naphtha, methyl alcohol. |
| Sizers (cotton) | Zinc chloride, aluminum salts, calcium salts, magnesium salts. |
| Soap makers | Caustic alkali, soap, vegetable oils, sodium silicate. |
| Sodium hydroxide makers | Caustic alkali. |
| Solderers | Acids, zinc chloride. |
| Sugar refiners | Sugar. |
| Tannery workers | Acids, lime, sodium sulphide, arsenic salts, brine, calcium hydrosulphide, chromium salts. |
| Tanners | Oil, brine. |
| Tinners | Zinc chloride. |
| Tobacco rollers | Vegetable dust, vegetable oils. |
| Tube layers (cotton conditioning) | Nitrobenzol, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Typists | Carbon paper. |
| Vulcanizers | Accelerators (hexamethylenetetramine). |
| Washers | Caustic alkali. |
| Washwomen | Caustic alkali, soap, sodium salts. |
| Watchmakers | Potassium cyanide. |
| Waterproofers (paper) | Paraffin. |
| Wax-ornament makers | Dye intermediates, potassium cyanide. |
| Wet-bobbin winders | Lime, aluminum salts, formaldehyde, magnesium salts, sodium fluosilicate. |
| Wood preservers | Tar, zinc chloride. |
| Zinc-chloride makers | Acids, zinc chloride. |

HEALTH CONDITIONS

Health conditions of the Navy d were excellent. The annual admis Navy, for the four-week period endi per annum, as compared with 376 p week period ending September 9.

There has been little change in t nicable diseases; the annual admissi ending October 7 was 49 per 1,000, for the five-week period ending Septe

The following table gives the ann certain communicable diseases for tl 1922, in comparison with the mean of September, for the four-year pe

Cerebrospinal fever
Diphtheria
German measles
Influenza
Malaria
Measles
Mumps
Pneumonia
Scarlet fever
Smallpox
Tuberculosis
Typhoid fever

There were 173 admissions with d tember, 132 occurring in insular s United States, and 17 among the fo for pneumonia is somewhat higher t two or three months, the rate for th tober 7 being 1.5 per 1,000 per annu measles, mumps, or scarlet fever ha four weeks, either ashore or afloat.

There has been a decided increa disease during the past two months, cases, entire Navy, for the four-w being 163 per 1,000 per annum. T nereal diseases for the entire Navy passed is now 118 per 1,000 per annu