• DEPARTMENT OF THE NAVY
Bureau of Medicine and Surgery
Washington 25, D. C.

BUMED 6260-5
BUMED-7231-JS-cac
7 November 1955

BUMED INSTRUCTION 6260.5

From: Chief, Bureau of Medicine and Surgery
To:     All Ships and Stations

Subj:   Threshold limit values for toxic materials

Encl:   (1) Table of Threshold Limit Values

1. Purpose. To establish as a basic reference the threshold limit values of toxic materials, adopted by the American Conference of Governmental Industrial Hygienists, and to provide guidance toward the reduction of potential health hazards encountered in the industrial environment for both military and naval civilian personnel.

2. General

   a. Definition. The term "threshold limit values" as used herein is intended to indicate the maximum average atmospheric concentrations of contaminants to which personnel may be exposed during an 8-hour workday, over a prolonged period of time, without adversely affecting their health. The threshold limit values should be used as a guide in the control of health hazards and should not be regarded as fine lines between safe and dangerous concentrations. The most desirable levels in all cases are those approaching zero, but practical considerations frequently require the acceptance of higher levels which are safe but not ideal.

      (1) The term "maximum allowable concentrations" is to be considered synonymous with the term "threshold limit values" defined above.

   b. Threshold Limits. The threshold limit values contained in enclosure (1) are based on the best available toxicological information, long-term industrial experience, and experimental studies. Inasmuch as these values are constantly being reevaluated, revisions or additions will be made as further information becomes available.

   c. Exposure to Ionizing Radiation. Threshold limits for exposure to ionizing radiation have been omitted from this Instruction. These exposures are adequately covered in NavMed P-1325, Radiological Safety Regulations.

ENCLOSURE (1)

DEFENDENT'S
EXHIBIT
Buffalo Pumps

89

BUMEDINST 6260.5
November 1955

d. Limitations. The enclosed listing of threshold limit values for various chemicals does not constitute authority for the procurement or use of these items.

3. Action. The medical officer or medical department representative of each ship and station concerned shall take the following action:

a. Survey industrial operations utilizing the information contained in enclosure (1) to assist in the identification and control of potential industrial health hazards.

b. Make recommendations to the commanding officer for specific corrective actions, when required.

c. When specialist assistance for adequate survey of a ship or shore station is desired, requests should be initiated through the proper channels for the services of an industrial hygienist. This may be done in accordance with procedures outlined in NCPI 88, or by request direct to the Bureau of Medicine and Surgery.

B. W. HOGAN

Enclosure (1)          BUMEDINST 6260.5
7 November 1955

## THRESHOLD LIMIT VALUES

Abbreviations Used. The following abbreviations are used:

PPM                                     Parts per million

Mg. per cu. m. (mg/t.m³)                Milligrams per cubic meter

MPPCF                                   Million particles per cubic foot

## Established Values

Adopted at the 17th annual meeting of the American Conference of Governmental Industrial Hygienists, Buffalo, 24-28 April 1955.

## Gases and Vapors

| Substance | PPM |
| --- | --- |
| Acetaldehyde | 200 |
| Acetic acid | 10 |
| Acetic anhydride | 5 |
| Acetone | 1000 |
| Acrolein | 0.5 |
| Acrylonitrile | 20 |
| Ammonia | 100 |
| Amyl acetate | 200 |
| Amyl alcohol (isoamyl alcohol) | 100 |
| Aniline | 5 |
| Arsine | 0.05 |
| Benzene (bensol) | 35 |
| Bromine | 1 |
| Butadiene (1,3-butadiene) | 1000 |
| Butanone (methyl ethyl ketone) | 250 |
| Butyl acetate (n-butyl acetate) | 200 |
| Butyl alcohol (n-butanol) | 100 |
| Butyl cellosolve (2-butoxyethanol) | 200 |
| Carbon dioxide | 5000 |
| Carbon disulfide | 20 |
| Carbon monoxide | 100 |
| Carbon tetrachloride | 25 |
| Cellosolve (2-ethoxyethanol) | 200 |
| Cellosolve acetate (hydroxyethyl acetate) | 100 |
| Chlorine | 1 |
| Chlorobenzene (monochlorobenzene) | 75 |
| Chloroform (trichloromethane) | 100 |
| 1-Chloro-1-nitropropane | 20 |
| Chloroprene (2-chlorobutadiene) | 25 |
| Cresol (all isomers) | 5 |
| Cyclohexane | 400 |
| Cyclohexanol | 100 |
| Cyclohexanone | 100 |
| Cyclohexene | 400 |
| Cyclopropane | 400 |

Enclosure (1)

BUMEDINST 6260.5
7 November 1955

### Gases and Vapors (Continued)

| Substance | PPM |
|---|---|
| o-Dichlorobenzene | |
| Dichlorodifluoromethane | 50 |
| 1,1-Dichloroethane | 1000 |
| 1,2-Dichloroethylene | 100 |
| Dichloroethyl ether | 200 |
| Dichloromonofluoromethane | 15 |
| 1,1-Dichloro-1-nitroethane | 1000 |
| Dichlorotetrafluoroethane | 10 |
| Diethylamine | 1000 |
| Dimethylaniline (N-dimethylaniline) | 25 |
| Dimethylsulfate | 5 |
| Dioxane (diethylene dioxide) | 1 |
| Ethyl acetate | 100 |
| Ethyl alcohol (ethanol) | 400 |
| Ethylamine | 1000 |
| Ethyl benzene | 25 |
| Ethyl bromide | 200 |
| Ethyl chloride | 200 |
| Ethyl ether | 1000 |
| Ethyl formate | 400 |
| Ethyl silicate | 100 |
| Ethylene chlorohydrin | 100 |
| Ethylene dibromide (1,2-dibromoethane) | 5 |
| Ethylene dichloride (1,2-dichloroethane) | 25 |
| Ethylene oxide | 100 |
| Fluorine | 100 |
| Fluorotrichloromethane | 0.1 |
| Formaldehyde | 1000 |
| Gasoline | 5 |
| Heptane (n-heptane) | 500 |
| Hexane (n-hexane) | 500 |
| Hexanone (methyl butyl ketone) | 500 |
| Hexone (methyl isobutyl ketone) | 100 |
| Hydrogen chloride | 100 |
| Hydrogen cyanide | 5 |
| Hydrogen fluoride | 10 |
| Hydrogen selenide | 3 |
| Hydrogen sulfide | 0.05 |
| Iodine | 20 |
| Isophorone | 1 |
| Mesityl oxide | 25 |
| Methyl acetate | 50 |
| Methyl alcohol (methanol) | 200 |
| Methyl bromide | 200 |
| Methyl cellosolve (methoxyethanol) | 20 |
| Methyl cellosolve acetate (ethylene glycol monomethyl ether acetate) | 25 |
| Methyl chloride | 25 |
| Methylal (dimethoxymethane) | 100 |
| Methyl chloroform (1,1,1-trichloroethane) | 1000 |
| Methylcyclohexane | 500 |
| | 500 |

Enclosure (1)                                    2

BUMEDINST 6260.5
7 November 1955

### Gases and Vapors (Continued)

| Substance | PPM |
|---|---|
| Methylcyclohexanol | 100 |
| Methylcyclohexanone | 100 |
| Methyl formate | 100 |
| Methylene chloride (dichloromethane) | 500 |
| Naphtha (coal tar) | 200 |
| Naphtha (petroleum) | 500 |
| Nickel carbonyl | 0.001 |
| Nitrobenzene | 1 |
| Nitroethane | 100 |
| Nitrogen dioxide | 5 |
| Nitroglycerin | 0.5 |
| Nitromethane | 100 |
| 2-Nitropropane | 50 |
| Nitrotoluene | 5 |
| Octane | 500 |
| Ozone | 0.1 |
| Pentane | 1000 |
| Pentanone (methyl propyl ketone) | 200 |
| Perchlorethylene (tetrachloroethylene) | 200 |
| Phenol | 5 |
| Phosgene (carbonyl chloride) | 1 |
| Phosphine | 0.05 |
| Phosphorus trichloride | 0.5 |
| Propyl acetate | 200 |
| Propyl alcohol (isopropyl alcohol) | 400 |
| Propyl ether (isopropyl ether) | 500 |
| Propylene dichloride (1,2-dichloropropane) | 75 |
| Stibine | 0.1 |
| Stoddard solvent | 500 |
| Styrene monomer (phenyl ethylene) | 200 |
| Sulfur monochloride | 1 |
| Sulfur dioxide | 10 |
| 1,1,2,2-Tetrachloroethane | 5 |
| Toluene | 200 |
| o-Toluidine | 5 |
| Trichloroethylene | 200 |
| Turpentine | 100 |
| Vinyl chloride (chloroethene) | 500 |
| Xylene | 200 |

### Toxic Dusts, Fumes, and Mists

| Substance | Mg. per cu. m. |
|---|---|
| Antimony | 0.5 |
| Arsenic | 0.5 |
| Barium (soluble compounds) | 0.5 |
| Cadmium | 0.1 |
| Chlorodiphenyl | 1. |

3

Enclosure (1)

BUMEDINST 6260.5
November 1955

### Toxic Dusts, Fumes, and Mists (Continued)

| Substance | Mg. per cu. m. |
|---|---|
| Chromic acid and Chromates as CrO₃ | 0.1 |
| Cyanide as CN | 5 |
| Dinitrotoluene | 1.5 |
| Dinitro-o-cresol | 0.2 |
| Fluoride | 2.5 |
| Iron oxide fume | 15 |
| Lead | 0.15 |
| Magnesium oxide fume | 15 |
| Manganese | 6 |
| Mercury | 0.1 |
| Parathion (O,O-Diethyl-O-p-nitrophenyl thiophosphate) | 0.1 |
| Pentachloronaphthalene | 0.5 |
| Pentachlorophenol | 0.5 |
| Phosphorus (yellow) | 0.1 |
| Phosphorus pentachloride | 1 |
| Phosphorus pentasulfide | 1 |
| Selenium compounds (as Se) | 0.1 |
| Sulfuric acid | 1 |
| Tellurium | 0.1 |
| Tetryl (2,4,6-trinitrophenylmethylnitramine) | 1.5 |
| Trichloronaphthalene | 5 |
| Trinitrotoluene | 1.5 |
| Uranium (soluble compounds) | 0.05 |
| Uranium (insoluble compounds) | 0.25 |
| Zinc oxide fumes | 15 |

### Mineral Dusts

| Substance | MPPCF |
|---|---|
| Alundum (aluminum oxide) | 50 |
| Asbestos | 5 |
| Carborundum (silicon carbide) | 50 |
| Dust (nuisance, no free silica) | 50 |
| Mica (below 5% free silica) | 20 |
| Portland cement | 50 |
| Talc | 20 |
| Silica | |
| high (above 50% free SiO₂) | 5 |
| medium (5 to 50% free SiO₂) | 20 |
| low (below 5% free SiO₂) | 50 |
| Slate (below 5% free SiO₂) | 50 |
| Soapstone (below 5% free SiO₂) | 20 |
| Total dust (below 5% free SiO₂) | 50 |

### Tentative Threshold Limit Values

The following tentative values have been suggested for further consideration and it is proposed that the entire list will be presented for adoption at the meeting of the American Conference of Governmental Industrial Hygienists in 1956, if no reason to the contrary is forthcoming.

Enclosure (1)                4

BUMEDINST 6260.5
7 November 1955

## Tentative Threshold Limit Values (Continued)

| | | |
|---|---|---|
| Aldrin (1,2,3,4,10,10-hexachloro-1,4,4a,5,8,8a,-hexahydro-1,4,5,8-dimethanonaphthalene) | 0.25 | mg/M$^3$ |
| Allyl alcohol | 5 | ppm |
| Allyl propyl disulfide | 2 | ppm |
| Anirate (ammonium amidosulfate) | 15 | mg/M$^3$ |
| Benzyl chloride | 1 | ppm |
| Butyl amine | 5 | ppm |
| Butyl mercaptan | 10 | ppm |
| Calcium arsenate | 0.3 | mg/M$^3$ |
| Chlordane (1,2,4,5,6,7,8,8-octachloro-3a,4,7,7a-tetrahydro-4,7-methanoindane) | 2.0 | mg/M$^3$ |
| Chlorine trifluoride | 0.1 | ppm |
| Chlorinated diphenyl oxide | 0.5 | mg/M$^3$ |
| Crag Herbicide (sodium-2,4, dichlorophenoxy ethyl sulfate) | 15 | mg/M$^3$ |
| 2,4-D (2,4-dichlorophenoxyacetic acid) | 10 | mg/M$^3$ |
| D.D.T. (2,2-bis-(p-chlorophenyl)-1,1,1- trichloroethane) | 2.0 | mg/M$^3$ |
| Diacetone alcohol (4-hydroxy-4-methyl pentanone-2) | 50 | ppm |
| Diborane | 0.1 | ppm |
| Dieldrin (1,2,3,4,10,10-hexachloro-6,7, epoxy-1,4,4a,5,6,7,8,8a-octahydro-1,4,5,8-dimethanonaphthalene) | 0.25 | mg/M$^3$ |
| Difluorodibromomethane | 100 | ppm |
| Diisobutyl ketone | 50 | ppm |
| EPN (ethyl-p-nitrophenyl thiono benzene phosphonate) | 0.5 | mg/M$^3$ |
| Ethyl mercaptan | 250 | ppm |
| Ethylene diamine | 10 | ppm |
| Ethylene imine | 5 | ppm |
| Ferro vanadium dust | 1 | mg/M$^3$ |
| Furfural | 5 | ppm |
| Furfuryl alcohol | 200 | ppm |
| Hydrazine | 1 | ppm |
| Hydrogen bromide | 5 | ppm |
| Hydrogen peroxide, 90% | 1 | ppm |
| Hydroquinone | 2 | mg/M$^3$ |
| Isopropylamine | 5 | ppm |
| Lead arsenate | 0.2 | mg/M$^3$ |
| Lindane (hexachlorocyclohexane, gamma isomer) | 0.5 | mg/M$^3$ |
| Malathon (O,O-dimethyl dithio phosphate of diethyl mercaptosuccinate) | 15 | mg/M$^3$ |
| Methoxychlor (2,2,diparamethoxyphenyl-1,1,1, trichloroethane) | 15 | mg/M$^3$ |
| Methyl acetylene | 1000 | ppm |
| Methyl isobutyl carbinol (methyl amyl alcohol) | 25 | ppm |
| Methyl mercaptan | 50 | ppm |
| Molybdenum | | |
| (soluble compounds) | 5 | mg/M$^3$ |
| (insoluble compounds) | 15 | mg/M$^3$ |
| p-Nitroaniline | 1 | ppm |
| Organo mercurials (as mercury) | 0.01 | mg/M$^3$ |
| Perchloromethyl mercaptan | 0.1 | ppm |
| Phenylhydrazine | 5 | ppm |
| Picric acid | 0.1 | mg/M$^3$ |
| Propylene imine | 25 | ppm |
| Pyridine | 10 | ppm |
| Quinone | 0.1 | ppm |

5                                         Enclosure (1)

BUMEDINST 6260.5
1 November 1955

## Tentative Threshold Limit Values (Continued)

| | | |
|---|---|---|
| Barium hydroxide | 2 | mg/M³ |
| Sulfur hexafluoride | 1000 | ppm |
| Sulfur pentafluoride | 0.025 | ppm |
| TEDP (tetraethyl dithiono pyrophosphate) | 0.2 | mg/M³ |
| TEPP (tetraethyl pyrophosphate) | 0.05 | mg/M³ |
| p-Tertiary butyl toluene | 10 | ppm |
| Tetrahydrofuran | 75 | ppm |
| Tetranitromethane | 1 | ppm |
| Titanium dioxide | 15 | mg/M³ |
| Trifluoromonobromomethane | 1000 | ppm |
| Vanadium | | |
| ($V_2O_5$ dust) | 0.5 | mg/M³ |
| ($V_2O_5$ fume) | 0.1 | mg/M³ |
| Zirconium | 5 | mg/M³ |

Enclosure (1)                                    6