## NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

### all to whom these presents shall come. Greeting:

virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf,

e seal of the National Archives of the United States, that the attached reproduction(s) is a true and

py of documents in his custody.

| | |
|---|---|
| SIGNATURE | |
| *Joseph J. Sheehan* (signature) | |
| NAME Joseph J. Sheehan | DATE 12-2-1988 |
| TITLE Assistant Director | |
| NAME AND ADDRESS OF DEPOSITORY National Archives, Mid-Atlantic Region Room 1350, 9th & Market Streets Philadelphia, PA 19107 | |

NA FORM APR 85 1407



# BOSTON NAVAL SHIPYARD
## 8-9-10 MAY 1957

DEFENDENT'S
EXHIBIT
Buffalo Pumps

96

# PIPE AND COPPER SHOP
# MASTER MECHANICS' CONFERENCE

# MINUTES



# BOSTON NAVAL SHIPYARD
## 8-9-10 MAY 1957

PERSONNEL WHO WILL PARTICIPATE IN THE
FIRST SHOP 56 MASTERS' CONFERENCE
TO BE HELD 8-9-10 MAY 1957 AT
BOSTON NAVAL SHIPYARD

### BOSTON NAVAL SHIPYARD

| | |
|---|---|
| Rear Admiral W. E. Howard, Jr., USN | Commander, BNX |
| Captain J. E. Flynn, USN | Production Officer |
| Commander C. L. Daniel, USN | Shop Superintendent |
| Mr. G. P. Chamberlain | Master, Shop 56 |
| Mr. A. D. Sproul | Foreman, Shop 56 |
| Mr. L. E. Carlow | Production Analysis Assistant |

### BUREAU OF SHIPS

| | |
|---|---|
| Commander H. U. Simpson, USN | Code 550, Gas Turbines |
| Mr. E. B. Stocker | Code 548, Mach. Arrgt. & Piping S |

### CHARLESTON NAVAL SHIPYARD

| | |
|---|---|
| Mr. H. E. Miller, Jr. | Master, Shop 56 |
| Mr. C. W. Edwards | Chief Quarterman, Shop 56 |

### LONG BEACH NAVAL SHIPYARD

| | |
|---|---|
| Mr. O. W. Mosher | Master, Shop 56 |

### MARE ISLAND NAVAL SHIPYARD

| | |
|---|---|
| Mr. I. H. Whitthorne | Master, Shop 56 |

### NEW YORK NAVAL SHIPYARD

| | |
|---|---|
| Mr. L. J. Ferris | Master, Shop 56 |

### NORFOLK NAVAL SHIPYARD

| | |
|---|---|
| Mr. R. L. Lucas | Master, Shop 56 |

### PEARL HARBOR NAVAL SHIPYARD

| | |
|---|---|
| Mr. L. H. Atkinson | Master, Shop 56 |
| Mr. J. H. Williamson | Quarterman, Shop 56 |

PHILADELPHIA NAVAL SHIPYARD

Mr. C. J. Bastian                          Master, Shop 56
Mr. M. Endres                              Chief Quarterman, Shop 56

PORTSMOUTH NAVAL SHIPYARD

Mr. E. N. Lord                             Master, Shop 56

PUGET SOUND NAVAL SHIPYARD

Mr. C. H. Richards                         Foreman, Shop 56

SAN DIEGO NAVAL REPAIR FACILITY

Mr. T. N. Carr                             Foreman Mechanic
Mr. J. S. Yates                            Chief Quarterman, Shop 56

SAN FRANCISCO NAVAL SHIPYARD

Mr. F. C. Winslow                          Master, Shop 56
Mr. M. Poglianich                          Senior Analyst and Scheduler,
                                           Shop 56

AGENDA

Conference

of

U. S. Naval Shipyard, Pipe & Copper Shop, Master Mechanics

Boston Naval Shipyard

Boston, Mass.

May 8, 9, 10, 1957

Wednesday – 8 May

0815–0900   Registration and Assembly
Pipe & Copper Shop Conference Room
Building #195 – 2nd Floor

0900–1000   Conference Opening

Commander C. L. Daniel, USN
Shop Superintendent

Welcoming Remarks

Rear Admiral W. E. Howard, Jr., USN
Shipyard Commander

Introduction of Conference Chairman

Captain J. E. Flynn, USN
Production Officer

Formal Opening of Conference

Mr. George P. Chamberlain
Master Pipefitter & Coppersmith

1000–1015       Recess – Group Photo outside Door #3 –
Weather permitting

1015–1100   Presentation of a paper on
"Production Planning & Control"
by Mr. Lyman E. Carlow
Production Analysis
Boston Naval Shipyard

– 1 –

Wednesday - 8 May  (Continued)

1100-1145   Presentation of a paper on
            "Job Standards"
            by Mr. C. J. Bastian
            Philadelphia Naval Shipyard

1200-1300                    Lunch - Officers' Club

1315-1400   Presentation of a paper on
            "Material Scheduling and Handling"
            by Mr. R. E. Lucas
            Norfolk Naval Shipyard

1400-1445   Presentation of a paper on
            "Piping Identification & Control"
            by Mr. E. H. Lord
            Portsmouth Naval Shipyard

1445-1500                    Recess

1500-1545   Presentation of a paper on
            "Fabrication and Processing of
            Alloy Piping for High Temperature
            High Pressure steam" by Conference
            Chairman, Mr. G. P. Chamberlain
            Boston Naval Shipyard

1545-1630   Presentation of a paper on
            "On-the-job training for Pipe &
            Copper Shop Personnel as related
            to New and Improved Techniques
            and Safe Practices" by
            U. S. Naval Repair Facility Rep-
            resentative
            Mr. T. H. Carr

- 2 -

### Thursday - 9 May

0815-0900   Presentation of a paper on
"The Effective and Uniform
Use of Current Navy Piping
Specifications and Standards"
By Mr. F. C. Winslow
San Francisco Naval Shipyard

0900-0945   Presentation of a paper on
"Simplification of Design and
Fabrication as Related to Pipe
Fabrication" by
Mr. L. H. Atkinson
Pearl Harbor Naval Shipyard

0945-1000            Recess

1000-1045   Presentation of a paper on
Effective Shop Layout" by
Mr. L. W. Ferris
New York Naval Shipyard

1045-1130   Presentation of a paper on
"Pipe Fabricating Techniques
in Industry" by
Mr. C. M. Richards
Puget Sound Naval Shipyard

1130-1230   Lunch - Officers' Club

1230-1630   Demonstrations or Displays
                     by
            Aluminum Company of America
            Armstrong Cork Company
            Crane Company
            Duralith Corporation
            F. N. Eastman Company
            Grinnell Company
            Henry Valve Company
            Barry Hyman Company
            G. B. Lewis Company
            Liquidometer Corporation
            Nelson Stud Welding Company
            Parker Appliance Company
            Taylor Forge and Pipe Company
            Tube Turns
            Tubular Structures Corporation of American
            Wallace Supplies Manufacturing Company
            Walworth Company
            Yarnall-Woring Company

- 3 -

Friday - 10 May

0815-0900   Presentation of a paper on
"The Effect of Gas Turbine
Propulsion on the Piping
Industry" by
Bureau of Ships' Representative
Commander H. M. Simpson, USN

0900-0945   Presentation of a paper on
"Refrigeration and Air Conditioning
Systems" by
H. R. Miller, Jr.
Charleston Naval Shipyard

0945-1000   Recess

1000-1045   Presentation of a paper on
"Piping Problems in Nuclear ————
Power Plants" by
Mr. I. H. Witthorne
Mare Island Naval Shipyard

1045-1130   Presentation of a paper on
"Uses and Limitations of Plastic
Pipe and Tubing" by
Bureau of Ships' Representative
Mr. E. B. Stecher

1130-1215   Presentation of a paper on
"Pipe Insulation Processes and
Procedures" by
Mr. O. W. Kraker
Long Beach Naval Shipyard

1215-1315   Lunch - Officers' Club

1315-1500   Review - Discussion - Summation

Mr. G. P. Chamberlain

1500-1515   Remarks
Captain J. S. Flynn, USN
Production Officer

1515-1530   Formal Closing of Conference
Rear Admiral W. S. Howard, Jr., USN
Shipyard Commander

- 4 -

Pipe and Coppor Shop
Master Mechanics' Conference
Boston Naval Shipyard
8, 9, and 10 May 1957

Wednesday, 8 May 1957

0815 - 1200

AGENDA

WEDNESDAY 8 MAY 1957

0815-0900    Registration and Assembly
             Pipe & Copper Shop Conference Room
             Building 195, 2nd Deck

0900-1000    Conference Opening - Commander C. L. Daniel, USN
             Shop Superintendent - Conference Chairman (Pro-Tem)

             Welcoming Remarks
             RAdm. W. E. Howard, Jr., USN - Shipyard Commander
             Captain J. E. Flynn, USN - Production Officer

             Introduction of Permanent Chairman
             Captain J. E. Flynn, USN

             Address By Permanent Chairman
             Mr. George P. Chamberlain, Master Pipefitter & Coppersmith
             Boston Naval Shipyard

1000-1100    "Production Planning and Control"
             Mr. L. E. Carlow, Production Analysis Assistant
             Boston Naval Shipyard

             Discussion of preceding presentation

1100-1200    "Job Standards"
             Mr. C. J. Bastian - Master Pipefitter & Coppersmith
             Philadelphia Naval Shipyard

CONFERENCE OPENING

Commander C. L. Daniel:

Admiral Howard, Captain Flynn, Representatives from the Bureau of Ships, Lady, and Gentlemen of the Conference:

I hereby declare the Pipe and Copper Shop Master Mechanics' Conference to be opened.

It gives me an unusual amount of pleasure to meet you and welcome you to the Boston Naval Shipyard.

I have just returned from Philadelphia where I attended the first part of the Tool Conference, where I learned at first hand the immense amount of value these conferences can be. With the wealth of talent and experience in you people assembled here; with your free exchange of ideas, and with the fellowship of your meeting together for the next three days, I hope, and I sincerely believe, that you will all leave here having gained a great deal from this Conference.

(COMMANDER C.L. DANIEL:)

We have the honor of having Rear Admiral William E. Howard, Jr., our Shipyard Commander, address you at this time. I now present Admiral Howard:—

(REAR ADMIRAL W.E.HOWARD,JR.:)

Gentlemen:

Welcome to the Boston Naval Shipyard and to Boston. Former Assistant Secretary Pratt once stated that, at this particular time of the day, remarks should be brief, Be gay, and Be gone. I propose the former and latter — I don't propose at this particular time to be gay.

I do want to say this, that conferences of this type were discussed at the last Shipyard Commanders' Conference and procedures for them were set up. However, over a year ago we stuck out our necks and asked for this conference and asked that it be held here, and we are very happy to be your host.

I feel a great deal of time and preparation has gone into this, from a preliminary point of view, and I also think and hope that those of you from near and far who have prepared papers have not only done your part of it, but have had the opportunity to read the others so that the time here can be as fruitful as possible by a discussion of these papers and of other matters.

There is one item I do want to mention — COSTS. I do not know how it is in the Pacific Area, but here in the Atlantic Area money is tight. However, our repair costs are level this fiscal year with the previous one. This is the first time there has not been a rise year by year. This does not mean that we are in a satisfactory position, but it does mean that the tide has been stemmed. On the other hand, with the trend of rising costs, we have had to bend all efforts possible to do more for our customers for the same amount of funds. Now, Production Planning and Control is an effort in that direction. Improved methods, better coordination in and between trades must offset the steadily rising costs.

It is my hope that the cost of this conference, which is not inconsiderable, will be repaid a thousandfold by what develops from it.

Thank you, gentlemen, and welcome!

(COMMANDER C.L. DANIEL:)

Thank you, Admiral Howard.

(COMMANDER C.L. DANIEL:)

It is now my pleasure to present Captain J. E. Flynn, our Production Officer. Captain Flynn.

(CAPTAIN J.E. FLYNN:)

Gentlemen:

I want to add my welcome to that expressed by Admiral Howard. There is nothing to add to that, for he left nothing unsaid.

I asked to be here especially because among the conferees I see many friends of former years. I am an alumnus of several of the Shipyards represented here. If I have not been brought up properly, it is possibly your fault.

Among other things, I am happy about the weather, at least for today. Only last Sunday I put my snow shovel away in the cellar, so I want you to understand that practically anything can happen in Boston.

I do have a couple of suggestions to offer to the Chairman, although he is perfectly free to do as he chooses. We asked you to make your presentations as brief as possible so that we will not have to go through the dry reading of the full subject when you make your presentation. The purpose of that request is to allow time for considerable discussion after a topic has been presented, and I think that is the greatest benefit to be derived from a conference. It is the discussion that produces the fruit, and I suggest that you run this conference with an eye on the clock, for by the time Friday afternoon rolls around you are going to discover that you need more of that precious commodity - TIME. In addition, each discussion is likely to provoke new topics - and some might even develop into a bull session. For example, it is important that you allow yourselves an executive session - and, while the conference agenda doesn't specify an allotted time for that, I think you might give some thought to a round table discussion - which I predict will last for four or five hours. You will find that you are going to want an uninterrupted period of four or five hours, which may perhaps be worked into the program on Thursday afternoon, or maybe Friday afternoon.

It is your conference - it is not ours. We, as Admiral Howard said, are your hosts.

If you find any inadequacy and you will make the deficiency known, I will be only too happy to step in and do whatever I can to help. Our attitude here is that we feel honored to have the Master Mechanics from the Pipe and Copper Shops here in Boston, and we want them to enjoy a successful conference. It is our obligation and we are prepared to live up to it.

(Captain J. E. Flynn)

I want to introduce to you
at this time the Chairman of
this Conference Mr. George
Chamberlain, Master Pipefitter
and Coppersmith here in Boston.

FORMAL OPENING OF CONFERENCE
By G. P. Chamberlain

Admiral Howard, Captain Flynn, Commander Daniel and fellow conferees. I accept the Chairmanship of the first Pipe and Copper Shop Master Mechanics' Conference with pride, but also with a sense of humility. I realize well, the responsibilities and importance of this position and cherish the opportunity to serve.

The purpose of this Conference is to provide a common meeting ground for the identification, discussion and resolution of problems common to all U. S. Naval Shipyard Pipe and Copper Shops.

During these past few years, we in this United States of America, have been taught to regard ourselves as the chosen people of the God of material industrialization.

There has been painted for us a panorama of resplendent prosperity. We marvel at the prodigious accumulation of wealth. We rejoice in the multiplication of labor saving devices, whose main purpose and object is to lift the burden of labor from the hands of weary men.

America, in its short industrial life of 150 some odd years, has witnessed more material progress than has Asia in the past 150 centuries. We are presently witnessing the unfolding of new sources of power, atomic energy, and the efforts to harness that tremendous energy, for the benefit of industry. We see jet engines, capable of driving airliners at a speed of 600 mph, electronic machines which are almost capable of thinking, rocket missiles with a 3000 mile range, wonder drugs that save lives that would have been lost only a few short years ago, and feats of medicine and surgery that border on the miraculous are performed with new equipment which is the product of our industries. Great turbine engines produce power greater than all men and all beasts of burden on th earth combined. Mammoth shafts and mighty anchors, motor cars and miles of super highway for them to ride upon. All of those are fabricated, manufactured and accomplished with a speed and a quan ity almost unbelievable. As a matter of fact, the United States is capable of supplying two thirds of the machined products of the en ire world. These are no dreams of tomorrow, but actual reports of projects now und way, that are helping to make a new and wonderful world.

It is not y purpose to review for you any further, this epic of American progress. Each of these developments and dozens more like them are now part of the program of the Navy. We, as part of Navy produc ion management, are a vital part of this program. We have an opportunity in this dynamic parade of events, which few people are privileged to have in their lifetime.

Some of the major advances in science, when put to practical uses, require a tremendously expanded use of piping. In oth r words, the normal growth of scientific knowledge has in and of itself, created a demand for an even grea er number of qualified people in the pipefit ing field. New production methods are being rushed into use, under he stimulus of this Nation's efforts to defend itself. In this mad rush for efficiency and production, there has been scarcely time to perfect the

proper procedures, the painstaking step by step measures which must be
followed in the fabrication of the piping systems which are so
important in the control of our great sources of power. We are in
a unique primary position in the field of piping for Naval power.
Prime is defined in Funk and Wagnall's dictionary as: "The Beginning of
Anything." We as prime movers in the field of Naval piping, find
ourselves this morning, sitting in conference at the beginning of what
promises to be the greatest era in the piping industry. We are being
given a special opportunity to become the undisputed leaders in the
field of marine piping. We want to be efficient. We want clear
thinking and fearless action along the right lines of thought. Our
program must be sound and workable. Experience has shown that these
conferences alone can not ensure success. We need the unwavering
support of all segments of management within our own industry. We
need reassuring assistance of all related departments, free from petty
considerations. Our problems are serious enough to merit constructive
action. That, we have the right to expect.

If the United States Navy is to continue guarding jealously, its
standing in the world of today, as a hard hitting military organization
of the highest calibre, then it must continue to develop still newer
methods of production.

Since our purpose is so worthwhile, I am confident as to what the
outcome of this conference will be. We recognize our wider frontiers
and wider responsibilities. We accept that responsibility and the
challenge of the future. Dedication can scarcely be considered complete,
unless it includes devotion to the work of bringing increased
contribution and efforts to meet this challenge. My congratulations go
to you and may we be enormously successful.

(MR. G. P. CHAMBERLAIN:)

Gentlemen:

At this time, in the absence of Mr. Chet Stanson, the President of our local Master Mechanics and Foreman's Association, who is attending the 61st Annual American Foundryman's Society Congress at Cincinnati this week, I have the pleasure of introducing to you, Mr. David Himmelfarb, Master Ropemaker, who is undoubtedly known to some of you as a National Committee-man of the Master Mechanics and Foreman's National Association. Mr. Himmelfarb!

(MR. D. HIMMELFARB:)

Mr. Chairman, Admiral Howard, Captain Flynn, Commander Daniel, my Fellow Master Mechanics, and invited guests:

On behalf of the Boston Local Chapter of the Master Mechanics and Foreman's Association, it is my privilege to bring our greetings to this conference.

I have been instructed by your Fellow Master Mechanics to convoy our best wishes. It is our sincere effort to try to make this conference a 100% success. If there is anything that we can do as individuals or collectively to further the success of this conference, please pass the word.

I would like for a moment to deal with the position of Master Mechanics in the Naval Shipyards. All of us, from time to time, feel we are being engulfed by new and changing staff functions. We see new faces, new groups - all of which are presumably designed to help in the achievement of our industrial mission. We note increasing overhead expenses and see no relief from mounting costs. Engulfed by all of this, we often despair that not only is our effectiveness being threatened, but our positions as Master Mechanics are being weakened - if not actually threatened.

Gentlemen, let me assure you that there is nothing further from the truth in this type of thinking. Every time we have a doubt in our Shipyard as to our status as leaders of the industrial operations, our Shipyard Commander dispels it; our Production Officer dispels it, and I can assure you that your respective Shipyard Commanders and your Production Officers will dispel it, too. In our meetings at the National Association level, our conference members are aware that Bureau Chiefs are concerned with civilian industrial operations also. If we needed any more evidence, there is the fact that the Navy recognizes it by encouraging conferences such as this.

(MR. G. P. CHAMBERLAIN:)

Gentlemen:

Now to open the business of the conference, I am going to present a man whom we in Boston think is particularly qualified to discuss the problems of Pipe and Copper Shops, as they became enrolled with the Production Planning and Control Program. Having been a Master Pipefitter and Coppersmith for seven years, he understands our particular problems best.

It is accepted as fact that only about one in twenty American adults have ever been exposed to a formal course in economics. Yet the great issues of the day are interwoven with an economic base. Lacking knowledge of economics, any individual falls prey easily to the something-for-nothing philosophy. Lacking knowledge of how a business operates, a person might readily believe that profits, and the profit motive, are forces for evil rather than forces for good.

This gentleman whom I am about to introduce to you a few short months ago stepped into a job which was considered by many as an impossible one. He has stimulated sound thinking and attitudes about the spirit and workings of our Production Planning and Control System. He has developed a better understanding of the workings of the system. He has improved attitudes which were based on popular misconceptions and mistaken economic beliefs.

I give you Mr. Lyman E. Corlew, Production Analysis Assistant, and my predecessor as Master Pipefitter and Coppersmith at the Boston Naval Shipyard.

Mr. Chamberlain:                    Thank you, Mr. Atkinson.


Mr. Ferris of the New York Naval Ship-
yard will speak to us on "IMPROVING
SHOP LAYOUT."

"Effective Shop Layout"

***

Mr. L. W. Ferris
New York Naval Shipyard

"Effective Shop Layout"

Introduction:

Gentlemen, when I was first informed that the topic assigned to me was to be "Effective shop layout" I said to myself "what the devil" everyone there has had a lifetime of experience on that subject and each one has his own opinion. There is no doubt in my mind that every Master Mechanic here thinks as shops go, along the lines of the flea who thinks his dog is the best darn dog in the world. At this point I suppose I should sit down and forget the whole thing and maybe some of the members present wish I would. However, having been asked to present a paper, I am going to proceed along that line. The title "effective shop layout" may be interpreted in several ways, such as proper set up of machines and equipment for the most efficient manner of performing the work within a structure which was originally designed for some other purpose, or a proper set up of modern machines and equipment within a structure designed particularly for the purpose. The former interpretation is the one we have lived with and have changed each time a new development of our work takes place.

The old shop of twenty years ago was devoid of stress relieving, welding, X Ray, bending machines, pipe identification equipment and etc. So we changed from expanding and spelter brazing to van-stoning and then from van-stoning to welding. With the advent of the new higher steam pressures more changes were made and there is no question in my mind that changes will have to be made to fit in with the new age upon which we are about to embark, that of Nuclear Power. This brings me back to the title "Effective Shop Layout", is it something you make the best of, with what you have or is it something you devise using building, equipment and machines best suited, a sort of "ideal shop."

Many of us have dreamed of what we would ask for if given the opportunity and here there would be a large number of opinions, not all alike for the opinions would be based on the type of work performed at that person's yard. There is one thing I am sure, each one of us would base our ideal shop on the shortcomings of our present shop. So with this in mind, I will endeavor in the time allotted me, to describe the layout of the ideal shop, designed specifically in location in a Pipe and Copper Shop. Theoretically there would be no problems of space or money. After laying out my ideal shop, I will describe how our present shop is arranged to conform with this layout as far as its physical size and space permits.

As I see it, the shop is a shell which contains our men and machines. This shell should be so planned, designed and built that it not only amply provides for present requirements, but it must be able to accommodate, with utmost efficiency the inevitable increase in shop personnel, internal transportation and particularly, in the number and size of new machines for the next ten years. This is by no means a purely visionary idea, but is predicated on the tremendous strides and multitude of technological developments in the field of marine engineering since World War II. In addition we must not lose track of the fact that Navy Yards and shops operate at approximately 10% of their potential in peace time. The shop must be designed to operate efficiently at the lower figure and able to expand to the maximum in time of emergency.

As I stated before my talk will consist of:

1. The Layout of the Ideal Shop (which includes)

    a. Process method layout
    b. Kind of Building
    c. Receiving and Storage
    d. Transportation
    e. Functional Layout
    f. Tools and Toolrooms
    g. Personnel Accomodations

2. How Present Shop conforms to "Ideal"

    a. General Areas
    b. Functional Arrangement
    c. Copper Shop
    d. Shipping Department

3. Conclusion

    1. LAYOUT OF THE "IDEAL SHOP"

a. Process Method Layout

Effective shop layout considers the function of the shop, quantity of production, type of production and type of operation involved. Since our work consists of many varied operations with pipe to form the finished product, it can be seen that the machines and his work must have the various functions of the shop close at hand to complete his job efficiently and economically. There are at least two basic plans to resolve shop layout: the process layout and the functional layout. The functional layout, banks of girders,

lines of drill presses, rows of power saws, etc., is not ideally
suited to our needs. The prime disadvantage of this layout is the
excessive back-hauling of material in work. Since the production
in-line method, i.e., raw material entering one end of the shop
and emerging as a finished product at the other end is the concept
of our work, the process method is better adapted to our work
demands. The principles of mass production however, cannot be
applied to our highly specialized work. It must be borne in mind
that our type of work requires great flexibility in sequence of
fabrication and assembly. This is due to the wide variety of other
similar work operations being performed simultaneously. Some conditions
particular to shop work require extensive shop operations while other
conditions require relatively limited shop operations prior to instal-
lation aboard ship. In each operation, effective shop layout should
have the necessary equipment arranged in the in-line set up. This
would insure maximum efficiency in production. Machines of similar
types should be strategically located in the various shop functions
so that operational steps in manufacture would move from machine to
function and function to machine with minimum effort.

b.  Kind of Building

        The single-story building, by that I mean the whole shop
under one roof and on the ground floor has a number of advantages.
They are; ease of handling material, reduced obstructions, machine
foundation problems minimized, ease of shop expansion, better
natural lighting and ventilation. Again let me emphasize that the
product and its method of manufacture determines the ideal layout.

        The ideal shop's administration office should have
sufficient space for management and its personnel staff. The office
should be located where the noises of the shop are at a minimum and
still be readily accessible to the production floor. It should
have proper ventilation, lighting and the acoustics should be such
as to dispel unnecessary noises.

        Good administration requires proper management and control
of all work progress in the shop. Therefore a conference room
capable of seating all supervision of the shop is of prime
importance. This room is a necessary part of good administration
since it enables top management to meet periodically with
supervision and remain abreast of all work progress and problems
so inherent to shop work.

c.  Receiving and Storage

        The best arrangement of the receiving and storage areas
in the floor plan of the ideal shop is one which combines

centralization and decentralization and attains the maximum
advantages of both. Materials that require special-handling equip-
ment and care in transportation such as thermostatic valves, gauges,
carboys of acids, etc., should be moved as little as possible.
Storage areas should be located with reference to the receiving
areas and the production areas they will serve. Raw materials
storage should be centralized and located near the point of
use. Supplies and parts may all be provided with centralized
storage areas located to reduce handling and delays. The
decentralized scheme is particularly desirable when individual
storage areas can be made to carry items used only by the
respective shop functions served. Whatever storage is used
in the shop layout, it should be one that provides an adequate
supply of material with a minimum of handling and delay.

The pipe rack areas should be located and so designed as
to be readily accessible from the initial stage operations, i.e.,
bending, fabricating, pickling, etc., and to enable piping being
unloaded from trucks to be placed in rack without having truck
enter the shop proper. This would eliminate truck exhaust fumes
in the shop and help expedite the flow of material from the
pipe racks to the production floors. Large size pipes with heavy
wall thicknesses are best stored in open racks which provide a
decided advantage, since it permits a man to handle even the longest
or heaviest sections of pipe without assistance. This would be
impractical, unsafe and time consuming if the pipe were in a closed
rack. Many changes of pipe design such as larger pipe sizes,
metal alloys, etc., are constantly being introduced to the Pipe and
Copper trades. Therefore, ample space must be allotted in the pipe
rack area for future expansion.

d. _Transportation_

The ideal shop layout should combine spacious work areas
with proper and adequate internal transportation facilities. The
shop layout should be so arranged that the work flowing to and from
one operation to the next does not interfere with adjoining or
adjacent work functions. This can be accomplished by having
adequate aisle space sufficient for all internal trucking
requirements and the necessary equipment for over-head travel.
The entire shop overhead should be criss-crossed with electri-
cally operated hoists and movable trolleys to facilitate handling
of all heavy materials. While it is true that short distances
make for time saving, the over-head hoists and movable trolleys,
covering every square foot of work area, reduces the handling time
and worker fatigue to a minimum. The advantage of this means
of travel is the ease in which the mechanic is able to handle and
move heavy and unwieldy objects to any shop functions without

hindering or interfering with other work. Broad aisles should be clearly defined by painted lines and in no way be blocked by trucks or material waiting for movement to the next shop function. The space immediately surrounding each function must provide for work just finished and for work waiting to be fabricated.

**e.  Functional Layout**

The shop should primarily be built around the bending and fabricating shop functions. These are two of the most important functions in the shop and it is from here that practically every other operational step is ultimately used. These two sections should be immediately adjacent to each other since most frequently one step follows the next. Power saws and grinders should be spotted within each function and also between the functions because piping is frequently cut immediately prior to or after the bending operation. Auxiliary shop functions are other important factors to be considered in the shop layout. It must be remembered that our shop consists of three different trades; pipefitters, coppersmiths and pipecoverers and insulators. In addition, we employ the permanent services of four other trades; Shops 06, 11-26, 31 and 38. Shop 06 for tool issue and maintenance; Shops 11-26 for the all-important chipping and welding; Shop 31 for the machining, facing and boring of flanges, piping sections and jigs; and finally Shop 38 for inspection and repair of large valve bodies and component parts, a vital part of all piping assemblies. Ample areas must be alloted for these allied trades within the shop not merely for present demands but for all future expansion.

Other auxiliary functions to be considered in the layout are the: hanger department; gasket department; acid room; stress relieving section; nipple department; cleaning section; hydrostatic testing section; gas mask department; pipe X-ray section; rosin stand; layout tables, floors for mechanical templates; and the vertical and horizontal hydraulic presses. These are but a few of the many auxiliary functions within the shop. Two of these auxiliaries should be given particular attention for space allot-ment in the floor plan. They are the acid room and the stress relieving section. The acid room should be partitioned off to prevent any acid fumes from entering the shop and should be so located as to be readily accessible to the production floors. Ample space must be allowed between the acid tanks, lye tanks, hot water tanks and neutralizing tanks, etc., to allow for easy handling of bulky objects. Pits capable of handling objects up to twelve feet in length and two feet in diameter should have sufficient space to accomodate any unusual shaped objects which may have to be hot-dipped. The influx of copper work due to the introduction of atomic energy into the copper field has created

many new problems in its manufacture. To meet this demand, additional space must be planned for future utilization. Special high capacity forced-draft blowers should be installed in the acid room to dispel all acid fumes and vapors and a shower should be installed for emergency purposes. Within the stress relieving section, the Johnston oven should be located in relation to the shop itself rather than to any individual function. Its site is determined by two factors: its tremendous size and the fact that a railroad track is used to load and unload it. This area, when not in use should not be used for any other purpose, such as storage, due to the many delicate gauges, thermostats, gas valves and gas cocks surrounding the oven. Additional ovens should be placed adjacent to or in the immediate vicinity of present ovens to utilize existing piping and cranes. This should be considered in the placement of the original installations.

## F. Tools and Toolrooms

Additional space must be alloted in each shop function to allow for storage of workers tool boxes. This is necessary since many shop operations require the use of hand tools which are kept in tool boxes stored in racks. These racks should be placed in such manner as to be easily reached within each work station.

The tool room should be centrally located in the shop to minimize time lost by workers going to and from the tool crib and their work stations. The crib should be maintained with an adequate supply of tools necessary to meet every operation in the shop and have proper tool control of all the tools issued.

## G. Personnel Considerations

Water closets, women's rest rooms and locker rooms should be properly located in reference to the administration offices and the production floor. All plumbing fixtures should be adequate to meet the needs of the worker. Again, let me say, that all of these areas should be properly lighted, ventilated and of adequate space.

In planning the ideal shop layout, great consideration should be given to the woman worker. In the event of an emergency crisis, the shop's layout should be of sufficient flexibility so as to allow for the different demands and requirements of these employees.

A good shop layout is one that maintains safe and healthful working conditions for its employees. The layout should be analyzed and checked for safety from every point of view.

The floor plan should be checked for safety at every shop function. Adequate guards and devices should be provided to protect the worker from moving parts, hot pipes, slippery or rough floors and similar hazards. Such processes as metal cleaning and welding operations should be arranged and located with sufficient consideration for the health and fatigue of employees working in these sections as well as of employees in the shop as a whole. Production areas congested with material or equipment are other safety hazards. Therefore, ample space should be provided around each machine for safe operation and material handling.

In the ideal shop, consideration of the quantity of light alone is insufficient. Good illumination reduces eye fatigue thereby increasing production. It also raises the quality of workmanship, reduces accidents and improves employees morale. Good quality of light is attained by the proper direction, diffusion and distribution of light for ease and accuracy of seeing. The quality of light is measured by the absence of such features as glares and shadows. Direct glare and reflected glare can be eliminated by analyzing the sources of glare and then taking corrective action. Good diffusion is attained by scattering the light in all directions through expansion of the size of the light sources. When the human eye must move from one intensity of illumination to another, eye fatigue results. It is therefore readily seen that by providing a uniform distribution of the required quantity of light, the ideal shop will be free of glare and objectionable shadows.

While it is true that heating is often given the first consideration in a shop layout, it is my opinion that ventilation should be considered first, as the amount of ventilation required will materially affect the heating required. Another factor to be considered in the layout is the need of sufficient ventilation to dispel welding and burning fumes, silver-brazing fumes and vapors. Adequate circulation of air and proper control of temperature reduces employee fatigue and accidents.

The layout should incorporate good fire-protection features. Inflammable materials and liquids should be provided for in segregated areas. Fire-fighting equipment must be adequate and properly located. For rapid evacuation of the working force in case of fire, exits must be ample and well located.

2. **HOW PRESENT SHOP CONFORMS TO "IDEAL"**

a. General Items

In summing up, if I were asked to name the most important

factor that makes for ideal shop layout, I would unhesitantly state that space and more space is the answer. To serve this space we must of course have the requisite internal transportation. It is with this problem of space that our present shop differs mostly with the ideal concept. We in New York are handicapped to a great extent by the size and shape of the building we now occupy. This building, covering some 120,000 square feet is roughly "L" shaped. Certainly not the most practical layout for our kind of work. In our present shop, we have fully incorporated the theories of in-line production. To overcome to a great extent the space problem, we have built a mezzanine for light manufacturing and storage of gaskets and gas masks. Our administration offices, shop analyst and scheduling, sketching department, men's head and wash room, women's locker and rest room and the supervisor's conference room occupy two floors on one side of the building. These areas are immediately adjoining the production area. The pipecoverer and insulating trade, nipple department and refrigeration department occupy the street floor of a separate building adjoining our main shop. This allows some 10,000 additional square feet for these three activities. Here again the layout conforms to the in-line production set-up. The entire second floor of this building is the men's locker room. Equiped with heads, wash rooms and showers, its facilities are adequate for our present ceiling of 1300 employees.

b. <u>Functional Arrangement</u>

At one end of the pipe shop, close by the receiving door, we have our pipe rack. Here also are located the hanger department, scrap buckets, van-stone machine and power saws. The Johnston Oven, its length running parallel to the shop, has its receiving doors at this end of the building. Two steel doors give access to the oven enclosure from within the shop proper and from the outside of the building. From this area, going further into the shop, we have on one side of the central aisle; a steel template floor, template layout tables and large Wallace bending machines. On the other side of this aisle are fabricating tables, silver-brazing section, another steel floor and the welding bay. The welding bay, situated along side the fabricating tables is partitioned off from the rest of the shop. The interior walls are painted black to absorb the glaring flashes. Every possible means of ventilation and all safety devices are employed to safeguard the men working here. These shop functions are laid out for maximum efficiency of work sequence and are so arranged as to make full use of every square foot of available space. Within and between these functions are our auxiliary tools, i. e., grinders and power saws. This then, is the heart of our production area. Lathes, boring

mills and radial drill presses are next in line with the fabricating tables. These machines, operated by men assigned from Shop 31, are so arranged in the shop layout scheme that special machining jobs, i.e., jigs and templates, can be done without interruption to the normal flow of fabricated work. Beyond the machine shop work area are the cleaning, testing and inspection department. A good indication of the variety of metal alloys developed and used for naval piping are the testing devices employed in our shop. All main steam propulsion piping, and this includes chrome-molybdenum, carbon molybdenum and carbon-steel is tested with high powered x-ray machines. In addition, other kinds of inspection are made by the metallurgists of Shops 11-26 permanently assigned to our shop. Shop 36 has its own work area in this section for valve inspection. The hydrostatic testing of piping sections is done by our own men.

c.  Copper Shop

The Copper Shop is a separate activity within the main building. Coppersmithing, as we all know, is one of the oldest trades and many of its operations are still performed by hand. However, whenever possible, hand and power machines are used to accelerate the work progress. The Copper Shop is for all practical purposes, arranged in such a manner as to efficiently and economically process non-ferrous metal assemblies of sheet and piping. Here again the work sequences are set-up for in-line production but to a lesser degree than the pipe shop since there is a greater amount of artificer hand work involved in the fabrication of non-ferrous assemblies. These are; various size expansion joints, venturi tubes and 42" diameter copper-nickel main injection piping, etc. The shop is laid out in such a way as to have the raw material enter one end of the building, proceed thru the various fabrication steps, enter the acid room for cleaning, on to the hydrostatic test and inspection areas and then routed to the shipping department for delivery.

d.  Shipping Department

Well...we finally arrived at the area of organized confusion. The shipping department. To listen to these fellows tell it, we could never assign them enough space, fork-lift trucks or cranes for their needs. One look at the mass of finished work, the product of an average work day, ready to be delivered to the ships, is a darn convincing argument for their aids. Our shop has three main shipping doors at one end of the building. Trucks do not back up to a loading platform as they would in the ideal shop, but must back into the shop proper to be loaded. The

space thus occupied by these trucks and trailers even for the comparatively short loading time could be used for trays, pallets and tote boxes waiting to be loaded. The space between the shipping doors is utilized for stacking trays, pallets and tote boxes not in use. Incidentally, these tote boxes were a beneficial suggestion adopted by the Navy Department. They are shipping boxes made of 2" planking which are covered and locked in transit. They are used for shipping valves and smaller fittings which are easily "lost."

### 3. CONCLUSION

How we have incorporated the ideal shop concept to our present shop layout and scheme of things is indicated by a few facts and figures. During the year 1956 a particularly heavy work schedule year, the New York yard saw the completion of the CVA-60, the early stages of the CVA-62, the conversions of the CVA-11, 19, 20, and the SSG-153 and some twenty six destroyers and destroyer escorts. During this period our shop fabricated and installed over one quarter million feet of pipe, ranging in size from 4" diameter copper and copper-nickel. 16" to 20" corrosion-resistant steel and copper-nickel, 6" to 12" chromo-molybdenum, carbon-molybdenum and carbon-steel piping. This of course was in addition to the more usual standard piping ranging in size down to a half inch. These new high pressure, high temperature piping alloys and unprecedented large size piping fabrications required larger size machines, more space for template layout and new procedures in fabrication. This in turn necessitated the relocation of existing machines and equipment to make place for these additional space demands. This could not have been accomplished had our shop layout been inflexible in its original floor plan. There is always a need for shop layout analysis in our yards. Progressive supervision constantly reviews its facilities for possible improvement. A shop layout that remains unchanged for a number of years can be assumed to be obsolete in some way. This can be understood considering that there are constant changes in the kind and size of piping fabrications demanded by our ever increasingly efficient navy. In closing, let us remember that these efforts are for our great heritage; the resourcefulness, ability and ingenuity of the finest mechanic in the world, the AMERICAN WORKMAN.

Mr. Chamberlain:                    Thank you, Mr. Ferris; it was a most
                                   interesting and enlightening presentation.


                                   Gentlemen, we will have to make a slight
                                   change on the agenda. Mr. Richards of
                                   the Puget Sound Naval Shipyard was to
                                   have talked to us before luncheon on
                                   "Pipe Fabricating Techniques in Industry,"
                                   but time is running out. It is now 1104,
                                   and we are due at the Officers' Club
                                   promptly at 1130. We will adjourn and
                                   hear Mr. Richards at 1245.


                                   Thank you.


Mr. Chamberlain:                   And now we will hear from Mr. Richards
                                   of the Puget Sound Naval Shipyard, who
                                   will present a paper on the "Pipe Fabri-
                                   cating Techniques in Industry." Mr.
                                   Richards......

"Pipe Insulation Processes and Procedures"

\*\*\*

Mr. O. W. Meeker
Long Beach Naval Shipyard

"Pipe Insulation Processes and Procedures"

Gentlemen:

We, Master Pipefitters, more than any other group of people, face the increasingly important and difficult task of providing and installing effective insulating materials aboard Naval Vessels.

Why is this an important and difficult task?

What are we doing about it?

What advances have been made?

What does the future hold?

The manner in which insulating materials is applied, and also the selection of these materials, affects both habitability and operating efficiency of our ships. An otherwise perfectly designed ship would be of little value if heat from steam pipes and machinery was allowed to escape and convert the ship into an immense oven which could bake the crew. We gain little by constructing boilers, reactors and heat exchangers to squeeze the maximum BTU of power from the available fuel and then permitting heat to escape from the system before it expends its energy on the rotor of the turbine.

Comfort of the crew is not a luxury. In order that men arrive at their battle positions in good health, capable of performing with maximum effectiveness, this comfort must be maintained by whatever control we can exercise over living conditions.

The steam turbine is a heat engine. Every conceivable device is built into the boiler to obtain the best possible combustion and to transfer the greatest amount of heat to the water in order to generate the maximum amount of steam per pound of fuel consumed. The steam is then superheated to an even higher temperature to enable it to deliver even greater quantities of heat energy to the rotor of the turbine.

If the boiler steam drum, the valves and piping, the turbines and pumps are not properly insulated, much of the heat energy will be lost to the atmosphere, raising temperatures in the machinery spaces to the point where they become unbearable. This unwanted heat must be removed by large, powerful and expensive ventilation systems. As the blower supplies and the exhauster removes air, wind is generated. As the wind velocity increases,

Page 1 of 7

loss of radiant heat also increases, both from insulated and uninsulated surfaces. This cycle of more blowers to remove more heat to lose more heat to remove more heat is extremely undesirable. Of course, the obvious solution is to insulate efficiently in the beginning.

In every power plant there is a heat loss from all heated surfaces and a heat loss to all cooled surfaces.

Heat loss may occur in three ways; by conduction, by convection, and by radiation.

The manner of heat flow is most important in insulation because it is the low conduction which results in the greatest temperature differential between a hot insulated surface and the atmosphere (as in steam piping insulation), or the relatively warm atmosphere and a cold surface (as in refrigerating plant insulation). Conduction is associated with solids and comparison of materials in this respect is measured by a factor called the "thermal conductivity" which expresses rate of conductivity in British thermal units (BTU) per inch of thickness per hour per square foot of area per degree Fahrenheit temperature differential.

Radiation is the method of heat transfer by which a hot body gives off energy in the form of radiant heat which is emitted in all directions. The surface condition greatly affects the ability of a body to radiate heat. Dull, dark, rough surfaces (such as CMC pipe), are the best radiators.

In order to minimize the transfer of heat from or to a body which is hotter or colder, respectively, than the surrounding atmosphere, thermal insulation is applied. Thermal insulation is a material or materials of low thermal conductivity.

While increasing the economy of the plant, thermal insulation, (as was mentioned previously), reduces the quantity of air necessary for ventilation and cooling requirements and prevents injury of personnel due to contact with hot parts of apparatus. It also insures more uniform heat distribution within equipment. Another function of thermal insulation is to prevent "sweating" of cold surfaces on which atmospheric moisture condenses thus causing undesirable dripping as well as accelerated corrosion of the metal.

I wish to emphasize that insulation must be sufficiently effective to reduce heat losses and lower surface temperatures to a degree which will permit habitable conditions in a specific space or compartment.



Insulating materials must possess certain characteristics. These are:

a. Low heat conductivity.
b. Noncombustibility
c. Lightweight.
d. Capability of easy molding and application.
e. Moisture repellent.
f. Noncorrosive, insoluble, and chemically inactive.
g. Composition, structure, and characteristics unchanged by temperatures at which it is to be used.
h. Once installed, should not cluster, become lumpy, disintegrate or build up in masses from vibration.
i. Vermin proof.

All of us are familiar with the available forms of insulating materials such as:

a. Molded sectional pipe covering:
 (1) Magnesia
 (2) Diatomaceous earth
 (3) Cork
b. Block
 (1) Magnesia
 (2) Diatomaceous earth.
 (3) Cork
c. Blanket insulation
 (1) Amosite
d. Plastic
 (1) Magnesia cement
 (2) High temperature cement

These familiar materials have been with us and in use on ships as long as any of us can remember.

During World War II a few changes in materials were made. Unibestos, which is amosite in pipecovering sectional form, was introduced. Also, we started using blanket insulation such as glass on ventilation systems. After the carrier Lexington was sunk, as well as because of uncontrollable fires on other battle-struck vessels, we substituted asbestos cloth and glass cloth for canvas as a lagging material.

Until recently, methods of installing insulating materials remained almost the same as always. Probably the most radical change was that of substituting the use of adhesives for the needle and thread in the application of cloth lagging.

Greater efficiency of power plants dictates increases in both pressures and temperatures used. Aside from the problems of metallurgy and fabrication of piping systems Pipe Shops must be increasingly alert to the need for more affective insulating materials and processes.

Developers of insulating materials have, in the last few years, produced many new insulating materials. Many of these lend their characteristics readily and favorably to shipboard uses.

We are familiar with the problems encountered in insulating deck steam lines aboard tankers. Because a loaded tanker in heavy seas has its decks constantly awash, insulating materials such as magnesia, which readily absorb salt water, are of little value. Each time insulation absorbs salt water, salts are introduced into the material. The pipe is heated, water being evaporated and leaving the salts. Each subsequent soaking brings additional salt until the insulation is filled with foreign material and becomes entirely useless.

Any solution to the problem of deck steam piping insulation demands that the insulation be completely water-proofed.

Two solutions offer themselves: the first, and possibly most obvious, would be to replace the catwalk on the deck of the tanker with a waterproof tunnel-like passage from forecastle to poop deck. This would permit personnel to travel the length of the ship in foulest of weather. On its overhead and sides could be placed piping and electrical conduits out of the weather.

The second solution, and the one being employed at Long Beach, is to insulate deck steam piping with a non-absorptive material. We use Foamglass sectional insulation. This is a material which meets all requirements for insulation. However, because of its nature all contact surfaces must be cemented together with a waterproof adhesive. The adhesive which we have been using is not adequate in that it does not set up quickly enough nor is strong enough for our purpose. However, we have discovered an adhesive called Tuff-Bond, manufactured by the Goodloe E. Moore Company of Danville, Illinois, and which apparently will cohere any two substances.

If Tuff-Bond delivers as well as we expect it will solve still another problem, that of attaching insulation fastenings to surfaces to be insulated, such as ventilation ducts.

This material has not received BuShips approval. However, we have requested evoluation from them.

As we all well realize, refrigeration insulation has been a problem area through the years. This was a problem area during World War II because of the acute shortage of insulators who were capable of applying cork insulation properly. The cutting and fitting of cork to exact measurements, particularly in confined areas requires considerable skill and is time consuming.

The Foamglass and adhesives which are used on dock steam lines seem to be the answer to the refrigeration insulation problem.

We have insulated one complete refrigeration system on a Destroyer with this material and it proved to be satisfactory.

No appreciable savings in labor costs were realized but the material costs were much less. This is an important factor as insulation often costs more than the pipe on which it is applied.

We are also applying Foamglass on chilled water lines, and plan to discontinue the use of cork as an insulating material.

In addition to the chilled water piping, we have many miles of cold water piping such as flushing and fire systems. Present specifications call for the application of blanket type insulation (Amosite) to cold water piping. This is a dusty, time-consuming chore which requires considerable skill to produce a neat appearing completed job.

Instead of cork and blanket insulations on chilled water and cold water systems another material might be used. This is Armstrong's Armaflex. Armaflex is furnished in a variety of sizes up to 2½" I.P.S., as a long cylinder or tube.

In new installations, this material can be slipped over the pipe, pushed back from the joints for sil-brazing, and then returned to position. A fitting cover is installed with contact surfaces cemented and the job is complete except for painting. Being flexible, the material can be bent around curved piping easily.

On old installations the tube is slit, slipped over the pipe, contact surfaces are then cemented, and the job is finished.

Using the appropriate larger size material, fitting covers can be fabricated easily.

Probably best of all, in cases of national emergency, with skilled labor unobtainable, new employees could be trained to install Armaflex in a minimum period of time.

Another, and even more startling development, is a plastic material developed by the American Latex Company of Hawthorne, California. The material, StaFoam, is applied very simply by spraying, similar to the application of a heavy coat of varnish, with the catalyst being added in the nozzle of the spray gun. Within a few minutes of application StaFoam bubbles up to about 5/8 of an inch, or even thicker, depending on the thickness of the spray coat. It then air-cures in a few hours. The finished product resembles magnesia insulation in color and formulase in texture.

StaFoam is not intended for use on hot installations. While it will not support combustion it would best be suited for use on cold water piping and ventilation ducts.

Because StaFoam is a new product, and one which offers so many possible applications, I have brought along copies of its literature for each of you who desires them.

In a period of only a few years we may well be insulating all ventilation, fire, flushing and refrigeration installations, with this or a similar material, saving sums which I hesitate to estimate. Equally important is the possibility of being able to apply a completely vapor-proof barrier on all cold surfaces.

These new materials also offer a means of combating one of the most insidious of occupational diseases, Asbestosis, by replacing amosite as an insulating material to a considerable extent.

Amosite is a form of asbestos which is coarse in texture and of a varying color from ash gray to brown.

The asbestos which we use is a mineral as much as is the rock in which it is found. Furthermore, its principal ingredient is silicon, which is responsible for the disease which we know as silicosis.

Asbestos, or silicosis, is caused by prolonged breathing of silica dust. Asbestos, when handled dry, produces vast amounts of silica dust. In new applications the material can be dampened to reduce the amount of dust liberated. However, the specified type of amosite for use on cold water piping is water repellent. Also material which must be removed from an existing installation is dry and powdery, being an excellent dustproducer.

The most apparent symptom of asbestosis is lethargy — or a lack of vitality. What we suspect to be the lead in the posterior might well be asbestos in the lungs. During 1956,



eleven deaths from asbestosis were reported on the Pacific Coast alone.  One insulator died of asbestosis at the age of 29.

Asbestosis is extremely difficult to detect — particularly in the early stages.  I know that two of my insulators are now afflicted with this condition.  How many more will become afflicted is something which I hesitate to predict.  Again, the solution is obvious.  Remove the cause by substituting other products such as amosite and Stavoss for asbestos wherever possible.  However, this will take some doing.

In the meantime, the answer is the wearing of respirators by all who handle asbestos products.  To many the very idea of wearing respirator is repugnant.  However, a respirator on the face is preferable to asbestos in the lungs.

Therefore, gentlemen, ours definitely is the important and difficult task of providing and installing affective insulating materials aboard Naval Vessels.  Moreover, this task must be accomplished without sacrificing our workmen in the process.

The End

A Discussion of

Mr. O. W. Meeker's Talk Follows

Mr. Winslow:

Do you know that Poly-Vinyl loses its resiliency over a period of time? The fittings, you can pull them right off. They depend on resiliency to make the joint and we have removed four or five thousand of them.

Mr. Stecher:

We are hoping to clear this up in the months ahead.

Mr. Miller:

That plastic tube will be bent in the same way?

Mr. Stecher:

The pipe is being bent with hot water or steam.

Mr. Lord:

We use a lot of them and we get better results with hot air.

Mr. Stecher:

Any more questions? Alright then we will show this film on plastic piping for washdown systems.

Mr. Chamberlain:

Gentlemen, we are fifteen minutes behind schedule. Thank you very much, Mr. Stecher, for a very intersting presentation.

Our next speaker this morning will be Mr. Meeker from Long Beach Naval Shipyard, who will speak to us on "Pipe Insulation Processes and Procedures."

Mr. Meeker!

Mr. Stecher:

I missed one point what was the complaint about unibestos?

Mr. Meeker:

It is too rigid.

Mr. Stecher:

What do you mean by too rigid?

Mr. Meeker:

It's just that. It has no flexibility, it breaks. And it is an insulating material.

Mr. Stecher:                      It's one of the best insulating materials as regards the high co-efficient of heat.

Mr. Meeker:                      It's very good in the laboratory and on paper, but when you install it takes a lot more time and breaks in shipment.

Mr. Winslow:                     We never use it, we have had trouble with it.

Mr. Chamberlain:              Olen, there is one thing you mentioned that interests me and that is Stafoam you indicate that it is only for cold surfaces. Do you know if any research is being conducted to see if it can apply to a hot surface in a spray manner?

Mr. Meeker:                      No, I went over to the Union Oil Refinery about three weeks ago looking for new material. It doesn't work out good on hot pipe.

Mr. Chamberlain:              How would it work on a heated space such as on a DL class vessel?

Mr. Meeker:                      It would not work very good in there. It is not approved for that.

Mr. Chamberlain:              Have you any literature or information on it?

Mr. Meeker:                      A small amount in my hotel, I think. I will bring it over if I can remember it.

Mr. Chamberlain:              If you don't, just drop it in the mail. I would appreciate it. Thanks.

Mr. Ferris:                       George, if you will contact DuPont Company you will get all the

Mr. Ferris:
(Continued)

information. They developed this
, type of insulation.

Mr. Chamberlain:

Have you used it, Larry?

Mr. Ferris:

I have seen experiments on it.
I haven't used it.

Mr. Stocher:

It will not stick to metal, I saw it
tried on the inner and outer panels of
voids, it rises up like yeast and
fills up the whole void. I don't
think it will stick to metal.

Mr. Meeker:

The particular stuff we are trying out
is sticking. It may not last, I don't
know about that.

Mr. Chamberlain:

How about your shop, Mr. Lucas?

Mr. Lucas:

We've been using the conventional type
of insulation.

Mr. Ferris:

In one part of Mr. Meeker's speech it
was very interesting due to the fact
that a couple of years ago this
Asbestosis in the workers was quite
a scare. As you know, a person using
this material has to be X-rayed at
regular periods, they will tell him
to come back in a much shorter interval.
This was brought to the attention of
Union leaders. Fourteen out of one
hundred and twenty-six had Asbestosis,
and possibly by now a higher percentage
have it. Attention was brought some-
time ago to the high rate of sick
leave for lung and throat trouble,
and the Hygiene Officer, said there
was nothing to it. Then we had a
letter from the Bureau. The order is
for them to wear masks, because
fourteen people have brought suit
against the Government. Now, if you
haven't told these people to put on
masks, you are more or less the cause
of their trouble. You are

Mr. Ferris:
(Continued)

knocking the Government case into
a cocked hat.

Mr. Stocher:

I go along with that.

Mr. Ferris:

I think everyone, who has people doing
this type work, should warn their people
regarding the handling of this material.
With the proper handling of it on the job,
and it has always posed a very big problem,
because the men don't want to wear the
masks, or get this dread disease.  It is
difficult to protect them.  After a couple
of years of mandatory wearing of masks I
think they should realize the danger.  I
think everyone ought to enforce the wearing
of masks.  Don't forget this is something
that injures people's health.  We should
do something about it—and fast, and I am
convinced that what we are doing is not enough.
We should not have people handle this
material withou protection.

Mr. Meeker:

Any more questions?

Mr. Chamberlain:

If there are no more questions, this
would be a good time for a short recess.

Mr. Whitthorne:

Just a minute, George, please.  In behalf
of myself and all the other Master
Mechanics present at this, one of
the most wonderful conferences given
in any Shipyard – in fac' I have
never seen anything like what you have
done, I wish to express our appreciation
for your efforts.

Mr. Chamberlain:

Thank you, Jim.  We always want you to
have pleasant memories of us here in
Boston, remembering that the Boston
Naval Shipyard was host to the first
Pipe and Copper Master Mechanics', Conference.
Let us hope that we will soon meet again.

COPY

FROM
ARCHIVES BRANCH
GSA REGIONAL OFFICE BUILDING
9th & MARKET STS. ROOM 1350
PHILADELPHIA, PA  19107
Record Group No. _____ 181 _____
Additional Information _Records of_
_Industrial Manager, 4th_
_Naval District_