

NATIONAL CENTER FOR
URBAN AND INDUSTRIAL HEALTH
1014 EAST CENTRAL PARKWAY
CINCINNATI, OHIO 45202

30 July 1968

Vice-Admiral R.B. Brown
Chief, Bureau of Medicine and Surgery
Navy Department
Potomac Annex
23rd East Street, N.W.
Washington, D.C. 20390

Dear Admiral Brown:

As you know the Occupational Health Program of the U.S. Public Health Service has been very active in gathering environmental and medical data on the occupational hazards of asbestos. One of our grantees, Dr. Irving Selikoff of New York University, has recently completed a study of non-insulation shipyard workers' exposure to asbestos. Dr. Selikoff reports he has some very interesting data and has requested that we arrange an informal meeting with your Department and the U.S. Department of Labor to discuss his findings.

My Assistant Chief, Mr. Stanley Reno, discussed the possibilities of a meeting on August 29, 1968, with Lt. Cdr. Barboo of your staff, who suggested that we formally request that a small meeting be held at 23rd and Constitution, Building 7, on 29 August 1968. The meeting would probably consist of about six people; including Dr. Selikoff, Dr. Lewis Cralley of the Occupational Health Program, a representative of the U.S. Department of Labor, myself and appropriate members of your staff. The time and other details of the meeting can be arranged between Lt. Cdr. Barboo and Mr. Reno providing this proposal is satisfactory to you.

We are looking forward to a meeting with your staff and feel that an exchange of information will be of mutual benefit to all concerned.

Sincerely yours,

Murray C. Brown, Med. Dir., USPHS
Chief, Occupational Health Program

B 300137