732        LCDR S. H. BARBOO, MSC, USN        5 Dec. 1968   5 Dec. 1968

73

Vice Admiral
R. B. BROWN

Newspaper articles appearing on shipyard asbestos workers

Admiral Brown telephoned to related information he had received at the CNO's Conference of this date concerning Admiral Fahy's (ComNavShips) inquiries concerning articles appearing in the Washington Post and The New York Times. According to Admiral Brown, the articles have put the Navy in adverse publicity in that Doctor I. J. Selikoff of Mount Sinai Hospital, through the news media, stated that he has warned the Navy and other Federal departments of his findings relating to the unusual incidence of asbestosis among shipyard asbestos workers. The newspaper articles stated that the Federal agencies including the Navy have not publicized the hazards. Admiral Brown requested a complete background search and medical thinking on the subject of asbestosis; and a conference concerning this matter is to be held at his office at some time on 6 December. Admiral Brown wants a defense for why the naval shipyards were not alerted to the unusual hazards associated with asbestos and desires to know what control measures are being utilized.

6 December 1968

On this date, a meeting was held with the Surgeon General, VADM R. B. Brown, MC, USN; CAPT R. E. Rosenwinkel, MC, USN; and LCDR S. H. Barboo, MSC, USN. VADM Brown was briefed on the medical content of a meeting of representatives of participating agencies held at NIOSH on 27 August 1968; and was appraised of current policies and control measures and research concerning asbestos exposure concerning Navy employees. VADM Brown requested that a brief letter containing this information be drafted for his signature to the Secretary of the Navy.

12/18/68

Assistant Chief for Research and Military Medical Specialties

FILE M & S GENERAL:        B 300148

17