UNITED STATES GOVERNMENT

## Memorandum

DEPARTMENT OF THE NAVY

DATE : 9 December 1968

FROM : SEC 6100

TO : SHIPS 07

SUBJECT : Hazards of Asbestos

Ref: (a) Article entitled "U. S. Warned of Asbestos Peril" in the Washington Post, Wednesday 4 December 1968
(b) SHIPS 072C Memo of 4 December 1968

Encl: (1) Analysis of hazard by Cdr. Rosenwinkel, MC, USN
(2) List of Asbestos Packing and Gasket Specifications
(3) MIL-STD-769C, "Thermal Insulation Requirements for Machinery and Piping
(4) Use of Asbestos for Piping and Machinery Insulation

1. As requested during telephone conversation of 4 December 1968, the following information on the health hazards of asbestos is forwarded. This will supplement preliminary information previously submitted by Code 072 in reference (b).

2. Enclosure (1) contains a statement of the hazards associated with the handling and use of asbestos. This statement was obtained from Cdr. Rosenwinkel, MC, USN of the Bureau of Medicine and Surgery, Occupational Health Division.

3. A survey of the uses of asbestos in shipbuilding disclosed that this material is used primarily in two areas. The first is for packing and gaskets and the second is for piping, lagging, and boiler insulation. From a health viewpoint, the second area is considered to be the more important. A third use of asbestos is as a precoating on diatomite feedwater filters on LSD's. This is a very limited use, however, and is not considered to be a significant health hazard.

4. Enclosure (2) contains a list of asbestos containing packing and gasket materials, together with applicable specification numbers. All of the asbestos in these items is fabricated as cloth, rope, or compressed sheet with binders, so that the items are not friable when they are cut. Thus, these items do not cause dust in shipboard applications. In addition, in many instances, they are received already incorporated in the finished assembly, such as a valve, and do not require fabrication by the shipyard. For these reasons, packings and gaskets containing asbestos are not considered to be a significant health hazard.

5. The most important use of asbestos from a health viewpoint is for piping, lagging, and boiler insulation. Enclosure (3) includes the requirements for thermal insulation for machinery and piping. These requirements include the use of materials other than asbestos. Insofar as possible fiber glass and calcium silicate are used. A detailed discussion of the use of asbestos for these purposes is contained in enclosure (4).

C29194



Confidential
9 December 1968
Ser 1105

6. It should be emphasized that probably the greatest health hazard is caused by airborne asbestos particles during "rip-out" operations, especially on ships built during and shortly after World War II. Asbestos was widely used during that time. Although respirators are specified for personnel engaged in these operations, overall control of the dust problem is extremely difficult so that persons in the immediate vicinity may be exposed.

7. Contact was made with the Industrial Hygienists of Mare Island and Puget Sound Naval Shipyards to discuss this problem. It was quite obvious from these discussions that the shipyards have for many years been aware of the hazards of asbestos and have initiated appropriate safety precautions. Insofar as possible, all fabrication work is performed in the shops where adequate safety precautions can be observed. These precautions include controlled ventilation, use of respirators, and wetting down of the material. During "rip out" operations, respirators are worn and ventilation is controlled as far as possible.

8. Mr. Bessmer of Puget Sound recently presented a paper locally on the hazards of asbestos. He agreed to forward a copy of his paper and other documents used by the shipyard for the control of asbestos to NAVSEC. If desired, this information when received will be forwarded for information.

9. The general specifications for shipbuilding allow the use of asbestos as well as other alternate materials. In practice, however, the naval shipyards use fiberglass or other materials instead of asbestos as thermal insulation. Exceptions are for vertical runs and for lagging where abrasion resistance is a factor. Private shipyards, on the other hand, still use substantial amounts of asbestos. In many cases, however, the asbestos fibers are bonded or combined with other materials. In these cases, the evolution of dust during installation would be minimal. Also, removal could be accomplished in such a manner that the dust hazard would be minimized.

10. To further minimize the hazards associated with the use of asbestos, the following actions are being considered:

   a. Prohibit the use of asbestos for new construction and repair.

   b. Investigate alternatives for vertical runs and abrasion resistant lagging.

   c. Include in Chapter 9390 "Thermal Insulation" of NAVSHIPS Technical Manual, precautionary measures to be observed in the handling and use of asbestos with emphasis on "rip out" operations.

   d. Insure that appropriate written documentation is made available and is utilized by the shipyards.

W. R. RIBLETT

Copy to:
SHIPS 072
SEC 6100
SEC 6101B, 6101E, 6105, 6153

-2-

## BUMED Analysis of Hazard

The U. S. Navy is well aware of the hazards of asbestos to its employees engaged in ship construction and ship repair at naval shipyards. Hazard control measures implemented by the shipyard medical departments and safety divisions are in accordance with accepted standards of industrial hygiene practices in the U. S. Stringent efforts are directed at keeping the concentration of airborne asbestos dust below the level recommended by the American Conference of Governmental Industrial Hygienists. An energetic periodic physical examination program of shipyard workers is aimed at insuring the health of workers engaged in the asbestos trades.

For more than two years, the Naval Ship Systems Command and the Commander, Boston Naval Shipyard have been cooperating with a prominent investigator in a study whose ultimate goal is to optimize safe working conditions with respect to airborne asbestos. Upon the development of further scientifically founded recommendations for the control of this hazard, NAVSHIPS in cooperation with BUMED will take the necessary steps to implement them at the naval shipyards and other naval activities.

Enclosure (1) to Ser 6101C-1105

## List of Packing and Gasket Specifications

| | |
|---|---|
| HH-P-31 | Packing Material, Asbestos, Metallic Cloth and Tape |
| HH-P-41 | Packing, Asbestos, Rope and Wick |
| HH-G-76 | Gaskets, Asbestos Metallic Cloth |
| HH-P-34 | Packing, Asbestos, Rod, Braided |
| MIL-P-2911 | Type II, Packing Assembly, Hydraulic Conical and V Types |
| MIL-A-7021 | Asbestos Sheet, Compressed for Fuel, Lubricant, Coolant, Water and High Temperature Resistant Gaskets |
| MIL-G-16265 | Gaskets, Metallic Asbestos, Spiral Wound |
| MIL-P-16685 | Packing, Rounded, Bulk and Preformed |
| MIL-P-17303 | Packing Materials, Plastic Metallic and Plastic Nonmetallic |
| MIL-P-17349 | Packing Material, Rod, High Pressure, Asbestos |
| MIL-P-17350 | Packing Material, Semi-Metallic, Symbol 1400 |
| MIL-A-17472 | Asbestos Sheet, Compressed (Gasket Material) |
| MIL-G-21032 | Gaskets, Metallic-Asbestos, Spiral Wound |

Enclosure (2)

 

## Use of Asbestos for Piping and Machinery Insulation

The naval shipyards have been aware of the hazards associated with the use of asbestos for many years and have to a great degree eliminated its use.

This is especially true with regard to asbestos felt materials which are considered the worst offenders with regard to propagation of air borne dust particles of the magnitude which can reach the lungs and cause asbestosis or mesothelioma. In 1964, NAVSEC advised shipbuilding and repair facilities that fibrous glass felt MIL-I-16411, Type II could be used at two-thirds the thickness required for asbestos felt. This recognition of the superior insulating characteristics of glass felt resulted in approximately equal material cost, thus eliminating the only advantage of asbestos. The response to this announcement was enthusiastic. A copy of the advising letter is attached hereto.

MIL-I-2781, Classes C and F Performed Fibrous Pipe Covering contains asbestos fiber bonded with diatomaceous earth. The danger in the use of this material results from sawing to form mitered joints or shorter than three-foot sections. Classes D and E of this specification are calcium silicate and are equal in insulating value. It is considered feasible to discontinue use of the fibrous type without downgrading our insulation practices.

The other asbestos form in common use is cloth. However, a recent development with regard to this item practically eliminates dust propagation. About a year ago as the result of a NAVSHIPYDPHILA Value Engineering Project, "rewettable asbestos cloth" was approved for Navy use. In this product, an adhesive is applied at the manufacturer's plant. The user merely soaks this cloth in water and applies it to the insulation. All asbestos fibers are bonded together by the adhesive and dust release is negligible.

Enclosure (4) to Ser 6101C-1105